# EXHIBIT

# 2

TP.One
Court Reporting
A LEXITAS COMPANY

# Transcript of **Laura Sandefer**

November 7, 2025

***Acton Academy v. Tim Kennedy, et al.***

www.TP.One
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 161699

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF Texas

AUSTIN DIVISION

--------------------------------

ACTON ACADEMY, A NONPROFIT
CORPORATION,

Plaintiff, Civil Action No.:

v. 24-1456-DAE

TIM KENNEDY, et al.,

Defendant.

--------------------------------

VIDEOTAPED DEPOSITION OF

LAURA SANDEFER

DATE: Friday, November 7, 2025

TIME: 11:02 a.m. Central

LOCATION: Remote, via Zoom

REPORTED BY: Stephen Pinkston, Videographer

APPEARANCES

ON BEHALF OF PLAINTIFF:

ASRA SYED, ESQUIRE
Botkin Chiarello Calaf
1209 Nueces Street
Austin, Texas 78701
asra@bccaustin.com
(512) 956-5630

ON BEHALF OF DEFENDANTS:

KEVIN TERRAZAS, ESQUIRE
Terrazas PLLC
1001 S. Capital of Texas Hwy
Bldg L, Suite 250
Austin, Texas 78746
kterrazas@terrazaspllc.com
(512) 680-3257



INDEX

| EXAMINATION: | PAGE |
|---|---|
| By Mr. Terrazas | 5 |

EXHIBITS

| No. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 12 | Agreement | 99 |
| Exhibit 13 | Access and License Agreement | 99 |
| Exhibit 9 | E-mails between Tim Kennedy and Laura Sandefer | 104 |
| Exhibit 4 | Interview Notes | 152 |
| Exhibit 19 | Peace Table | 161 |
| Exhibit 2 | Note from edutopia.org | 163 |
| Exhibit 1 | Joseph Campbell and The Hero's Journey | 165 |
| Exhibit 18 | Note from the State Board of Education in Texas | 166 |
| Exhibit 21 | Document | 169 |
| Exhibit 10 | Document | 172 |
| Exhibit 20 | Document | 174 |
| Exhibit 22 | Document | 175 |
| Exhibit 24 | Document | 178 |
| Exhibit 3 | Pictures | 219 |
| Exhibit 11 | Declaration | 229 |
| Exhibit 7 | | 246 |



EXHIBITS

| No. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 14 | Attorney Letter | 256 |
| Exhibit 16 | Letter | 260 |



PROCEEDINGS

VIDEOGRAPHER: Today's date is November 7, 2025. The time is 11:02 a.m. Central. We are on the record.
This is the deposition of Laura Sandefer. The case style is Acton Academy versus Tim Kennedy. The witness is located in Carmel, California, appearing via Zoom.
My name is Stephen Pinkston, licensed notary in the State of Texas, and I'll be swearing in the witness.
At this time would counsel identify themselves and who they represent for the record?
MS. SANDEFER: I am Laura. Oh, sorry --
MS. SYED: I am Asra Syed from the law firm Botkin Chiarello Calaf, and I represent Plaintiff, that is Acton.
MR. TERRAZAS: I'm Kevin Terrazas on behalf of the Defendants.
VIDEOGRAPHER: Thank you, counsel.
WHEREUPON,
LAURA SANDEFER
called as a witness, and having been first duly sworn to tell the truth, the whole truth and nothing but the truth, was examined and testified as follows:
VIDEOGRAPHER: You may lower your head. Counsel, you may proceed.

Page 6

MR. TERRAZAS: Thank you.
EXAMINATION BY COUNSEL FOR DEFENDANT
BY MR. TERRAZAS:
Q Please state your full name for the record.
A My name is Laura Anderson (phonetic) Sandefer.
Q Ms. Sandefer, is there any reason why your testimony will not be your best today?
A No.
Q Not at all. Any personal problems, sleep problems, stress, anything like that, medications that will prevent you from giving your best testimony?
A No.
Q All right. Can you give us your cell phone number and e-mail addresses that you've used in the past couple of years?
A I've had one cell number. It's (512) 689-9822. Okay.
Q What about e-mail addresses?
A E-mail address is lsandefer, S-A-N-D-E-F-E-R, @actonmail.org.
Q Okay. Have you used any other e-mail addresses at all related to Acton buildings over the last --
A The other Google e-mail address is lsandefer@actonmba.org.
Q Any others?

Page 7

A No.
Q So, you haven't used any personal e-mail accounts, Yahoo accounts, anything like that for anything related to Acton?
A Back in 2009 I did have a Yahoo address, so – okay, okay --
Q I'm worried about the last couple of years.
A Okay, got you.
Q Just --
A Just those two. No, I don't have any other. That's it.
Q That's it. There is no green thing (phonetic) that might be related to this litigation that --
A Okay.
Q Okay.
VIDEOGRAPHER: I'm sorry to interrupt. I'm having a hard time hearing you, Mr. Terrazas.
MR. TERRAZAS: You're having a hard time hearing me?
VIDEOGRAPHER: Yes.
MS. SYED: Yes.
MR. TERRAZAS: No.
MS. SYED: Okay.
MR. TERRAZAS: I'm just going to move a little bit closer.

Page 8

VIDEOGRAPHER: Okay.
MR. TERRAZAS: Is this better?
VIDEOGRAPHER: Much better.
MR. TERRAZAS: Okay.
BY MR. TERRAZAS:
Q Can you give us your home address, please?
A Yes, my home address is 572 Diamond X Ranch Road, Johnson City, Texas 78636.
Q Okay. And do you have a work address?
A No.
Q Okay. Have you ever given a deposition before?
A No.
Q Have you ever testified in court before?
A Yes.
Q Okay. In what kind of proceeding was that?
A It was my husband's child. I'm bad with legal terms but, yeah, he was divorced, and it was for a time with his daughter, so --
Q Child custody?
A Child custody. So, as a stepmother, I testified during that time. That was done quite a while ago.
Q And your husband's name was?
A Jeff Sandefer.
Q (Inaudible).
A I totally get it.

Page 9

Q Yep.
A Yeah.
Q Have you ever given a sworn statement before?
A I don't think so, no. I can't remember if I did.
Q I think you have.
A I have.
Q And I'll show it to you.
A Okay.
Q Would you understand when you make a sworn statement that it's under oath like here today?
A Yes.
Q Okay.
A So, could you tell me when I did another sworn statement?
Q I don't know the exact date. Well, I've got it.
Q Okay. Okay.
A Sorry if I forgot that.
Q Okay --
A Thank you.
Q Whenever you get something stamped by a notary, you have a sworn statement?
A Oh. Oh, yes. Okay. I've had things signed by a notary.
Q Okay.
A Yes.

Q Got it. All right. If I ask you a question here today and you don't understand it, will you please ask me to clarify the details?
A Yes.
Q Okay. So, therefore, if I ask you a question and you answer that question, is it fair for us to assume that you understood the question as we've asked?
A Yes.
Q Okay. And as this deposition goes along, you might think of information that's responsive to a prior question I've asked. If you think of that information, will you please tell it to us on the record?
A Yes.
Q Okay. Do you have children?
A Yes.
Q How many?
A I have two and a stepdaughter. Two biological and a --
Q And are they out of the house?
A Yes.
Q Okay. They're in college?
A Yeah.
Q Okay. You co-founded Acton Academy, correct?
A Yes.
Q Okay. What is Acton Academy?



A It's a private K-12 learner-driven school.
Q When did that start?
A Do you -- can you clarify start?
Q When did you find -- right. So, you --
A Legally --
Q Right. So, you were one of the founders of Acton Academy. When did that happen?
A When did it open its doors? When was it founded?
Q So, it might be two different things.
A Right.
Q When did you start Acton Academy, if that's different than when you opened the door to the first Acton Academy?
A Okay. Founding means when we started discussing the idea in my --
Q And that's fine.
A Okay. So, probably 2007 we started thinking of ideas for starting a school. It formally launched, legally opened in 2009 as Acton Academy.
Q So, 2 years later.
A Yes.
Q All right. How did you derive what you were thinking to do with Acton Academy?
MS. SYED: Objection to "thinking."
THE WITNESS: Could you define what you mean by



derive?
BY MR. TERRAZAS:
Q Sure. It took you 2 years from thinking about Acton Academy to actually opening up the first school, correct?
A Yes.
Q Okay. When you're, those 2 years, what did you, what materials would you consult when you're thinking about how you're going to run this school?
A We launched a children's business fair to practice what project learning looked like. That was before we opened Acton Academy. That was one of the experiences. We weren't really consulting, to use your words, we were just experimenting with ideas. And the children's business fair was one of those.
Q Okay. And there may be more. I'm going to -- I'm probably going to interrupt and just ask about this children's business fair. So, what was this children's business fair?
A Our children wanted to sell things, like a lemonade stand, and wanted their friends to participate. So, the first children's business fair was about seven tables in our yard, but neighbors were invited to come, shop the children's product.
Q Okay. And when was this? What year?



A 2007, I believe.
Q Okay. And did you have a sign or anything that said Children's Business Fair? How was it? Was it advertised?
A I can't remember if we had a formal sign or if we really advertised. We were -- it was just our family and a few neighborhood kids. So, we -- they might've made a sign. I don't remember the details of that.
Q But did you tell the people who attended or the people who were participating, to be clear when I say attended, I mean, those that came in to buy things from the kids versus those who are participating, being in the booths, did you tell them this is the Children's Business Fair?
A I don't remember specifically telling the people who came that it was the Children's Business Fair. I don't remember.
Q Did you tell the participants who were in the booths that this is Children's Business Fair?
A We invited them to come to a children's business fair.
Q So, you called it children's Business Fair?
A To the people who had the booths, I believe. It was verbally and inviting friends, that way.
Q Sure. But you -- I'm just trying to -- did you

Page 14

call it a Children's Business Fair when you were inviting them?
A We did, yes, because I remember wondering what to call it. And our son said, "Just call it the Children's Business Fair." So, we just called it the Children's Business Fair based on that conversation.
Q Okay. So, your son came up with the name of Children's Business Fair.
A Yes.
Q Did he come up with the idea of it, or did you or Jeff come up with the idea of it?
A It was a family project. It wasn't just one person -- it wasn't just a son or, it was our family members.
Q So, your entire family collectively came up with the concept of a children's business fair and your son came up with the name of Children's Business Fair?
A Yes.
Q Okay. So, you have this children's business fair. Was it just a one afternoon sort of thing? Lasted a couple hours? Was it something that you did multiple times throughout that year? What was the --
A The first year, it was a couple hours in the morning on a Saturday. I don't remember the date. And it was just that one time that year.

Page 15

Q Okay. And then the next year, in 2003, same or?
A Same.
Q Okay. And then in 2009, when you opened up the first school?
A Yes.
Q Okay. Getting back to 2007, when you had this children's business fair and you told the participants it was a children's business fair, did anyone sign any sort of confidentiality agreement that said you can't disclose what we're doing?
A I don't remember that. I'm not sure.
Q It'd be a little surprising to have a group of kids and be like, "Oh, I'd like you to sign this non-disclosure agreement."
MS. SYED: Objection.
BY MR. TERRAZAS:
Q Would you agree?
A No, I don't necessarily agree, that would be strange to do. I just, I'm not sure if we did that.
Q Okay. You don't have any records of doing that, right?
A I don't remember if we did that.
Q Okay. And that's why I'm --
A Jeff might. I mean, I don't.
Q Right, but do you have any records, like --

Page 16

A I personally do --
(Cross talking.)
MS. SYED: Objection. Asked and answered.
MR. TERRAZAS: (Inaudible).
THE WITNESS: Would you repeat your question?
BY MR. TERRAZAS:
Q Sure. Do you personally have any records of --
(Cross talking.)
A I personally do not, no.
Q Other than being a (inaudible). Because this is all being recorded, we got to make sure we don't step over each other, so if you can ensure that I'm finishing my question, and I will -- do your best to ensure I'm finished with my question, and I'll do my best to ensure that you're finished with (inaudible) before we (inaudible).
MS. SYED: Yeah, and ensure that I have a moment to object to that.
BY MR. TERRAZAS:
Q Okay. So, you got 2007, you get to 2008. Was there any sort of non-disclosure agreement in 2008 with this children's business fair?
A I don't remember.
Q Do you have any documents that would show that you had a non-disclosure agreement in 2008?
MS. SYED: Objection.

Page 17

THE WITNESS: I personally do not.
BY MR. TERRAZAS:
Q 2009, you open up the first school. And did you do a children's business fair with the first school?
A Yes.
Q Okay. Was it a one-time thing? Was it a multiple times a year thing? What was your thing?
A It was an annual event.
Q Okay. Was it on like a Saturday? Or was this time during the school year? Or during school week --
A It was. Our fair was, I believe, always on a Saturday.
Q When you say always, you mean from 2007 through 2025?
A The one we hosted, we -- was on a Saturday. I hope I'm remembering that correctly. But yes, Saturday was so people would come.
Q How long did you or your family host it for? And I know it's hard to say exactly. But I mean, generally from 2007, for 10 years or 15 years, or we just stopped it a little while ago, whatever it is.
A To the best of my memory, we held one in our yard up until 2019, I believe. So, we had many of them once a year.
Q So, about 13 of them, generally.

Page 18

A Generally speaking, thank you. Yeah, because I can't remember when we stopped doing it.
Q At any point, did you have a sign or anything that said Children's Business Fair?
A Yes.
Q When did you start that?
A I don't remember.
Q Was it, do you think, like 3 years after? Or was it like in 2018, like right before when you stopped?
A It wasn't right before we stopped. But I don't know when we started hanging the sign on the fence. I don't remember.
Q No, and I understand. I'm just trying to get a general sense of within that 13-year range, whether it was closer to the end or you think closer to the beginning.
A If I had to speculate, I would say closer to the beginning.
Q Okay. Now, was this children's business fair, over that 13 years, tied to the school? Or was that just something since you hosted it, you just, your family would host it every year?
A It was tied to the school from the year we opened the school. So, it became the Acton Children's Business Fair, and it was something Acton and all Acton -- well, most Actons probably have a children's, Acton Children's

Page 19

Business Fair.
Q Okay. But not all Actons have it.
A They're not required to. I mean, it's their choice.
Q And the business fair is just getting kids together to sell certain things, in booths or not in booths, that's the general business fair concept?
MS. SYED: Objection.
BY MR. TERRAZAS:
Q You can.
A Could you repeat the question?
A Yeah, I'm just trying to understand, the business fair, the Acton Children's Business Fair is really getting a group of kids together to sell certain things in booths or in some sort of form of.
MS. SYED: Objection.
THE WITNESS: It's when you say sell certain things, what do you mean certain things?
BY MR. TERRAZAS:
Q I don't know, and that's --
A That's, I mean, to me that's very vague because it's things that the children make themselves. It's not -- we're not giving them things to sell. That seems very different than what the children's business fair concept is.

Page 20

Q And just to be clear, I'm not trying to put words in your mouth or whatever.
A I understand.
Q I'm just trying to understand. So, make sure that I'm getting this right.
A Uh-huh.
Q So, the Acton Children's Business Fair is a setup where like kids get together in booths or in some sort of format like that and sell things they make.
A Basically, I would agree with that.
Q Is there anything else in terms that you would describe that's a key component of that concept?
A That adults don't help make or sell the product. It's a children-driven experience, that's a key concept.
Q Okay. Is there anything else? Is there anything structurally that happens at the Children -- Acton Children's Business Fair that we haven't talked about?
A I'm going to speak to our children's business fair. Judges come and there are awards given for different category for the children.
Q And just to be clear, when you say our children's business fairs, you mean the ones that you held at your home?
A That we hosted. Yes, I can speak to mine.
Q Okay. You don't know whether or not other

Page 21

schools in Acton do that or not?
A I don't know.
Q Okay. But that's not something that Acton would require and say, you have to have judges and you do awards, anything like that, right?
A I don't think we require that.
Q Okay. And when I say Acton, you understand what I'm talking about the overarching organization, Acton Academy?
A Yes.
Q Okay. I'm trying to make sure that we're -- and if there's a better way to say it, let me know.
A No, I'll trust when you say Acton you mean Acton Academy Network.
Q Yes, and really the -- and maybe -- if you can tell us so that I understand better, how is Acton Academy Network structured? Is there like an entity that's the overarching entity? And then there's franchisees, or is there another way that it's kind of structured?
MS. SYED: Objection, compound question.
THE WITNESS: Yeah, could you help break that question down a bit? When you ask about the structure, you ask, is -- are there franchisees? And you asked if there was an overriding organization, is that what you, could you please clarify?

Page 22

BY MR. TERRAZAS:
Q It's sort of like an overarching like kind of like corporation.
A Well, I can say it's not a franchise, if I -- these are legal terms, and so I, the corporation and franchise, I believe are legal. There's -- we're a network, but we're a loosely associated network. There's Acton Academy, and then there's individual Acton Academy. And each one has their own independent small business or nonprofit.
Q Okay. But they pay fees to Acton Academy?
A Yes.
Q Okay. How much do they pay in fees? Or does it depend on their size or whatever else?
A I --
MS. SYED: Objection, confusing and (inaudible).
THE WITNESS: And I can only speak to my experience because I'm not involved in the Acton Network now. So, I don't know if things have changed.
So, is your question -- could you repeat the question about the fee?
BY MR. TERRAZAS:
Q Yeah, let me ask you just real quick. When did you stop being a part of -- and I don't know if that's what it said, of Acton Academy.

Page 23

MS. SYED: Objection, mischaracterizing the testimony.
THE WITNESS: So, what question am I answering, please?
BY MR. TERRAZAS:
Q Well, president -- you used to be president of Acton Academy, correct?
A Yes.
Q Okay. When did you stop being president?
A Okay. I retired officially January 1, 2025.
Q You retired January 1, 2025. Before that, you were fully involved or was there, were you not president?
A I was --
MS. SYED: Objection.
THE WITNESS: Before that, I was president of the nonprofit Acton Academy.
BY MR. TERRAZAS:
Q So, through December 31, 2024, you were president of Acton Academy.
A Yes.
Q And then January 1, 2025, you retired.
A Yes.
Q Okay. So, do you think that there's much that has changed since you left or has there been any sort of big overarching major structural changes to the Acton

Page 24

Academy Network, anything like that --
MS. SYED: Objection, calls for speculation. Also (inaudible).
THE WITNESS: And I don't know.
BY MR. TERRAZAS:
Q Your husband's still involved, right?
A Not in an official capacity.
Q Okay. So, he's no longer involved with Acton Academy in an implicit way?
A Correct.
Q And when did he stop being involved with Acton Academy in an implicit way?
A He's always just -- he's been a volunteer. He was co-founder with me, but he, in terms of official, I don't know what you mean by the word official.
Q Well, what relationship does he have to Acton Academy now?
A It's best to ask him that question because I don't know, there's not an official role he played.
Q He's always just been a volunteer?
A Yes.
Q Okay. Do you talk to him about Acton Academy?
A Not since I retired.
Q Did you talk to him about Acton Academy before you retired?

Page 25

A Yes.
Q Okay. How often would you talk to him about Acton Academy?
And I'm not trying to, you know, was it just daily? Would it be weekly? Would it be monthly? I just want to get a general sense.
A I'm thinking about your question. I can't specifically say how exactly often we talked about Acton Academy. It came up often.
In conversation, yeah, it came up often, but I don't know how to define even often, if that meant daily or weekly or I think there were seasons where we didn't talk much about it and --I don't know.
Q Understood. But it wasn't something that was, hey, we had a set time or there was something that I knew I was going to basically have to talk to him about it every day because we were sort of running this organization together.
MS. SYED: Objection. Asked and answered.
THE WITNESS: Now I'm forgetting what you're asking, but no, we did not have a set time to talk about Acton Academy in our scheduled life.
BY MR. TERRAZAS:
Q And you didn't have a regular sort of cadence where you would need to talk to him every day about

Page 26

running, that sort of thing.
MS. SYED: Objection. Asked and answered.
THE WITNESS: No, we did not have a planned out cadence.
BY MR. TERRAZAS:
Q And I don't mean even just a planned out cadence.
A No, no.
Q Okay. So, getting back to the question about paying or having these individual businesses that were Acton Academy, if I say affiliates, is that?
A Affiliates is a good word, yeah.
Q Yeah. Okay. So, we've got the overarching Acton Academy headquarters. Is that okay to call that?
A No, we do not call it headquarters.
Q I know you may not call it headquarters. I'm trying to -- what would you call it?
A Acton Academy.
Q Yeah, but how would you describe the relationship between Acton Academy and the affiliates?
A Governance, a governance body.
Q Okay. So, the Acton affiliates pay the governance body fees. Is that correct?
A Yes. In my experience, when I was there, that's the structure.
Q Yes, ma'am. And just to be clear here, I

Page 27

understand that you don't have much knowledge of them after -- on and after January 1, 2025. My questions are all based on your experience.
A Oh, okay. Great. Yes. So, yes. May I take a sip of this?
Q Yes, ma'am.
A Thank you.
Q You should feel free to bring -- do whatever you need to do.
A Thank you.
Q You can use the restroom.
A I'm good. I just --
Q That's fine.
A I didn't want to interrupt you. Okay.
Q Yes, ma'am. No problem. So, the fees that the affiliates paid to the governance organization, the governance body, how were those calculated?
A The fee is calculated based on tuition revenue.
Q So, would it be after with that?
A Like if someone, a new affiliate, who had no revenue at the beginning, what would they pay? It wouldn't be. It's based on tuition revenue.
Q Okay. So, they don't pay anything their first year and then they pay after they get tuition revenue or maybe not the first year, but until they get tuition

Page 28

revenue, they don't pay anything.
MS. SYED: Objection, vague.
THE WITNESS: They don't pay the fee. The fee that you're describing is based on tuition revenue calculated annually. So, if they don't have any, that did not, they did not have a fee.
BY MR. TERRAZAS:
Q Do they pay any other monies to the governance?
A Yes.
Q What did they pay to the governance body?
A They pay when they're accepted to become an Acton Academy, they pay a fee to receive our learning design. And the fee, I believe, when -- by the end of 2024, you pay an upfront fee of -- I believe it was $20,000 for a while. It was something different. But I believe $20,000. And that was all -- that covered your access to all of the learning design. And then anything else is fees based on tuition, that would be just (inaudible).
Q Okay. So, it's learning design that is $20,000. Was there any sort of prohibitions on after they pay and they receive this that they can only use it in a certain way or anything like that?
A There are promises, and I believe the welcome letter and owner orientation describes the promises Acton owners make in their use of the learning design.

Page 29

And I don't remember -- I don't remember the actual. I can't. If I saw the document, I would show it to you, you know, these are what we describe. But yes, there are boundaries, most likely, have to use it within a learning design.
Q So, they got some sort of welcome letter or other materials that tells them how they're supposed to use it.
A There's -- the orientation is a virtual orientation, day-and-a-half experience that all of that is verbally and in discussions talked through in-depth.
Q Okay. And you have materials that whoever is providing the orientation, that they go off of in written form with those (inaudible).
A I never did these orientations. So, I'm not sure what is written down and given to owners at that time.
Q Was the orientation video-recorded?
A I am not sure. I am not sure.
Q Or is it live?
A It's a live Zoom experience. It used to be in person until COVID. And then they have started and kept doing them via Zoom.
Q Got it. But so, there may be a script, but it's not a video or you send it to --
A No, no, it's conversational.
Q Okay. So, we've got the fee based on revenue or

Page 30

tuition. We've got the fee for the learning design. Are there any other fees that the affiliates pay?
A I don't recall any of the fees.
Q Now, going back to the children's business fair. You're saying that that is something that an affiliate does not have to do?
A Yeah --
MS. SYED: Objection.
THE WITNESS: I'm not sure. They're not -- we don't have. It's not a requirement, if that's what you're asking. I don't know of any who don't do it, though. I mean, it's a large part of our learning design. And so, I don't know of any Acton who doesn't have their own children's business fair. I just don't know. But when you say the word "required", that's when I got stuck. Because required, they do this all by choice.
BY MR. TERRAZAS:
Q Understood. But that's what I'm asking. Does the governance organization require that every Acton Academy affiliate do a children's business fair or just say you can be one if you want?
A It's part of the learning design. And so, you can choose to do it or not.
Q Okay. Because Acton Academy, the governance organization, is not going to kick out an affiliate because

Page 31

they didn't do a children's business fair likely, correct?
A Correct. Correct.
Q Okay. All right. And every Acton affiliate that does a children's business fair might do it a little bit differently, right?
A Sure. There's different settings, for example.
Q Sure. The only thing that really makes up a children's business fair is that you have students who are selling things that they've made in a single setting kind of thing where people can come in and buy those out.
MS. SYED: Objection.
THE WITNESS: So, will you say your description again, please?
MR. TERRAZAS: Sure. No problem.
BY MR. TERRAZAS:
Q The children's business fair is just where the students group together in a single setting and they sell items that they made. And people will come in, whether it's parents or maybe others in the community, to buy those items.
MS. SYED: Objection.
THE WITNESS: That's too vague of a description of what the fairs are. I mean, that's very general. I can't --
BY MR. TERRAZAS:

Page 32

Q Yes, ma'am. But I'm trying because again, there can be differences.
A But it's for a limited number of hours. There are guidelines for the people posting it, how to do them.
Q But they don't --
A There's logos that they use. So, there's -- it's not just a come and go open carnival fair kind of, like a -- what's an event?
It's not like -- what you're describing feels more like a farmer's market. And that's not a -- and that's not an accurate description of the Children's Business Fair.
Q Yeah, and I'm trying to get a better description because you talked about like guidelines, but those guidelines could be different for each children's business fair, right?
A No, it's a package. You'd have to apply to -- if anyone else is hosting one, it's a -- it's a well-defined structured package.
Q Okay. So, if someone else was doing something like a children's business fair but didn't have those guidelines, that wouldn't be the same thing as the Acton Children's Business Fair?
MS. SYED: Objection, (inaudible).
THE WITNESS: Children -- yeah, I'm not -- I'm

Page 33

just not sure.
BY MR. TERRAZAS:
Q Well, I'm trying to, again, figure out what Acton is describing as its children's business fair versus something else. So, then if I got a group of students together, the things that -- items that they made, and they wanted to sell it in a classroom setting, for example, and have just parents come on. Would that be a children's business fair or would that not be because (inaudible) certain books?
MS. SYED: Objection.
THE WITNESS: Yeah, I think that would depend. I'm just not sure.
BY MR. TERRAZAS:
Q What would it depend on?
A If they're calling it, you know, children are making these things and you can come buy them, that is a children's business fair. And that's all I know.
Q Well, that's why I'm asking --
A Yeah.
Q So, that's all you need. That's all you need --
A Yeah, it's pretty simple, yeah. But what you described before seemed almost overly large for what it is. It's children making things and asking people to come look at them and pitch if they want to buy them or not. That

sounds different to what you were saying before. So, that's it, yeah. And that was a concept that -- it's different because adults aren't creating the products like girl scout cookies, for example. It's a different -- it is children selling something, but that's not a children's business fair, even though it's children selling cookies.
Q Yes, ma'am. And I think we're saying the same thing.
A Okay. Okay. Thank you.
Q So, it's a fairly simple concept that your family collectively came up with, that your son came up with the name of Children's Business Fair.
A Mm-hmm.
Q Okay.
MS. SYED: Objection, mischaracterizing her testimony.
BY MR. TERRAZAS:
Q You can answer.
A There are three questions in there, so I'm making -- I just really want to make sure I understand what you're asking me. You asked -- our family came up with the idea and our son named it.
Q And that's a simple concept that you just described, which is children who made their own items, not selling girl scout cookies or (inaudible) to, you know,



planning something (inaudible).
MS. SYED: Objection.
THE WITNESS: Yeah, I'm just -- I'm not -- basically. Basically, I would agree with that --
BY MR. TERRAZAS:
Q And I know, ma'am, there could be some nuances and things like that. I'm trying to get a general understanding.
A Yeah.
Q Okay. When you were president of Acton Academy (inaudible), what was your day-to-day role?
A It depends on the year you're talking about. The role of president didn't occupy a lot of time. That really was my -- that wasn't a daily role. I mean I was kind of guardian of the trademark agreements and this signature on those contracts in terms of my role as president.
Q And so, what do you do generally while you're president on a day-to-day basis related to Acton Academy?
A For a period of time I just ran our individual campus. I was head of school for our individual campus. And I'm focused on the -- I was only involved in the elementary school.
Q Okay. So, that was your primary focus during your days when you had a title of president, but you didn't do that naturally?



MS. SYED: Objection. Mischaracterized the testimony.
THE WITNESS: Yeah, I was head of school. And for our Acton Academy, which was a separate entity. And then for the nonprofit organization, Acton Academy, I served as president and so would do whatever needed to be done. But that wasn't a daily task-oriented role.
Q Okay.
A My daily tasks were focused on the campus itself that I've helped out.
MR. TERRAZAS: (Inaudible).
VIDEOGRAPHER: I'm sorry. If that was supposed to be on the record, I could not hear that.
MR. TERRAZAS: I'm sorry. I was saying that the local rules in the Western District are just "objection, form." And so, I just --
MS. SYED: My understanding is that it -- that it (inaudible) object to form.
MR. TERRAZAS: No, it's in (inaudible). And again, I'm happy to go on break if you want to look at (inaudible). I understand (inaudible) it's different from the law (inaudible) I think a lot of federal courts (inaudible). Okay. And again, do you want to go on break to check that?
MS. SYED: Sure.



MR. TERRAZAS: Yeah, why don't we go on break real quick?
MS. SYED: Okay.
VIDEOGRAPHER: The time is 11:45 a.m. Central. We are off the record.
(Recess)
VIDEOGRAPHER: The time is 11:53 a.m. Central. We are on the record.
BY MR. TERRAZAS:
Q So, we are talking about the developments before the first Acton Academy school. And we had talked about the children's business fair. Is there something else that was developed that you believe was different, unique. Anything else with Acton?
MS. SYED: Objection, form.
THE WITNESS: I don't -- what do you mean? I mean, that's -- besides the Children's Business Fair?
BY MR. TERRAZAS:
Q Yes, ma'am.
A Is anything different about Acton Academy from.
Q From some other school system that was out there before? Like, I'm trying to understand the development, what you were, you know, developing --
A Yes.
MS. SYED: Objection, form.

THE WITNESS: Yes.
BY MR. TERRAZAS:
Q What? What was done?
A Everything. I mean, this -- the whole learning design is completely different from any other school.
Q When you say, "completely different from any other school," what --
A The combination of -- we basically took classic old practices and combined them with technologies that were being created and designed a school experience that was new.
BY MR. TERRAZAS:
Q So, you agree that some of the things that Acton used, at least in its initial stages, was based on the Montessori school.
A The philosophies, we -- our sons were in the Montessori schools. We're very familiar (inaudible) Montessori (inaudible). Philosophically, absolutely.
Q Okay.
A Yes.
Q So, philosophically, Acton was similar to Montessori?
A Parts of it.
Q Okay. Parts of it.
A Pieces of it.



Q Which parts? Which pieces were similar?
A The setup of the environment is (inaudible).
Q Okay. So, tell me about that. That was from Montessori?
A Yes.
Q Okay. What was the setup environment that you had?
A The environment would be set up for a child to function independently while they're in it.
Q Okay.
A So, fairingly Montessori.
Q Okay. So, child is able to function independently within it. What else in terms of the setup is similar to a -- similar to Montessori?
A I don't know about the setup, because we didn't do -- the setup -- yeah, I don't know about the setup, if that's the question. I don't know what, if you compare the Acton elementary school with a Montessori setup, the different things in it. So, I don't think you can compare the actual setup, but philosophically, the idea that children can choose what to work on within their environment came from Montessori.
Q Children can choose what to work on in the individual environment. And this happens in a regular room or is it something that's different?



MS. SYED: Objection, form.
THE WITNESS: Each -- it depends. It's --
BY MR. TERRAZAS:
Q When you say it depends -- I mean, when Acton Academy first started --
A In my -- I'll speak -- I'm only speaking to mine then, yes, we had a little house.
Q And so, in the little house you had, effectively what you set up is like classroom kind of thing. And I'm not saying classroom's the right word for it.
A It's not the right word. So, that's what's hard for me to answer that. So, my answer to that would be no. I wanted it to look not like a classroom, not like a school. So, you walk in and there wouldn't be fluorescent lights, so it wouldn't be like a classroom.
Q But it was a one room or did you have multiple rooms?
A This was -- our first location -- we have had several locations as we grew. First location had a few rooms in this little house we rented.
Q Did Montessori have that similar program?
A The Montessori school that my sons went to, they had one big classroom for their age group. So, I haven't visited a lot of Montessori schools, maybe.
Q As you grew, did you have one classroom for the



age groups? And I say classrooms, again I'm just talking about -- I don't know how else to describe it.
A It's a bit -- we moved. When we moved, we went to a temporary building that was a big open space. That is the better description.
Q And that's fine. Did Montessori name the rooms that they were in? Did they describe the room that -- or did they call them classrooms?
MS. SYED: Objection, form.
THE WITNESS: Yeah. I'll speak to my experience. Our sons, they were called classrooms, and they were broken by age groups. So, I can't remember what the first classroom was called, but I think it was called, Classroom A. I don't know. But in my -- the Montessori school we attended has classrooms, they were big open, yeah, that was the room.
Q Okay. What did Acton call them first?
A I can't remember if we called them classrooms or just the school. And we changed -- we didn't want to call it a classroom, so I picked the word based on an art experience of it. Studio, where it was more open and flowing than a classroom. So, if we had started with the word classroom, we then moved it quickly to represent more what the learning looked like, which was more what happens in a studio.

Q Okay. And you took studio, you say it's more like what happens in the studio because that's just kind of the -- a studio, the way it looks, and what happens in a studio, like an art studio or a that form, right?
MS. SYED: Objection, form.
THE WITNESS: Studio was a better word for us than classroom at the time of Acton.
BY MR. TERRAZAS:
Q Yes, but I'm asking something little bit different in terms of, you chose studio based on examples of studios or different types of studios.
A Oh, no, no, not based on examples. I mean, that's based on what we didn't want it to be. We didn't want it to be a classroom. And studio I didn't go around and look at examples, which is, you know, I just -- an art studio is what came to mind where learning continues and it's a little messy than what's done in a studio. But just to once again take away something from a classical understanding of school to make it different. How are we different? That's an example of how we're different.
Q Yes, ma'am. And I understand. But you got the idea of studio by thinking about an art studio in the way it sort of works, right?
MS. SYED: Objection, form.
THE WITNESS: I don't know exactly where my mind



came up with that, but it was to strip away the idea of fostering, and studio came to mind.
BY MR. TERRAZAS:
Q But there -- even though others may not call (inaudible). Did you tell parents and students that this is the studio? We call this the studio?
A Yes.
Q Okay. Did you advertise that it was called the studio?
A In our original, like from 2009 to 2020, whatever, yes, they're called studios at our Acton.
Q And I think you've answered the question. But in 2009 is when you started using --
A Well, I don't remember the year we started calling it -- moving from classroom. We started teacher in classroom, and we literally -- because it started stripping those words away pretty quickly. It could have been 2009. It could have been 2010. I don't know the exact year.
Q That's fine. And I understand. I'm not. Sorry. I'm not trying to box you in --
A Oh, don't apologize, no -- I -- don't worry.
Q I'm just trying to get a general sense of it.
A Yeah. There was an evolution of the design of Acton Academy, as you can imagine, and lots of trial and error the first few years, and it, you know, tightened up



and got better and better with each year that went on. But at the beginning, very experimental and trial and error, and that's -- those years are -- I can't tell you exactly when each different piece became solidified, but generally speaking, yes, (inaudible).
Q You talked about teachers in the main change. What did it change to?
A It changed to guide.
Q Okay. And how did you get -- sorry, I'm saying you. It may not be you.
A It's okay.
Q Did you come up with the name change with someone else?
A I knew I wanted it, but I don't remember if I came up with that word. It could have been Jeff.
Q Okay. What about the studio name, did you come up with that too --
A I came up with that.
Q Okay. So, changing it to guides, how did that come about? Why choose the name guides?
MS. SYED: Objection, form.
THE WITNESS: Why choose the name guide? Is that your question?
MR. TERRAZAS: Yeah.
THE WITNESS: But we knew we weren't teaching, so



that -- the word teacher didn't fit. So, guide fit better with what the adult's role in the studios was.
BY MR. TERRAZAS:
Q Right. But when you say guide fit better, was that based on a certain that you were thinking of a tour guide or some other type of guide?
A I don't know. I don't remember exactly where the thought came from for that word. I can't remember where if it was from -- I don't think it was from a tour guide. But it fit with what the adults were doing in the studios with the young people. They weren't teaching, they were guiding.
Q Okay. What else were -- okay, you're talking about Montessori and kind of some of the similar things. What were some of the other similar things with Montessori?
MS. SYED: Objection, form.
THE WITNESS: Once again, philosophically, Maria Montessori, radical trust in children. That was foundational.
BY MR. TERRAZAS:
Q And what does that mean, radical trust?
A Trust children to make choices, trust that they know what their opinions are, trust that they can do really hard things.
Q Is learner-driven something that Montessori did

before?
A Not in those terms. That was not a Montessori term. I actually can't remember the beginning of that word, that term, when it was injected as what we were doing is giving the learners the wheels, the steering wheels to their experience. They were driving it, not an adult. And at the time, student centers was very popular, and that term didn't work for us either because they were driving it. It wasn't the adults were putting the children in the center. So, just philosophically, that's a different thing than what Acton was doing, which was letting the children drive things, which was a radically different experience.
Q Is that similar in some ways to the Montessori?
MS. SYED: Objection, form.
THE WITNESS: I'm not an expert on Montessori. I never got trained in Montessori. I was a parent who had children go there and I loved reading her work. As I said, she's a hero of mine. I think she was revolutionary and didn't get the credit she deserved. But she -- now I forgot the question.
BY MR. TERRAZAS:
Q Just whether or not the learner-driven was similar to what Montessori terms of radical --
A No --
MS. SYED: Objection, form.



THE WITNESS: And the answer to that is no. The Montessori teacher is very specific in the choices offered, so no, an Acton guide is not the same as a Montessori teacher.
BY MR. TERRAZAS:
Q What else from Montessori was similar to what Acton was doing, other than like the small size?
A I don't know the small -- yeah. We haven't talked about small size being something that's Montessori.
Q Well, Montessori is a much smaller school than public, general --
A Oh, I'm sorry. Yeah, I didn't know that. What else? Let me think. Oh, Maria Montessori's philosophy of making peace is something we incorporated. So, the peace table, the peace corner is something that a Montessori classroom, it would make sense. And it's just equipping young people to learn to make peace with each other.
Q Okay. What else?
MS. SYED: Objection, form.
THE WITNESS: Those are the things that I remember.
BY MR. TERRAZAS:
Q Okay. Yeah. As we continue to talk and ask other questions, you may think of other things related to Montessori, so if you could (inaudible), I remember that



one. If there is, that would be great. When's the last time you permanently resided in Texas?
A I still kind of reside in Texas.
Q Okay. (Inaudible)?
A No, we just are here for like 4, 5 months.
Q Okay. So, you're here for 4 or 5 months, and you're in Texas for?
A That's our permanent address. We live there full time.
Q Okay. Both you and Jeff?
A Yes.
Q Okay. Do you live on the Ranch (inaudible)?
A Yes.
Q Okay. That's about 650 acres, is that right?
A I don't know exactly how many acres it is.
Q Is it called -- actually is it 572 Diamond X Ranch Road, Johnson City?
A Yes.
Q We looked it up and it looks like it's owned by Sandefer Capital Partners. What is Sandefer Capital Partners?
VIDEOGRAPHER: Could you repeat that question? Sorry, I did not get that.
MR. TERRAZAS: No, I'm sorry.
BY MR. TERRAZAS:



Q What is Sandefer Capital Partners?
A Can you ask -- I'm not sure. I'm completely financially separate from my husband and I don't know that.
Q So, does he own the house?
A I don't know.
Q You don't know if you own it.
A I know I don't. I know if I don't -- you didn't ask that.
Q Sorry.
A You said does Jeff own the house. I don't own the house.
Q Are you involved with other non-profits?
MS. SYED: Objection, form.
THE WITNESS: What do you mean by involved?
BY MR. TERRAZAS:
Q I don't know. Do you volunteer? Do you --
A Yes.
Q -- sit on a board, anything else, that's what I meant?
A Yes, I sit on the board of Hometown Mission in Dripping Springs.
Q Okay. And what is that?
A It's a small non-profit that prepares homes for people who can't afford to live.
Q And you're just a board member or are you a --

Page 50

A Just a board member.
Q Okay. Any other non-profits?
MS. SYED: Objection, form.
THE WITNESS: I serve on a foundation board called Ed Foundation.
BY MR. TERRAZAS:
Q And what is that?
A It is a foundation that funds gospel-oriented missions as well as entrepreneurial missions around the world.
Q Any other non-profits?
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q Any other organizations that you're a part of?
MS. SYED: Objection, form.
THE WITNESS: I can't think of anything I'm formally involved with.
BY MR. TERRAZAS:
Q Okay. Have any of the organizations and your involvement in organizations changed over the last 4 years?
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q As in have you joined one --
A Yes. The Hometown Mission is new.
Q Okay. When, how new?

Page 51

A I joined the beginning of 2024, about a year and a half.
Q Okay. Any others?
MS. SYED: Objection, form.
THE WITNESS: I'm not forgetting one, but I don't remember if I've had any in the past 3 years, any other. I mean, besides retiring from Acton.
BY MR. TERRAZAS:
Q Okay. Your husband ran for mayor in Hobbs, Texas, right?
A Yes.
Q Okay. All right. And he ended up filing an injunction and got one of the judges recused related to that suit. Were you aware of that?
A I don't know the details of that. We don't talk about that much.
Q Your husband's been involved in a lot of litigations, right?
MS. SYED: Objection, form.
THE WITNESS: I don't know how you define a lot.
BY MR. TERRAZAS:
Q Well, I mean, involved in any litigation as a private citizen, you would agree is not that common, right?
MS. SYED: Objection, form.
THE WITNESS: I don't know. I don't know how

Page 52

many -- what's a common number for people to be involved in. I don't know.
BY MR. TERRAZAS:
Q Usually zero.
A He's had some. You can ask him how many. I don't -- I'm not involved in those.
Q You all don't talk about those at all?
A Not much.
MS. SYED: Objection, form.
THE WITNESS: I really don't. I'm uninformed on those.
BY MR. TERRAZAS:
Q Why was -- strike that. Do you all live in Hobbs, Texas?
A There is no Hobbs, Texas.
Q Okay. Did you review any documents in preparation for your deposition today?
A Yes.
Q Okay.
A My declarations.
Q Your declarations. Anything else you reviewed?
A The original complaint.
Q Did you approve of the original complaint the first time?
A Yes. I mean, I read it and agreed with it, if

Page 53

that's approval.
Q Yes, ma'am. That's approval.
A Yes. Okay.
Q All right. Who makes the call in terms of the litigation? Is it you or your husband as a collective?
MS. SYED: Objection, form.
THE WITNESS: It's collective.
BY MR. TERRAZAS:
Q I mean, if you made a decision, could you make that on your own, or does it have to be made jointly?
A Yeah. No, I have the ultimate authority, but we do it together, if that makes sense.
Q Yes, ma'am.
A I mean, I'm the one with the authority.
Q Yes, ma'am. It makes perfect sense. You might have the authority to do it, but it doesn't mean you don't consult with your husband --
A Right.
Q -- before making the decision.
A Right.
Q But when push comes to shove, if you want to go a certain way, it will go a certain way.
A Yes. And I'm sitting here too as the representative who does that. Yes.
Q Yes, ma'am. And so, you've approved, now I think

Page 54

there's more than 10 litigations being filed across the country?
A Yes.
Q Okay. And you realize that in most of the litigations, the entity you're suing has never even opened their doors?
A I'm not aware of the details of each Apogee location, no.
Q So, you sued -- you chose to sue people or sue entities that you don't have any idea what they've actually done?
MS. SYED: Objection, form.
THE WITNESS: Because their -- the Apogee name.
BY MR. TERRAZAS:
Q So, just because of the Apogee name, then you think that gives enough basis to sue them?
MS. SYED: Objection, form.
THE WITNESS: I'm following my attorney's support on that. I'm not making the legal determination.
BY MR. TERRAZAS:
Q Well, ma'am, you're the one that's got to give the approval for the filing, right?
A Uh-huh.
Q Is that a yes, sorry?
A Yes.

Page 55

Q I'm sorry. If we get this transcribed later, a court reporter's not going to be able to understand that.
A I understand. Totally.
Q Okay. But you would agree that if a school has never opened, that there's no way they could have misappropriated trade secrets, anything like that, right?
MS. SYED: Objection, form.
THE WITNESS: I don't know if they've been approved to be an Apogee. They could have been exposed to the Acton matters that we have presented with screenshots of websites, for example. I don't know if they weren't.
BY MR. TERRAZAS:
Q Okay. So, you just don't know either way?
MS. SYED: Objection, form.
THE WITNESS: I know they've been approved of -- to be an Acton. I'm so sorry, an Apogee.
BY MR. TERRAZAS:
Q Yes, ma'am. But that's it. You just know they've been approved as Apogee and therefore it's okay to file a lawsuit against them just based on that?
A I'm not sure.
MS. SYED: Objection, form. Just give me a moment to get my objection in.
THE WITNESS: Sorry. Yeah.
MS. SYED: Okay.

Page 56

BY MR. TERRAZAS:
Q Okay. But you've seen now all of Apogee's curriculum files, everything else, correct?
MS. SYED: Objection, form.
THE WITNESS: I'm not sure what they've presented. I don't think I've seen it all.
BY MR. TERRAZAS:
Q Well, you've seen whatever they've provided, right?
A I've seen --
Q -- litigation?
MS. SYED: Objection, form.
THE WITNESS: I've seen their responses to our questions.
BY MR. TERRAZAS:
Q And you've seen the documents that they've provided, right? There's been thousands of documents.
A I have not seen those.
Q You haven't looked at them at all?
A I have not seen the thousands of documents they've sent.
Q Okay. Have you seen anything in any of the materials you've seen that shows that Apogee, any Apogee is actually using Acton materials?
A Can you restate that question?

Page 57

Q Sure. Through all the discovery responses and any documents you may have reviewed from Apogee, have you seen anything that shows that any Apogee entity is actually using any Acton materials?
A Yes.
Q Okay. What? Tell me specifically what.
A Yes. The -- and I believe this is in the -- what we shared with you. There was a -- in Sacramento a mention of a cooking and chemistry quest. The schedule of the Apogees that's on their websites reflects an Acton daily schedule.
Q When you say on their websites, whose websites are you aware of?
A I haven't seen them all, but they're in our documents. There's, I think, a main Apogee website. There was a Longview one presented. There was a Sacramento one presented. And they mentioned -- I'm sorry, I'm not remembering them all, but the pieces of the Acton that are listed, the marks that we have listed from Socratic discussions to the daily schedule and the annual schedule to the idea of quests, those have been on Apogee websites.
Q Okay. So, let's break some of these down. The Socratic method is not something you created, right?
A Right.
Q Socratic discussions is not something that you

Page 58

created, right?
A Right.
Q And Acton didn't create the Socratic method or Socratic discussions, correct?
A Correct.
Q So, the use of Socratic discussions at a school or anywhere else is not something that's yours, right?
MS. SYED: Objection, form.
THE WITNESS: Right.
BY MR. TERRAZAS:
Q Okay. So, the fact that on a website you might see Socratic discussions, that's not something that's proprietary to Acton. So, --
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q Isn't that right?
A It's the design of opening the day and closing the day with discussions that is unique to Acton.
Q Okay. So, it's not that they're using Socratic discussions, it's when they're using them?
A The daily and annual calendar is reflective of Acton Academy's design.
Q Okay. Sorry. Let me just make sure we're sticking with Socratic discussions.
A Okay. Right.

Page 59

Q So, it's not that they're using Socratic discussions that's a problem, it's the fact that they are opening the day and closing the day with Socratic discussions?
MS. SYED: Objection, form.
THE WITNESS: I'm not sure. I think that -- I agree that we did not invent Socratic discussions. But where they put them in their day reflects what the Acton schedule is.
BY MR. TERRAZAS:
Q Right. And that's what I'm saying.
A Yeah. That's what I -- I think we're saying the -- yeah.
Q Right. I'm saying the same thing.
A Okay.
Q It's not that they're using Socratic discussions, it's the fact that --
A It's the way they -- yeah.
Q That they start their day and end their day with it. Is that correct?
MS. SYED: Objection, form.
THE WITNESS: Yes, that's one piece of the day that -- yeah.
BY MR. TERRAZAS:
Q Understood. Now, you -- how do you tell parents

Page 60

and others outside that you're going to do Socratic discussions at the beginning of the day and end of the day? Do you give them a schedule? Do you hand them schedules?
A Yes.
Q Okay. So, you hand the parents schedules. Do you hand the kids the schedules, too?
A They -- yes. I mean, we don't hand them to them, but they know what the schedule is.
Q Okay. Do you tell others in marketing or anything else about that schedule of having Socratic discussions at the beginning or the end of the day?
A Yes, that's probably -- yeah.
Q Do you tell any of those people that they need to keep that confidential?
A No.
Q Okay. Do you tell any of those people that this is a very unique thing with Acton and that it is trade secret or anything like that?
MS. SYED: Objection, form.
THE WITNESS: We say it's unique to Acton.
BY MR. TERRAZAS:
Q You say the Socratic discussions at the beginning and end is unique?
A Our daily schedule.
Q And I'm not just talking about your daily

Page 61

schedule.
A Okay.
Q I'm talking specific about just the Socratic --
A Yes.
Q -- discussions at the beginning and end.
A Yes.
Q You do tell them that that is unique?
A I'm not sure I've used the word, the actual word unique. That's where I'm pausing because that word, I want to make sure I'm answering accurately and I'm not sure I've said this is unique. This design is unique and it includes launching a day and closing a day with Socratic discussions and also in the middle of the day there's one. I'm not sure I said exactly the words you just said. So, I can't - -
Q And that's fine.
A -- speak to your words.
Q And it doesn't need to be exactly my words there. I'm not trying to -- but something similar to unique or special.
A It's special -- similar. I would say it's similar.
Q You would say that --
A That I have communicated that that's -- that it's similar to your words, special and unique. The Acton

Page 62

learning journey's day is special and unique. The fact that it launches with a Socratic discussion is special.
Q Okay. But you understand that like other schools, like, for example, law schools use Socratic discussions at the beginning and the end?
MS. SYED: Objection, form.
THE WITNESS: I know law schools, I don't know if they use them at the beginning and the end. I know they use them in their classes. I'm very familiar with the case method. I don't know of a K through 12 school that launches with a Socratic discussion and ends with a -- I don't know of another one that does that.
BY MR. TERRAZAS:
Q Yeah, do you know of any Apogee schools that actually do that?
A Well, they advertise that schedule on their websites. And I don't -- they don't use the word Socratic discussion. They might say discussions. And the Sacramento one said the character call out, I think it said on the website, which is how -- which is what the discussion is called at Acton. The close discussion is where you call out each other's good character traits. That's an example of a closing discussion.
Q But is that a Socratic discussion necessarily?
A Not necessarily.

Page 63

Q Okay. So, --
A I mean, because to be Socratic, there's -- you have to have a Socratic guide lead that.
Q Yes, ma'am. So, when you see that on the Sacramento one, for example, you don't know that that's actually a Socratic discussion, right?
MS. SYED: Objection, form.
THE WITNESS: It's a character call out, which is what we call that closing discussion.
BY MR. TERRAZAS:
Q Yes, ma'am. But as we've talked about before, it may not be a Socratic discussion, correct?
MS. SYED: Objection, form.
THE WITNESS: I'm not sure if it's Socratic or not because I've never seen theirs in action.
BY MR. TERRAZAS:
Q Right. So, you don't know either way whether they're actually doing Socratic discussions in the morning at the start or at the end?
MS. SYED: Objection, form.
THE WITNESS: It's just what I'm looking at their schedule and it's the same as ours. So, that's where I got that.
BY MR. TERRAZAS:
Q Well, ma'am, you say it's the same as yours. It

Page 64

is not the exact same as yours.
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q Would you agree?
MS. SYED: Objection, form.
THE WITNESS: Yeah. The words could be different on the description of those.
BY MR. TERRAZAS:
Q Well, it's not just the words being different. I mean, there's different things in what's going on in the schedule, right?
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q You're not saying that it's like exactly at these times in this order, it's the exact same thing, are you?
MS. SYED: Objection, form.
THE WITNESS: I'm not sure.
BY MR. TERRAZAS:
Q And ma'am, what schedule are you talking about that you say is exactly the same or at least similar?
A It's similar. It's the -- well, there's two different schedules. The annual schedule, which is the year, and then the daily schedule within that. And both are very, very similar. I'll say very, very similar.
Q Okay. But which schools are you specifically

Page 65

talking about?
A Apogees.
Q Yeah. But which school, which Apogee --
A Oh, I'm not -- I'm sorry, I'm not familiar with which ones. Just -- we gave the examples on the Cedar Park and Sacramento and Longview.
Q I don't think there are schedules for most of those. It's one of the --
A Okay.
Q -- things I'm trying to look up, and that's what I'm trying to understand. So, okay. And your schedule, you're saying that your schedule is confidential?
MS. SYED: Objection, form.
THE WITNESS: It's not confidential. The creation of it is -- was unique to Acton Academy for our owners to use.
BY MR. TERRAZAS:
Q All right. It's not trademarked, right?
MS. SYED: Objection, form.
THE WITNESS: It's part of our learning design, which is included in our access and use agreement, I believe.
BY MR. TERRAZAS:
Q But ma'am, you hand to parents and tell students, and you tell the world in marketing materials, this is

Page 66

Acton's schedule, right?
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q Is that -- just yes or no on that one.
A Okay. I'm sorry, repeat the question.
Q Yeah. You give to parents the schedule, you at least tell students about it, the schedule. And you tell the world through marketing materials, this is the Acton schedule, right?
A So, yes. In simplistic form, what happens at certain hours in the day is public information, and how those -- the content within those is not.
Q Okay. But we're just talking about the schedule.
A Yeah.
Q We're not talking about --
A You arrive at 8:00 in the morning, you leave at 3:15.
Q Yet we're not talking about the content.
A Okay.
Q Okay.
A Yeah, yeah.
Q All right. So, I'm trying to understand when you say that the schedule is the same and there's something proprietary for Acton about it, you tell the -- not the content, but the schedule, you give that to the parents,

Page 67

right?
A Yes.
MS. SYED: Objection, form.
THE WITNESS: Sorry.
BY MR. TERRAZAS:
Q You tell the kids about it, right?
MS. SYED: Objection, form.
THE WITNESS: Yes.
BY MR. TERRAZAS:
Q Okay. You may give it to the kids too, but you at least tell them about it, right?
A Yes.
Q Okay. And then, you tell in marketing and otherwise, here's the Acton schedule, correct?
A Yes.
Q And you don't represent to anyone that that schedule is trademarked, right?
MS. SYED: Objection, form.
THE WITNESS: I'm not sure.
BY MR. TERRAZAS:
Q Okay. You're not aware of it happening, but it could be?
A Yes.
Q Okay. Is there anything trade secret about the schedule?

Page 68

MS. SYED: Objection, form.
THE WITNESS: May I ask you to define when you say trade secret? I want to under -- make sure I'm clear what you're asking.
BY MR. TERRAZAS:
Q So, the prototypical example of a trade secret is the formula Coke, Coca-Cola. Only a few people know it. It's locked away. It's very much protected. Only people who have to know, know it, those kinds of things. It's not released to the world at all.
A Right.
Q So, your schedule is not trade secret, right?
MS. SYED: Objection, form.
THE WITNESS: Right. The schedule -- the -- what's within the schedule is the times of day broken out on a schedule, I agree with you.
BY MR. TERRAZAS:
Q Okay. When you say what's in the schedule might be trade secret, that's the content.
A Yes.
Q Okay. But not the actual schedule.
A Correct.
Q Yes. I just want to make sure we're on the same page. And the schedule though that you have, let's talk about the year schedule. What's unique about that?

Page 69

A That was -- the creation of that was a radical change in the traditional school schedule when we first started that there would be 4 to 5-week sprints with a break and not a 3-month summer so that the learning could continue and working families, you know, it would just be easier and it would just be more of a seamless learning experience, but with regular breaks in the year rather than a gigantic chunk in the middle. So, that was new when we created it.
Q Okay. Do other schools -- school systems do that?
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q Not talking about Apogee.
A Oh, thank you. Okay.
Q Anyone else?
A I am not aware of another K to 12 school that has that same annual schedule.
Q Well, you know that other -- there's been other schools in the United States and mostly outside the United States that do year-round school, right?
MS. SYED: Objection, form.
THE WITNESS: I have heard of year-round school. I'm not deeply familiar with a year-round school, but I've heard of a year-round school.

Page 70

BY MR. TERRAZAS:
Q You've heard of it. You know that other schools --
A Yes. I would not define Acton as a year-round school. I should clarify there is a longer break in the summer of 5 to 6 weeks, so it doesn't go continually through the summer. That was a distinction that people asked us, is this year-round? It's not exactly year-round, but I have heard of year-round schools.
Q Okay. But there's been many schools, you know, that do modules, and then take a break, modules, take a break, and then may or may not have a longer summer kind of thing --
MS. SYED: Objection, form.
THE WITNESS: I just don't know of any. I'm not familiar with any.
BY MR. TERRAZAS:
Q But if there are others like that, then the Acton model of doing that wouldn't be unique, right?
A Well, that --
MS. SYED: Objection, form.
THE WITNESS: Yeah. If that hypothetical. I just don't know of any. But if there were, yeah, that's a hypothetical -- that seems kind of hypothetical.
BY MR. TERRAZAS:

Page 71

Q Okay. All right. So, like I'm looking just online right now on the EBSCO.com, research starters, and it says in 1968, Schafer Park Elementary School in California, Hayward Unified School District became the first school in the United States to operate on the year-round calendar since before the 1940s. And it's still running year-round schools in the United States.
So, that would be a school that doesn't have the long break in the summer and does it year-round.
MS. SYED: Objection, form.
THE WITNESS: But that seems different to what we're doing. I mean, that's why I said I have heard of year-round schools before, but I don't know if they do the 2 or 3 -- 2 weeks off here, one week off there. I don't know what the rest of the year looks like besides they go year-round.
BY MR. TERRAZAS:
Q Yes, ma'am. So, --
A I don't -- I'm not familiar with that.
Q And I'm just reading from this website. It says, "The three most common year-round school calendar plans are the 45-15 plan, the 60-20 plan, and the 90-30 plan. In each plan, the students attend for the first number of the plan, and then have a break equal to the second number of the plan."

Page 72

MS. SYED: Is there a question?
THE WITNESS: I don't understand. I'm not familiar with that at all. So, --
MR. TERRAZAS: I'm just going to --
MS. SYED: Sorry. He just read from a website, but he didn't ask you a question.
MR. TERRAZAS: Yeah. I was getting to a question, and she started answering, so.
THE WITNESS: Sorry.
BY MR. TERRAZAS:
Q And so, in that, for example, it would be 45 days on and 15 days off. So, basically, a 2-week sort of cycle. If schools were doing that long before, that wouldn't be something that's truly unique to Acton, right?
MS. SYED: Objection, form.
THE WITNESS: I'm not familiar with what you're saying.
BY MR. TERRAZAS:
Q Yes, ma'am. I'm not saying whether you're familiar or not. I'm just -- if you can just assume that schools are doing that, whether you're familiar with it or not, that wouldn't be something that's unique to Acton, correct?
A I would have to see more details of it because Acton's annual calendar has some more details than just the

Page 73

40-15. I don't remember the other two. You mentioned 60 something. I would have to compare them side by side to really answer that well.
Q But we're talking about concepts here, ma'am.
A Oh, just generally speaking, just ideas?
Q Yes, ma'am.
A Not factual comparisons.
Q Yeah. I'm not talking about that it lines up exactly because that's not --
A Okay. So, -- okay.
Q But then, I guess, that maybe that's a question, ma'am, is that does someone who's like copying your system or that you're worried about copying your system have to copy it exactly?
MS. SYED: Objection, form.
THE WITNESS: No, there could be variances.
BY MR. TERRAZAS:
Q And how large of a variance? So, that's what I'm wondering, because with these year-round schools that do 45 on 15 days off and go through cycles like that, how much more variance do they need to be before they are doing what Acton is doing?
MS. SYED: Objection, form.
THE WITNESS: I don't know.
BY MR. TERRAZAS:

Page 74

Q Okay. So, what is it that's so unique then about the Acton year-round schedule?
A As I mentioned before, with the daily schedule, it's the content within it. It's how they're -- how they begin the sessions, how they begin and how they end, and how they're connected together with learning arcs. But how to be -- to launch, and then to end with a public exhibition, for example, and then to come back. There -- it's the content within, not just the actual numbers of days represented.
Q But you're saying the content within, that's not really the schedule?
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q That's the content, right?
A So, what is your question?
Q Well, I'm just trying to understand what's so unique that it's problematic. You pointed to, you said some of the websites have a similar or the same annual schedule. Like, what is it of the annual schedule that you're saying is that's Acton, no one else has ever done this but Acton?
MS. SYED: Objection, form.
THE WITNESS: I don't know.
BY MR. TERRAZAS:

Page 75

Q Okay. So, you don't know what is specifically unique to Acton in a year-round schedule that you could say, if I saw that, that's Acton?
MS. SYED: Objection, form.
THE WITNESS: Again, I'll just say I don't know, because to see a schedule, it's hard to imagine it without the content within the schedule. So, sorry, I'm going back to that word content, but you're asking me just the schedule, like the skeleton, the days, the times, nothing else included. Is that what you're asking?
I just want to make sure I'm understanding. You're saying just a schedule, nothing in the schedule.
BY MR. TERRAZAS:
Q Yeah. I'm just trying to understand the framework --
A And like the hours and days and days off days. Yeah.
Q There's nothing unique about anyone doing that, that's Acton?
MS. SYED: Objection, form.
THE WITNESS: Yeah. I would disagree with that there's nothing unique about it. You gave some examples, but those aren't -- those don't -- didn't sound identical to Acton structure. So, I just don't know.
BY MR. TERRAZAS:

Page 76

Q What -- and I guess, ma'am, did you do any research to see what else was out there before you sue a bunch of Apogee entities claiming that they're stealing your yearly schedule?
A We saw --
MS. SYED: Objection, form.
THE WITNESS: We saw what was posted, and I believe Matt said it was remnants from the Acton website.
BY MR. TERRAZAS:
Q Yes, ma'am. That was Acton Cedar Park, and that was taken off before you filed suit, correct?
A I don't -- I have not received a written confirmation of what's been removed.
Q You didn't go look?
MS. SYED: Objection, form.
THE WITNESS: I did not receive any confirmation of --
BY MR. TERRAZAS:
Q Ma'am, I'm asking, did you go look? It's simple for you to go look, right?
A I did not. I did not.
Q You could have gone and looked, right?
A I could have.
Q Before filing suit, right?
A No. That happened -- that's been since.

Page 77

Q No, ma'am. That was before because --
A Okay.
Q -- we're talking about Acton Cedar Park, and that was in July, and the suit was filed, I believe in August or September. You understand that?
A Uh-huh.
Q Is that a yes?
A Yes, yes.
Q And so, my -- you could have looked after Matt Pedro (phonetic) said, "Hey, we're taking some of this stuff off." You could have looked after to see whether that was done, right?
A Well, there were a lot of things that were needing to be changed that were remnants of Acton, that -- what I saw was they were in progress. So, I didn't go back through each and look at each website.
MR. TERRAZAS: Objection, non-responsive.
BY MR. TERRAZAS:
Q This is only the Cedar Park website, ma'am. That's the only one that you all wrote about.
A Okay.
Q Before the suit was filed, before the very first suit was filed, it was the Acton Cedar Park website. And I'm just asking or I believe you stated you never went back to check whether or not that was taken off?

Page 78

A I have not looked at their website.
Q Okay.
A Since -- yeah. Since that.
Q So, when the suit was filed, you don't know whether there was anything to even complain about there with the website anymore, right?
MS. SYED: Objection, form.
THE WITNESS: I'm not sure.
BY MR. TERRAZAS:
Q Okay. And I don't believe there was -- strike that.
MR. TERRAZAS: Do you want to take a break? We've been going on for an hour.
MS. SYED: We've been going on going on for about an hour.
MR. TERRAZAS: Yeah.
MS. SYED: A little bit over an hour since the last break.
MR. TERRAZAS: Can we take a --
MS. SYED: Yeah. Can we take a 15-minute break?
MR. TERRAZAS: Fifteen is fine.
MS. SYED: Okay.
VIDEOGRAPHER: The time is 12:47 p.m. Central. We are off the record.
(Recess)

Page 79

VIDEOGRAPHER: The time is 1:08 p.m. Central. We are on the record.
BY MR. TERRAZAS:
Q All right. So, we've talked about the daily schedules and we talked about the annual schedule. We've talked about Socratic discussions. Let's talk really quickly, you mentioned before about quests. When was quest -- strike that. When did Acton start using the term quests?
A I believe it was within the first 2 years of our founding.
Q Okay.
A I would have to double check, but it was pretty early on.
Q Now, also, just to be clear on ours, all the words that Acton uses in all of its curriculum, it didn't create a new word, did it?
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q Like, I mean, like quest is a word that's been used in other contexts for years and years and years.
A Yes.
Q Okay. Is there any words that are, like, Acton creative, that only Acton knew about it?
MS. SYED: Objection, form.

Page 80

THE WITNESS: I can think of one term. And I -- there may be more, but I'm not remembering more, but there's a term called Eagle Bucks that is a creative Acton term for -- as an example for what you're asking. There's probably more. And I'm sorry, I don't remember more, but Eagle Bucks was a create -- I mean, I know that Eagle is a word, and Bucks is a word. And I'm talking about putting them together as something that's unique. That's an example.
BY MR. TERRAZAS:
Q Okay. And that's the only example you can think of right now?
A Yes.
Q Okay. Understood. You've heard of Lord Acton before, right?
A Yes.
Q Okay. Is that -- and Lord Acton said, "Absolute power corrupts absolutely?"
A That's part of something he said.
Q Just to be clear, not everything he said, that's not the whole quote, I'm sure.
A Okay.
Q But he used that phrase. How did you and your husband settle on the name Acton?
A Can you be more specific? Do you mean for Acton

Page 81

Academy?
Q Yes. But why choose the word Acton?
A The Acton School of Business was already in existence, so the word Acton was part of Jeff's creation, like building a business school. And so, when we built the K-12 idea, it just was natural to use Lord Acton, a reference to Lord Acton again, because philosophically, it fit. The two of us just chose that.
Q So, you developed the name Acton or took the name Acton from Lord Acton?
A With the Acton School of Business in between. So, there was the Lord Acton, the reference originally was for the Acton School of Business. And then we -- it was reflective more of the Acton School of Business, but also Lord Acton. So, yes.
Q Okay. But just to be clear, so I'm sorry.
A Oh, it's okay. Sorry.
Q So, Lord Acton was out there, not something you created. Then, you know, he's a person, right? Historical figure?
A Yes.
Q Okay. And from Lord Acton, your husband took the name Acton to use as for the Acton Business School?
A The Acton School of Business. Yeah. Sorry.
Q Acton School of Business, I apologize for saying

Page 82

that. And then Acton Academy was taken from the Acton School of Business, which was again, originally derived from Lord Acton?
A Yes.
Q Okay. So, the word Acton itself is actually not something that is unique to Acton Academy. That's something you derived from history?
A Yes.
Q Okay. And to be clear, Acton Academy didn't derive the term Apogee, correct?
A Correct.
Q And Acton didn't use the term Apogee related to any school, correct?
MS. SYED: Objection, form.
THE WITNESS: Well, there was Apogee Acton Academy.
BY MR. TERRAZAS:
Q But that was developed by Tim Kennedy, correct?
A When he was applying to be an Acton Academy, they get to choose a name for their Acton Academy. And on the trademark agreement, he wrote Apogee Acton Academy. Yes.
Q Right. So, he created that.
A He chose that word.
Q Yes. And put it on there. But that isn't something that Acton Academy or anyone affiliated with

Page 83

Acton Academy helped derive for them?
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q You can answer.
A Right.
Q Okay. Now, in the 2009 timeframe, there were several different people, entities, whatever else that were interested in developing alternative school systems. Would you agree?
MS. SYED: Objection, form.
THE WITNESS: May I make sure I know what you're asking? You're saying in 2009, other people were interested in starting --
BY MR. TERRAZAS:
Q Alternative schools or participating in alternative schools?
A Yes.
Q I mean, there was a lot of popularity for micro schools and other sorts of alternative education, correct?
A I'm not sure a lot of popularity was the word you said.
Q Yes, ma'am.
A I'm not sure I agree with popularity. I didn't feel popular, but there were things in education going on that were alternative.

Page 84

Q It was becoming more mainstream to do that.
MS. SYED: Objection, form.
THE WITNESS: Sorry, I didn't mean to jump in.
BY MR. TERRAZAS:
Q And I don't mean that it was mainstream, just to be clear. I'm saying it's becoming more mainstream.
MS. SYED: Objection, form.
THE WITNESS: Yeah. I can't agree with that statement that it was becoming mainstream.
BY MR. TERRAZAS:
Q I was saying becoming more mainstream.
A Becoming more mainstream, not in 2000 -- in my personal experience, I did not perceive that in 2009, alternative schools were becoming more mainstream, which is what you asked. So, not in my personal experience did I understand that to be happening.
Q Right. Did you have any experience with education for a nonprofit before 2009 in the first Acton Academy School?
MS. SYED: Objection, form.
THE WITNESS: I worked for a nonprofit called the Oklahoma Arts Institute, which was focused on arts education in the state of Oklahoma.
BY MR. TERRAZAS:
Q Anything else in terms of having an involvement

Page 85

with a nonprofit related to education before the Acton Academy School in 2009?
MS. SYED: Objection, form.
THE WITNESS: I helped with church's Vacation Bible School.
BY MR. TERRAZAS:
Q Anything else?
A Not that I can remember.
Q Okay. So, you started Acton in 2009. What would you describe to be the core beliefs or mission of Acton at that time?
A That every child is a genius who deserves to find a calling and change the world. That was the fundamental mission and belief.
Q From 2009 it was through at least December 31st?
A From my experience, yes.
Q And just to be clear, and that's been the same since 2009 through December 31, 2024, at least?
A That belief still exists or existed up until I left. Yes.
Q Okay. In geniuses, you would agree that's not a unique term to act in, right?
A Correct.
Q Okay. Geniuses is used in many school contexts where people say that person is a genius, right?

Page 86

MS. SYED: Objection, form.
THE WITNESS: Yeah, I can't -- I don't know. I want to make sure I understand what you're saying, that people commonly say you're a genius when they're talking to kids in school. Hypothetically, I'm sure. I mean, I haven't overheard someone saying that, but I could imagine that that is said.
BY MR. TERRAZAS:
Q So, the use of the term genius though, is not restricted to Acton in its schools, right?
A I don't believe it's restricted, the use of the word genius.
Q Other schools can use the word genius and that's not --
A Right. Yeah.
Q -- that's not taking anything from Acton, right? That's just employing a series.
A Yes.
Q Okay. Now, in terms of Acton developing its educational model materials and brand, it wasn't just you and your husband, correct?
MS. SYED: Objection, form.
THE WITNESS: No. I want to make sure I'm understanding your question. You're saying the development of Acton's over time, the model, the materials, and what

Page 87

was the third thing?
BY MR. TERRAZAS:
Q Branding.
A And branding, other people were involved. Is that what you're asking?
Q I'm asking -- yes. I asked whether it was just you and your husband. Let me check. Yes, I'm asking who was involved with that.
A Who was involved in the branding, the development of Acton Academy?
Q Maybe in terms of just to be clear, the educational model, materials, and branding.
A Okay. Educational model, materials and branding. So, materials would be -- yeah. I would say, in addition to my husband and I, one of the original, the second Acton Academy that opened, a gentleman named Juan Boniface, who I believe you probably have his name, he was helpful in creating this. And he's in Guatemala. That was the second Acton Academy. And he was one of Jeff's students at the Acton School of Business and was very lightminded and helped with the creation of the model and the materials.
And I would also say another person who was instrumental, who we also mentioned, is the second -- the person who launched the second Acton Academy, Dani Foltz-Smith is mentioned in Venice Beach. So, those original

Page 88

people helped us hone the development of this model. It was over a period of years.
And then currently, I think every Acton owner participates in -- we give a lot of feedback. Well, I need to speak to when I was there. In my experience, there's feedback over what's working and what's not. So, I would consider Acton owners participating. And I also consider the learners participating, we get feedback from them.
So, there's lots of trial and error, feedback, making it better, but the people using it are the ones to give the feedback that help make it better. That was a lot of words.
Q It's okay. Juan Boniface and Dani Foltz-Smith, did they have non-disclosure agreements, confidentiality agreements, when they were working with you (inaudible) schools?
A I don't remember. I would have to double check that.
Q Okay. Have those review please.
A Sure.
Q Check those.
A Sure.
Q Do you remember telling them that anything they were doing was confidential and then keep sharing things?
A I don't remember.

Page 89

Q Okay. Are they still working for Acton now or working with Acton?
A As to my knowledge, up to when I retired, yes.
Q Okay. And Juan's still in Guatemala?
A Yes, I believe so.
Q And Dani Foltz-Smith is here in California?
A I believe so. I haven't talked to them, but.
Q So, but besides Juan and Dani, you and Jeff, are there -- is there anyone else that you would say, "Hey, these are sort of the people who have really added things to the Acton Academy educational model, materials, or brand?"
A Well, I also said the learners and the owners who use the materials give feedback, and I think that helps.
Q Yes, ma'am, but that's kind of currently. I understand that helps, but no one individually
(Cross talking.)
Q -- this person helped develop this for you?
MS. SYED: Objection, form.
THE WITNESS: I would say Matt Clayton, who I believe is also in the documents. He was helpful when he worked with us on honing the brand and the material. So, Matt Clayton, I would also say was instrumental in helping.
BY MR. TERRAZAS:
Q Where's Matt now?

A The last I knew of was he's in Utah.
Q Is he still affiliated with Acton Academy?
A He owns his own Acton now. So, he went from working with us to having his own. And it's either Salt Lake City or around that area.
Q And so, he's an affiliate now?
A Yes.
Q Okay. Does he have a confidentiality?
A May I ask for a distinction? Is confidentiality the same as signing the trademark and the user and access agreements?
Q Not necessarily.
A But could you explain the difference if you've signed those?
Q Well, so like in terms of developing the Acton curriculum, if there was some sort of non-disclosure or confidentiality where you say you can't share anything you're working on with anyone else.
A Any staff member, I believe signs that, and he did work for us. So, he would have as an Acton owner, they're bound by the trademark. I'm confused on the legal aspect of that. An employee statement when they sign their employment contract includes something about that. And I don't recall exactly the wording of that.
Q Okay. Yeah. I would say that the trademark



license agreement and not to get too into details. It's not a -- it doesn't prevent someone from sharing things. It's just -- you can't use certain terms in different ways.
MS. SYED: Objection, form.
MR. TERRAZAS: So, it's different from what I'm asking about. All right.
BY MR. TERRAZAS:
Q So, in developing this curriculum and other sorts of things, who owns it? Who's the owner of, for example, the curriculum?
A The Acton Academy 501(c)(3), which is under the umbrella of, I believe I'm going to really need to check -- double check on this, the Acton Next Great Adventure, which is what the Acton School of Business became. And so, that's the ownership of what is considered the IP, I guess, using these terms, Acton Next Great Adventure and Acton Academy.
Q So, which one owns it? The Acton Next Great Adventure or Acton Academy?
A That's where I'm -- I don't want to misspeak on legal terms. But that's what when -- that's what I believe, that's the partnership between those two entities.
Q So, Acton Next Great Adventure may own the IP, but you're not sure?
A Thank you. Yeah, I think that's what I'm saying.



Q Are you aware of any copyrights that exist?
MS. SYED: Objection, form.
THE WITNESS: I don't know. I'm not aware.
BY MR. TERRAZAS:
Q Okay. Are you aware of any trademarks that exist?
MS. SYED: Objection, form.
THE WITNESS: You mean our trademark?
BY MR. TERRAZAS:
Q Yes. Yeah, I'm just talking about Acton. Any copyrights or trademarks of Acton?
A Yes.
Q What trademarks exist you're aware?
A I'm aware of Acton Academy, Acton Children's Business Fair, and Children's Business Fair.
Q Okay. Any others?
A I can't recall.
Q Are you aware of any service mark registrations that exist?
MS. SYED: Objection, form.
THE WITNESS: Could you explain what that is?
BY MR. TERRAZAS:
Q It's kind of a technical term. It's okay if you don't know.
A I'm sorry, I don't.



Q Yeah. Just you've never heard of.
A I've never used or been made familiar with that service, whatever market, but anyway.
Q Got it. Do you know how Acton Academy enforces its intellectual property rights with any of its affiliates or licensees other than the trademark and license agreement? But how does it -- if someone's not doing something that Acton likes, how does it enforce it?
A I'm not sure.
Q Okay. Was there ever been any past incidents of alleged infringement or unauthorized use before Apogee you're aware?
A Not that I can remember.
Q How does an affiliate school access or reproduce the materials provided by Acton?
A They are stored in a password protected online. I'll use the word database, but it's our playbook and tool shed is where all the materials are stored. So, they're all e-filed and accessed that way.
Q How do you ensure that an ex-affiliated individual or entity doesn't have access anymore and doesn't keep materials?
A What I'm familiar with is they lose their password capabilities, so they can't access anymore once they're de-affiliated or the guide leaves, their access is

Page 94

stopped. And yeah, that's what I have.
Q Okay. So, you don't require them to destroy the materials that they might have?
A Well, that is part of our agreement with them. I think they're required by our access and use agreement to just return or destroy any materials if there's hard copies.
Q Are you sure about that?
A I'm hoping, maybe I'm wrong.
Q And I'm not saying that you're wrong. I'm just trying to get a testimony here.
A Yes. No, thank you. I appreciate that. I'm hoping I remembered correctly that.
MR. TERRAZAS: And just maybe to help, here's Exhibit 12, and I'm going to show you Exhibit 13.
(LAURA SANDEFER Exhibits 12 and 13 were marked for identification.)
THE WITNESS: Is there a question pending, Ms. Syed?
MS. SYED: I think he's --
THE WITNESS: Do you mind if I --
MS. SYED: Yeah, that's a great idea.
BY MR. TERRAZAS:
Q Yeah. I was just asking where in any of these agreements are you relying on to say they've got to return

Page 95

them to us?
A Well, I'm under effective expiration and termination.
Q And that's in the access to all materials?
A Delete, destroy, or return all copies of the private IP, and certify in writing that it's been deleted or destroyed.
Q Right. So, does Acton require that?
A Yes.
Q You say yes. So, you're going to have in Acton's files prior instances of people certifying to you that they have destroyed the IP?
MS. SYED: Objection, form.
THE WITNESS: I don't know.
BY MR. TERRAZAS:
Q Okay. So, you're not sure that Acton actually requires people to destroy materials and certify that it's been destroyed?
MS. SYED: Objection, form.
THE WITNESS: We require as noted here, but your question said -- the question you asked, I believe was, do I have knowledge enough of evidence that this has happened? And that's what I don't know.
BY MR. TERRAZAS:
Q But are you aware of any instance where someone

Page 96

who signed an access and license agreement has left or become unaffiliated with Acton, that Acton has actually required them to destroy materials and said, "We need to certify?"
A That's what I'm saying, I don't know, too. So --
Q Right. You can't think of an instance?
A Yeah. I'm saying I don't know.
Q I'm sorry, saying I don't know is different from I can't think of an instance. So, I'm trying to say, can you think of an instance?
A I don't know of an instance. Yeah. Our food's here.
Q Would you like a break?
A Okay. Correct. Would you like these back?
VIDEOGRAPHER: The time is 1:41 p.m. Central. We're off the record.
(Recess)
VIDEOGRAPHER: The time is 2:14 p.m. Central. We are on the record.
BY MR. TERRAZAS:
Q When Acton is evaluating a potential person or entity to become an affiliate, does it have any sort of criteria?
A Yes.
Q What criteria does it have?

Page 97

A This is, according to my experience during the time I was there, one of the criteria is that your own children will be in the school. And then there are questions about philosophical alignment with learning that need to match.
Q Anything else?
A Positive community standing.
Q Okay. Anything else?
A That's what I can remember.
Q All right. Does Acton turn away applicants each year?
A Yes.
Q Okay. What general percentage or numbers would you say? I mean, like, for example, is it 50 percent? Is it 10 a year? I mean, whichever criteria you could say.
A I don't know.
Q Are you aware of any Acton schools that were planned in the same communities as any Apogee schools, like, were planning to start?
MS. SYED: Objection, form.
THE WITNESS: I want to make sure I understand your question. An Apogee school exists and an Acton ones is applying to start one in the same community?
BY MR. TERRAZAS:
Q Yes, or an Acton or an Apogee school doesn't

Page 98

actually exist yet, but it's planning to exist in a certain community.
A The examples that come to mind and I don't have all the information on that. Sacramento would be an example. I think I believe Boise is an example of that scenario happening. I'm not aware of --
Oh, I guess I'm struggling because there's a part of that question I want to make sure I understand. Are you including when an Acton became an Apogee or are you talking about only brand -- that's where I'm sticking a little bit.
Q Let's first talk about only Acton.
A Okay. So, those examples I gave are what I recall. Not hands on in that information personally.
Q Okay. What about any schools that used to be Acton that became Apogee you're aware of?
A Cedar Park's an example and I believe Tahoe is an example. Those are the ones I'm aware of.
Q Let's talk about Cedar Park first. Cedar Park, Acton actually told the Cedar Park location that it could not be affiliated with them anymore, right?
MS. SYED: Objection, form.
THE WITNESS: Acton terminated the license.
BY MR. TERRAZAS:
Q Which means that that school, the Cedar Park School, could no longer be affiliated with Acton, correct?

Page 99

A That's because we terminated their license to be in Acton.
Q I understand, but that's correct, right? That Acton is the one that terminated the affiliation between the Cedar Park School and Acton?
A Yes.
Q It wasn't the Cedar Park School terminating it, correct?
MS. SYED: Objection, form.
THE WITNESS: Yes.
BY MR. TERRAZAS:
Q And you -- sorry. Acton was fine with the Cedar Park School still continuing to provide education services, correct?
MS. SYED: Objection, form.
THE WITNESS: Could you clarify?
BY MR. TERRAZAS:
Q Was Acton okay with the Cedar Park School after it terminated -- after Acton terminated the affiliation with that school between it and Acton? Was it okay with that school continuing to provide education services?
A I think once the terms of the partnership with them with these agreements were finalized, then they can be a school if they want to be a school.
MR. TERRAZAS: Okay. I'm going to show you

Page 100

what's been marked as Exhibit 9.
(LAURA SANDEFER Exhibit 9 was marked for identification.)
BY MR. TERRAZAS:
Q And these e-mails are between your husband, you, Tim Kennedy, related to the Cedar Park School, correct?
A Yes.
Q And these are specific -- these communications are specific to the termination of the Cedar Park School, correct?
A Correct.
Q And if you look at the e-mail, the front page, second e-mail, Friday, May 27, 2022, from your husband, you're CC, to Tim Kennedy, 9:53 a.m., and this is Acton 0005.
MR. TERRAZAS: And just for the record, Exhibit 9 is Acton 0005 through 0007.
THE WITNESS: Oh, I'm sorry, I didn't know what you were referring to. Gotcha. Thank you.
MR. TERRAZAS: That was more for the record than you.
THE WITNESS: Thank you.
BY MR. TERRAZAS:
Q All right. On the first page in that e-mail from 9:53 a.m. from Jeff Sandefer, at the last full paragraph,

Page 101

it says, "At this point, I believe it is best we part ways until these deficiencies have been corrected."
"And you have demonstrated the ability to run a learner-led community in a SPARC and ES context. If after 6 months your customer satisfaction surveys are positive and your children are in the community, we can revisit."
Do you see that?
A Yes.
Q Did I read that correctly?
A Yes.
Q So, basically, what your husband is saying, even though just as a volunteer with you copied as the President of Acton Academy, the governing organization. Is that Tim Kennedy could still run an alternative school and potentially be, you know, almost reapply for Acton, sounds correct?
MS. SYED: Objection, form.
THE WITNESS: If he -- until the deficiency have been corrected, then he could reapply.
BY MR. TERRAZAS:
Q Right. But during that interim, he was going to be -- you knew that he was going to be operating an alternative school?
MS. SYED: Objection, form.
THE WITNESS: I don't remember knowing that.

Page 102

BY MR. TERRAZAS:
Q Well, but you're saying he could do that if he wanted, right?
A Which is different than knowing that he was.
Q Well, you knew he was just even a week later, right?
MS. SYED: Objection, form.
THE WITNESS: I don't remember that.
BY MR. TERRAZAS:
Q Do you remember him ever continuing to run an alternative school?
MS. SYED: Objection, form.
THE WITNESS: Yes, I don't know the details of it. And when I knew it was continuing on separate from being in Acton, but I -- yeah, I'm not -- I don't remember the details of that.
BY MR. TERRAZAS:
Q Okay. But you knew at some point that he continued to operate an alternative school, right?
MS. SYED: Objection, form.
THE WITNESS: Yes.
BY MR. TERRAZAS:
Q And just him operating an alternative school, that didn't cause any harm to Acton, did it?
MS. SYED: Objection, form.

Page 103

THE WITNESS: Could you be specific when you say harm to Acton?
BY MR. TERRAZAS:
Q Any sort of harm. Like is there --
A Like what are examples of that?
Q I don't know.
A Okay.
Q I mean, what harm did --
A From when he was in Acton Academy and then the license was --
Q Terminated.
A -- terminated?
Q So, after --
A And then -- so, you're talking about when he would continue on running a school, would that have done harm to Acton? Am I understanding you?
Q Yes, ma'am.
A Okay. There's a lot of pieces in that and I was concerned. Any confusion about whether it was still an Acton, if there were -- the families were the same, that's what I'm unaware of. If the families were the same, is there a confusion that it's no longer an Acton that would cause harm, yes.
Q Well, you said it would cause harm, but there was no other Acton School in the area, correct?

Page 104

MS. SYED: Objection, form.
THE WITNESS: I don't remember how close the nearest Acton was to that location. I'd have to look to know.
BY MR. TERRAZAS:
Q Sure. But you don't have Acton to Acton Cedar Parks, like side by side, right?
MS. SYED: Objection, form.
THE WITNESS: I don't know. When you say side by side, I know we have one in that area. I don't know the exact location. I don't remember.
BY MR. TERRAZAS:
Q You say you have one in that area.
A Yeah. That's what I don't remember. That's what I'm saying, I don't remember the location of an Acton close to the Cedar Park address.
Q Are you aware of what is the closest distance you have between two Acton schools?
MS. SYED: Objection, form.
THE WITNESS: May I ask for a clarification? Do you mean in my experience at Acton?
BY MR. TERRAZAS:
Q I mean, up until December 31, 2024.
A There is -- I'm sorry, I can't remember the mileage requirement between Acton academies, but there is

Page 105

one. I don't remember what that is.
Q Right. It's got to be a certain distance away --
A Uh-huh.
Q -- to have another Acton Academy.
A Yeah. I can't remember what the distance is though.
Q But it can't -- you've created that radius because you know, outside of that radius, it's very unlikely for another student outside of that radius to come into that original school, right?
MS. SYED: Objection, form.
THE WITNESS: Could you repeat that?
BY MR. TERRAZAS:
Q Well, the whole point of having a radius that you can't have another Acton School is that they don't compete with each other, right?
MS. SYED: Objection, form.
THE WITNESS: But what you said was that it would be highly unlikely for a student to drive a long distance to an Acton.
BY MR. TERRAZAS:
Q I didn't say that.
A Okay. That's what I -- could you --
Q I didn't say that at all.
A Okay. What was your example?

Page 106

Q My question is the reason why you have a radius is because you don't want the Acton academies to compete with each other, right?
A To help them not compete with each other, yes.
Q Right. Because you've got the radius, as far as what you think it's likely that any student would go to that one Acton Academy.
A Yes.
Q And so, when Cedar Park was no longer affiliated with Acton, there couldn't have been another Acton Academy within that radius, correct?
A That's what I would want -- that's what I'm unaware of. Like what -- how far away it was that there was an Acton Academy.
Q Well, there could --
A I can't remember the distance.
Q Well, there couldn't have been an Acton Academy within that radius because you wouldn't allow it under your rules, right?
A Under all rules, correct. But I don't remember what the distance is.
Q I understand, ma'am.
A Okay.
Q I'm not asking about the distance.
A Okay.

Page 107

Q But you've never had an Acton Academy break to that rule, have you, in terms of the radius?
A I don't know.
Q You're not aware of any Acton Academy breaking that rule. Are you?
A There may be exceptions made. I can't remember what towns that might -- what areas that might be in.
Q I understand, ma'am. I'm just asking you the knowledge today. Are you aware of an instance?
A No.
Q Okay. So, let's just assume based on you having the rules and we've got Apogee Cedar Park that when Apogee Cedar Park was no longer affiliated with Acton, there would not have been an Acton School within that radius such that any students going to Apogee Cedar Park would not have competed with another Acton -- excuse me, with an Acton School, right?
MS. SYED: Objection, form.
THE WITNESS: Yes.
BY MR. TERRAZAS:
Q Okay. And you haven't -- no one from Acton that you know of has talked to any of the families who were with Apogee Cedar Park when it was affiliated with Acton. And then, when it was not affiliated with Acton to see whether or not they were confused about anything.

Page 108

MS. SYED: Objection, form.
THE WITNESS: I personally did not.
BY MR. TERRAZAS:
Q Do you know of anyone at Acton that has?
A I believe Jeff was the communicator with the Acton Cedar Park group, but I was not in on those conversations. So, I don't know, but that would be the person if there had been communication, it would have been with Jeff.
Q And Jeff is just a volunteer, right?
A But I give authority to him to work on these things. So, he has my authority to take charge of things like termination of license.
Q Well, understood ma'am. But he's just a volunteer. He doesn't even have a position with Acton, correct?
A He's a volunteer, correct.
Q Okay. And so, did he as a volunteer ever report back to you and say, hey, these families are confused now.
MS. SYED: Objection, form.
THE WITNESS: I don't remember that conversation with him.
BY MR. TERRAZAS:
Q And it wouldn't make sense to have that conversation, ma'am, because he would have been talking

Page 109

with families after the school was no longer affiliated with Acton, right?
MS. SYED: Objection, form.
THE WITNESS: I don't know the timing of those conversations when -- I just don't know the timing. I just don't know.
BY MR. TERRAZAS:
Q Well, ma'am, I understand. But wouldn't you agree, it would be very odd for your husband to have had conversations with the families when they were attending a school that was no longer affiliated with Acton?
MS. SYED: Objection, form.
THE WITNESS: I'm not sure it would be odd if they had been previously part of -- I don't know if those parents were there when it was an Acton or not. I'm just -- I just don't know. So, it might not be odd.
BY MR. TERRAZAS:
Q Well, you would have a problem with Apogee going on to an Acton campus to talk with the Acton parents. Would you agree?
MS. SYED: Objection, form.
THE WITNESS: To talk with them -- could you be specific?
BY MR. TERRAZAS:
Q Would you not -- you wouldn't mind if it was

depending on the subject?
A Apogee has afterschool programs, for example, that they -- I believe would go and see if Acton parents would want to go to their afterschool programs. So, I'm not sure exactly how they communicated to recruit to afterschool programs. I'm not sure about that at all. I was not involved in that, so.
Q Well, let's talk about those afterschool programs. Are you fine with Apogee going on campus and talking with Acton parents to have them attend Apogee afterschool programs?
A Currently right now?
Q Yes, ma'am.
A No, I'm not comfortable currently right now. In my previous -- in my personal experience, I did not think that that was a bad thing because they were separate unique, not schools, totally different situation.
Q Okay. Let's talk about Apogee Tahoe. Okay. Was there -- are there any schools within whatever the radius is that Acton sets that would take from the same student body geography as Apogee Tahoe?
MS. SYED: Objection, form.
THE WITNESS: I don't know.
BY MR. TERRAZAS:
Q So, -- strike that. What about Apogee Sacramento



or Apogee Boise? Where they may be starting a school there. Are there any Acton schools within the radius of those?
MS. SYED: Objection, form.
THE WITNESS: I don't know.
BY MR. TERRAZAS:
Q So, what other harm could there -- strike that. I think we can agree, can't we, that none of those four Apogee schools, at least geographically, you're aware of that they actually compete with an Acton School. Would you agree with that?
MS. SYED: Objection, form.
THE WITNESS: I just don't know.
BY MR. TERRAZAS:
Q Well, I understand that, ma'am. You don't know.
A Uh-huh.
Q So, if you don't know, then they couldn't be competing that you're aware of. I'm not saying that they're not --
A Right.
Q -- but you're aware of they're not competing, right?
A That would be hypothetical to me, because I don't know. So -- but yes.
Q Yeah. Assuming that they're not within the



radius, you'd agree that at least geographically, they're not competing with an Acton School?
MS. SYED: Objection, form.
THE WITNESS: They're competing possibly not in the way that you're talking about, which would be for children attending, but for parents wanting to open an Acton, that would be competing.
BY MR. TERRAZAS:
Q Okay. So, are there any parents that you're aware of that wanted to open an Acton School within those geographies?
A I'm not aware of applications for that.
Q Are you aware of any applications from any parent wanting to open up an Acton School in any geographic area of an Apogee School?
A I don't have that information. I don't know.
Q Okay. And you're not aware of any parent that has come to you and said, I would like to open up an Acton School, but because there's an Apogee School here, I'm not going to. Is that correct?
A I'm not the person they would go to. So, I have not had that conversation.
Q You haven't heard of anyone having that conversation -- anyone in Acton having that conversation, have you?



A Uh-huh. I can't recall specific conversations.
Q Well, I'm not asking about specific conversations. I'm talking about any conversations, even generally.
A Yeah. I'm just not -- I haven't had those conversations.
Q Okay. So, did you do any investigation of that before filing or approving the filing of this lawsuit?
MS. SYED: Objection, form.
THE WITNESS: Yes.
BY MR. TERRAZAS:
Q Okay. What investigation did you do?
A And this is an example of where I put power of authority to Jeff to be in-charge of the investigation. And it included website research into Acton Academy -- I mean, sorry, Apogee websites and communication with the Acton network, which I'm not a part of and wasn't part of those conversations, but that's where the investigation happened. And I gave authority for that to happen.
Q And I'm not talking about any investigation, ma'am. I'm talking about, did anyone, including your husband, Jeff, do any investigation as to specific areas and schools, and people wanting to start an Acton Academy, but not wanting to -- but deciding not to do so because there was an Apogee affiliate that was --

A Yes, yes, and I believe you'll have to ask him about the specifics of that investigation.
Q You're not aware of -- again, you're saying go forward with this petition. Are you aware of --
A Yes.
Q -- any example of an applicant who said, I'm not going to go forward because there's an Apogee School?
A That's not -- I'm not --
MS. SYED: Objection, form.
THE WITNESS: I'm not aware of that, of an application.
BY MR. TERRAZAS:
Q Okay. All right. Are you aware of any applicant that was denied due to anything that Tim Kennedy, Apogee Lockhart, Apogee San Antonio, or Doug or Suzanne Moreland, anything that they did?
MS. SYED: Objection, form.
THE WITNESS: No.
BY MR. TERRAZAS:
Q Okay. If I wanted to choose to open up an Acton Academy, what would be the application process? What would I have to do?
A I'm just speaking from the experience I had. I don't know if it's changed, but let's assume this was a year ago. You would go online to our website and click on



the button to launch my own school. And there it begins an online process.
If you want to go through it, you can experience it. The question, it's a -- you know, a funnel that an online funnel. And you answer the questions and that begins the process.
Q And then, after they go through the online process, then what happens?
A If they make it through -- if the criteria, excuse me, fit, they get to a step where they can have -- they can ask questions of Acton Academy before then it's Acton Academy asking questions of them. And then, there's a back and forth during that period of time. And I think that's step 3. I mean, that might be different now.
Q Understood, ma'am. I'm going to assume that since you only left in January, that it's all the same?
A Okay. You can assume that. And then, they submit a video describing what -- where they're going to be location, their plans basically. And then, the decisions made and if they are chosen and if they accept, then you've seen the process from there, the welcome letter, then there's an orientation and the -- and also the -- these agreements are signed.
Q Now, turning back to Exhibit 9, which is the e-mail and we turn to the next page, which is Acton 0006. If



you look at the e-mail from Jeff Sandefer on Wednesday, May 25, 2022, at 12:29 p.m. See in the second paragraph, it says, "Recently we have received reports that cause us great concern, including that your campus is not being run in a learner driven way, according to our mission and belief statement." You see that?
A Yes.
Q And so, your husband who was delegated authority by you --
A Yes.
Q -- is saying on behalf of Acton that Apogee Cedar Park is not being run in the -- with the model that Acton requires?
A Yes.
Q Okay. And so, if Apogee Cedar Park continued on doing the same things as before, but no longer under the Acton Moniker, that would be okay because they're doing something different from Acton, right?
MS. SYED: Objection, form.
THE WITNESS: If they clearly notified the public that they were not an Acton, yes.
BY MR. TERRAZAS:
Q Okay. So, there was just the only concern there is whether or not they clearly notified the public that they were not a part of Acton.



MS. SYED: Objection, form.
THE WITNESS: I don't know if that's the only concern. That's the example that I can think of.
BY MR. TERRAZAS:
Q Well, as the president of the organization, --
A Yes.
Q -- what other concerns did you have?
A If they were running a school separate from Acton?
Q Yes, ma'am.
A Yeah. It would just be -- it would mainly be confusion between, are you still in Acton or are you in Apogee? If that was communicated clearly. So, that's -- if you're saying, is that what I would say? And I am saying yes.
Q Right. And you don't know whether or not it was communicated clearly or not, right?
A I do remember Jeff and I had a conversation about that. And I don't know if there's -- if it was an e-mail that he was referring to or if it was a conversation that Tim didn't want the parents to know that the Acton license was being terminated.
Now, that's something again, I was a conversation with Jeff and me. And I don't have an e-mail to show that.
Q Okay. But stepping back --

Page 118

A Uh-huh.
Q -- Acton -- strike that. Stepping back Apogee Cedar Park, if it was doing the same things that it was doing while it was in Acton affiliates, just as Apogee Cedar Park unaffiliated with Acton would be okay --
A Uh-huh.
Q -- so long as they made sure that the public knew that they were not in Acton affiliate anymore?
MS. SYED: Objection, form.
THE WITNESS: And yes, I think that's what we have said a couple of times.
BY MR. TERRAZAS:
Q And therefore, you agree that what Tim Kennedy was doing at Apogee Cedar Park was not copying Acton's curriculum, right?
MS. SYED: Objection, form.
THE WITNESS: That wasn't the -- that wasn't the reason his license was -- I'm not aware that what his curriculum at Apogee was when he started running, not as an Acton. The reasons here are listed that your own children do not attend the campus and that he wasn't there.
Those are big criteria for Acton owners to be personally involved and have their children in the school. So, it wasn't related to him using or not using the curriculum. It was more what's listed here.

Page 119

BY MR. TERRAZAS:
Q Yes, ma'am. And what's listed here, the very first one that says --
A Uh-huh.
Q -- you went to the second and third. The very first one that listed --
A Uh-huh.
Q -- is that the campus is not being run in a learner-driven way according to our --
A Uh-huh.
Q -- mission and belief statement.
A Uh-huh.
Q Is that right?
A Yes.
Q Okay. That's the very first one.
A Yes.
Q And that is saying he is not following the Acton curriculum, correct?
MS. SYED: Objection, form.
THE WITNESS: I disagree that that's what that says. That's not about curriculum. Being learner-driven is more about governance. That the -- how the school is run, not what the content of the quests are.
So, learner-driven, in a learner-driven way includes, if he's not there and his children aren't there,

Page 120

that's part of understanding the learners taking charge of the learning. It's not really the curriculum.
BY MR. TERRAZAS:
Q Okay. Are you aware that Apogee Cedar Park ever used Acton's curriculum after it became unaffiliated with Acton?
MS. SYED: Objection, form.
THE WITNESS: I'm not aware. No, I did not. I did not see their curriculum.
BY MR. TERRAZAS:
Q Has anyone at Acton seen their curriculum and said, oh, they're doing the same things as Acton. They're using Acton's curriculum.
MS. SYED: Objection, form.
THE WITNESS: It was the presentation of the school on their website that --
BY MR. TERRAZAS:
Q Let's put the website aside.
A Okay.
Q Let's put the website aside, ma'am. Again, the timeline is there was some complaints about the website. It was changed. You didn't look at it again after that, but it no longer had any of those things by the time of filed suit. So, let's put that one aside.
MS. SYED: Objection. Kevin, you can't testify

Page 121

for the witness.
MR. TERRAZAS: So, I'm giving her background for my question.
MS. SYED: Uh-huh.
BY MR. TERRAZAS:
Q Okay. So, my question is that what is Acton -- anyone you know at Acton aware that Apogee Cedar Park or Tim Kennedy or Matt Beaudreau at all was ever using anything that was Acton materials in their curriculum?
MS. SYED: Objection, form.
THE WITNESS: Yes. And the example I gave was the video explaining in Sacramento, the cooking and chemistry quest. And there was discussion of a children's business fair.
So, I would say, yes, there are examples of people at Acton being familiar with some of the same content being used within Apogees. I don't know exactly which Apogees in particular.
BY MR. TERRAZAS:
Q Well, the only one you've said is the Apogee Sacramento. We'll get in that in a minute.
A Uh-huh.
Q Are you aware of Apogee Cedar, Tim Kennedy or Matt Beaudreau ever using any Acton materials in any of the schools that they're involved in?

Page 122

A I am personally not aware.
Q Is anyone else at Acton that you're aware of, aware of that?
MS. SYED: Objection, form.
THE WITNESS: I'm not going to make assumptions, so I'm just going to clearly say because I don't want to assume who knows and who doesn't that I am not aware specifically who knows.
BY MR. TERRAZAS:
Q Okay. Understood. No one's come to you and said, hey --
A No.
Q -- this person, this school is using this that's Acton's, anything like that?
MS. SYED: Objection, form.
THE WITNESS: Not to me, no.
BY MR. TERRAZAS:
Q Okay. And again, you're the one deciding whether or not to file suits or not file suits?
A Yeah.
Q Okay. So, let's talk about Apogee Sacramento. You're not aware of what Apogee Sacramento's content is that they're using at their school at all, are you?
A No.
Q Because you talk about the cooking and chemistry

Page 123

quest, do they use those specific words?
A They use those words in a parent -- I don't know if it was parent recruiting or orientation, but describing the things they knew about Acton that they could implement in their school.
But to your question my answer is no, I don't know specifically what curriculum they're using.
Q Okay. Did they specifically say in this orientation you're talking about or whatever it was --
A Yeah.
Q -- video that this is at Acton and we're using that from Acton?
A Well, they said they were parents at Acton and so, they knew they were talking about it in those terms.
Q When you say talking about in those terms, did they specifically say there's this thing at Acton and we're going to use that here?
A Yes, not exactly in those words, but yes, our children went through the cooking and chemistry quest at Acton for example that's something we could do. I'm not quoting it, I'm just -- generally, yes.
Q Generally that's something we could do, right?
A Yeah, yeah. That -- so, that's it's in the video and --
Q But it's not something they said they were doing,

Page 124

right?
MS. SYED: Objection, form.
THE WITNESS: Yeah, I'm not sure.
BY MR. TERRAZAS:
Q You don't know --
A I can't remember if it was could or are. I mean, I don't know if it was a current thing they were doing or they were saying we could do that.
Q Okay. But a cooking and chemistry quest that's not secret, is it?
MS. SYED: Objection, form.
THE WITNESS: No.
BY MR. TERRAZAS:
Q I mean you're not saying that Acton has the exclusive rights to do a cooking and chemistry quest, are you?
MS. SYED: Objection, form.
THE WITNESS: No.
BY MR. TERRAZAS:
Q And what was the -- I forgot what was the other thing you said that Apogee Sacramento had said in its video cooking and chemistry quest?
A They may have mentioned a children's business fair.
Q That's right, that was the other thing. Okay.

Page 125

So, and we've gone over before children's business --
A Yeah.
Q -- fair is not something that's proprietary just to Acton, right?
A I don't remember that we said those words.
Q No, I understand. That's what I'm -- I don't think you said that they're --
A No.
Q -- it's proprietary. And so, doing a business fair is not proprietary, it's not the exclusive that Acton's the only one can do a children's business fair, right?
MS. SYED: Objection, form.
THE WITNESS: To use the words children's business fair, you have to apply to Acton Academy to use that whether you're an Acton owner, parent, anybody just using that Acton children's business fair or children's business fair. That's people apply to use that.
BY MR. TERRAZAS:
Q Well, just to be clear, ma'am, they apply to use Acton children's business fair, right?
A Or children's business fair, we own both of those.
Q You say you own both --
A I mean the trademarks.

Q I don't think you own a trademark on children's business fair, ma'am. I think you own a trademark on Acton Children's Business Fair.
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q I could be wrong on it, but go ahead.
A Yeah, I'd like to double check that, too.
MS. SYED: If there's not a question pending, can I just ask for -- we've been going for almost another hour, if you might want to take a break in the next 5, 10 minutes.
MR. TERRAZAS: Yeah. Give me a just a minute.
MS. SYED: And do you mind if I ask the court reporter how long we've been going?
MR. TERRAZAS: That's fine.
MS. SYED: I forget, I'm so sorry, Mr. Court Reporter? What's the name? I forget, I'm so sorry.
THE WITNESS: Steven.
MS. SYED: Steven. Thank you. Could you tell me how long we've been on the record so far, please?
VIDEOGRAPPHER: Yeah. I need to do some math real fast, give me a second here. Two hours and 56 minutes as of right now.
MS. SYED: Okay. Thanks.
VIDEOGRAPPHER: No problem.



MR. TERRAZAS: Okay. Why don't we take a break while I find this?
MS. SYED: Okay. How long of a break do you have to take?
MR. TERRAZAS: Oh, there it is.
BY MR. TERRAZAS:
Q I do see a children's business fair reported registration on this.
A Uh-huh.
Q That is for arranging conducting entrepreneurs exhibitions for business purposes, organization and holding affairs for entrepreneurs for business purposes, and organization of exhibitions for children for commercial or business purpose. And so, you believe that no one can use the term children's business fair?
A When you say no one can use the term, you mean to have -- to host something similar and put a sign up that says children's business fair, that's what I thought that protected us from people using those terms.
Q Okay. So, your -- it's your belief that Acton Academy owns the exclusive right for to use the word children's business fair related to an organizing -- organization of exhibitions for children for commercial or business purpose?
MS. SYED: Objection, form.



THE WITNESS: I'm not a lawyer, but yes.
BY MR. TERRAZAS:
Q Okay. You would agree that a school setting that has a children's business fair is not a commercial or business purpose, right?
MS. SYED: Objection, form.
THE WITNESS: Are you saying because it's in a school that it's not commercial?
BY MR. TERRAZAS:
Q I'm saying if they're doing --
A I just want to understand.
Q -- it as part of their curriculum, then it would be an educational purpose, right?
MS. SYED: Objection, form.
THE WITNESS: I'm not sure. I'm not sure about that. I don't -- I'm not sure about that.
BY MR. TERRAZAS:
Q Well, I mean, wouldn't you think that if it's part of someone's school's curriculum to do it, that it's used for an educational purpose?
MS. SYED: Objection form.
THE WITNESS: But I guess the -- it's the word commercial buying and selling happens with that as an educational experience.
BY MR. TERRAZAS:



Q Okay. So, but what makes it commercial? What if they took all the money and it just went to charity?
MS. SYED: Objection, form.
MR. TERRAZAS: Would that be a commercial purpose?
MS. SYED: Objection.
THE WITNESS: If the young people voted to do that.
BY MR. TERRAZAS:
Q Well, whether or not they voted to do it --
A I mean --
Q -- whether it was done.
A -- that's hypothetical. I don't know how to answer that scenario.
Q What if they didn't use real money?
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q Is that still a commercial purpose?
A I don't know. I don't know.
Q Well, how could it be a commercial purpose if they're not even using real money?
MS. SYED: Objection, form.
THE WITNESS: I don't know.
BY MR. TERRAZAS:
Q So, it could be that it's just for an educational

Page 130

purpose?
MS. SYED: Objection, form.
THE WITNESS: I don't know.
BY MR. TERRAZAS:
Q Well, what is a commercial or business purpose? Do you even know?
MS. SYED: Objection, form.
THE WITNESS: Yes.
BY MR. TERRAZAS:
Q Okay. What is it?
A This is not a legal definition, so that I'm not a lawyer, but offering something to someone else and something's exchanged or traded.
Q Then that's a --
A Commercial that's -- I mean, that's -- like I said, it's not illegal. You asked if that's my --
Q That's what I'm asking?
A Yeah.
Q Okay. And so, any time, so but it's got to be money being traded, right?
MS. SYED: Objection, form.
THE WITNESS: I don't agree with that necessarily.
BY MR. TERRAZAS:
Q Well, money or something else that's being traded about?
A Something.
Q Right. So, if you have a children's business fair, where there's no money or anything else of value that's actually traded, then that wouldn't be under your definition of commercial or business purpose? And I understand you're not a lawyer.
MS. SYED: Objection, form.
THE WITNESS: Yeah. That scenario, I just don't know that. I --
BY MR. TERRAZAS:
Q Well, ma'am, I'm using your definition.
A Right. But you said nothing's exchanged.
Q Right.
A But I said it would include bartering. You know, you could trade something that's commercial as well. I guess I'm confused on your question.
Q Sorry.
A Sorry.
Q Let's do a -- there's a group of kids and I've got different kiosks set up for them. And they have not even made stuff. They're just -- they got stuff from their house or whatever. And as an educational tour, parents are given monopoly money and they go in and they get those. They in "buy" those things from the kids. And then at the end of the exercise, the kids get back all of their stuff. That wouldn't be for commercial or business purpose, right?
MS. SYED: Objection, form.
THE WITNESS: I just don't know. I just don't know the --
BY MR. TERRAZAS:
Q Well, how would it fit under your definition then? How could it possibly fit under your definition of a commercial or business purpose?
A Well, my personal definition wasn't a legal one.
Q And what I'm not asking about legal, ma'am.
A Right.
Q I am talking about this.
A So, because they -- your hypothetical situation. The commercial experience was the training, even if they got it back. I mean, this is something we could argue about just because it's an interesting scenario. But that feels like a commercial experience to me. And like I said, I'm not a lawyer.
Q But we're not talking about a commercial experience. We're talking -- you said a commercial or business purpose. You actually have to trade something of value.
A Right. I thought that's what you said. They traded and then they got their stuff back.
Q Yes, ma'am, which means no transaction occurred at the end of the day.
A I don't know. I don't know.
Q Okay. Who's Jacob Thompson?
A He is the current President of Acton Academy. He's who we transferred assets to.
Q When you say assets, what assets?
A I believe the Acton Learning Design and the 501(c)(3). We don't have any association with it anymore.
Q How did you transfer it to him?
A Now, this is a legal thing. I wish I understood all the legal aspects of this. But there were legal documents drawn up that when I resigned, named him to take over the governance of Acton Academy. And I don't know -- I'm sorry, I don't know the legal documents. We could produce those. So, he -- that's who Jake is.
Q When did he start at Acton?
A Could you clarify it?
Q When did he first get affiliated with Acton in the past?
A Okay. He attended the Acton School of Business and earned his MBA. I don't know what year that was, but he's been associated for a very, very long time. And then became an Acton owner in Boise. And I don't know what year he affiliated as an owner. And then between January 1st

and 5th is when we transferred the leadership to him and retired. So, it's been -- I don't know the year that he founded his own Acton.
Q Is he still running a school?
A Yes, I believe so.
Q So, he's running a school and then acting as President, just kind of like you --
A Uh-huh.
Q -- sort of on the side.
A I believe so.
Q Okay. What about Caroline Wilson? Who is she?
A She served on the board of directors when I was president of Acton. So, I had a board of two people plus me.
Q Who are those two people?
A Caroline Wilson and Laurie Haddow, Caroline, yeah. So, they served as board members during my tenure as president.
Q How did they get selected as board members?
A They were just trustworthy individuals I've known since college and were objectively available to be, you know, overseers of the fiduciary responsibility that a 501(c)(3) has.
Q And were they -- did they have an act in school or anything like that?



A No.
Q Okay. So, that --
A When I said objective, that's what I meant. They were separate objectively.
Q Okay. And you just selected them, hand selected them to be on the board?
A With Jeff.
Q Okay. Well, Jeff didn't have a vote on it?
A Well, I mean, yes. Yeah.
Q Okay. What about JL Company LLC? Do you know what that is?
A JL?
Q Company LLC?
A No.
Q Okay. It's apparently owned by Mr. Jacob Thompson.
A Yeah. Okay.
Q And Acton Academy as a nonprofit paid that company $500,000 a year for in "Management of an affiliate." Do you know why that was paid or what that means?
A That I believe was -- so our transition out of leadership took a year. And it was for him to run -- be hired to basically run the affiliate and take, you know, over time become the leader. But I don't know the actual



like job description of doing that, except to take over running the affiliate.
Q So, you're paying him $500,000 to part-time act as the president?
MS. SYED: Objection, form.
THE WITNESS: Yeah. I wouldn't agree with part-time.
BY MR. TERRAZAS:
Q We say part-time, he's running a school, which is his primary function, right?
A I don't know how much time he spends running a school. I don't know.
Q But for you, you spent most of your time running the school, and then you did a little bit as the president.
A But --
Q Is that correct?
MS. SYED: Objection, form.
THE WITNESS: Not, no, not exactly. I did say, I didn't spend a lot of time in my president's role because there's not a large amount of work to do, except it comes, you know, quarterly and things like that. And running the campus took time, but I also had to, you know, I took a year to write a book and I wasn't -- there were different things going on. So, the quantity of time to run a school, when it's systematically running, I can't tell you the



number of hours per day it takes to run a school.
And I think probably each individual is different in how they manage that responsibility. So, Jake would have to answer that question. I don't know what his time separation is.
BY MR. TERRAZAS:
Q But you agree that when you left the president's role there wasn't much that needed to be done?
MS. SYED: Objection, form.
MR. TERRAZAS: For the president's role, right?
MS. SYED: Objection, form.
THE WITNESS: No, I disagree with that. I --
BY MR. TERRAZAS:
Q Okay. Well, you understand this $500,000, I think, was paid in 2024, not in 2025.
A Okay. I'm sorry. I'm unaware of the timeline on that.
Q I understand, but, so, if it was paid in 2024, what was the purpose of that?
A That's what I would have to double check on exactly what -- or you can ask him or Jeff. They arranged it, but -- yeah, I'm not aware of the details.
Q Okay. Did you take a salary for performing the role as president?
A No.

Q Okay. According to what we've received, Acton has paid the Snell law firm over $107,000 for 2024. Was that just for these cases?
A I don't know if there's other -- I'm sorry, I want to be factual in my answer. I would say yes, but there's a possibility I'm unaware of something out there, but I would -- you're saying in 2024?
Q Yes, ma'am.
A Okay.
Q I'm just wondering, are there other litigations that Acton has?
A See, not that I'm aware of.
Q And that's fine.
A And yeah, I really, yeah.
Q That's it. Okay. And do you have any idea what Acton has paid its attorneys this year in these cases against Apogee?
A No. I don't have an exact number.
Q Well, I'm not even talking about exact number.
A I don't even know. Sorry. Yeah. No, I don't.
Q Okay. Are you paying any of that money personally or is it all just through Acton?
A No, it's not personally. It's through Acton.
Q Okay. But are you still authorized, like, are you still running the litigations, deciding things on



litigations? Or is Jacob now?
A Oh, so he -- for this one purpose of this one situation, he gave power of attorney to Jeff and me when we -- to be able to continue since it started before we left Acton. So --
Q Are you still financially benefiting from Acton?
A No.
Q Okay. So, you have no ownership stake in Acton?
A No.
Q Does Jeff have any ownership stake in Acton?
A No.
Q Then if you all have power of attorney to run this litigation, who is paying the legal fees?
A Acton Academy -- Jake approves that and Jake runs it. And Acton Academy, he has given us the authority to, you know, have my name and Jeff's name on it. But he's aware and representative of Acton Academy. So, he sees the bills.
MR. TERRAZAS: Okay. Objection, non-responsive.
BY MR. TERRAZAS:
Q I'm simply asking who is paying the bills? Is it just Acton Academy?
A I believe it's Acton Academy.
Q So, you and Jeff are paying zero of the legal bills. You're deciding everything to pursue litigation,



keep it going, everything else, but Acton Academy is footing the bill?
A That's my understanding.
MR. TERRAZAS: Okay. All right. Do you want me to take a break?
MS. SYED: Sure. How long of a break? 15 minutes?
MR. TERRAZAS: Sure. That's fine.
VIDEOGRAPHER: Okay. The time is 3:20 p.m. Central. We are off the record.
MS. SYED: And what's the time now?
(Recess)
VIDEOGRAPHER: The time is 3:38 p.m., Central. We are on the record.
BY MR. TERRAZAS:
Q Does Acton Academy have any involvement or affiliation with the Acton School of Business or the MBA program?
A It's changed its name to the Acton Next Great Adventure. I mean, I know what you mean, but I'm just clarifying that. We're connected through, I believe through our IP because we share -- we use -- we share curriculum, we share materials in both learning experiences, both the Acton NGA and Acton Academy. That's the only affiliation.



Q So, the Acton Next Great Adventure has the same, at least access to the intellectual property as Acton Academy?
A I believe that's correct.
Q Okay. So, the students in the Acton Next Great Adventure would have access to all that same intellectual property?
A I'm not sure.
Q They might have access to all of it.
A It's a great question. They might, but I'm not sure.
Q Do the students for Acton Next Great Adventure, by the way, how old are they generally?
MS. SYED: Objection, form.
THE WITNESS: The students in Next Great Adventure are, I would say generally -- and I'm not involved in this, so I'm generally guessing 18, like high school and older.
BY MR. TERRAZAS:
Q Okay. When you say 18 --
A I mean, yeah, that's what --
Q -- so they're at least adults. They're all adults.
A Or they could be in high school. It could be high school, even late middle school. I'm sorry, I'm not

giving a clear answer to you. I apologize, but I'm not involved in that. There's a possibility they -- younger learners use that. I'm not sure.
Q Does anyone in Acton Next Great Adventure, a student have to sign a non-disclosure agreement or confidentiality agreement, to your knowledge?
A Not to my knowledge.
Q Okay. And does the student have access to the intellectual property of Acton Academy?
A Only as it's given to them.
Q Okay. But as it's given to them --
A They --
Q -- they don't have to keep it confidential, right?
A I don't believe so.
Q So, you're agreeing with my statement?
A I don't believe -- in my experience, I did not have students sign those. But that's why I say, I don't believe they sign a confidentiality agreement when they're reading their Quest content, for example. I don't believe they do.
Q Right. And sometimes I'll say right, and if you say no afterwards, I think you're trying to agree with my statement. But when I say right and you say no, it might look like you're disagreeing. That's the only reason I'm



just trying to clarify.
A Thank you. No, that's great.
Q Okay. So, you'd agree that to your knowledge, students at both Acton Next Great Adventure as well as students of Acton Academy are not under any sort of confidentiality obligation?
A To my knowledge.
Q To your knowledge, that's correct?
A That's correct. Sorry.
Q So, those students could take all those materials, including all those Quests and everything, and they could pass them on to someone else, if they wanted. I'm not saying they'll do it, but they could.
A Hypothetically.
Q Okay. And that person who received it wouldn't have to keep it confidential, right?
MS. SYED: Objection, form.
THE WITNESS: Forgive me, are you waiting?
BY MR. TERRAZAS:
Q Yes.
A Oh, thank you. In that hypothetical situation, yes.
A Right, the person who receive the materials from the students wouldn't have to keep it confidential. You agree with that?



A In that hypothetical, yes.
Q Okay. This Acton Next Great Adventure, it's a 1-year MBA program. Is that right?
A The Acton Next Great Adventure is -- it's no longer exactly a 1-year MBA program. It's a learning program that is independent of an MBA.
Q It used to be a 1-year MBA program.
A Yes, sir.
Q Was it accredited?
A I believe so. I was not involved in the Acton MBA, but I believe so.
Q Do you know whether or not you'd have to have an undergraduate degree to be in the Acton MBA program?
A I'm sorry, could you repeat that?
Q Do you know whether or not you have to have an undergraduate degree to be involved in the Acton MBA program?
A In the past.
MS. SYED: Objection, form.
THE WITNESS: Yeah.
BY MR. TERRAZAS:
Q Right. And I'm talking about the past.
A In the past, I don't think so.
Q Do you know what Jordan Peterson's (phonetic) involvement was with the Acton School of Business, or now



the Acton Next Great Adventure?
MS. SYED: Objection, form.
THE WITNESS: I don't know exactly what that relationship is or was, I should say.
BY MR. TERRAZAS:
Q All right. Let's talk a little bit more about Montessori and Acton and its curriculum and those kind of things.
A Uh-huh.
Q You'd agree that Montessori call teachers guides, right?
MS. SYED: Objection, form.
THE WITNESS: The Montessori teachers we had were teachers, but I do -- I am aware that they have guides at Montessori schools. Yes.
BY MR. TERRAZAS:
Q They call them guides.
A Yes, some do.
Q Okay. Yeah. So, I'm going to show you Exhibit 4.
(LAURA SANDEFER Exhibit 4 was marked for identification.)
BY MR. TERRAZAS:
Q And this was written by you, right?
A Let me read it to make sure. This actual one was

Page 146

not written by me, as it says at the end. It's a post from Dr. Vineet Nair and Andrea Nair. They -- I don't think, they were at Infinity School, which was an Acton in London. My name is up here because that was -- I posted their interview on my blog.
Q Okay.
A I had a parent blog and I -- she gave -- she -- I asked, can I post that because it's interesting? And she said, yes. So, it's their interviews. I mean, their question -- Q and A about the main differences between Montessori and Acton. So, this was --
Q Do you disagree with anything that was said in the interview.
A Okay. And let me -- if you don't mind, I'm going to --
Q Absolutely, yeah.
A -- read it. Thank you. Yes.
Q There are some things you disagree with?
A Oh, I thought you said, do I agree with it?
Q I was just wondering, is there anything that you disagree with in that piece, which is Exhibit 4?
A It's her opinion and I generally agree with it.
Q Now, let me ask you about a few things.
A Yes.
Q Okay. Would you agree that Acton shares many

Page 147

values of the Montessori system?
A Yes.
Q Okay. And you agree that Montessori had the principles of respect of the child, self-learning, freedom of choice, multi-age classrooms, a prepared environment, and teachers as guides.
MS. SYED: Are you reading from the page?
THE WITNESS: Yes. Yeah. Yes.
BY MR. TERRAZAS:
Q Okay. And so -- strike that. You would agree that a badge system was used in educational settings long before Acton Academy? And I'm not saying that's related to this article.
A Oh, okay. I didn't read that.
Q I'm just asking. I'm just asking.
A Please clarify your question.
Q Educational settings, Montessori school settings.
A Okay. Educational settings, do you include the Boy Scouts?
Q Yes, I do.
A Okay. So, that's where our -- that's the idea of badges. It wasn't -- we didn't know of it in another school, but the idea is -- was not new to us because we're familiar with Boy Scouts.
Q So, Acton just (inaudible).

Page 148

A The idea of badges, but not the content of the badge. I'd just like to be really clear. Okay.
Q Yes, ma'am. I'm talking about the badge system.
A Just the word badge. You do something, you earn a badge.
Q Yeah.
A Yes, we did not invent that.
Q That came from the Boy Scouts.
A Yes.
Q And it may have come from somewhere else, too.
A I mean, probably -- yeah. It's just a thing.
Q You got it from the Boy Scouts?
A Probably, yes.
Q Okay. And, again, I'm talking about the badge system, which is you do something, you earn a badge. Is that the badge system or is there something more to it?
A That's what I understand a badge to be. You do something to earn a badge. And the word system, I don't know what you mean by system.
Q Okay. You've never heard of badge system before?
A I mean, it sounds familiar, so, probably. I just don't -- I can't think of an example beyond, like the Boy Scouts, but do they call theirs a system?
Q I don't know if they call theirs a system.
A I don't either.

Page 149

Q I'm asking you.
A Yeah, I don't know.
Q Does Acton use the words, a badge system? Or does it just use badges?
A I don't remember if we say badge system or badges.
Q And a badge, using badges helps to track progress, right?
MS. SYED: Objection, form.
THE WITNESS: Using badges helps track progress. Correct. Yes, I agree.
BY MR. TERRAZAS:
Q That's what it did in the Boy Scouts.
A Okay.
Q Is that they would get certain badges and they'd have to get a certain badges before they could get another badge, right?
MS. SYED: Objection, form.
THE WITNESS: I wasn't a Boy Scout, but it sounds --
BY MR. TERRAZAS:
Q Did you understand that to be the case with the Boy Scouts?
A Yes, that's not how Acton work, but I understand your example of Boy Scouts make sense to me.

Page 150

Q Okay. But you'd agree that in the Boy Scouts, you understood that badges were used to track progress?
MS. SYED: Objection, form.
THE WITNESS: I don't know the -- I don't know that they were to track progress. I knew -- I'm not familiar with Boy Scouts. I just know, yeah, you do something to earn a badge and you get to wear it. But what you described, I was unfamiliar with, that you have to earn one to earn another one to earn another one. That is a system. I'm not familiar with that with the Boy Scouts.
BY MR. TERRAZAS:
Q Does Acton have that, where you have to earn -- like in some circumstances, you have to earn some -- a certain badge in order to get a higher badge?
A Generally speaking, there's a lot of badges and you get to choose which ones, in which order you want to do them. And you can be working on three at a time, six at a time, one at a time. So, the system is where I got --
Q Yes, ma'am, and take away the system.
A Okay.
Q I'm just asking --
A Thank you.
Q -- at Acton --
A Uh-huh.
Q -- is there a situation where, for example, there

Page 151

is a certain badge that you cannot even try for until you have done -- gotten other badges?
A Yes.
Q Okay. And so, similar to -- and I'm just saying the Boy Scouts have that, where you might have to earn a certain badge before you get another one.
A Okay.
Q It may not always be the case.
A Got you, okay.
Q So, it's similar in that regard.
A Okay.
Q Would you agree with that?
MS. SYED: Objection, form.
THE WITNESS: A small part of it, there's a handful of badges that you do in order and there's hundreds that you do however you want. So, yes, I agree that that's a system that has been used before.
BY MR. TERRAZAS:
Q Okay. What about no grades? Schools -- some schools have no grades, right?
A I don't know of those.
MS. SYED: Objection, form.
THE WITNESS: Oh, sorry.
BY MR. TERRAZAS:
Q You don't know of any of those?

Page 152

A I'm not familiar with schools that don't give grades. I mean, I know Apogee doesn't and I know Acton doesn't.
Q You've never heard of another school not giving grades before?
A And you're specifically talking about K-12 schools?
Q No, no, no. Any school.
A Oh, any school?
Q Yeah.
Q Well, I'm assuming you're talking -- will you describe any school? Like --
Q For example, my law school, after I went there, stopped giving grades.
A Oh, I didn't know that.
Q Yeah, and so -- and it's like --
A Well, we don't need to get into -- now that makes me curious, but okay. I did not know that. I don't know of any K-12 schools that don't use grades and I'm not familiar with like higher ed programs. In my experience, they were grade-based. So, I'm not familiar with examples of that.
Q But the fact that Acton doesn't have grades, that's not something that Acton created on its own, right?
MS. SYED: Objection, form.

Page 153

THE WITNESS: I'm not sure.
BY MR. TERRAZAS:
Q How did --
A I don't recall if we had an example when we decided to do that. I can't think of if there was an example that we got that from.
BY MR. TERRAZAS:
Q Well, let me just ask, is -- do you believe that Acton owns the sole rights to not give out grades in K-12 education?
MS. SYED: Objection, form.
THE WITNESS: Clarifying your question, do I believe Acton owns the sole rights to not give grades in K-12?
BY MR. TERRAZAS:
Q Right. Like as in, if someone else, some other school K-12 was not giving grades, you'd be like, no way, to say, you can't do that. Only Acton can do that.
A No.
Q Okay. And not giving out grades is not a secret, right?
MS. SYED: Objection, form.
THE WITNESS: Right.
BY MR. TERRAZAS:
Q Okay. We've talked about -- I'm going to show

Page 154

you Exhibit 19.
(LAURA SANDEFER Exhibit 19 was marked for identification.)
VIDEOGRAPHER: Yeah. I think so. Are you all still there? I can't see anything. There we go.
MR. TERRAZAS: Yeah. Sorry.
THE WITNESS: He slammed it down.
MR. TERRAZAS: I did, I did. I handed her something and it hit the thing. So, okay.
BY MR. TERRAZAS:
Q I'm showing you Exhibit 19. And we have talked about before, Montessori having a peace table.
A Yes.
Q Okay. And this is from Acton Academy and it talks about using Montessori's peace table, right?
A Yeah.
Q Okay. Did Montessori ever come to you and say, that's wrong, you shouldn't be using our peace table, that's something that only we can use?
MS. SYED: Objection, form.
THE WITNESS: That there -- that's a public knowledge portion of Montessori. There's a lot written about it.
BY MR. TERRAZAS:
Q Well, I understood. You'd agree that anything

Page 155

that's been public and written about and those kinds of things, it's free for another educational institution to use that?
MS. SYED: Objection, form.
THE WITNESS: Sure. If they haven't signed a trademark agreement about it, then yes.
BY MR. TERRAZAS:
Q Okay. But you're talking about a trademark agreement. A trademark agreement is limited to the trademarks, right?
A Okay.
Q Would you agree with that?
A Yes.
Q Okay. I'm going to show you Exhibit 2.
(LAURA SANDEFER Exhibit 2 was marked for identification.)
BY MR. TERRAZAS:
Q Okay. And this is just something we pulled off of edutopia.org. And it talks about teachers as guides. That's something that -- and this is from 1997. So, this is long before Acton started, right?
A Uh-huh.
Q Is that a yes?
A Yes.
Q Okay. And so, teachers being described as guides

Page 156

is something that was out there for a long time, correct?
MS. SYED: Objection, form.
THE WITNESS: Well, now that I see this, may I read this?
BY MR. TERRAZAS:
Q Of course.
A But, I mean, I was unfamiliar with that, but --
Q Of course you can read it.
A Okay. Thank you.
MS. SYED: There is not a question pending, right?
MR. TERRAZAS: There is.
THE WITNESS: It's --
MS. SYED: Oh, okay.
THE WITNESS: -- did I -- I want to make sure I know the question, that the word guide existed long before Acton Academy.
BY MR. TERRAZAS:
Q That the use of --
A Guide for teacher --
Q -- guide for teachers.
A -- instead of teacher. With this individual person, she tells her story of changing her title from guide to teacher. So, yes.
MR. TERRAZAS: The air, we may be cool.

Page 157

THE WITNESS: Are you feeling warm? I am, too. I was hoping we could like open a window or something.
MR. TERRAZAS: Yeah, can we go on a break for just a second?
THE WITNESS: Sure. Maybe our coffee's already in there.
VIDEOGRAPHER: The time is 4:04 p.m., central. We are off the record.
(Recess)
VIDEOGRAPHER: The time is 4:06 p.m., Central. We are on the record.
MR. TERRAZAS: All right.
BY MR. TERRAZAS:
Q I'm going to show you Exhibit 1.
(LAURA SANDEFER Exhibit 1 was marked for identification.)
BY MR. TERRAZAS:
Q And are you familiar with Joseph Campbell and The Hero's Journey?
A Yes.
Q Okay. Were you familiar with that before 2009, when he opened the first Acton Academy School?
A Yes.
Q Okay. And so, Acton Academy took The Hero's Journey from Joseph Campbell, correct?

Page 158

MS. SYED: Objection, form.
THE WITNESS: Yes.
BY MR. TERRAZAS:
Q So, The Hero's Journey was not something that Acton Academy actually developed. That was something that was out in the marketplace long before.
A Yes.
Q And using Hero as the name for a student, that's something that was out in the marketplace long before Acton Academy, right?
A I don't know that.
Q Okay.
A I don't have experience with that.
Q Well, I'm going to show you Exhibit 18.
(LAURA SANDEFER Exhibit 18 was marked for identification.)
BY MR. TERRAZAS:
Q And you see, this is from the State Board of Education in Texas.
A Uh-huh.
Q Is that yes, sorry?
A I'm sorry, yes. I see it.
Q You just said uh-huh.
A Sorry.
Q So, I just wanted to get it, yes.

Page 159

A Thank you, got it, yes.
Q Okay. So, you see how it's saying Student Heroes Award?
A I see that, yes.
Q And so, it's calling students hero -- certain students heroes?
MS. SYED: Objection, form. Can she have an opportunity to review the document?
MR. TERRAZAS: She can review any of it. Yes.
MS. SYED: Thank you.
MR. TERRAZAS: Anytime I'm asking a question, even if a question is pending, just like we've done several times today.
THE WITNESS: Sure.
MR. TERRAZAS: You can review all of it.
THE WITNESS: Thank you. I do see this, but this is calling -- one student is recognized as a hero. It's an award. So, Student Heroes Award recipients. These are the recipient. These are the students they call heroes.
BY MR. TERRAZAS:
Q Right.
A Okay.
Q They're the students they call heroes. And so, they may be calling limited students heroes.
A Right.

Page 160

Q But they're calling them heroes, right?
A The ones they choose, yes.
Q Right. And there's no -- and Acton has no problem with the State Board of Education of Texas calling students heroes, correct?
MS. SYED: Objection, form.
THE WITNESS: We don't object to them calling their students heroes.
BY MR. TERRAZAS:
Q And that's something that, as you can see here, that other organizations call students even if they're just a limited number of students call them heroes.
MS. SYED: Objection, form.
THE WITNESS: These are the past recipients of this particular award. Could you tell me your question again? Thank you. Sorry.
BY MR. TERRAZAS:
Q You'd agree that even if it's just in limited context, that other organizations call at least certain students heroes?
A According to this, yes, some students earn an award of hero.
Q Okay. And Acton doesn't have an exclusive right to call its students heroes, does it?
MS. SYED: Objection, form.

Page 161

THE WITNESS: I don't think so.
BY MR. TERRAZAS:
Q And so, if another education system called their students heroes, Acton wouldn't have a problem with that, right?
MS. SYED: Objection, form.
THE WITNESS: Correct.
BY MR. TERRAZAS:
Q I'm going to show you what's been marked as Exhibit 21.
(LAURA SANDEFER Exhibit 21 was marked for identification.)
BY MR. TERRAZAS:
Q Feel free to review --
A Thank you.
Q -- all this. It's just a couple of pages.
A So, this was last -- I'm just curious, the source on this, the date that this was used, it says last modified 10/28/2025. Is that -- was that from -- I just don't see a date on this other than that.
Q I don't know when this was last modified. I don't know when it started.
A I don't either, yeah.
Q Okay. My question, ma'am, is you see here where it says in the first paragraph, personalized learning is a

learner --
A Uh-huh.
Q -- driven approach?
A Uh-huh.
Q Is that yes.
A Yes.
Q Okay. And if you turn to the second page, you can see one of the -- I don't know what you call this, it's not exactly a Venn diagram, but whatever it is, it's got learner-driven in one of the circles. Do you see that?
A Yes.
Q Okay. So, learner-driven isn't something that Acton created on its own that no one else knew about, right?
MS. SYED: Objection, form.
THE WITNESS: Right.
BY MR. TERRAZAS:
Q Yeah. I mean, because Acton didn't coin the phrase for the first time, learner-driven.
A Yeah. And I have to say, this excites me to see this, that the term is being used at this level. It's great. So, I agree.
Q And it's other organizations, other schools, K-12 --
A Yeah.



Q -- whatever, can use learner-driven, right?
A Yes.
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q And there's no problem with that, right?
MS. SYED: Objection, form.
THE WITNESS: You're saying there's no problem with other schools saying learner-driven?
BY MR. TERRAZAS:
Q Right. Using that term.
A Correct.
Q Okay. Now, bringing in guest lecturers into a school, that's not anything that's new, right?
A Right.
Q Okay. That's something that happens in most every school. Would you agree?
MS. SYED: Objection, form.
THE WITNES: Probably. I mean, that's a very good guess.
BY MR. TERRAZAS:
Q I know you don't know.
A But, yeah, it's not unusual.
Q Okay. And apprenticeships, those aren't unique to Acton, are they?
A The word apprenticeship is not unique to Acton.



Acton's design of the apprenticeship component of the design is unique. But the word apprenticeship is not.
Q Are you aware of Apogee using apprenticeships in the same way as Acton?
A I'm not sure.
Q Okay. You don't know either way.
A Uh-huh.
Q Is that yes?
A Yes.
Q Thank you. You're doing just fine. You're doing just fine. This happens. I'm going to show you what's been marked as Exhibit 10.
(LAURA SANDEFER Exhibit 10 was marked for identification.)
BY MR. TERRAZAS:
Q And you see here of another person, educator, integrating The Hero's Journey into the classroom. And, again, take as long as you need to read all of this.
A Thank you.
MS. SYED: Objection, form.
THE WITNESS: Yes.
MS. SYED: I'm sorry, can you repeat the question? There's so much (inaudible) that this is between.
BY MR. TERRAZAS:



Q What did you understand the question to be?
A I understood the question to be, do you see a teacher incorporating The Hero's Journey into their teaching. I think that --
Q Yes, ma'am.
MS. SYED: Sorry, Kevin. Sorry, Kevin.
MR. TERRAZAS: Yes, ma'am.
BY MR. TERRAZAS:
Q You'd agree that focus on entrepreneurship, leadership, and self-management is not unique to Acton for school?
A Is the question, do I agree with you?
Q Yes, ma'am.
A Yes.
Q Okay. Do you agree that emphasis on character development is not unique to Acton?
A Yes.
Q And you'd agree that a focus on entrepreneurship, leadership, and self-management is something that another school could do, and it wouldn't be something that Acton would oppose?
MS. SYED: Objection, form.
THE WITNESS: I agree with that.
BY MR. TERRAZAS:
Q Would you agree with a emphasis on character

Page 166

development is something that if another school is doing it K-12, that Acton wouldn't oppose that?
MS. SYED: Objection, form.
THE WITNESS: I agree.
BY MR. TERRAZAS:
Q I'm going to show you what's been marked as Exhibit 20.
(LAURA SANDEFER Exhibit 20 was marked for identification.)
BY MR. TERRAZAS:
Q And I'm going to ask, did you write this one?
A Yes, I did.
Q Okay. And in here you say that Acton wrote The Hero's Journey into the design of Acton -- of the Acton Academy model, correct?
A We've structured the learning design with The Hero's Journey, yes.
Q Okay. And so, the Acton Academy model is structured on Hero's Journey.
A Yes.
Q Okay. And there's, even though The Hero's Journey is copyrighted, it's a book, right?
A Joseph, are you talking about Joseph Campbell's, I can't remember the title of the book.
Q The Hero's Journey.

Page 167

A Oh, okay. Yeah, I don't know anything about the title of the book and using it or not using it.
Q Well, I understand, but you're taking Joseph Campbell's work and that is the basis of the structure of the Acton Academy model, right?
A Yes, it's what we refer to and we give him credit, we credit him, yeah.
Q Sure, sure. So, if someone else was going to base their model on The Hero's Journey, then that would be okay to Acton, right?
MS. SYED: Objection, form.
THE WITNESS: Yes, and I think that, you know, you gave an example right here that's fine, right?
BY MR. TERRAZAS:
Q Yeah, and you're pointing to Exhibit 10.
A Sorry.
Q Yes, ma'am. Yes, ma'am.
A Okay.
Q Okay. I'm going to hand you Exhibit 22.
(LAURA SANDEFER Exhibit 22 was marked for identification.)
BY MR. TERRAZAS:
Q And if we turn to the second page, and this is a website from Acton Academy of Bergen County, and it says, here is Acton Academy of Bergen County, which is AABC. We

Page 168

combine hands-on projects, Socratic discussions, and self-paced learning to help young people discover the unique gifts and develop the skills they need to thrive in today's world. Do you see that?
A Yes.
Q And that's something that goes out to the world, right?
A Yes.
Q Okay. Now, do you know whether or not Acton Academy of Bergen County has Socratic discussions at the beginning of the day and at the end?
A No.
Q Okay. And so, it may be that they just sprinkle Socratic discussions throughout their day. Do you agree with that?
MS. SYED: Objection, form.
THE WITNESS: They may have Socratic discussions throughout the day.
BY MR. TERRAZAS:
Q Okay. And because Acton Academy, the governing organization, doesn't require the Socratic discussions to be just at the beginning of the day and at the end of the day, right?
A In my experience, when I was there, that was the best practice and deep encouragement to follow the best

Page 169

practices, but not a requirement to use your word.
Q Understood.
A Yeah.
Q I mean, the schedules for each Acton Academy could be --
A Is the best.
Q -- very different, right? When I say very different, I mean, they can move around stuff throughout the day and --
A I think so.
Q Yeah, okay. And so, there wasn't a set schedule for Acton Academy, correct?
A There is a set schedule, and the owners are encouraged to follow the schedule because it works. It's been tested and tried and true. But there's not a requirement. Something may change. They may adjust something.
Q Okay. And that's what I'm maybe asking in better words than that, is that --
A Okay.
Q -- there's not a required schedule that it is, if we go to every Acton Academy, we're going to find the same schedule.
A Generally speaking, you would find the same schedule. Generally speaking. As you mentioned, they may

Page 170

decide to have a Socratic discussion at a different time. But generally speaking, Actons follow the same schedule, as per my experience. That's just my experience.
Q I'm going to show you what's marked as Exhibit 24.
(LAURA SANDEFER Exhibit 24 was marked for identification.)
BY MR. TERRAZAS:
Q And again, take as long as you need to, to read this.
A Did you ask a question?
Q Not yet. I was --
A Okay. Thank you.
Q So, in this, you'd agree it talks about Project-Based Learning?
A It does.
Q And that's something that Acton Academy does, right?
A No. It -- our -- this falls under the area that, this is what we resisted calling our Quest, was PBL. That's a school academic term, Project-Based Learning. Our Quests were a replacement of Project-Based Learning, but this, you know, from 2013, we've been working for 4 years to move away from Project-Based Learning, although that's very popular. That was -- and was in 2013. I'm not up-to-

Page 171

date now, but that was a very common thing.
Q What's the difference between Project-Based Learning and Quests?
A Let me think of this. One -- this is a big question. And one is, we've talked about learner-driven, so Quests are learner-driven. Much of Project-Based Learning requires a teacher to manage it.
An example of Project-Based Learning could be building a volcano and learning about everything that happens with that. And that's an example, you know, hands-on projects often delivered by a teacher. I don't know. There are probably different examples.
Quest, the main difference is the unique narrative that accompanies a Quest, that there's a real-world problem to be solved. And the learners go through a series of challenges trying to solve a real-world problem, and there's an exhibition at the end for the public to come see. Often, PBL takes place as a science class that has hands-on experiments. So, they're -- it's a different Quest or a different concept, both very hands-on. Quests are very collaborative. PBL could be very individual. That's an explanation.
Q Well, but that's in practice. Project-Based Learning, just generally speaking, means that you learn through doing a project, right?

Page 172

MS. SYED: Objection, form.
THE WITNESS: Yeah, I'm not an expert on the definition of Project-Based Learning, because that's not what I became an expert in.
BY MR. TERRAZAS:
Q but just by definition, I mean, what --
A I mean, that sounds like a good description.
Q Okay. And so, it can happen in many forms in terms of the implementation, but Quest, at its core, is learning through doing a project type thing, right?
MS. SYED: Objection, form.
THE WITNESS: It's solving a problem is the difference instead of doing a project. They're just by -- they're different. We don't know what the outcome of a Quest is, for example, where a project, there's a right outcome. It either worked or it didn't, is an example.
BY MR. TERRAZAS:
Q Well, it doesn't have to be that way.
A I don't know. I'm sorry, I don't know much about PBLs.
Q Okay. So, you can't say --
A I can't, yeah.
Q Okay. But in this document, at least, you can see that they call students learners, right?
A Yeah.

Page 173

Q Do you see that just in the title?
A Yes.
Q Okay. That's back in 2013?
A Yes.
Q So, calling students learners was not something that's new. It's not something that Acton created, correct?
A Well, we did that before 2013, but --
Q I understand that.
A Okay.
Q But you weren't the first one --
A I don't know who was the first.
Q -- to coin the phrase learners for students?
A To coin the phrase learners for students. I don't know who was the first who did that.
Q Okay. Do you think Acton was the first to ever do that?
A I don't know.
Q Okay. I'm going to show you -- do you recognize this?
A Uh-huh.
Q Is that a yes.
A Yes.
Q This is your book, right?
A Yes.

Page 174

Q Okay. And I've turned to page -- do you want to see (inaudible), 166, 167.
MS. SYED: Actually, I'm --
MR. TERRAZAS: Okay. So, in this book, I'm not going to mark it as an exhibit, so, it's a book.
MS. SYED: What page again? Sorry.
MR. TERRAZAS: One-sixty-six and 167.
BY MR. TERRAZAS:
Q So, in this, you talk about 167, just right where I was, and you see where it talks about the Montessori size.
A Uh-huh.
Q Is that a yes.
A Yes.
Q Okay. And Acton took the size of its classrooms to be put in studios based on what Montessori did, right?
A We consider that a great size of a studio to grow from, to grow -- most studios start out small, 6, 7 students, and grow to this Maria Montessori style of up to 35 children. Yes.
Q And, in fact, you quote Maria Montessori.
A Yeah.
Q She says, "We consider that in its best condition, the class should be between 28 and 35 children, but there may be even more in number."

Page 175

A Yes.
Q Okay. And so, when you talk about our studio size model, that's taken from Maria Montessori, correct?
A Yes.
MS. SYED: I think I have a different edition.
THE WITNESS: Oh, is it? There's a -- there's a second edition.
MR. TERRAZAS: Maybe.
THE WITNESS: There is.
MR. TERRAZAS: Maybe. Okay.
THE WITNESS: It just has a little ending.
BY MR. TERRAZAS:
Q And in this book you also talk about our beliefs. You talk about, we believe each person has a gift that can change the world in a profound way. We believe in learning to learn, learning to do, and learning to be. And we believe in a closely connected family of lifelong learners. We believe in economic, political, and religious freedom.
A Uh-huh. Yes.
Q Is that a yes. Okay. And so, all of that is put out to the public. None of that would be secret, right?
A Right.
Q Okay. And, in fact, in the lawsuits that have been filed, all of the terms that are being complained of are things that are in the public, right?

Page 176

MS. SYED: Objection, form.
THE WITNESS: I wish I had the list in front of me, but do you happen to have that?
BY MR. TERRAZAS:
Q I have.
A Sorry.
Q I can read off a bunch of them, and you can tell me, but there are so many. I mean, do you believe there's anything that you've put -- and, by the way, you put it in a lawsuit. It was secret then, it's now what the world can access it.
A So, the answer is yes, but --
Q Do you agree that it's not a secret?
A -- making sure I know the question.
Q Yeah.
A That it's now available to the public to see.
Q Right.
A The different components of that. Yes.
Q Okay. And so, none of it is secret that you're complaining about?
MS. SYED: Objection, form.
THE WITNESS: Yes.
BY MR. TERRAZAS:
Q And you didn't believe before that any of that material was secret or you wouldn't have published it to

Page 177

the world, right?
MS. SYED: Objection, form.
THE WITNESS: Could you restate your question?
BY MR. TERRAZAS:
Q Sure. You wouldn't believe that any of the terms that are used in the lawsuit were secret or you wouldn't have published it to the world, correct?
MS. SYED: Objection, form.
THE WITNESS: Yes.
BY MR. TERRAZAS:
Q Let's turn back to the trademark and license agreement and the access and license agreement. You may need to grab those just in case you need to look for them.
A That's my trash.
Q Okay. So, first off, let's look at the trademark license agreement. This is with Apogee Cedar Park and Tim Kennedy, right?
A Yes.
Q Okay. And if we go to the back page, to the very back of the -- we've got actually two of them here.
A Yes.
Q The first one is with, if you go to the 5th page, it's Apogee Cedar Park. And who did you believe to be the parties related to this trademark license agreement, the first one? It was between Acton Academy and whom?

Page 178

A For Tim Kennedy. Are you referring to the first one?
Q Yes, the first one. The first one.
A Yes.
Q Yes. Who did you believe to be the parties to this? Because I'll say, on page 5, it says the parties hereto --
A Yes, Acton Academy.
Q And who?
A And Tim Kennedy.
Q Oh, not Apogee Cedar Park?
A Oh, sorry. Apogee Cedar Park would be the correct way to say that.
Q Okay. So, just Acton Academy and Apogee Cedar Park?
A Yes.
Q Okay.
A However -- sorry, I'm just not a lawyer. And so, this is where I just -- I'm saying what I signed. You know, it's between Acton Academy and Tim Kennedy and Apogee Cedar Park license, that's the licensee. So, I say that this is between the licensor and the licensee. And so --
Q Okay. So, that's my question because if we look at the top, it says "trademark license agreements between Acton Academy as the Licensor" --

Page 179

A Mm-hmm. Mm-hmm.
Q -- and Tim Kennedy, comma, who is a Apogee Cedar Park. Do you see how it says --
A Yes.
Q -- 'Acton Academy, a Texas non-profit corporation?" And it says Tim Kennedy, a Apogee Cedar Park, like describing what --
A Yes.
Q -- who he is? So, that's why I was wondering, what did you understand -- who did you understand or what did you understand to be the parties of this trademark license agreement that you signed?
MS. SYED: Objection, form.
THE WITNESS: I understood it to be Tim Kennedy of Apogee Cedar Park. And I represent -- between Tim Kennedy and Apogee, who represents Apogee Cedar Park, and Laura Sandefer, who represents Acton Academy.
Q I'm not fussing at you. You kind of said two separate things that you said. You thought that the license there was between Acton Academy and Tim Kennedy. And then you said --
A Yes, yes.
Q Okay.
A Yes.
Q So, it was just Acton Academy and Tim Kennedy,

Page 180

not Acton Academy and Apogee Cedar Park?
MS. SYED: Objection, form.
THE WITNESS: Again, I'm not a lawyer, but to clarify, it would be between Acton Academy and as I would see it, Apogee Cedar Park.
MR. TERRAZAS: Okay.
THE WITNESS: As it's in the agreement.
BY MR. TERRAZAS:
Q And if you look at the last one, the second agreement, and you look at the very, very last page of this, I think it's the same thing between Acton Academy and Acton Academy Placer.
A Yes.
Q Okay. And do you understand that this trademark license agreement only covers the trademark of Acton Academy?
MS. SYED: Objection, form.
THE WITNESS: That it covers only the trademark license agreement of Acton -- this particular agreement, are you asking me, it covers only Acton Academy's.
BY MR. TERRAZAS:
Q The name Acton Academy.
A Acton Academy. So, I -- once again, because I'm not a lawyer, it's hard for me to speak to this, but it's just the next sentence, licensor is the owner of all

Page 181

rights, title, interest in and to the name and trademark Acton Academy. Is that what you're asking? Is that what this is?
Q Yes.
A Yes, and all good will associated with Acton Academy.
Q That's right.
A Yes.
Q And so, this license agreement, trademark license agreement is only as to the name Acton Academy, correct?
MS. SYED: Objection, form.
THE WITNESS: Again, I'm not an attorney, but that's my understanding.
BY MR. TERRAZAS:
Q That's my understanding, too. So, and I am an attorney, but that's why I just want to make sure that you didn't have a different understanding. Because if you look at the grant of license under a license, upon the terms and conditions of this agreement, licensor hereby grants to licensee a royalty-free, non-exclusive license to use the name in connection with the Academy. Do you see that?
A Yes.
Q And the name here is Acton Academy, right?
A Yes.
Q Okay. Let's turn to Exhibit 13 and the access

Page 182

and license agreement.
(LAURA SANDEFER Exhibit 13 was marked for identification.)
BY MR. TERRAZAS:
Q Now, you mentioned with the -- that Acton Academy has its proprietary material. As I understand it, it's like 20,000 pages worth. Does that sound about right to you?
A Yes.
Q Okay. Now, you're asserting, so, you being Acton Academy, is asserting that Tim Kennedy, in this lawsuit, Tim Kennedy and some Apogee affiliates have misappropriated this proprietary information.
A Could you define misappropriated?
Q Improperly taken.
A Okay.
Q Does that sound right?
A So, improperly used proprietary.
Q Okay. So, not taken, but improperly used.
A Used.
Q Okay. So, you don't believe -- you're not alleging that Tim Kennedy or the affiliates have improperly taken Apogee, or excuse me, Acton materials.
MS. SYED: Objection, form.
THE WITNESS: I don't, yeah, I don't know. I

Page 183

don't know the answer to that. I don't know if they have - - what they would, might have in their physical. I don't know.
BY MR. TERRAZAS:
Q You don't know whether they've taken anything?
A I don't know.
Q Well, I'm just asking, is that a true statement?
A I don't, yes, I don't know if they've taken anything.
Q Well, who would know? I mean, again, ma'am, you're the one who signed off on the pleadings in this. Who would know then what the pleadings are?
A Uh-huh.
Q Like what you're actually alleging?
A We're alleging the use of those materials.
Q I understand, ma'am.
A So, when you say the word take, do you mean physically take? I mean, maybe it's that word. I'm wondering if, because we never received any confirmation of anything returned or -- so, I don't know if they took it, but I've -- and we've shown that it's been used in different Apogees. So, the word I was saying was used, and you said taken, and I don't, that confuses me.
Q Well, I'm asking, I mean, use is one thing, taken is another.

Page 184

A Yeah.
Q Do you believe that any of the Apogee entities have improperly taken materials?
A I'm saying I don't know.
Q Okay.
A And you're saying, you want to know who would know?
Q Yes, ma'am. Who do I talk with that other than yourself?
A Yes. Jeff would know. Jeff would be the next person to talk to who may know that.
Q Okay. He may know. You're not sure if he knows that.
A I'm not sure if he knows that.
Q Did you talk to him about what he knew before you signed off on these pleadings?
MS. SYED: Objection, form.
THE WITNESS: We talked -- we drafted the things that we had seen on websites and -- that we have shown you. We both saw those. And so, we've had conversations about those things.
BY MR. TERRAZAS:
Q Okay. So, you don't know whether or not, as you sit here today, you don't know whether or not anyone has improperly taken any materials.

Page 185

MS. SYED: Objection, form.
THE WITNESS: I don't know if they have taken materials.
BY MR. TERRAZAS:
Q Because when I'm looking at these different filings, generally speaking, the only thing that you're pointing to that says that they may have misappropriated something is you point that on the Apogee website it hasn't listed as an affiliate.
MS. SYED: Is there a question?
MR. TERRAZAS: Yeah. I mean, what else is there?
MS. SYED: Objection, form.
THE WITNESS: As I pointed out, the website videos, FAQs, and words were from Acton. And in addition, podcasts and social media about the Apogee founders being instrumental in designing Acton Academy.
BY MR. TERRAZAS:
Q Okay. So --
A So, it's a confusion of the Acton brand.
Q Sorry. Okay. I'm going to show you in, Asra, this is page 17 of the amended complaint in this case.
MS. SYED: Okay.
BY MR. TERRAZAS:
Q So, these are the allegations related to Apogee Sacramento.

A Uh-huh.
Q Okay. Do you see those? They're all the bullet point ones.
A Yes.
Q Okay. So, I'm going to read some off, and I want you to tell me whether or not this is a problem or not. Okay. So, for example, the fact that an education system may inspire another education system, is that a problem?
A No.
Q Okay. So, for example, the Hero's Journey inspired Acton Academy. Would you agree?
A Yes.
Q Would you agree that Montessori inspired Acton Academy?
A Yes.
Q Okay. So, the fact that Acton Academy may have inspired Apogee Sacramento, that's not a problem, is there?
A That they inspired them. It's not a problem to be inspired by another.
Q Sure. So, for example, Acton Academy is a proven, innovative educational model that is inspiring a lot of what we're building with Apogee Sacramento. There's no problem with that, right?
MS. SYED: Objection, form.
THE WITNESS: No.



BY MR. TERRAZAS:
Q Okay. And the fact that Matt Beaudreau may be pulling from his experience from Acton, that wouldn't be a problem either, right?
MS. SYED: Objection, form.
THE WITNESS: If it were accurate, it wouldn't be a problem.
BY MR. TERRAZAS:
Q Right. If he's just pulling from his experience from Acton, that's not a problem.
A If he was pulling from the actual experience that he had.
Q Right. Okay.
A Uh-huh.
Q The fact that Apogee may be using mixed-age studios with guides and learners wouldn't be, as we talked about before, that stuff that's been out in the education system for a long time. That's not exclusive to Acton, correct?
A Those individual pieces, we looked at examples of those as individual pieces in different schools. I don't see an example of all of those being in one school, which is the unique thing of Acton. So, I don't know. I mean, like the students and learners is one example. Project-Based Learning is from another example.



Q But the fact that someone's doing it doesn't mean they're pulling it from Acton.
MS. SYED: Objection, form.
MR. TERRAZAS: I mean, it's already out there for them to pull all this stuff.
MS. SYED: Is there a question?
BY MR. TERRAZAS:
Q Do you agree with it?
A Parts of it are out there for them to be inspired by. Yes, I agree with that.
Q You'd agree though, ma'am, that Apogee is not running the exact same system as Acton?
MS. SYED: Objection, form.
THE WITNESS: When you say system, are you talking about their learning design or their network affiliation? What do you mean?
BY MR. TERRAZAS:
Q I'm talking about -- I'm talking about everything, Apogee and Acton are not the same. Would you agree?
MS. SYED: Objection, form.
THE WITNESS: I'm trying to answer this because I personally, from my -- I personally agree with that. So, that's what I'm going to respond that I personally -- and that's the distinction we're all trying to make, that



they're different.
BY MR. TERRAZAS:
Q Right, you'd agree that they are different.
A I personally, my opinion is they are different.
Q Okay. And so, there are certain things about Apogee that Acton is not doing. There are certain things about Acton that Apogee is not doing. There are different systems similar to -- there are certain things that Montessori is doing that Acton is not doing. Certain things that Acton is doing that Montessori is not doing. Correct?
MS. SYED: Objection, form.
THE WITNESS: Yes.
BY MR. TERRAZAS:
Q Okay. Do you agree that Apogee is holding daily Socratic discussions and launches, that that's not something that's exclusive to Acton?
A The word Socratic Launch, the word launch is unique to Acton, but if they're having Socratic discussions, that's not unique to Acton.
Q Okay. So, you're saying the launches?
A Socratic Launches are unique.
Q How is that unique?
A I don't know. I don't know of any other school or even organization that calls their Socratic discussions

Page 190

a launch.
Q So, they call it -- let's say they call it a launch or not. I mean, what's proprietary about it?
MS. SYED: Objection, form.
THE WITNESS: Well, it's part of the Acton design -- learning design that was included.
BY MR. TERRAZAS
Q Let's look at --
(Cross talking.)
A Yeah.
Q Where does it say that it's included --
A Okay.
Q -- in the agreement? And I think it's probably under the access and license agreement.
A Yes.
Q But where does it talk about launches or anything of that sort?
A So, it's under definitions, the customer data, I believe. Once again, I'm not an attorney.
Q Okay.
A So, I'm reading this. It means that, I'm just going to jump to information data, other content in any form that is submitted, posted, collected, downloaded, or otherwise received directly or indirectly from the customer or an authorized user via or through the services,

Page 191

including but not limited to the learning design content, curriculum, lesson plans, discussion outlines, assignments, lesson plans, course outlines, school and studio processes. That's where I'm getting that.
Q Okay. Let's then -- turn then to page 5 of this document.
A Okay.
MS. SYED: Sorry, are we still on the access and license agreement?
MR. TERRAZAS: We are. It's a good approach.
BY MR. TERRAZAS:
Q And do you see under paragraph 6, confidential information?
A Yes.
Q So, it describes the confidential information. So, if you go to the 6th line down, right by the bolded confidential information on the right.
A Uh-huh.
Q It says confidential information does not include information that at the time of disclosure is; A, in the public domain; B, known to the receiving party at the time of disclosure; or C, likely obtained by the receiving party on a non-confidential basis from a third-party; or D, independently developed by the receiving party. You'd agree that all this information we're talking about was in

Page 192

the public domain before either Tim Kennedy or Matt Beaudreau signed Exhibit 13, the Access and License Agreement?
MS. SYED: Objection, form.
THE WITNESS: Yes. So, is your question, if it was in the public domain, it's not considered a part of this agreement?
BY MR. TERRAZAS:
Q No, no, no. I'm just asking all the information that we're talking about that's in the lawsuit, all of that was in the public domain before Tim Kennedy or Matt Beaudreau signed the access and license agreement?
MS. SYED: Objection, form.
THE WITNESS: And that's when we were talking about that, I said I would like to see those again, because I'm not sure every piece of that was in the public domain. You know, if it was post my book, for example, or.
BY MR. TERRAZAS:
Q When was your book written?
A 2016.
Q Okay. So, let's look at the --
A What? I'm sorry.
Q On the access and license agreement.
A Oh, yeah.
Q Do you see it says at the top left --

Page 193

A I think it was --
Q -- first page. So, yeah, last modified, 2019.
A Right.
Q I'll represent to you that Tim Kennedy and Matt Beaudreau didn't sign this access and license agreement --
A Before --
Q -- before 2019.
A Got you. Okay. Yes. Okay.
Q So, all of --
A So, yes.
Q -- this information was in the public domain.
A Anything that was in public domain. Yes.
Q And all the things that are alleged in the lawsuit were in the public domain before.
MS. SYED: Objection, form.
THE WITNESS: That's what I've answered that I'm not sure about.
BY MR. TERRAZAS:
Q Well, it's all in the book.
A Not all -- not all of it.
Q Well, what -- let me ask you.
A Yeah, if I could see the -- yeah.
Q Sure. Let me just ask you -- yeah. You can look at it.
A Thank you.

Page 194

Q Is any of this that's on here, not in the public domain? And ma'am, just to be clear, if you provided it to students or to parents or anything else, that's in the public domain.
MS. SYED: Objection. Is she looking at a copy of the proceeding?
MR. TERRAZAS: She is, yes.
MS. SYED: What paragraph?
MR. TERRAZAS: Page 17.
MS. SYED: Page 17.
THE WITNESS: So, yeah, I see -- thank you. I see that. And --
BY MR. TERRAZAS:
Q Well, ma'am, I'm just asking, is anything you saw on page 17 or 18, is that not in the public domain before Tim Kennedy or Matt Beaudreau, I'll say, looked at --
A Right.
Q -- in the access and license agreement?
MS. SYED: Objection, form.
THE WITNESS: I'm not sure. And if you want me to give you an answer of what I'm not -- I mean, an example, I'm not sure the word Socratic Launch was in the public domain. There were things that I would have to look in to see the dates of when they were released on the website or in a blog post.

Page 195

BY MR. TERRAZAS:
Q No. But again, ma'am, you telling parents without a confidentiality agreement is in the public domain.
A Okay.
Q So, you told --
MS. SYED: Objection.
BY MR. TERRAZAS:
Q -- parents before 2019 that there was Socratic Launches, right?
A Yes.
Q Okay. Okay. And they didn't have any confidentiality obligations. So, that's out in the public, right?
A Yes.
Q Okay. Now, ma'am, one thing I haven't seen is any signature from either Matt Beaudreau or Tim Kennedy on this access and license agreement. Do you know if they ever signed it?
A Well, the -- again, I'm not an attorney, but the agreement takes effect when you click the I accept button.
Q Okay. But it's also got a signature on it showing that they sign it.
A Right. But this is the -- that's what I'm referring to. So, I don't know, that's, I guess, it's a

Page 196

file where they click to receive it.
Q Well, it also says there, ma'am, it says there, by accessing or using the service. So, are you saying that whether or not you even showed this to them, if they just started using the services, you're saying they're (inaudible)?
MS. SYED: Objection. (Inaudible) where on the document you're reading from?
THE WITNESS: I'm sorry, I don't know that -- the answer to that. And I don't know if there's a -- if there's a signed -- a digital signed copy from each of them.
BY MR. TERRAZAS:
Q Okay. I haven't seen it, so --
(Cross talking.)
A Okay. Okay.
Q -- I keep asking.
A Okay.
Q (Inaudible).
A Thank you.
Q All right. So, you would agree that if you're claiming that an Apogee entity has used Acton's proprietary information, that Apogee would need to be able to see what that proprietary information was to be able to compare it.
MS. SYED: Objection, form.

Page 197

THE WITNESS: Could you restate that a little more simply for me?
BY MR. TERRAZAS:
Q I'm just -- you agree, for example, with this pen. If I say that you have used a copy, I'm going to say copy, copy this pen. I would need to give you the pen, so you could look at it and see what you've been doing to see if you actually copied that, so you have little differences or not, right?
A I guess, yes.
Q Okay.
A Yeah.
Q I asked that because we asked for the documents to see what Acton was doing and we got 130 pages.
A Okay. Okay.
Q And you say there's about 20,000. And I'm wondering why we didn't get the 20,000 pages to be able to see.
A Okay. I'm not up-to-date on where the discovery process is with the attorneys. So, I don't know.
Q But you would agree that you should have access to those 20,000 pages if you're trying to say that we copied it.
MS. SYED: Objection, form.
THE WITNESS: I don't know that you need to -- I

don't know. I don't know. I don't know what you received.
I didn't see --
BY MR. TERRAZAS:
Q Well, assuming we didn't receive any of it.
A Okay.
Q Assuming we didn't receive any. I'm asking you, how is it that we can tell whether or not we copied it or not if we don't have the material?
MS. SYED: Objection, form.
THE WITNESS: I don't know.
BY MR. TERRAZAS:
Q Right. You would agree that we have to have a copy of the materials to see whether or not they're similar to what we're doing.
MS. SYED: Objection, form.
THE WITNESS: I think that just -- and like I said, I'm not up-to-date on where the discovery is, but it seems like that's going on and I could be wrong about that, so.
BY MR. TERRAZAS:
Q We're not -- I'm not -- regardless of whether you're up-to-date on discovery, I'm just saying, you would agree that we would need to be able to see Acton's materials to compare whether or not we're doing the same thing.



MS. SYED: Objection, form.
THE WITNESS: I think so. I -- yeah.
BY MR. TERRAZAS:
Q And you asked for all of Apogee stuff to see whether or not we copied it and we did that.
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q And that's the only way for you to tell whether or not we copied it, right?
MS. SYED: Objection, form.
THE WITNESS: Even -- well, yes. Okay.
BY MR. TERRAZAS:
Q Right. And even after reviewing all of our materials, I didn't see anything that was alleged that said that we copied. Nothing was pointed to, of all the materials we have. And I'm wondering, is there anything that we -- anything that --
MS. SYED: Objection to form.
BY MR. TERRAZAS:
Q -- anything that Apogee copied that you're aware of?
MS. SYED: Objection, form.
THE WITNESS: Yes.
BY MR. TERRAZAS:
Q So, what did Apogee copy that you're aware of?



What document?
A What document?
Q Yeah, and I'm not talking about websites. I'm talking about actual material use.
A Right.
Q Because as we've seen in the complaint, the things that have been alleged are things that are in the public domain and don't talk about the content. Just like schedule. The schedule may not really be proprietary as to what is the content in the schedule.
A Yes. Okay. Okay.
Q So, I'm wondering what are the contents that anything that Tim Kennedy or any of the Apogee affiliates in this federal lawsuit in Texas, what did they copy? What content are they using that you said, no, no, no, that's from Acton? Do you see anything?
MS. SYED: Objection, form.
THE WITNESS: I don't know the specific content that was copied.
BY MR. TERRAZAS:
Q If any.
A I don't know.
Q Right. You're not sure of any, and you would agree because you said that -- what they complained about was the use of Acton's materials, right?



MS. SYED: Objection, form.
THE WITNESS: I didn't say of Acton materials. The concepts we outlined using those together as a design for a school --
BY MR. TERRAZAS:
Q I understand, ma'am. But we're talking about use.
A -- when it's Acton Academy. Okay.
Q Okay. So, for a school that's an Apogee affiliate that has never opened, they couldn't have used those materials, right, or that concept?
MS. SYED: Objection. Objection, form (inaudible).
MR. TERRAZAS: Hold on.
THE WITNESS: Yes. Unless it's for when you're - - before you've opened your doors, you're recruiting parents, creating websites, attracting families. And so, messages are shared about what you do, who you are, what your mission is. And those have been reflected as Acton.
BY MR. TERRAZAS:
Q Yes, ma'am. But you have no knowledge of any of that, do you, for these schools that haven't opened?
MS. SYED: Objection, form.
THE WITNESS: I personally -- I personally do not.

Page 202

BY MR. TERRAZAS:
Q Does anyone at Acton (inaudible)?
A I believe owners -- I believe Jeff would know the answer to that. He's been in communication with Jake who is more on the ground, running the network now. And I have not been in those conversations.
Q Well, for example, are you aware that your husband said to Apogee, please be advised, we plan to mirror our recent efforts in Florida by filing lawsuits against each and every Apogee affiliate in their respective state courts, a campaign which will accelerate in the coming months. Bottom line, we're just getting started.
A Yes, I read that.
Q Okay. And you're telling me that you and your husband and Acton have actually investigated every single one of the Apogee affiliates to see whether or not they have at all used or taken any Apogee -- or any Acton materials?
MS. SYED: Objection, form.
THE WITNESS: Can you repeat that question?
BY MR. TERRAZAS:
Q Sure. Are you telling me that you and your husband or anyone else at Acton has actually investigated each and every Apogee affiliate to determine whether or not they've actually used or taken any materials from Acton?

Page 203

MS. SYED: Objection, form.
THE WITNESS: I am not saying that. I personally am not saying that.
BY MR. TERRAZAS:
Q Well, isn't this just a campaign to harm Apogee?
MS. SYED: Objection.
BY MR. TERRAZAS:
Q Like, isn't that what your husband is saying there that he's just going to try to harm Apogee by suing every single affiliate?
A No.
MS. SYED: Objection, form.
THE WITNESS: No.
BY MR. TERRAZAS:
Q Then what is he saying? What is your understanding of that?
A We want to stop the connection between Apogee and Acton, it's not to harm, it's to stop the harm being done to Acton Academy.
Q And I'm trying -- I'm -- what today do you know of that there's any connection between Acton and Apogee? Because I will tell you, all those websites and everything else that you're suggesting, they're all gone. There's nothing on that at all.
So, I want to know what today are you aware of

Page 204

that would have your husband say, he's going to sue each and every Apogee affiliate?
MS. SYED: Objection, form.
THE WITNESS: I believe you'll have to ask him on that question.
BY MR. TERRAZAS:
Q I'm asking you. Was he --
A Okay. I don't know. Yes, that -- yes.
Q -- of Acton --
A Yes.
Q -- during the time?
A Yes.
MS. SYED: Can you please lower your voice? You're kind of yelling at her.
MR. TERRAZAS: I'm not trying to yell at her. I'm trying to make sure that we're clear on the (inaudible).
THE WITNESS: What I'm aware of is what -- what's presented in the case. I have not seen that everything was taken down. I haven't seen that clarified.
BY MR. TERRAZAS:
Q You haven't looked. You haven't looked, have you?
A I thought we were supposed to be notified when that was done.

Page 205

Q No, ma'am, there's no requirement of any notification whatsoever.
MS. SYED: This is not a conversation.
BY MR. TERRAZAS:
Q Where is the requirement that Apogee -- that an affiliate of Apogee that has no connection to Acton whatsoever has to tell Acton that's in litigation with many other Apogee affiliates that it's taking stuff down. Where's that requirement?
MS. SYED: Objection, form.
THE WITNESS: I don't know.
MS. SYED: Can we take a break real quick?
MR. TERRAZAS: When we -- just let me finish this line of questions.
BY MR. TERRAZAS:
Q I want to know, ma'am, what is it that you know that Apogee or any of its affiliates are actually doing that connects Apogee with Acton?
A I go back to what we presented when we began this case and a lot of it was the qualifications of Apogee's founders representing that Acton was there, that they helped build Acton's learning design and helped spread the network. And there's -- it's the confusion is the main damage between Apogee and Acton. And when things were identical, I know you don't like me bringing up the

website, but it's confusing to parents who are seeking schools when they look so similar, but they're not. The design reflects an Acton School.

Now, I will go back and look at the websites, but Matt noted and, you know, and highlighted in the responses that those were remnants of the Acton website or the Acton model, I don't remember the exact word. Those were remnants and went down the list and saying they were remnants. And they're in the process of being taken care of, but I don't remember the exact word. So, it was an acknowledgement that, yes, we did do that. Those were remnants. We should have taken them down, but I -- that's the confusion.

Q But, ma'am, have you talked -- do you have any evidence that anyone is confused?

A That's what I would ask Jeff and Jake about because I'm not in communication. No, my answer to that is, no, I've said that.

Q Okay. But, ma'am, isn't it when you present this into that, when you present this to Mr. Beaudreau and he comes back and says, yeah, those are remnants. Those should be removed. Isn't that from saying, you know, hey, I'll fix it. Why do you have to sue him?

MS. SYED: Objection, form.

THE WITNESS: Because we didn't see evidence that



the description was made public that he didn't help build the Acton network.

BY MR. TERRAZAS:

Q Ma'am, he didn't write that. That was written by someone else.

MS. SYED: This is not, you know, you're not supposed to --

MR. TERRAZAS: No, no, it's true.

BY MR. TERRAZAS:

Q I mean, you know he didn't write that. He didn't write that.

A I was talking about a verbal podcast. I don't know what you're talking about the writing.

Q He didn't say that on the verbal podcast. Someone else said it, didn't they?

MS. SYED: Objection, form.

THE WITNESS: I don't know that. It's -- I don't know.

BY MR. TERRAZAS:

Q So, you don't even know if he said it.

MS. SYED: Objection.

THE WITNESS: It is in our documents, in that interview. He didn't correct what was said in the interview about him that he was in.

BY MR. TERRAZAS:



Q Ma'am, what is he -- what is he supposed to do if someone else said it and you're saying he didn't correct it? It's not his podcast.

MS. SYED: Objection, form.

BY MR. TERRAZAS:

Q What is he supposed to do?

MS. SYED: Objection, form.

THE WITNESS: They know that's not true.

BY MR. TERRAZAS:

Q Ma'am, it's his podcast -- it's not his podcast. He doesn't control what's in there.

A I don't understand the podcast structure, I guess. So, I don't --

Q But, ma'am, I mean, it's -- this seems like a vendetta. This just a vendetta because he didn't correct something about saying you could have --

A No. No.

MS. SYED: Objection, form. I think we (inaudible). You're just arguing with the witness.

MR. TERRAZAS: I'm not. I'm not just arguing with her.

MS. SYED: You absolutely are.

MR. TERRAZAS: I'm not. I'm asking whether this is a vendetta.

THE WITNESS: And I'm trying to answer. It's not



a vendetta. It's not a vendetta.

BY MR. TERRAZAS:

Q But, ma'am, there's nothing else that you have seen since that one podcast that in any way suggests that Matt Beaudreau founded Acton or whatever else.

MS. SYED: Objection, form. You're continuing to mischaracterize her prior testimony.

MR. TERRAZAS: I'm not.

BY MR. TERRAZAS:

Q Is there anything else that he said or anyone else has said --

A I'm not sure off the top of my head the different things that were said by him or by Tim. And we presented the evidence of where that Acton -- I'm pointing like that because I'm thinking you have probably, which I did not bring any paper copies of the case that showed the different pieces of the learning design that they were incorporating into Apogee. And the goal was just that that would stop and there would be an acknowledgment of the untruths. That's the goal. It's not a vendetta.

VIDEOGRAPHER: I'm sorry. I must have not heard that. Are we going to go on break?

MS. SYED: Yes, we are.

MR. TERRAZAS: Yes, we are.

VIDEOGRAPHER: All right. The time is 5:23 p.m.

Central. We are off the record.
(Recess)
VIDEOGRAPHER: The time is 5:34 p.m. Central. We are on the record.
BY MR. TERRAZAS:
Q I'm going to hand you what's been marked as Exhibit 3.
(LAURA SANDEFER Exhibit 3 was marked for identification.)
BY MR. TERRAZAS:
Q And I'm going to represent to you that all of these pictures are posts that were downloaded just in the last few days on different Acton Academy websites. And on each one of these, these are the Acton affiliates posting these and writing the things that they did. And then each one of these, and I'm going to count 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, maybe 15 different Acton Academies all have Matt Beaudreau on their websites. Can you explain why that is?
MS. SYED: Hold on one second.
THE WITNESS: Were you curious about the dates?
MS. SYED: Yes, some of these are --
THE WITNESS: Yeah.
MS. SYED: -- on websites, and some of these are posted on social media accounts, and some of these, we



can't -- I can't tell what date.
MS. SYED: Some do have the date, like 22. And I don't know the dates on some of these.
BY MR. TERRAZAS:
Q Yeah, that's when they were posted, but they're still on the websites --
A Right. Right.
Q -- or wherever else, on that.
A Yeah. Well, I can explain it because Matt Beaudreau was in the Acton network, and he's a beloved guy in the Acton network. He is a -- he was a good friend of mine, and we were very complimentary of each other. So, this is not a vendetta against Matt. It's literally not. And this, I think, shows the goodwill towards this man.
Q But, ma'am, I thought you were trying to separate Acton Academy and Apogee.
A Well, because he --
Q Hold on a second.
A Oh, sorry.
Q Are you trying to separate Acton and Apogee?
A So, we want to distinguish Acton from Apogee, and --
Q So, aren't you -- wasn't -- what you're complaining about is that there's this podcast that Matt Beaudreau didn't correct that he was a founder, I guess, of



Acton. You're upset about that, right?
MS. SYED: Objection, form.
THE WITNESS: I'm not upset. That's -- and that's one example of things that led to this place where we are.
BY MR. TERRAZAS:
Q Led to the lawsuit?
A Yes.
Q Okay. But yet --
A But this --
Q -- you're okay with having Acton affiliates still show Matt Beaudreau, which has had many publications now and other sorts of things to say that he is only Apogee. Isn't that creating confusion?
MS. SYED: Objection, form.
THE WITNESS: I don't believe there's confusion within the Acton network that Matt is not in Acton.
BY MR. TERRAZAS:
Q Based on what, ma'am? Based on what makes you believe that there's no confusion? But yet there is confusion about Apogee using or being affiliated with Acton.
A I hope I'm understanding your question, but the confusion is not with Acton owners. It's with prospective new owners of Acton and prospective families. So, it's out



-- it's not in our network. We all know Matt, but that's not the -- that's not the confusion.
Q But, ma'am, but I don't understand because of him, if someone, a potential person who wants to either start in Acton Academy or wants to join in Acton Academy as a parent or student or whatever else, and they go on other Acton Academy's websites, they will find this. How is that not -- wouldn't that be confusing to them?
MS. SYED: Objection, form.
THE WITNESS: I don't know the results of these screenshots from social media in terms of when he was associated with Acton and was a part of the Acton. I don't know what the impact of these are to someone who sees them down from, you know, in someone's social media feed. I don't know.
BY MR. TERRAZAS:
Q Right, just like you don't know what any of the impact is of anything you've seen on websites or otherwise related to Apogee, right?
MS. SYED: Objection, form.
THE WITNESS: I didn't hear a question, I thought you just made a statement.
BY MR. TERRAZAS:
Q No, ma'am, I'm asking you a question. You don't know the impact of anything that Apogee has done with its

Page 214

websites or any other things that it's done in terms of owning (phonetic) a consumer or anyone else.

MS. SYED: Objection, form.

THE WITNESS: The example we gave was Tahoe, Acton Tahoe becoming Apogee Tahoe. And I believe, as I've said previously today, that there are examples of the confusion and the -- I don't know -- I don't -- I'm not a lawyer, like I said, but I don't know if it's future harm or what you call it. But in Boise, we've talked about that, that there's been confusion in the marketplace there.

BY MR. TERRAZAS:

Q No, ma'am, we haven't talked about any confusion. I asked you specifically about confusion and you said you couldn't think of any examples.

A Well, I brought up Sacramento and Boise and Tahoe.

Q You didn't bring up that they were confused. What's --

A Those were --

Q I want to know what's your example of actual confusion?

A Okay. So, that's a good --

Q What --

(Cross talking.)

A That's a good -- yeah. Let's talk, maybe the

Page 215

confusion is the wrong word. So, and Cedar Park, we talked about that, where the parents who are currently in an Acton and it becomes an Apogee. That's -- that could be confusing for the parents. Now, I say that I have not spoken to those parents.

Q Then we don't know whether it's confusing or not.

A Okay.

MS. SYED: Objection, form.

BY MR. TERRAZAS:

Q I mean, would you agree with that? We don't know whether it's confusing. We're completely speculating that it could be confusing, right?

MS. SYED: Objection, form.

THE WITNESS: No, I don't agree with what you're saying and ending it with the word right. I don't agree with that because of -- and I haven't -- we've talked about, I guess, that I haven't been involved in the conversations, Jeff has been in about the confusion around the brands of Apogee and Acton because they look similar and are in similar markets. And so, that's what I was speaking to. So, I can't agree that there's not confusion.

BY MR. TERRAZAS:

Q But we don't know this.

A My personal -- I'm talking about my personal, to have a fact-based response. I personally do not know.

Page 216

Q Right. So, you can't say that there is confusion.

MS. SYED: Objection, form.

BY MR. TERRAZAS:

Q Just like with this document, this Exhibit 3, you can't say that this causes confusion or not. Just like you can't say anything that Apogee has done, has caused confusion.

MS. SYED: Objection, form.

THE WITNESS: I would need to talk to the --

MS. SYED: I don't think there was a question.

THE WITNESS: Oh, okay.

BY MR. TERRAZAS:

Q There is a question. Absolutely. All of them -- I think she understands that there's a question. Okay. All of my statements are questions.

MS. SYED: All of your statements are questions?

MR. TERRAZAS: That's right.

THE WITNESS: That's confusing because it sounds like you've told me what I thought and then just said the word right.

BY MR. TERRAZAS:

Q Yes, ma'am.

A Okay. So, I can't agree with you telling me what I'm thinking, but what I wanted to answer because I --

Page 217

about the word confusion, I believe we'd need to, and that's why I had mentioned Boise, Tahoe, and Sacramento, because those are examples where Acton and Apogee are coexisting. And I would -- I don't have personal experience with the conversations around the confusion. And I would -- that's why I said, I can't answer that for myself, so.

Q But, ma'am, so, you don't know that anyone's ever even had those conversations, correct?

A Jeff had --

MS. SYED: Objection, form.

THE WITNESS: Okay. Jeff has had those conversations.

BY MR. TERRAZAS:

Q Are you sure, under oath, that you can say that?

A Yes. I -- he has told me he's had conversations. I was not in the conversation and we didn't get into details about it at all.

Q You said, he had, then what were the conversations? Like what conversations did he have? Did he just come and say, hey, yeah, I talked to someone and there's confusion?

MS. SYED: Objection, form.

BY MR. TERRAZAS:

Q I mean, what was --

Page 218

A Well, in -- as we've -- as you've seen the documents draft that were the legal -- the lawyers put together from our statements, which are the declarations that I signed, right?
Q Yeah. That the lawyers put together.
A That I wrote the -- I don't write legal documents. I mean, so, we worked with lawyers to put those together. I'm not a lawyer and that's a legal document.
Q Yes, ma'am. I understand.
A Yes. So, Jeff and I, during that process, talked about the specifics of those Acton matters that are listed in those declarations. And I was not privy to who he talked to, but I trust him and that's the source of my understanding of --
Q Yes, ma'am. But you've signed that document --
A Yes.
Q -- as if you had personal knowledge of everything, and that wasn't true.
A No.
MS. SYED: Objection. Objection, form.
MR. TERRAZAS: No, no there's objection.
BY MR. TERRAZAS:
Q Go ahead.
A No -- yes, because we wrote it together, and --
Q You didn't -- he --

Page 219

A -- I saw the websites. I mean, I saw the -- and I know you don't like bringing up the websites, but those - - and I heard the podcast. It wasn't -- what you're asking about now is conversations about confusion. That's a different thing than evidence that they're using what looks like an Acton Academy. And that is my -- and that's what I saw. And --
Q Ma'am, this is your declaration.
A Yes.
Q Turn to the Exhibit 11.
(LAURA SANDEFER Exhibit 11 was marked for identification.)
BY MR. TERRAZAS:
Q And you declare at the bottom and say, declare under penalty of perjury --
A Yes.
Q -- that the following is true and correct. And in the very first paragraph you say, and I have personal knowledge of the matter set --
A Yes.
Q -- forth here and below.
A Yes.
Q So, not things that someone told you.
A Yes.
Q You're verifying each one that you have personal

Page 220

knowledge of this.
A I agree.
Q Okay. So, is that true or not true?
A Yes, that is true.
Q You have personal knowledge of every single one of this.
MS. SYED: Objection, form. She's -- I mean --
THE WITNESS: And the answer is yes.
BY MR. TERRAZAS:
Q And you believe that Acton Academy is going to suffer irreparable harm, harm that can't -- you can't ever go back from, if we don't stop happening.
MS. SYED: Objection, form.
MR. TERRAZAS: It's in her declaration.
MS. SYED: Yeah. But you're not -- she's not reading from her declaration.
MR. TERRAZAS: It doesn't matter.
MS. SYED: And you're misstating what is written in her declaration. It does matter.
MR. TERRAZAS: I'm not. It says -- I'm reading it right now, ma'am. The last paragraph, it says, Acton Academy believes that it will suffer irreparable harm, damage, and injury unless the acts and conduct of Beaudreau and Kennedy and their affiliates, including the Apogee entities are, enjoined (phonetic). That's what I said

Page 221

before, right?
MS. SYED: It's not what you said before.
THE WITNESS: No, you're -- yeah, but -- yes.
BY MR. TERRAZAS:
Q What irreparable harm is Acton going to face here?
A The damage to the Acton Academy brand is -- would be irreparable. And that is a long-term damage.
Q What harm has Acton suffered right now, so far?
A So far, Acton Academy Tahoe becoming Apogee Tahoe, there's financial loss to the Acton network because of that.
Q But, ma'am, what did Mr. Beaudreau or Tim -- none of that -- the fact that Apogee Tahoe was formerly Acton -- Apogee -- or Tahoe Acton or Acton Tahoe or whatever it was, is not an issue in this lawsuit or in any lawsuit. So, let's put that aside.
A Okay.
Q How else has Acton been harmed, if at all?
A The harm is in Acton's -- and this is where I'll need to, I say I, we, you, when you -- I'm assuming you're deposing Jeff also, but the numbers with our sales funnel where Actons are not launching schools because there's an Apogee there is an example of the financial damage that's done, the injury.

Page 222

Q But you're not aware of any example of that?
A I am not.
Q And no one's told you of any example of that?
A No, I don't know the specific example.
Q So, someone has told you that there's an example of it?
A Yes.
Q Who has told you?
A Jeff.
Q That you're saying that he's got a specific example of someone not launching. Because we've asked for all this information, and received no documents on it. So, why not?
MS. SYED: I'm (inaudible).
MR. TERRAZAS: Well --
THE WITNESS: Well, that's --
BY MR. TERRAZAS:
Q Well, there's -- we've got about 150 pages.
A Right.
Q And so, we're going to have to come back and we're going to have to do this again, because we don't have documents.
A Okay.
Q So, I'm trying to understand what example?
A The example that we gave was -- so, was the Tahoe

Page 223

example of what happens when an Apogee, an Acton becomes an Apogee. And that has happened. There's been, I believe, the Sacramento situation is an example of -- it's a specific example. And that's what I would want to get the facts on that they're not launching an Acton because of an Apogee in the vicinity. That's an example. Boise is a market I've heard has been suffering as a result.
And once again, I'm telling you that that's -- I don't see the facts, but I have heard that talking with Jeff, he has. So, that's the calculation of irreparable harm is calculating the losses of potential Actons in an area that with an Apogee that they're not opening because of that, or losing customers because an Apogee opens close. I'm -- I feel certain there's data on that because there are no rules, obviously, where an Apogee can open in relation to an Acton. So, those are the financial -- that's the financial impact that this is referring to.
Q And, ma'am, isn't that just straight competition? Anytime an Apogee opens in a general facility of an Acton, you're just competing. And you're just describing what is normal competition, aren't you?
A I -- the --
Q Just yes or no, please.
A I'll give you a yes or no, but there's a little - - there's context wrapped around, so.

Page 224

Q That's fine. Just yes or no.
(Cross talking.)
A So that the description you gave sounds like normal competition, unless -- okay.
Q I'm talking about the description you get.
A No, you -- I'm sorry. You just said, isn't it -- isn't that competition where an Acton, I'm sorry, an Apogee opens next to an Acton. Isn't that just normal competition? Or students go to an Apogee from an Acton --
Q Yes, ma'am.
A -- nearby.
Q Yes.
A So, and you said, isn't that normal competition?
Q Yes.
A I would -- and so, I said, forcing me to say yes or no, I said, I'll give you a yes or no with some context. And I would say, yes, that's competition. The issue is that the Apogee looks like an Acton. So, for someone to go to an Apogee thinking it's similar to an Acton if they know what an Acton is and the experience is not the same, we've talked about that it's not the same. Then it damages the Acton brand.
Q Okay. But you have no examples of someone going to an Apogee that thinks they actually were in an Acton, right?

Page 225

A I personally do not.
Q Well, I understand no one --
A Yes.
Q -- at Acton necessarily does.
A Okay.
Q And, again, we -- you are giving a hypothetical of what could happen, that you're unaware of any examples of that actually happening. Is that correct?
MS. SYED: Objection, form.
THE WITNESS: We have the example of Acton Tahoe becoming, I know you said that that's not an example, but that's an example of becoming an Apogee.
BY MR. TERRAZAS:
Q But that's not part of this lawsuit.
A Okay.
Q That has not been sued on at all. And you would agree that an Acton affiliate may decide they don't like the Acton model and want to go to the Apogee model and they're free to do so, right?
A Yes.
Q Okay. And you don't know why you haven't asked anyone at Apogee Tahoe why they changed from an Acton to an Apogee model, right?
A I haven't. Jake or Jeff may have.
Q Well, you're guessing, right? You don't know.

Page 226

A That's right. That's why I say I don't know.
Q Right.
A Yes. Okay.
Q So, I don't want you to say what someone may have done.
A Okay.
Q You're under oath. I want you to tell me what you know.
A Yes.
Q Okay. So, it absolutely could have been that Apogee, or excuse me, Acton Tahoe became an Apogee affiliate because they just didn't like the Acton model.
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q Right?
A I don't agree with your statement. I don't know.
Q Well, I'm not saying that it -- that actually happened. I'm saying that could have happened, right?
A I don't know.
Q Well, but if it did happen that way, there's nothing improper about that, right?
MS. SYED: Objection, form.
THE WITNESS: If that -- if what you described happened, which I don't know, then it's in -- I just don't know.

Page 227

BY MR. TERRAZAS:
Q Ma'am, if Apogee or Acton Tahoe decides, just on its own, it doesn't like the Acton model and becomes Apogee Tahoe, and we've already talked about, you've agreed that they're allowed to do that. What's improper about them doing that?
MS. SYED: Objection, form. She's already answered.
MR. TERRAZAS: She has not.
THE WITNESS: I don't know.
BY MR. TERRAZAS:
Q Okay. So, there's nothing --
A It's improper, I don't know.
Q Right. There's nothing you can think of that's improper about that, right?
MS. SYED: Objection, form.
THE WITNESS: I just said, I don't know.
BY MR. TERRAZAS:
Q Okay. And I'm asking a different question now.
A Okay.
Q Which is, can you think of anything that would be improper? And that's a yes or no answer. If you can think of something, the answer is yes. If you can't think of anything, the answer is no. I don't know is not an answer to that question.

Page 228

MS. SYED: I don't think you can expect the witness (inaudible) the question.
MR. TERRAZAS: Actually, I can, and it happens all the time in court.
MS. SYED: What?
MR. TERRAZAS: And we are in court. This is a court proceeding, just like anything else.
THE WITNESS: So, are you -- just to clarify, are you asking me to give a scenario where it would be improper for that to happen, that an Acton owner or someone who wants to open an Acton decides to open an Apogee instead? Is that, like, when would that --
BY MR. TERRAZAS:
Q I'm asking whether or not you're aware of any time where if a -- or any impropriety of having an, like, Acton Tahoe becoming Apogee Tahoe, simply because it doesn't like the Acton model or doesn't approve of it, and wants to do the Apogee model?
A I thought I answered no to that.
Q Okay.
A I feel like -- isn't that what I said?
Q Well, you said that Apogee -- that Acton Tahoe could become Apogee Tahoe, that it was free to do so. And I asked if there's anything -- then I asked a finer question, which was, if it did that simply because it

Page 229

didn't like the Acton model and wanted to switch to the Apogee model, was there anything improper about that? And you said, I don't know. I don't know. I don't know. And now you're saying no, and that's why I'm trying to clarify, so.
A Okay.
Q Okay. All right. Ma'am, going back to Exhibits 12 and 13. You would agree that you've got to follow the language in a contract, right?
A What do you mean by follow the language?
Q I mean, whatever's the language in here, that's what controls. You can't decide there's other things we'd rather have in this agreement or whatever else. We have to follow what's in the agreement, right?
MS. SYED: Objection, form.
THE WITNESS: Yes.
BY MR. TERRAZAS:
Q Okay. And both parties have to follow what are the provisions in whatever agreements they sign, correct?
A Yes.
Q Okay. Now you have in this -- these, both of these agreements and you've sued Tim Kennedy in multiple different jurisdictions related to both of these agreements, right? Exhibits 12 and 13.
A Yes.

Page 230

Q Okay. And you understand in both of these agreements that you've sued on, there's a venue provision that says, any action arising from these agreements has to be in Travis County.
MS. SYED: Objection.
BY MR. TERRAZAS:
Q If you want to know, it's --
A Yeah, I'm sorry. I don't have --
Q -- page 5.
A Are you on 13 or?
Q I'm on 12 and 13.
A Okay.
Q Yeah.
A Okay.
Q And so, on 12, and if you go to page 5 and it's paragraph 10, and if you go to Exhibit 13, it's paragraph F on page 10.
A Okay. Yes.
Q And so, why -- when you're choosing to file these lawsuits, why are you not abiding by the contracts that Acton entered into?
MS. SYED: Objection, form.
THE WITNESS: Again, I'm not a lawyer, and I'm following my lawyer's advice. I'm under the understanding that we tried to do this and just in Texas, I'm sorry if

Page 231

I'm using the wrong legal words, I'm quite sure. And there was -- I don't know if pushback is the right word. What -- I'm trying to do that.
BY MR. TERRAZAS:
Q Well, you'd agree, ma'am, by suing Tim Kennedy in a place other than in Texas, it violates the contract?
MS. SYED: Objection, form.
THE WITNESS: I -- that's a legal question. I feel --
BY MR. TERRAZAS:
Q It's not -- as you look at this, when it says it's got -- you would agree that it says that it's got to be filed in Texas, right?
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q Both of these.
MS. SYED: Objection.
THE WITNESS: So sorry, I've lost where it was in here.
BY MR. TERRAZAS:
Q Which one are you -- that was the last paragraph, ma'am. Right there.
A Thank you. Okay.
Q It's right there.
A Yes. I see it in both documents.

Page 232

Q Right. So, any lawsuit against Tim Kennedy was supposed to be filed only in Texas, right?
MS. SYED: Objection, form.
BY MR. TERRAZAS:
Q According to how you understand these agreements.
MS. SYED: Objection, form.
THE WITNESS: And that's what we did when we started this.
BY MR. TERRAZAS:
Q I understand, ma'am.
A Yes.
Q I'm not talking about those.
A Right.
Q I'm talking about the time you sued now Tim Kennedy in multiple different jurisdictions.
A Yes. And as I said, I'm not a lawyer and I'm following the advice of lawyers that that's --
Q I'm not asking that, ma'am.
A Okay.
Q I'm not asking that at all. I'm simply asking, wouldn't you agree that by suing him in other venues outside of other jurisdictions, outside of Texas, that that goes against what the contract says?
MS. SYED: Objection, form.
BY MR. TERRAZAS:

Page 233

Q Exhibits 12 and 13.
A I'm just not sure. Just I'm not sure.
Q Do you read it a different way?
MS. SYED: Objection.
BY MR. TERRAZAS:
Q Do you read it in a way that says, no, you can go ahead and file in other places?
MS. SYED: Objection, form. Asked and answered multiple times.
MR. TERRAZAS: No, it's not. It's not. And she signed this agreement. I get to know what her understanding was of this agreement.
MS. SYED: She's given her understanding of the agreement.
MR. TERRAZAS: No, she hasn't.
THE WITNESS: I understand what this says.
BY MR. TERRAZAS:
Q Okay. And what does it say?
A It says that this agreement shall be deemed to have been made and shall be construed --
Q No, one second. I don't want you to read it. I want to know what you understand it to be.
A I understand --
Q Do you understand -- let me just ask. Do you understand this to mean that any lawsuits against Tim

Page 234

Kennedy would happen -- can only be in Texas, related to these --
A I was going to say, yeah, specifically to this. I guess, where I'm wishing I was a lawyer is in -- can I read this sentence?
Q Sure.
A Any legal suit action or proceeding arising out of this agreement or the licenses granted hereunder will be instituted exclusively in the federal courts of the United States or the State of Texas in each in case -- in each case located in the city of Dallas. So, in each party, it revocably submits to the exclusive jurisdiction of such courts. So, I'm depending on my lawyers to help me with that. And I --
Q I understand.
A -- I've trusted that process. And so, that's why --
Q I get it. But does it say in any way in any of these provisions that you could sue Tim Kennedy outside of Texas?
MS. SYED: Objection, form.
THE WITNESS: It doesn't say that.
BY MR. TERRAZAS:
Q Okay. And you'd agree that if there's something that Acton did that goes against this contract, it should

Page 235

be stopped.
MS. SYED: Objection, form.
THE WITNESS: I just don't -- I just don't know. Legally, I just -- I don't have the ability to agree with.
BY MR. TERRAZAS:
Q You're saying that if -- that Acton is free to do something that goes against what the contract says?
MS. SYED: Objection.
THE WITNESS: I think we're bound legally and I'm trusting the legal experts on this. And so --
BY MR. TERRAZAS:
Q That's not what I'm asking, ma'am. I'm asking you, do you believe that Acton -- basically, I'm asking, do you think Acton has to follow this agreement or not, these two agreements?
A Well, I would -- I personally -- yes.
Q Okay.
A You follow agreements.
Q All right.
A Are these all for me to keep?
Q Yes, ma'am, you can keep those. All right. I'm going to show you what's marked as Exhibit 7.
(LAURA SANDEFER Exhibit 7 was marked for identification.)
MS. SYED: Well, I'm sorry. I'm confused.

Page 236

MR. TERRAZAS: What's that?
THE WITNESS: Exhibit 7.
MS. SYED: Right. I have Exhibit 7 and at the bottom there's a footer that says one out of five. And this looks like it's just pages one and two out of five.
MR. TERRAZAS: That's right. That's right (inaudible).
MS. SYED: Right. But is this part of a multi-page document? It's like, what, pages three, four, and five would be.
MR. TERRAZAS: It may be, but I'm not asking about anything else.
MS. SYED: Right. But -- okay. Do we have the rest of this e-mail thread anywhere in the exhibits that you have?
MR. TERRAZAS: I don't think so, but you produced this, so you can find it if you need to. Okay.
MS. SYED: No, I understand.
MR. TERRAZAS: This is a complete e-mail. Okay. I'm just asking about the e-mail.
MS. SYED: No, I understand. I'm just -- I'm asking because I don't, I mean, I don't have every document memorized, but like if there's other e-mails in this thread that are pages three, four, and five, it may be relevant to her testimony.

Page 237

MR. TERRAZAS: They may be, maybe not. And you're welcome to go find them and ask her about it later, but I want to move on and continue with this. I mean, it's -- we've got this e-mail.
MS. SYED: Okay.
MR. TERRAZAS: So, ma'am, I'm asking about --
MS. SYED: Well, I mean, I guess, do you know, sorry, I'm just -- do you know whether there are --
MR. TERRAZAS: I don't. I don't.
MS. SYED: Do you know whether there are other e-mails in this thread that are pages three, four, and five?
MR. TERRAZAS: I do not.
MS. SYED: You don't know?
MR. TERRAZAS: I do not know.
MS. SYED: Okay.
MR. TERRAZAS: But it's a full -- as you can see, it is a full e-mail.
MS. SYED: Well, it's --
MR. TERRAZAS: Again, you're burning my time. So, I'm either going to take more time if we have to go to the end or like, I mean, seriously.
MS. SYED: I'm not. I'm just, I'm -- I think I'm asking a fair question because this is marked as an exhibit and I don't know whether this is the complete document or not. It appears on the face of the document that it's

Page 238

perhaps not the complete document because there's a footer that says it has five pages and you've -- you're only showing us two.

MR. TERRAZAS: And you're welcome to look that up and find it. And if you have questions that you need to ask her about the additional pages, whether there's something on there or not, you can do so.

MS. SYED: Okay. Well, I'm objecting to the use of this -- of this exhibit in this deposition.

MR. TERRAZAS: That's fine. No problem.

MS. SYED: Any questions that you ask, I'm just going to put it on the record now about what's been marked as Exhibit 7, all questions in this line of questioning, I'm going to object to.

MR. TERRAZAS: That's fine. You can have a running objection. I don't care.

MS. SYED: Yeah. I have a running objection.

MR. TERRAZAS: No problem. No problem. Okay.

BY MR. TERRAZAS:

Q Get in the first page. Third paragraph. It says, this is from your husband to Tim Kennedy, CC-ing you and Kate Trent. Who's Kate Trent?

A She was an administrative assistant --

Q Okay.

A -- at the time.

Page 239

Q Third paragraph. It says, "We're going to need to terminate your license, as I described in my last e-mails, that means 30 days from my first notice. Given what's happened, I have no choice. I would hope you would inform your families as soon as possible and all Acton materials will need to be returned and our name taken off the website." And to be clear, you know, that Acton's name was taken off the website, right?

MS. SYED: Objection, form.

THE WITNESS: At the date of -- at what point?

BY MR. TERRAZAS:

Q After -- right after this e-mail.

A I don't -- yeah. I don't know that, that it was taken off right after this e-mail.

Q Well, you know it was taken off at some point.

MS. SYED: Objection, form.

BY MR. TERRAZAS:

Q Right?

A Yes.

Q Do you ever remember looking at the website after the date of this e-mail and seeing Acton still on there?

MS. SYED: Objection, form.

THE WITNESS: I did not.

BY MR. TERRAZAS:

Q Okay. And that's all that was asked. It wasn't

Page 240

asked to take off other things, specific phrases or whatever else on the website, right?

MS. SYED: Objection, form.

THE WITNESS: Can you repeat the question, please?

BY MR. TERRAZAS:

Q Your husband, with you being CC-ed, didn't ask Tim Kennedy or tell Tim Kennedy to take anything else off the website other than the Acton name, correct?

MS. SYED: Do you mean in this e-mail?

THE WITNESS: Because it says --

MR. TERRAZAS: Anytime.

THE WITNESS: As I described in my last e-mails, that's the termination of the license. And I'm not sure if in that e-mail he listed anything else to be taken. He said to return the Acton materials.

BY MR. TERRAZAS:

Q I'm going to represent to you, he didn't. He didn't say anything about the website in the prior e-mails.

A Okay. So, back to your question. Are you -- you're asking, did he say anything else in this e-mail to be taken off the website besides the name?

Q In this e-mail or any other e-mail related to termination that Tim Kennedy need to remove anything else from the website other than Acton's name?

Page 241

A I don't know. But here it says, it refers to just the name being taken off the website.

Q That's right.

A Right here.

Q Right. It doesn't say take off all this other stuff. Instead, what it says, right, it says, you can use Courage to Grow in my TEDx Talk to guide what you do, right? Is that right?

A Yes.

Q Okay. And Courage to Grow, if you can show that on the camera, please. That's your book, right?

A Yes.

Q Okay. Can I see that? And it says, Jeff Sandefer says, your husband, with you CC-ed, says, you can use this book to guide what you do, right?

A Uh-huh.

Q Is that a yes?

A Yes.

Q And in what it says to guide what he does includes talking about begin a Hero's Journey, discover one's own precious gifts and a commitment to mastery, become a curious, independent, lifelong learner, embrace the forging of strong -- of a strong character, cherish the arts, the physical world, and the mysteries of life, treasure economic, political, and religious freedom,

Page 242

correct?
A Is that what that says in my book? No, I mean, I wanted to make sure that's what you were asking.
Q And I'm not --
A Yes.
Q Yes.
A Yes.
Q Okay. All right. And then it also, that Jeff Sandefer is saying that Tim Kennedy can use that our beliefs being we believe each person has a gift that can change the world in a profound way. We believe in learning to learn, learning to do, and learning to be. We believe in a closely connected family of lifelong learners. We believe in economic, political, and religious freedom. Right?
MS. SYED: Objection, form.
THE WITNESS: That's what my -- that's what my book says. Yes.
BY MR. TERRAZAS:
Q Well, but that's what your husband says can be used.
A No, to use --
MS. SYED: Objection, form.
THE WITNESS: What -- how I interpret this is to guide you.

Page 243

BY MR. TERRAZAS:
Q Right.
A So, you can build a strong -- we support building strong school communities and these -- this book has obviously public information and it was an encouragement to use it as a resource to guide you.
Q Right. To guidance.
A Right.
Q So, you can develop a system or whatever else based on this Courage to Grow in the things that are in here, right?
MS. SYED: Objection, form.
THE WITNESS: And return all Acton materials.
BY MR. TERRAZAS:
Q Yes, ma'am. Return all Acton materials.
A Yes.
Q Okay. Are you aware of any materials that he kept?
A No.
Q Okay. So, are you sure, because, remember, your Acton materials are on a portal, right?
A Yes.
Q You don't send it to him in a physical copy and say, here you go, right?
A We don't send to new owners the physical copy of

Page 244

the curriculum. They can download it from the portal if they wish.
Q Right. If they wish, right?
A Right.
Q And so, if he didn't download anything and didn't have anything, there'd be nothing to return, right?
A Yes.
Q Okay. And you're not aware that Tim Kennedy actually did download any of those materials, correct?
A Correct.
Q Okay. I'm going to show you what's marked as Exhibit 14.
(LAURA SANDEFER Exhibit 14 was marked for identification.)
BY MR. TERRAZAS:
Q And this is an attorney letter that was written to Matt Beaudreau as well as Tim Kennedy. And it's claiming that there are materials that have been appropriated and used. And if you go to page 7 of this, isn't every single one of these key Acton words, phrases, and learning design that says was stolen by Apogee, and it goes on to page 8 as well. Aren't each one of those found in Courage to Grow?
MS. SYED: Objection, form.
THE WITNESS: Some of them, yes.

Page 245

BY MR. TERRAZAS:
Q Are there any of them that are not?
A Even though I wrote the book, I would have to double check that Servant Leadership, at that time we were calling, that's one that I would want to double check on.
Q Okay. And just especially on that Servant Leadership, that's something that is used in many different contexts. It's not unique to Acton, right?
A It's used in other places.
Q Right. And Acton got that from another source. Acton didn't come up with it on its own, right?
A We didn't make up the words, the phrase Servant Leadership.
Q Or the concept of Servant Leadership, right? You didn't -- Acton didn't make that up.
A But our definition of Servant Leadership is unique to Acton, but we didn't make up what Servant Leadership is. I mean, that's a Christian term and we're not a Christian school. But the -- so, our use of that is unique to what the learners do in Acton studios.
Q Okay. But you're not aware of Apogee using Servant Leadership in the same way, correct?
MS. SYED: Objection, form.
THE WITNESS: I'm not sure that's correct.
BY MR. TERRAZAS:

Page 246

Q Are you aware of any examples where it's been used?
A I was trying to think of --
MS. SYED: Objection, form.
THE WITNESS: -- hearing Matt describe Servant Leadership of learners serving learners, I believe was in a podcast. I'm not sure -- I'm not sure of the exact. But I just have a memory of hearing that.
BY MR. TERRAZAS:
Q Okay. Anything else that you believe, and you're not sure if Servant Leadership is found in your book or not.
A Yeah, I'm sorry.
Q Anything else --
A If I may, in the second edition.
Q Sure. Anything else that you think might not be in Courage to Grow?
A No. I mean, is it in there? I should have read my book.
Q I am -- I don't know for sure, but I'm just asking.
A Yeah.
Q Just for everything else.
A Right.
Q Is everything else in there?

Page 247

A The only little tweak when I wrote Courage to Grow, Peace Corner, I mean, that's evolved to be called Peace Corner, but the concept, I mean, the concept is the same. Peace Table. I'm just -- I think I referred to it as Peace Table. But Peace Corner's what is used by other Actons, I believe.
Q Okay.
A That's just my personal experience.
Q All right. So, everything that's being complained about, except maybe Servant Leadership from June 24th, 2024, those are things that can be found in Courage to Grow, which is what we saw in Exhibit 7 as --
A Yes.
Q -- saying to Tim Kennedy directly, you can use that and those concepts to guide what he does in operating a school, correct?
MS. SYED: Objection. I'm objecting once again to the reference to Exhibit 7.
MR. TERRAZAS: You've got a running objection.
BY MR. TERRAZAS:
Q Go ahead, ma'am.
A Can you repeat that question?
Q Yes. And this is the problem with repeat objections. You've already got a running objection to Exhibit 7.

Page 248

MS. SYED: I'm just trying to make the record clear, Kevin.
MR. TERRAZAS: It's -- there's -- it's perfectly clear.
BY MR. TERRAZAS:
Q Ma'am, you'd agree that everything that is in Exhibit 14, on pages 7 and 8, except for potentially --
A Potentially, yeah.
Q -- Servant Leadership is all found in Courage to Grow, which under Exhibit 7, Mr. Sandefer --
A Mm-hmm.
Q -- that you CC'd told Kim -- Tim Kennedy that he could use to guide what he does in a school system or a school to teach children.
MS. SYED: Objection, form.
THE WITNESS: Yes.
BY MR. TERRAZAS:
Q Okay. I'm going to show you Exhibit 16.
(LAURA SANDEFER Exhibit 16 was marked for identification.)
BY MR. TERRAZAS:
Q And I'll tell you, there was another letter as well from Mr. Bishop (phonetic) that was the same as before, but it was written to, I think, Apogee Cedar Park. And this is the response, I'll tell you, from Matt

Page 249

Beaudreau to those letters. And --
MS. SYED: I'm sorry, can you just explain that one more time? I think I lost the thread for a second.
MR. TERRAZAS: This Exhibit 16 is a response to the letter we just saw in Exhibit 14.
MS. SYED: Okay.
MR. TERRAZAS: There's another letter that was written very similarly, but just to a different entity, which was Apogee Cedar Park, from Mr. Bishop.
BY MR. TERRAZAS:
Q So, you understand this e-mail of Exhibit 16 is the response to those letters?
A Yes.
Q Okay. And you see at the top, Mr. Beaudreau on July 2, 2024, says, the first part of the below e-mail shows what has gone to our affiliates. Do you see that?
A Yes.
Q Okay. And you see here where it says, hi all, as you can see, we've updated the Apogee Cedar Park website to be in line with all things Apogee, as opposed to being an old Acton site. Do you see that?
A Yes.
Q So, Mr. Beaudreau did specifically tell your attorney that they had completed the changes on the Apogee Cedar Park website as of no later than July 2, 2024.

Page 250

A Okay.
Q Do you see that, ma'am?
A Yes.
Q So, before when you said they never told you that they had fixed the website, that's not true.
A Okay. I made a mistake then. I was thinking they -- I don't know what I was thinking. I was thinking of Apogee Cedar Park changing from Acton Cedar Park, but did not see -- go back and see that everything was taken down once they got this. And the website, the -- well, I'll just let you continue asking questions because our examples come from different Apogees, not the Cedar Park one, but I know that --
Q Actually they do come from Apogee Cedar Park. Ma'am, we just looked at in the complaint where it specifically talks about that website and Mr. Beaudreau's responses in Exhibit 16, right? And I can show you it again if you want to see it.
MS. SYED: Can I see what you're -- is on the screen, too? Okay.
THE WITNESS: And, I guess, what I was seeing was the -- and should be removed. And what -- and I wasn't -- I didn't connect that all of those things that should be removed were removed by this statement. So, that's --
BY MR. TERRAZAS:

Page 251

Q Ma'am, by the time when you reviewed and approved this complaint, you knew or should have known that all of that material had been removed, yet you still made that front and center in your complaint saying that Apogee and Mr. Kennedy had done wrong, right?
MS. SYED: Objection, form.
THE WITNESS: I am so sorry. (Inaudible) as we can.
MS. SYED: You can. No problem.
THE WITNESS: May I see the -- sorry. Thank you.
MS. SYED: And is it on the record what she's looking at? Which is --
MR. TERRAZAS: I told her the complaint, the amended complaint.
MS. SYED: Okay. And what paragraph?
MR. TERRAZAS: I don't know what paragraph it is.
MS. SYED: Or what page?
THE WITNESS: I'm looking at --
BY MR. TERRAZAS:
Q Ma'am, can you say what page it is up top?
A Sure.
Q I think it's 18.
A It's 18 of --
Q Yeah.
A -- 36.

Page 252

Q Yes, ma'am. Go ahead.
A So, once again, I wish I were an attorney, but my understanding, it says filed, is the blue highlighted that it was filed.
Q That's the date it was filed, ma'am.
A Right. But I -- the remnants, it just says, and should be removed.
Q No.
A So, it's the should be that I --
Q No, ma'am.
A Okay. That's my --
Q That is from the e-mail where it says --
A Okay.
Q -- as a response to Acton and says, it should be removed. And it says up top, as you can see, we have updated the Apogee Cedar park website to be in line with all things Apogee, as opposed to be an old Acton site, they had already done it. And yet you still sued, starting a month later, but by the time you sued for the federal complaint, it was many months later, saying, this is still a problem, didn't you?
A Yes.
Q Okay. And keep going down, ma'am. On the third paragraph, I've got a little part of it that's highlighted. And it says, that's on us for not getting the ACP crew/site

Page 253

updated, but it's an easy fix. We are glad to fix it for you. And this is going to all the affiliates. That's what he says up top, but we do need to fix it and show that we are not using anything that belongs to them. Do you see that?
A Yes.
Q Does that in any way suggest that Apogee wants to have any affiliation with Acton?
MS. SYED: Objection, form.
THE WITNESS: I don't know what they want, but I do read this sentence and understand what it says.
BY MR. TERRAZAS:
Q Right. And what it --
A But I don't know what they want.
Q Well, what it says is that, we want to show, Apogee wants to show it's not using anything related to Acton, right?
MS. SYED: Objection, form.
THE WITNESS: Yes. He says that we need to show that we are not using anything that belongs to them.
BY MR. TERRAZAS:
Q Right.
A Right.
Q Apogee is trying to separate itself from Acton, correct?

Page 254

A They're -- I don't know what the intent -- their intention is. I know that they are -- were working to respond to the lawsuit to fix.
Q They're not responding to the lawsuit, ma'am.
A Okay.
Q There is no lawsuit.
A Sorry, the letter.
Q That's fine.
A Brian's (phonetic) letter. Sorry.
Q That's fine.
A Once again, it's the legal terms, I will get wrong probably every time. So, in response to this letter, they were -- he wrote to respond to the letter. So, yes.
Q And, ma'am, what does it mean to you --
A I mean, yes.
Q Yeah. What does it mean to you, that show that we are not using anything that belongs to them? What -- how do you take that? Do you think they want to be combined with Acton now or do you think they want to be separate?
MS. SYED: Objection, form.
THE WITNESS: I don't know what they want.
BY MR. TERRAZAS:
Q Well, what is it --
A So, I don't know, but it --

Page 255

Q -- I am asking what that language suggest to you?
A Yeah. To me, it says that they definitely wanted to show that they're not using anything that belongs to them on the -- the ACP crew/site --
Q Yeah. So, Apogee Cedar Park.
A Oh, Apogee Cedar Park. That's crew. Oh, sorry. Crew is just the people and the website updated, but it's an easy fix. No, I agree that they were wanting to show that they were not using Acton Academy materials.
Q That's right. And since that point, they have done everything they can, wouldn't you agree, to show that they're not using any Acton Academy materials?
MS. SYED: Objection, form.
THE WITNESS: I don't necessarily agree with you. I agree with this, that I read what they did in this letter.
BY MR. TERRAZAS:
Q Well, I'm asking, are you aware of any other instance where they have intentionally tried to use Acton materials?
A I personally am not.
Q Okay. And, for example, like cited in this amended complaint, it's talking about this Apogee Sacramento virtual information session, the one you talked about before. That was from March of 2024, months before

Page 256

this, correct?
A Correct.
Q Months before Exhibit 16.
A Correct.
Q All right. So, and you didn't check that -- whether that Apogee Sacramento virtual information session is even still available after this July e-mail, correct?
A Correct. And, yeah, I'm unaware of how many people heard it or if it was taken down, that it was -- I don't know how long it was up.
Q Okay. Would you agree that Tim Kennedy formed Apogee Cedar Park LLC prior to contracting with Acton?
MS. SYED: Objection, form.
THE WITNESS: I believe so.
BY MR. TERRAZAS:
Q Okay. You would agree that Tim Kennedy created apogeecedarpark.com, the website, prior to contracting with Acton?
MS. SYED: Objection, form.
THE WITNESS: I believe so.
BY MR. TERRAZAS:
Q I mean, it had to be -- it was already in existence.
A It was -- yeah. And he put it within the trademark agreement. I mean, the user trademark agreement,

Page 257

but yes. But yes, I agree.
Q Yeah. He had already set up --
A Yes.
Q -- Apogee Cedar Park --
A Yes.
Q -- before ever entering into the trademark agreement.
A Yes.
Q Okay. And you'd agree that Tim Kennedy created Apogee Cedar Park social media accounts prior to contracting with Acton?
A Probably, yes.
Q Okay.
A I didn't see them, but I'm assuming.
Q Okay. And you'd agree that using the phrase geniuses for K-12 education services, that it's used outside of Acton, right?
A I don't know. I know we didn't make up the word genius. I don't know of an example of a K-12 school who calls their young people geniuses.
Q Okay. You'd agree that the Socratic method is used to provide K-12 educational services outside of Acton?
A Yes.
Q Okay. And you'd agree that The Hero's Journey is used to provide K-12 educational services outside of Acton?

Page 258

A Yes.
Q Okay. And you would agree that the phrase guides is used to provide K-12 educational services outside of Acton?
A Yes.
Q And you'd agree that studios, the phrase studios are used to provide K-12 educational services outside of Acton?
A Will you repeat that?
Q Sure. You'd agree the phrase studios is used to provide K-12 educational services outside of Acton.
A Once again, I just want to clarify, you're not talking about schools, education services outside of Acton.
Q That's right. Educational services --
A Right, I don't know any schools.
Q -- at any schools.
A But I don't know any schools, but we talked about how that can be used outside of schools for educational services.
Q Right. So, you're aware that it's used --
A Yes.
Q -- in educational services outside of Acton.
A I don't know of any schools that use it, but educational services, yes.
Q That's all I'm asking, ma'am.

Page 259

A Yes, sir.
Q Okay. You'd agree that the phrase quests is used to provide K-12 educational services outside of Acton.
A No.
Q Okay. Are you sure or you just don't know?
A I don't know.
Q Okay. You don't know.
A Great distinction. I just don't know.
Q Okay. What about badge systems? They're used to provide K-12 educational services outside of Acton. Would you agree?
A Agree.
Q You'd agree that servant leadership is used to provide K-12 educational services outside of Acton.
A May I ask for a clarification?
Q Sure.
A Are you saying servant leadership is used in -- it doesn't provide educational services.
Q It's used to provide, I'm saying.
A To.
Q Not --
A To provide, it's used within other -- it's used by other educational services, not --
Q Yes, ma'am.
A Okay. I mean, words matter, and so I'm just

Page 260

getting --
Q Yes, ma'am.
A -- confused on the questions.
Q Yeah, yeah, it's fine.
A Yes.
Q Okay. And you'd agree the phrase -- the term eagle is used to provide K-12 educational services outside of Acton?
A Once again, the term Eagle doesn't provide the -- it's used within -- yes, I agree.
Q Okay. Do you know whether or not Tim Kennedy signed the access and license agreement that we saw that was Exhibit 12, or Exhibit 13, excuse me?
A No.
Q Okay. You're not aware that he ever actually signed it, right?
A That's -- that's what I'm saying.
Q Okay. Joshua Blatman, do you know anything about him?
A Can I see what you're referring to?
Q I'm just asking if you recognize the name.
A I recognize the name, but I can't pinpoint why.
Q Okay. Well, I think he was -- he might have applied to or started within Acton Academy.
A Okay.

Page 261

Q And decided not to go forward with it.
A Okay.
Q Okay. But he like -- I think he paid the original orientation and affiliation fees.
A I don't remember this scenario.
Q Okay. That's fine.
A The name rings a bell.
Q Do you know Arete Academy?
A Could you spell that?
Q A-r-e-t-e Academy, and I may be saying it wrong.
A It's all right. It rings a bell, and I'm not -- I don't remember why.
Q Do you know Jackie Hill?
A Yes.
Q Okay. Who's Jackie Hill?
A Jackie Hill was an Acton owner, and I believe -- I don't know if she's associated with Apogee as an owner, but I know she does jujitsu, I think, at a -- if it's an afterschool. She's a -- she likes jujitsu is what I know, and she likes Apogee and left the Acton network. But I don't know if she's -- I don't know exactly. I haven't kept in touch with her.
Q Are you aware of any way that Apogee San Antonio has affected the Acton brand?
MS. SYED: Objection, form.

Page 262

THE WITNESS: No.
BY MR. TERRAZAS:
Q Are you aware of how, in any way, Apogee Lockhart has affected the Acton brand?
MS. SYED: Objection, form.
THE WITNESS: No.
BY MR. TERRAZAS:
Q Are you aware of any way that Apogee San Antonio has caused any sort of harm at all to Acton?
MS. SYED: Objection, form.
THE WITNESS: I personally do not.
BY MR. TERRAZAS:
Q Are you aware of how Apogee Lockhart, in any way, has caused any harm, financial, reputational, operational, or otherwise, to Acton Academy?
MS. SYED: Objection, form.
THE WITNESS: I personally do not.
BY MR. TERRAZAS:
Q Are there any questions I asked you today you didn't understand, but didn't ask me to clarify or rephrase?
A I don't think so.
Q Okay. Is there anything you want to add to any of your answers?
A No.

Page 263

Q Any answer you'd like to change?
A No.
Q Do you intend to testify differently at trial in this matter?
A I would -- I don't think so, unless I learn something. I think this is ongoing, like with discovery, for example. So, I feel like this is an ongoing process and if something comes up that I learn something new, I would be honest about that in trial, but --
Q But otherwise, no?
A Yeah.
Q Okay.
A I mean --
Q That's fine. I'll pass the witness.
A Sorry?
Q Pass the witness. It's a legal thing.
MS. SYED: That means that I have the opportunity to ask you any questions --
THE WITNESS: Okay.
MS. SYED: -- on the record. But I --
THE WITNESS: Okay.
MS. SYED: -- will not be asking any questions on the record today.
THE WITNESS: Okay.
MS. SYED: Yeah.

Page 264

VIDEOGRAPHER: And just before we go off the record, ma'am, would you like to purchase a copy of the video from today?
MS. SYED: Yes, please.
VIDEOGRAPHER: Oh, I believe that -- okay. The time is 6:23 --
MR. TERRAZAS: She said, yes.
VIDEOGRAPHER: -- p.m. Central. We're off the record.
(Whereupon, at 6:23 p.m., the deposition of LAURA SANDEFER was concluded.)

Case 2:25-cv-03398-DC-SCR Document 17-3 Filed 12/18/25 Page 71 of 148

## WORD INDEX

< $ >
**$107,000** 138:2
**$20,000** 28:14, 15, 19
**$500,000** 135:19 136:3 137:14

< 0 >
**0005** 100:15, 17
**0006** 115:25
**0007** 100:17

< 1 >
**1** 3:14 23:10, 11, 21 27:2 144:2 157:14, 15 210:16
**1:08** 79:1
**1:41** 96:15
**10** 3:19 17:20 54:1 97:15 126:10 164:12, 13 167:15 210:17 230:16, 17
**10/28/2025** 161:19
**1001** 2:13
**104** 3:10
**11** 3:24 210:17 219:10, 11
**11:02** 1:17 5:3
**11:45** 37:4
**11:53** 37:7
**12** 3:7 62:10 69:17 94:15, 16 153:14 210:17 229:8, 24 230:11, 15 233:1 260:13
**12:29** 116:2
**12:47** 78:23
**1209** 2:5
**13** 3:8 17:25 18:19 94:15, 16 181:25 182:2 192:2 210:17 229:8, 24 230:10, 11, 16 233:1 260:13
**130** 197:14
**13-year** 18:14
**14** 4:3 210:17 244:12, 13 248:7 249:5
**15** 17:20 72:12 73:20 140:6 210:17
**150** 222:18
**152** 3:11
**15-minute** 78:20
**16** 4:4 248:18, 19 249:4, 11 250:17 256:3
**161** 3:12
**163** 3:13
**165** 3:15
**166** 3:17 174:2
**167** 174:2, 7, 9
**169** 3:18
**17** 185:21 194:9, 10, 15
**172** 3:19
**174** 3:20
**175** 3:21
**178** 3:22
**18** 3:16 141:17, 20 158:14, 15 194:15 251:22, 23
**19** 3:12 154:1, 2, 11
**1940s** 71:6
**1968** 71:3
**1997** 155:20
**1st** 133:25
**1-year** 144:5, 7

< 2 >
**2** 3:13 11:20 12:3, 7 71:14 79:10 155:14, 15 210:16 249:15, 25
**2:14** 96:18
**20** 3:20 166:7, 8
**20,000** 182:7 197:16, 17, 22
**2000** 84:12
**2003** 15:1
**2007** 11:17 13:1 15:6 16:19 17:13, 20
**2008** 16:19, 20, 24
**2009** 7:5 11:19 15:3 17:3 43:10, 13, 17 83:6, 12 84:13, 18 85:2, 9, 15, 18 157:21
**2010** 43:18
**2013** 170:23, 25 173:3, 8
**2016** 192:20
**2018** 18:9
**2019** 17:23 193:2, 7 195:9
**2020** 43:10
**2022** 100:13 116:2
**2024** 23:18 28:13 51:1 85:18 104:23 137:15, 18 138:2, 7 247:11 249:15, 25 255:25
**2025** 1:16 5:2 17:14 23:10, 11, 21 27:2 137:15
**21** 3:18 161:10, 11
**219** 3:23
**22** 3:21 167:19, 20 211:2
**229** 3:24
**24** 3:22 170:5, 6
**24-1456-DAE** 1:8
**246** 3:25
**24th** 247:11
**25** 116:2
**250** 2:14
**256** 4:3
**260** 4:4
**27** 100:13
**28** 174:24
**2-week** 72:12

< 3 >
**3** 3:23 18:8 51:6 71:14 115:14 210:7, 8, 16 216:5
**3:15** 66:17
**3:20** 140:9
**3:38** 140:13
**30** 239:3

**31** 23:18 85:18 104:23
**31st** 85:15
**35** 174:20, 24
**36** 251:25
**3-month** 69:4

< 4 >
**4** 3:11 48:5, 6 50:20 69:3 145:20, 21 146:21 170:23 210:16
**4:04** 157:7
**4:06** 157:10
**40-15** 73:1
**45** 72:11 73:19
**45-15** 71:22

< 5 >
**5** 3:3 48:5, 6 70:6 126:10 178:6 191:5 210:16 230:9, 15
**5:23** 209:25
**5:34** 210:3
**50** 97:14
**501(c)(3** 91:11 133:9 134:23
**512** 2:8, 17 6:16
**56** 126:22
**572** 8:7 48:16
**5th** 134:1 177:22
**5-week** 69:3

< 6 >
**6** 70:6 101:5 174:18 191:12 210:16
**6:23** 264:6, 10
**60** 73:1
**60-20** 71:22
**650** 48:14
**680-3257** 2:17
**689-9822** 6:16
**6th** 191:16

< 7 >
**7** 1:16 3:25 5:2 174:18 210:16 235:22, 23 236:2, 3 238:13 244:19 247:12, 18, 25 248:7, 10
**78636** 8:8
**78701** 2:6
**78746** 2:15

< 8 >
**8** 210:17 244:22 248:7
**8:00** 66:16

< 9 >
**9** 3:9 100:1, 2, 16 115:24 210:17
**9:53** 100:14, 25
**90-30** 71:22
**956-5630** 2:8
**99** 3:7, 8

< A >
**a.m** 1:17 5:3 37:4, 7 100:14, 25
**AABC** 167:25
**abiding** 230:20
**ability** 101:3 235:4
**able** 39:12 55:2 139:4 196:23, 24 197:17 198:23
**about** 6:18 7:7 12:3, 8, 17, 22 17:25 20:17 21:8, 22 22:21 24:22, 24 25:2, 7, 8, 13, 16, 21, 25 26:8 32:14 35:12 37:10, 11, 20 39:3, 15, 16 41:2 42:22 44:6, 16, 20 45:14 47:9 48:14 51:1, 16 52:7 60:10, 25 61:3 63:11 64:19 65:1 66:7, 13, 15, 18, 24 67:6, 11, 24 68:25 69:14 73:4, 8, 13 74:1 75:18, 22 77:3, 20 78:5, 14 79:4, 5, 6, 7, 24 80:7 90:23 91:6 92:10 94:8 97:4 98:10, 11, 14, 18 103:14, 19 106:24 107:25 110:6, 8, 18, 25 112:5 113:2, 3, 20, 21 114:2 117:18 119:21, 22 120:21 122:21, 25 123:4, 9, 14, 15 128:15, 16 131:1 132:11, 13, 17, 20 134:11 135:10 138:19 144:22 145:6 146:10, 23 148:3, 14 151:19 152:6 153:25 154:12, 15, 23 155:1, 6, 8, 19 162:13 166:23 167:1 170:14 171:5, 9 172:19 174:9, 10 175:2, 13, 14 176:20 182:7 184:15, 20 185:15 187:17 188:15, 18 189:5, 7 190:3, 16 191:25 192:10, 15 193:17 197:16 198:18 200:3, 4, 8, 24 201:6, 18 206:16 207:12, 13, 24 208:16 210:21 211:24 212:1, 21 214:9, 12, 13 215:2, 17, 18, 24 217:1, 18 218:11 219:4 222:18 224:5, 21 226:21 227:4, 5, 15 229:2 232:12, 14 236:12, 20 237:2, 6 238:6, 12 240:19 241:20 247:10

250:16 255:23, 25 258:13, 17 259:9 260:18 263:9
**Absolute** 80:17
**absolutely** 38:18 80:18 146:16 208:22 216:14 226:10
**academic** 170:21
**academies** 104:25 106:2 210:18
**ACADEMY** 1:5 5:5 10:23, 25 11:7, 11, 13, 19, 23 12:4, 12 21:9, 14, 16 22:8, 11, 25 23:7, 16, 19 24:1, 9, 12, 17, 22, 24 25:3, 9, 22 26:10, 13, 17, 19 28:12 30:20, 24 35:10, 18 36:4, 5 37:11, 20 40:5 43:24 65:15 81:1 82:1, 6, 9, 16, 19, 20, 21, 25 83:1 84:19 85:2 87:10, 16, 19, 24 89:11 90:2 91:11, 17, 19 92:14 93:4 101:13 103:9 105:4 106:7, 10, 14, 17 107:1, 4 113:15, 23 114:21 115:11, 12 125:15 127:21 133:5, 14 135:18 139:14, 15, 17, 22, 23 140:1, 16, 24 141:3 142:9 143:5 147:12 154:14 156:17 157:22, 24 158:5, 10 166:15, 18 167:5, 24, 25 168:10, 20 169:4, 12, 22 170:17 177:25 178:8, 14, 20, 25 179:5, 17, 20, 25 180:1, 4, 11, 12, 16, 22, 23 181:2, 6, 10, 21, 23 182:5, 11 185:16 186:11, 14, 16, 20 201:8 203:19 210:13 211:16 213:5 219:6 220:10, 22 221:7, 10 255:9, 12 260:24 261:8, 10 262:15
**Academy's** 58:22 180:20 213:7
**accelerate** 202:11
**accept** 115:20 195:21
**accepted** 28:11
**Access** 3:8 28:16 65:21 90:10 93:14, 21, 24, 25 94:5 95:4 96:1 141:2, 6, 9 142:8 176:11 177:12 181:25 190:14 191:8 192:2, 12, 23 193:5 194:18 195:18 197:21 260:12
**accessed** 93:19
**accessing** 196:3
**accompanies** 171:14
**according** 97:1 116:5 119:9 138:1 160:21 232:5
**accounts** 7:3 210:25 257:10
**accredited** 144:9
**accurate** 32:11 187:6
**accurately** 61:10
**acknowledgement** 206:11
**acknowledgment** 209:19
**ACP** 252:25 255:4
**acres** 48:14, 15
**across** 54:1
**act** 85:22 134:24 136:3
**acting** 134:6
**Action** 1:7 63:15 230:3 234:7
**ACTON** 1:5 5:5, 15 6:22 7:4 10:23, 25 11:6, 11, 12, 19, 23 12:4, 12 18:23, 24, 25 19:13 20:7, 16 21:1, 3, 7, 8, 13, 16 22:8, 11, 18, 25 23:7, 16, 19, 25 24:8, 11, 16, 22, 24 25:3, 8, 22 26:10, 12, 17, 19, 21 28:11, 24 30:13, 19, 24 31:3 32:22 33:3 35:10, 18 36:4, 5 37:11, 14, 20 38:13, 21 39:18 40:4 41:17 42:7 43:11, 24 46:11 47:3, 7 51:7 55:10, 16 56:24 57:4, 10, 18 58:3, 13, 18, 22 59:8 60:17, 20 61:25 62:21 65:15 66:8, 24 67:14 70:4, 18 72:14, 22 73:22 74:2, 21, 22 75:2, 3, 19, 24 76:8, 10 77:3, 14, 23 79:8, 16, 23, 24 80:3, 14, 17, 24, 25 81:2, 3, 4, 6, 7, 9, 10, 11, 12, 13, 14, 15, 18, 22, 23, 24, 25 82:1, 3, 5, 6, 9, 12, 15, 19, 20, 21, 25 83:1 84:18 85:1, 9, 10 86:10, 16, 19

87:10, 15, 19, 20, 24 88:3, 7 89:1, 2, 11 90:2, 3, 15, 20 91:11, 13, 14, 16, 18, 19, 23 92:10, 11, 14 93:4, 8, 15 95:8, 16 96:2, 21 97:10, 17, 22, 25 98:9, 11, 15, 19, 22, 25 99:2, 4, 5, 12, 18, 19, 20 100:14, 17 101:13, 15 102:15, 24 103:2, 9, 16, 20, 22, 25 104:3, 6, 15, 18, 21, 25 105:4, 15, 20 106:2, 7, 10, 14, 17 107:1, 4, 13, 14, 16, 21, 23, 24 108:4, 6, 15 109:2, 11, 15, 19 110:3, 10, 20 111:2, 10 112:2, 7, 10, 14, 18, 24 113:15, 17, 23 114:20 115:11, 12, 25 116:11, 12, 17, 18, 21, 25 117:9, 12, 21 118:2, 4, 5, 8, 20, 22 119:17 120:6, 11, 12 121:6, 7, 9, 16, 24 122:2 123:4, 11, 12, 13, 16, 20 124:14 125:4, 15, 16, 17, 21 126:2 127:20 133:5, 8, 14, 17, 19, 21, 24 134:3, 13 135:18 138:1, 11, 16, 22, 23 139:5, 6, 8, 10, 14, 15, 17, 22, 23 140:1, 16, 17, 19, 24 141:1, 2, 5, 12 142:4, 9 143:4, 5 144:2, 4, 10, 13, 16, 25 145:1, 7 146:3, 11, 25 147:12, 25 149:3, 24 150:12, 23 152:2, 23, 24 153:9, 13, 18 154:14 155:21 156:17 157:22, 24 158:5, 9 160:3, 23 161:4 162:13, 18 163:24, 25 164:4 165:10, 16, 20 166:2, 13, 14, 18 167:5, 10, 24, 25 168:9, 20 169:4, 12, 22 170:17 173:6, 16 174:15 177:25 178:8, 14, 20, 25 179:5, 17, 20, 25 180:1, 4, 11, 12, 15, 19, 20, 22, 23 181:2, 5, 10, 23 182:5, 10, 23 185:14, 16, 19 186:11, 13, 16, 20 187:3, 10, 18, 23 188:2, 12, 19 189:6, 7, 9, 10, 17, 19, 20 190:5 197:14 200:16 201:2, 8, 19 202:2, 15, 17, 23, 25 203:18, 19, 21 204:9 205:6, 7, 18, 21, 24 206:3, 6 207:2 209:5, 14 210:13, 14, 17 211:10, 11, 16, 20, 21 212:1, 11, 17, 22, 24, 25 213:5, 7, 12 214:5 215:2, 19 217:3 218:11 219:6 220:10, 21 221:5, 7, 9, 10, 11, 14, 15, 19 223:1, 5, 16, 19 224:7, 8, 9, 18, 19, 20, 22, 24 225:4, 10, 17, 18, 22 226:11, 12 227:2, 3 228:10, 11, 16, 17, 22 229:1 230:21 234:25 235:6, 13, 14 239:5, 21 240:9, 16 243:13, 15, 21 244:20 245:8, 10, 11, 15, 17, 20 249:21 250:8 252:14, 17 253:8, 17, 24 254:19 255:9, 12, 19 256:12, 18 257:11, 17, 22, 25 258:4, 8, 11, 13, 22 259:3, 10, 14 260:8, 24 261:16, 20, 24 262:4, 9, 15

**actonmail.org** 6:20

**Actons** 18:25 19:2 170:2 221:23 223:11 247:6

**Acton's** 66:1 72:25 86:25 95:10 118:14 120:5, 13 122:14 125:11 164:1 196:22 198:23 200:25 205:22 221:20 239:7 240:25

**acts** 220:23

**actual** 29:2 39:20 61:8 68:21 74:9 135:25 145:25 187:11 200:4 214:20

**actually** 12:4 46:3 48:16 54:10 56:24 57:3 62:15 63:6, 18 82:5 95:16 96:2 98:1, 19 111:10 131:5 132:22 158:5 174:3 177:20 183:14 197:8 202:15, 23, 25 205:17 224:24 225:8 226:17 228:3 244:9 250:14

260:*15*
**add** 262:*23*
**added** 89:*10*
**addition** 87:*14* 185:*14*
**additional** 238:*6*
**address** 6:*19*, *23* 7:*5* 8:*6*, *7*, *9* 48:*8* 104:*16*
**addresses** 6:*14*, *18*, *21*
**adjust** 169:*16*
**administrative** 238:*23*
**adult** 46:*6*
**adults** 20:*13* 34:*3* 45:*10* 46:*9* 141:*22*, *23*
**adult's** 45:*2*
**Adventure** 91:*13*, *16*, *19*, *23* 140:*20* 141:*1*, *6*, *12*, *16* 142:*4* 143:*4* 144:*2*, *4* 145:*1*
**advertise** 43:*8* 62:*16*
**advertised** 13:*4*, *6*
**advice** 230:*24* 232:*17*
**advised** 202:*8*
**affairs** 127:*12*
**affected** 261:*24* 262:*4*
**affiliate** 27:*20* 30:*5*, *20*, *25* 31:*3* 90:*6* 93:*14* 96:*22* 113:*25* 118:*8* 135:*20*, *24* 136:*2* 185:*9* 201:*10* 202:*10*, *24* 203:*10* 204:*2* 205:*6* 225:*17* 226:*12*
**affiliated** 82:*25* 90:*2* 98:*20*, *25* 106:*9* 107:*13*, *23*, *24* 109:*1*, *11* 133:*19*, *25* 212:*21*
**affiliates** 26:*10*, *11*, *19*, *21* 27:*16* 30:*2* 93:*5* 118:*4* 182:*12*, *22* 200:*13* 202:*16* 205:*8*, *17* 210:*14* 212:*11* 220:*24* 249:*16* 253:*2*
**affiliation** 99:*4*, *19* 140:*17*, *25* 188:*16* 253:*8* 261:*4*
**afford** 49:*24*
**after** 18:*8* 27:*1*, *2*, *19*, *24* 28:*20* 77:*9*, *11* 99:*18*, *19* 101:*4* 103:*13* 109:*1* 115:*7* 120:*5*, *22* 152:*13* 199:*13* 239:*12*, *14*, *20* 256:*7*
**afternoon** 14:*20*
**afterschool** 110:*2*, *4*, *6*, *8*, *11* 261:*19*
**afterwards** 142:*23*
**again** 31:*13* 32:*1* 33:*3* 36:*20*, *23* 41:*1* 42:*18* 45:*17* 75:*5* 81:*7* 82:*2* 114:*3* 117:*23* 120:*20*, *22* 122:*18* 148:*14* 160:*16* 164:*18* 170:*9* 174:*6* 180:*3*, *23* 181:*12* 183:*10* 190:*19* 192:*15* 195:*2*, *20* 222:*21* 223:*8* 225:*6* 230:*23* 237:*19* 247:*17* 250:*18* 252:*2* 254:*11* 258:*12* 260:*9*
**against** 55:*20* 138:*17* 202:*10* 211:*13* 232:*1*, *23* 233:*25* 234:*25* 235:*7*
**age** 40:*23* 41:*1*, *12*
**ago** 8:*21* 17:*21* 114:*25*
**agree** 15:*17*, *18* 20:*10* 35:*4* 38:*13* 51:*23* 55:*4* 59:*7* 64:*4* 68:*16* 83:*9*, *23* 84:*8* 85:*21* 109:*9*, *20* 111:*8*, *11* 112:*1* 118:*13* 128:*3* 130:*22* 136:*6* 137:*7* 142:*23* 143:*3*, *25* 145:*10* 146:*19*, *22*, *25* 147:*3*, *10* 149:*11* 150:*1* 151:*12*, *16* 154:*25* 155:*12* 160:*18* 162:*22* 163:*16* 165:*9*, *12*, *15*, *18*, *23*, *25* 166:*4* 168:*14* 170:*14* 176:*13* 186:*11*, *13* 188:*8*, *10*, *11*, *20*, *23* 189:*3*, *15* 191:*25* 196:*21* 197:*4*, *21* 198:*12*, *23* 200:*24* 215:*10*, *14*, *15*, *21* 216:*24* 220:*2* 225:*17* 226:*16* 229:*8* 231:*5*, *12* 232:*21* 234:*24* 235:*4* 248:*6* 255:*8*, *11*, *14*, *15* 256:*11*, *16* 257:*1*, *9*, *15*, *21*, *24* 258:*2*, *6*, *10* 259:*2*, *11*, *12*, *13* 260:*6*, *10*
**agreed** 52:*25* 227:*4*
**agreeing** 142:*16*
**Agreement** 3:*7*, *8* 15:*9*, *14* 16:*20*, *24* 65:*21* 82:*21* 91:*1* 93:*7* 94:*4*, *5* 96:*1* 142:*5*, *6*, *19* 155:*6*, *9* 177:*12*, *16*, *24* 179:*12* 180:*7*,

10, 15, 19 181:9, 10, 19 182:1 190:13, 14 191:9 192:3, 7, 12, 23 193:5 194:18 195:3, 18, 21 229:13, 14 233:11, 12, 14, 19 234:8 235:14 256:25 257:7 260:12
**agreements** 35:15 88:14, 15 90:11 94:25 99:23 115:23 178:24 229:19, 22, 24 230:2, 3 232:5 235:15, 18
**ahead** 126:6 218:23 233:7 247:21 252:1
**air** 156:25
**al** 1:9
**alignment** 97:4
**all** 6:9, 13, 22 10:1 11:22 16:11 18:24 19:2 27:2 28:16 29:9 30:16 31:3 33:18, 21 51:12 52:7, 13 53:4 56:2, 6, 19 57:1, 14, 18 65:18 66:22 68:10 71:1 72:3 77:20 79:4, 15, 16 91:6 93:18, 19 95:4, 5 97:10 98:4 100:24 105:24 106:20 110:6 114:13 115:16 121:8 122:23 129:2 132:1 133:12 138:22 139:12 140:4 141:6, 9, 22 143:10, 11 145:6 154:4 157:12 159:15 161:16 164:18 175:20, 24 180:25 181:5 186:2 187:22 188:5, 25 191:25 192:9, 10 193:9, 13, 19, 20 196:21 199:4, 13, 15 202:17 203:22, 23, 24 209:25 210:11, 18 213:1 216:14, 16, 17 217:18 221:19 222:12 225:16 228:4 229:7 232:20 235:19, 20, 21 238:13 239:5, 25 241:5 242:8 243:13, 15 247:9 248:9 249:18, 20 250:23 251:2 252:17 253:2 256:5 258:25 261:11 262:9
**allegations** 185:24
**alleged** 93:11 193:13 199:14 200:7
**alleging** 182:22 183:14, 15
**allow** 106:18
**allowed** 227:5
**almost** 33:23 101:15 126:9
**along** 10:9
**already** 81:3 157:5 188:4 227:4, 7 247:24 252:18 256:22 257:2
**Also** 24:3 61:13 79:15 81:14 87:22, 23 88:7 89:13, 21, 23 115:22 136:22 175:13 195:22 196:2 221:22 242:8
**alternative** 83:8, 15, 16, 19, 25 84:14 101:14, 23 102:11, 19, 23
**although** 170:24
**always** 17:11, 13 24:13, 20 151:8
**amended** 185:21 251:14 255:23
**amount** 136:20
**Anderson** 6:5
**Andrea** 146:2
**annual** 17:8 57:20 58:21 64:22 69:18 72:25 74:19, 20 79:5
**annually** 28:5
**another** 9:13 21:19 62:12 69:17 87:22 105:4, 9, 15 106:10 107:16 126:9 147:22 149:16 150:9 151:6 152:4 155:2 161:3 164:16 165:19 166:1 183:25 186:8, 19 187:25 245:10 248:22 249:7
**answer** 10:6 34:18 40:12 47:1 73:3 83:4 115:5 123:6 129:14 137:4 138:5 142:1 176:12 183:1 188:22 194:21 196:10 202:4 206:17 208:25 216:25 217:6 220:8 227:22, 23, 24 263:1
**answered** 16:3 25:19 26:2 43:12 193:16 227:8 228:19 233:8
**answering** 23:3 61:10 72:8
**answers** 262:24
**Antonio** 114:15 261:23 262:8

**any** 6:6, 9, 21, 25 7:2, 10 15:8, 20, 25 16:7, 20, 23 18:3 23:24 28:5, 8, 20 30:2, 3, 11, 13 38:5, 6 50:2, 11, 14, 19 51:3, 6, 22 52:16 54:10 56:22, 23 57:2, 3, 4 60:13, 16 62:14 70:15, 16, 23 76:1, 16 79:23 82:13 84:17 90:19 92:1, 5, 10, 16, 18 93:5, 10 94:6, 24 95:25 96:22 97:17, 18 98:14 102:24 103:4, 19 106:6 107:4, 15, 22 110:19 111:2 112:9, 13, 14, 17 113:3, 7, 20, 22 114:6, 13 120:23 121:24 130:19 133:9 138:15, 21 139:10 140:16 143:5 151:25 152:8, 9, 12, 19 159:9 176:24 177:5 183:19 184:2, 25 189:24 190:22 194:1 195:12, 17 198:4, 6 200:13, 21, 23 201:21 202:17, 25 203:21 205:1, 17 206:14 209:4, 16 213:17 214:1, 12, 14 221:16 222:1, 3 225:7 228:14, 15 230:3 232:1 233:25 234:7, 18 238:11 240:23 243:17 244:9 245:2 246:1 253:7, 8 255:12, 18 258:15, 16, 17, 23 261:23 262:3, 8, 9, 13, 14, 19, 23 263:1, 18, 22

**anybody** 125:16

**anymore** 78:6 93:21, 24 98:20 118:8 133:9

**anyone** 15:8 32:18 67:16 69:16 75:18 82:25 89:9 90:18 108:4 112:23, 24 113:21 120:11 121:7 122:2 142:4 184:24 202:2, 23 206:15 209:10 214:2 225:22

**anyone's** 217:8

**anything** 6:10 7:3 13:2 18:3 20:11, 15 21:5 24:1 27:23 28:1, 17, 22 37:14, 20 49:18 50:16 52:21 55:6 56:22 57:3 60:10, 18 67:24 78:5 84:25 85:7 86:16 88:23 90:17 97:6, 8 107:25 114:14, 16 121:9 122:14 131:4 134:25 146:12, 20 154:5, 25 163:13 167:1 176:9 183:5, 9, 20 190:16 193:12 194:3, 14 199:14, 16, 17, 20 200:13, 16 209:10 213:18, 25 216:7 227:21, 24 228:7, 24 229:2 236:12 240:8, 15, 19, 21, 24 244:5, 6 246:10, 14, 16 253:4, 16, 20 254:17 255:3 260:18 262:23

**Anytime** 159:11 223:19 240:12

**anyway** 93:3

**anywhere** 58:7 236:14

**Apogee** 54:7, 13, 15 55:9, 16, 19 56:23 57:2, 3, 15, 21 62:14 65:3 69:14 76:3 82:10, 12, 15, 21 93:11 97:18, 22, 25 98:9, 15 107:12, 15, 23 109:18 110:2, 9, 10, 18, 21, 25 111:1, 9 112:15, 19 113:16, 25 114:7, 14, 15 116:11, 15 117:13 118:2, 4, 14, 19 120:4 121:7, 20, 23 122:21, 22 124:21 138:17 152:2 164:3 177:16, 23 178:11, 12, 14, 20 179:2, 6, 15, 16 180:1, 5 182:12, 23 184:2 185:8, 15, 24 186:17, 22 187:15 188:11, 19 189:6, 7, 15 196:22, 23 199:4, 20, 25 200:13 201:9 202:8, 10, 16, 17, 24 203:5, 9, 17, 21 204:2 205:5, 6, 8, 17, 18, 24 209:18 211:16, 20, 21 212:13, 21 213:19, 25 214:5 215:3, 19 216:7 217:3 220:24 221:10, 14, 15, 24 223:1, 2, 6, 12, 13, 15, 19 224:7, 9, 18, 19, 24 225:12,

18, 22, 23
226:11 227:2, 3
228:11, 16, 18,
22, 23 229:2
244:21 245:21
248:24 249:9,
19, 20, 24 250:8,
14 251:4
252:16, 17
253:7, 16, 24
255:5, 6, 23
256:6, 12 257:4,
10 261:17, 20,
23 262:3, 8, 13
**apogeecedarpark.com** 256:17
**Apogees** 57:10
65:2 121:17, 18
183:22 250:12
**Apogee's** 56:2
205:20
**apologize** 43:21
81:25 142:1
**apparently**
135:15
**appearing** 5:6
**appears** 237:25
**applicant** 114:6,
13
**applicants** 97:10
**application**
114:11, 21
**applications**
112:12, 13
**applied** 260:24
**apply** 32:17
125:15, 18, 20
**applying** 82:19
97:23
**appreciate** 94:12
**apprenticeship**
163:25 164:1, 2
**apprenticeships**
163:23 164:3
**approach** 162:3
191:10
**appropriated**
244:19
**approval** 53:1, 2
54:22
**approve** 52:23
228:17
**approved** 53:25
55:9, 15, 19
251:1
**approves** 139:14
**approving** 113:8
**arcs** 74:6
**area** 90:5
103:25 104:10,
13 112:14
170:19 223:12
**areas** 107:7
113:22
**aren't** 34:3
75:23 119:25
163:23 211:23
223:21 244:22
**Arete** 261:8
**A-r-e-t-e** 261:10
**argue** 132:16
**arguing** 208:19,
20
**arising** 230:3
234:7
**around** 42:14
50:9 90:5
169:8 215:18
217:5 223:25
**arranged** 137:21
**arranging**
127:10
**arrive** 66:16
**art** 41:20 42:4,
15, 22
**article** 147:13
**Arts** 84:22
241:24
**as** 5:21, 23
8:20 10:7, 9
11:19 32:22
33:4 35:16
36:6 40:19, 25
43:24 46:4, 17
47:3, 23 50:9,
23 51:22 53:5,
23 55:19 63:11,
22, 25 64:1
70:4 74:3 80:4,
8 81:23 89:3
90:10, 20 95:20
97:18 100:1
101:12 106:5
108:18 110:21
113:22 116:16
117:5 118:4, 7,
19 120:12
126:23 128:12,
23 131:16, 23
133:25 134:6,
17, 19 135:18
136:4, 14
137:24 141:2
142:10, 11
143:4 146:1
147:6 153:16
155:19, 25
158:8 159:17
160:10 161:9
164:4, 12, 18
166:6 169:25
170:2, 4, 9
171:18 174:5
178:25 180:4, 7
181:10 182:6
184:23 185:9,
13 187:16, 21
188:12 200:6, 9
201:3, 19 210:6
213:5 214:5
218:1, 17 223:7
231:11 232:16
235:22 237:16,
23 238:13
239:2, 5 240:13
243:6 244:11,
17, 22 247:5, 12
248:22, 23
249:18, 20, 25
251:7 252:14,
15, 17 261:17
**aside** 120:18, 20,
24 221:17
**ask** 10:1, 2, 5
12:17 21:22, 23
22:23 24:18
47:23 49:2, 8
52:5 68:2 72:6
90:9 104:20
114:1 115:11
126:9, 13
137:21 146:23
153:8 166:11
170:11 193:21,
23 204:4
206:16 233:24
237:2 238:6, 11
240:7 259:15
262:20 263:18
**asked** 10:7, 11
16:3 21:23
25:19 26:2

34:21 70:8 84:15 87:6 95:21 130:16 146:8 197:13 199:4 214:13 222:11 225:21 228:24 233:8 239:25 240:1 262:19
**asking** 25:21 30:11, 18 33:19, 24 34:21 42:9 68:4 75:8, 10 76:19 77:24 80:4 83:12 87:5, 6, 7 91:6 94:24 106:24 107:8 113:2 115:12 130:17 132:11 139:21 147:15 149:1 150:21 159:11 169:18 180:20 181:2 183:7, 24 192:9 194:14 196:17 198:6 204:7 208:23 213:24 219:3 227:19 228:9, 14 232:18, 20 235:12, 13 236:11, 20, 22 237:6, 23 240:21 242:3 246:21 250:11 255:1, 18 258:25 260:21 263:22
**aspect** 90:22
**aspects** 133:12
**ASRA** 2:3 5:13 185:20
**asra@bccaustin.com** 2:7
**asserting** 182:10, 11
**assets** 133:6, 7
**assignments** 191:2
**assistant** 238:23
**associated** 22:7 133:23 181:5 213:12 261:17
**association** 133:9
**assume** 10:6 72:20 107:11 114:24 115:15, 17 122:7
**Assuming** 111:25 152:11 198:4, 6 221:21 257:14
**assumptions** 122:5
**At** 5:10 6:9, 22 18:3 20:16, 22 27:21 29:15 33:25 36:20 38:14 42:7, 15 43:11 44:2 46:7 52:7 56:19 58:6 60:2, 11, 22 61:5 62:5, 8, 21 63:19, 21 64:14, 20 66:6, 10, 16 67:11 68:10 72:3 77:16 78:1 85:10, 15, 18 87:19 100:12, 25 101:1 102:18 104:21 105:24 108:4 110:6 111:9 112:1 116:1, 2 118:14, 19 120:11, 22 121:7, 8, 16 122:2, 23 123:11, 13, 16, 19 131:25 133:2, 17 141:2, 22 143:4 145:14 146:1, 3 150:17, 18, 23 160:19 162:21 168:10, 11, 22 170:1 171:17 172:9, 23 177:15 178:24 179:18 180:9, 10 181:18 185:5 187:20 190:8 191:20, 21 192:21, 25 193:24 194:5, 16 197:7 202:2, 17, 23 203:24 204:14, 15 206:4 217:18 219:14 221:19 225:4, 16, 22 231:11 232:20 236:3 238:25 239:10, 15, 20 245:4 249:14 250:15 251:12, 18 258:16 261:18 262:9 263:3 264:10
**attend** 71:23 110:10 118:21
**attended** 13:9, 11 41:15 133:21
**attending** 109:10 112:6
**Attorney** 4:3 139:3, 12 181:12, 16 190:19 195:20 244:16 249:24 252:2
**attorneys** 138:16 197:20
**attorney's** 54:18
**attracting** 201:17
**August** 77:4
**AUSTIN** 1:3 2:6, 15
**authority** 53:11, 14, 16 108:11, 12 113:14, 19 116:8 139:15
**authorized** 138:24 190:25
**available** 134:21 176:16 256:7
**Award** 159:3, 18 160:15, 22
**awards** 20:19 21:4
**aware** 51:14 54:7 57:13 67:21 69:17 92:1, 3, 5, 13, 14, 18 93:12 95:25 97:17 98:6, 15, 17 104:17 107:4, 9 111:9, 18, 21 112:10,

12, 13, 17 114:3, 4, 10, 13 118:18 120:4, 8 121:7, 23 122:1, 2, 3, 7, 22 137:22 138:12 139:17 145:14 164:3 199:20, 25 202:7 203:25 204:18 222:1 228:14 243:17 244:8 245:21 246:1 255:18 258:20 260:15 261:23 262:3, 8, 13
**away** 42:18 43:1, 17 68:8 97:10 105:2 106:13 150:19 170:24

< B >
**B** 3:5 4:1 191:21
**Back** 7:5 15:6 26:8 30:4 74:8 75:7 77:15, 24 96:14 108:19 115:13, 24 117:25 118:2 132:1, 16, 25 173:3 177:11, 19, 20 205:19 206:4, 21 220:12 222:20 229:7 240:20 250:9
**background** 121:2
**bad** 8:16 110:16
**badge** 147:11 148:2, 3, 4, 5, 14, 15, 16, 17, 18, 20 149:3, 5, 7, 17 150:7, 14 151:1, 6 259:9
**badges** 147:22 148:1 149:4, 6, 7, 10, 15, 16 150:2, 15 151:2, 15
**bartering** 131:15
**base** 167:9
**based** 14:6 27:3, 18, 22 28:4, 17 29:25 38:14 41:20 42:10, 12, 13 45:5 55:20 107:11 170:15 174:16 187:25 212:19 243:10
**Basically** 20:10 25:16 35:4 38:8 72:12 101:11 115:19 135:24 235:13
**basis** 35:18 54:16 167:4 191:23
**Beach** 87:25
**Beaudreau** 121:8, 24 187:2 192:2, 12 193:5 194:16 195:17 206:20 209:5 210:18 211:10, 25 212:12 220:23 221:13 244:17 249:1, 14, 23
**Beaudreau's** 250:16
**became** 18:23 44:4 71:4 91:14 98:9, 15 120:5 133:24 172:4 226:11
**because** 14:3 16:10 18:1 19:21 22:18 24:18 25:17 30:15, 24, 25 32:1, 14 33:9 34:3 39:15 42:2 43:16 46:8 54:13, 15 61:9 63:2, 15 72:24 73:9, 19 75:6 77:1 81:7 98:7 99:1 105:8 106:2, 5, 18 108:25 110:16 111:23 112:19 113:24 114:7 116:17 122:6, 25 128:7 132:14, 17 136:19 140:22 146:4, 8 147:23 162:18 168:20 169:14 172:3 178:6, 23 180:23 181:17 183:19 185:5 188:22 192:15 197:13 200:6, 24 203:22 206:17, 25 208:15 209:15 211:9, 17 213:3 215:16, 19 216:19, 25 217:3 218:24 221:11, 23 222:11, 21 223:5, 12, 13, 14 226:12 228:16, 25 236:22 237:23 238:1 240:11 243:20 250:11
**become** 28:11 96:2, 22 135:25 228:23 241:22
**becomes** 215:3 223:1 227:3
**becoming** 84:1, 6, 9, 11, 12, 14 214:5 221:10 225:11, 12 228:16
**before** 8:11, 13 9:3 12:12 16:15 18:9, 10 23:11, 15 24:24 33:23 34:1 37:10, 22 46:1 53:19 63:11 71:6, 13 72:13 73:21 74:3 76:2, 11, 24 77:1, 22 79:7 80:15 84:18 85:1 93:11 113:8 115:11 116:16 125:1 139:4 147:12 148:20 149:16 151:6, 17 152:5 154:12 155:21

156:16 157:21 158:6, 9 173:8 176:24 184:15 187:17 192:1, 11 193:6, 7, 14 194:15 195:9 201:16 221:1, 2 248:24 250:4 255:25 256:3 257:6 264:1
**began** 205:19
**begin** 74:5 241:20
**beginning** 18:15, 17 27:21 44:2 46:3 51:1 60:2, 11, 22 61:5 62:5, 8 168:11, 22
**begins** 115:1, 6
**BEHALF** 2:2, 10 5:16 116:11
**being** 13:12 16:10, 11 22:24 23:9 24:11 38:10 47:9 54:1 64:9 102:15 116:4, 12 117:22 119:8, 21 121:16, 17 130:20, 25 155:25 162:21 175:24 182:10 185:15 187:22 203:18 206:9 212:21 240:7 241:2 242:10 247:9 249:20
**belief** 85:14, 19 116:6 119:11 127:20
**beliefs** 85:10 175:13 242:10
**believe** 13:1, 23 17:11, 23 22:6 28:13, 14, 15, 23 37:13 57:7 65:22 76:8 77:4, 24 78:10 79:10 86:11 87:17 89:5, 7, 21 90:19 91:12, 22 95:21 98:5, 16 101:1 108:5 110:3 114:1 127:14 133:8 134:5, 10 135:22 139:23 140:21 141:4 142:15, 17, 19, 20 144:10, 11 153:8, 13 175:14, 15, 17, 18 176:8, 24 177:5, 23 178:5 182:21 184:2 190:19 202:3 204:4 212:16, 20 214:5 217:1 220:10 223:2 235:13 242:10, 11, 12, 14 246:6, 10 247:6 256:14, 20 261:16 264:5
**believes** 220:22
**bell** 261:7, 11
**belongs** 253:4, 20 254:17 255:3
**beloved** 211:10
**below** 219:21 249:15
**benefiting** 139:6
**Bergen** 167:24, 25 168:10
**besides** 37:17 51:7 71:15 89:8 240:22
**best** 6:7, 11 16:13, 14 17:22 24:18 101:1 168:25 169:6 174:23
**better** 8:2, 3 21:12, 16 32:13 41:5 42:6 44:1 45:1, 4 88:10, 11 169:18
**between** 3:9 26:19 81:11 91:22 99:4, 20 100:5 104:18, 25 117:12 133:25 146:10 164:24 171:2 174:24 177:25 178:20, 22, 24 179:15, 20 180:4, 11 203:17, 21 205:24
**beyond** 148:22
**Bible** 85:5
**big** 23:25 40:23 41:4, 15 118:22 171:4
**bill** 140:2
**bills** 139:18, 21, 25
**biological** 10:17
**Bishop** 248:23 249:9
**bit** 7:25 21:22 31:4 41:3 42:9 78:17 98:10 136:14 145:6
**Blatman** 260:18
**Bldg** 2:14
**blog** 146:5, 7 194:25
**blue** 252:3
**Board** 3:16 49:18, 20, 25 50:1, 4 134:12, 13, 17, 19 135:6 158:18 160:4
**body** 26:20, 22 27:17 28:10 110:21
**Boise** 98:5 111:1 133:24 214:9, 15 217:2 223:6
**bolded** 191:16
**Boniface** 87:16 88:13
**book** 136:23 166:22, 24 167:2 173:24 174:4, 5 175:13 192:17, 19 193:19 241:11, 15 242:2, 18 243:4 245:3 246:11, 19
**books** 33:10
**booths** 13:13, 19, 23 19:6, 7, 14 20:8

**Both** 48:*10* 64:*23* 125:*22*, *24* 140:*23*, *24* 143:*4* 171:*20* 184:*20* 229:*18*, *21*, *23* 230:*1* 231:*16*, *25*
**Botkin** 2:*4* 5:*14*
**Bottom** 202:*12* 219:*14* 236:*4*
**bound** 90:*21* 235:*9*
**boundaries** 29:*4*
**box** 43:*20*
**Boy** 147:*19*, *24* 148:*8*, *12*, *22* 149:*13*, *19*, *23*, *25* 150:*1*, *6*, *10* 151:*5*
**brand** 86:*20* 89:*12*, *22* 98:*10* 185:*19* 221:*7* 224:*22* 261:*24* 262:*4*
**Branding** 87:*3*, *4*, *9*, *12*, *13*
**brands** 215:*19*
**break** 21:*21* 36:*20*, *23* 37:*1* 57:*22* 69:*4* 70:*5*, *11*, *12* 71:*9*, *24* 78:*12*, *18*, *20* 96:*13* 107:*1* 126:*10* 127:*1*, *3* 140:*5*, *6* 157:*3* 205:*12* 209:*22*
**breaking** 107:*4*
**breaks** 69:*7*
**Brian's** 254:*9*
**bring** 27:*8* 209:*16* 214:*17*
**bringing** 163:*12* 205:*25* 219:*2*
**broken** 41:*11* 68:*15*
**brought** 214:*15*
**Bucks** 80:*3*, *6*, *7*
**build** 205:*22* 207:*1* 243:*3*
**building** 41:*4* 81:*5* 171:*9* 186:*22* 243:*3*
**buildings** 6:*22*
**built** 81:*5*
**bullet** 186:*2*
**bunch** 76:*3* 176:*7*
**burning** 237:*19*
**business** 12:*10*, *15*, *18*, *19*, *22* 13:*3*, *13*, *16*, *19*, *20*, *22* 14:*1*, *5*, *6*, *8*, *16*, *17*, *19* 15:*7*, *8* 16:*21* 17:*4* 18:*4*, *18*, *23* 19:*1*, *5*, *7*, *12*, *13*, *24* 20:*7*, *17*, *18*, *22* 22:*9* 30:*4*, *14*, *20* 31:*1*, *4*, *8*, *16* 32:*12*, *15*, *21*, *23* 33:*4*, *9*, *18* 34:*6*, *12* 37:*12*, *17* 81:*3*, *5*, *11*, *13*, *14*, *23*, *24*, *25* 82:*2* 87:*20* 91:*14* 92:*15* 121:*14* 124:*23* 125:*1*, *9*, *11*, *15*, *17*, *18*, *21*, *22* 126:*2*, *3* 127:*7*, *11*, *12*, *14*, *15*, *18*, *22*, *24* 128:*4*, *5* 130:*5* 131:*3*, *6* 132:*2*, *9*, *22* 133:*21* 140:*17* 144:*25*
**businesses** 26:*9*
**button** 115:*1* 195:*21*
**buy** 13:*11* 31:*10*, *19* 33:*17*, *25* 131:*25*
**buying** 128:*23*

**< C >**
**C** 2:*1* 5:*1* 191:*22*
**cadence** 25:*24* 26:*4*, *6*
**Calaf** 2:*4* 5:*14*
**calculated** 27:*17*, *18* 28:*5*
**calculating** 223:*11*
**calculation** 223:*10*
**calendar** 58:*21* 71:*6*, *21* 72:*25*
**California** 5:*6* 71:*4* 89:*6*
**call** 14:*1*, *4* 26:*13*, *14*, *15*, *16* 41:*8*, *17*, *19* 43:*4*, *6* 53:*4* 62:*19*, *22* 63:*8*, *9* 145:*10*, *17* 148:*23*, *24* 159:*19*, *23* 160:*11*, *12*, *19*, *24* 162:*8* 172:*24* 190:*2* 214:*9*
**called** 5:*21* 13:*22* 14:*5* 41:*11*, *13*, *18* 43:*8*, *11* 48:*16* 50:*5* 62:*21* 80:*3* 84:*21* 161:*3* 247:*2*
**calling** 33:*16* 43:*15* 85:*13* 159:*5*, *17*, *24* 160:*1*, *4*, *7* 170:*20* 173:*5* 245:*5*
**calls** 24:*2* 189:*25* 257:*20*
**came** 13:*11*, *16* 14:*7*, *15*, *16* 25:*9*, *10* 34:*11*, *21* 39:*22* 42:*16* 43:*1*, *2* 44:*15*, *18* 45:*8* 148:*8*
**camera** 241:*11*
**campaign** 202:*11* 203:*5*
**Campbell** 3:*14* 157:*18*, *25*
**Campbell's** 166:*23* 167:*4*
**campus** 35:*20* 36:*9* 109:*19* 110:*9* 116:*4* 118:*21* 119:*8* 136:*22*
**Can** 6:*13* 8:*6* 11:*3* 16:*12* 19:*10* 20:*24* 21:*15* 22:*4*, *17* 27:*11* 28:*21* 30:*21*, *23* 31:*10*

32:2 33:17 34:18 39:19, 21, 23 43:24 45:23 49:2 52:5 56:25 72:20 78:19, 20 80:1, 11, 25 83:4 85:8 86:13 93:13 96:9 97:9 99:23 101:6 111:8 115:3, 10, 11, 17 117:3 125:11 126:8 127:14, 16 137:21 146:8 150:17 153:18 154:19 156:8 157:3 159:7, 9, 15 160:10 162:8 163:1 164:22 169:8 172:8, 23 175:14 176:7, 10 193:23 198:7 202:20 204:13 205:12 210:18 211:9 217:15 223:15 227:14, 21, 22 228:1, 3 233:6 234:1, 4 235:21 236:17 237:16 238:7, 15 240:4 241:6, 10, 13, 14 242:9, 10, 20 243:3, 9 244:1 247:11, 14, 22 249:2, 19 250:17, 19 251:8, 9, 20 252:15 255:11 258:18 260:20

**cannot** 151:1

**can't** 9:4 13:5 15:9 18:2 25:7 29:2 31:24 41:12, 18 44:3 45:8 46:3 49:24 50:16 61:14 84:8 86:2 90:17 91:3 92:17 93:24 96:6, 9 104:24 105:5, 7, 15 106:16 107:6 111:8 113:1 120:25 124:6 136:25 148:22 153:5, 18 154:5 166:24 172:21, 22 211:1 215:21 216:1, 6, 7, 24 217:6 220:11 227:23 229:12 260:22

**capabilities** 93:24

**capacity** 24:7

**Capital** 2:13 48:20 49:1

**care** 206:9 238:16

**Carmel** 5:6

**carnival** 32:7

**Caroline** 134:11, 16

**case** 5:5 62:9 149:22 151:8 177:13 185:21 204:19 205:20 209:16 234:10, 11

**cases** 138:3, 16

**category** 20:20

**cause** 102:24 103:23, 24 116:3

**caused** 216:7 262:9, 14

**causes** 216:6

**CC** 100:14

**CC'd** 248:12

**CC-ed** 240:7 241:14

**CC-ing** 238:21

**Cedar** 65:5 76:10 77:3, 19, 23 98:16, 18, 19, 24 99:5, 7, 12, 18 100:6, 9 104:6, 16 106:9 107:12, 13, 15, 23 108:6 116:11, 15 118:3, 5, 14 120:4 121:7, 23 177:16, 23 178:11, 12, 14, 21 179:2, 6, 15, 16 180:1, 5 215:1 248:24 249:9, 19, 25 250:8, 12, 14 252:16 255:5, 6 256:12 257:4, 10

**cell** 6:13, 16

**center** 46:10 251:4

**centers** 46:7

**Central** 1:17 5:3 37:4, 7 78:23 79:1 96:15, 18 140:10, 13 157:7, 10 210:1, 3 264:8

**certain** 19:6, 14, 17, 18 28:21 33:10 45:5 53:22 66:11 91:3 98:1 105:2 149:15, 16 150:14 151:1, 6 159:5 160:19 189:5, 6, 8, 9 223:14

**certify** 95:6, 17 96:4

**certifying** 95:11

**challenges** 171:16

**change** 44:6, 7, 12 69:2 85:13 169:16 175:15 242:11 263:1

**changed** 22:19 23:24 41:19 44:8 50:20 77:14 114:24 120:22 140:19 225:22

**changes** 23:25 249:24

**changing** 44:19 156:23 250:8

**character** 62:19, 22 63:8 165:15, 25 241:23

**charge** 108:12 120:1

**charity** 129:2

**check** 36:24 77:25 79:13

87:7 88:17, 21 91:12, 13 126:7 137:20 245:4, 5 256:5
**chemistry** 57:9 121:13 122:25 123:19 124:9, 15, 22
**cherish** 241:23
**Chiarello** 2:4 5:14
**child** 8:16, 19, 20 39:8, 12 85:12 147:4
**children** 10:14 12:20 19:22 20:16, 20 32:25 33:16, 24 34:5, 6, 24 39:21, 23 45:18, 22 46:9, 11, 17 97:3 101:6 112:6 118:20, 23 119:25 123:19 127:13, 23 174:20, 24 248:14
**children-driven** 20:14
**children's** 12:10, 15, 18, 22, 24 13:3, 13, 16, 19, 20, 22 14:1, 4, 5, 8, 16, 17, 19 15:7, 8 16:21 17:4 18:4, 18, 23, 25 19:13, 24 20:7, 17, 18, 21 30:4, 14, 20 31:1, 4, 8, 16 32:11, 15, 21, 23 33:4, 8, 18 34:5, 12 37:12, 17 92:14, 15 121:13 124:23 125:1, 11, 14, 17, 21, 22 126:1, 3 127:7, 15, 18, 22 128:4 131:3
**choice** 19:4 30:16 147:5 239:4
**choices** 45:22 47:2
**choose** 30:23 39:21, 23 44:20, 22 81:2 82:20 114:20 150:16 160:2
**choosing** 230:19
**chose** 42:10 54:9 81:8 82:23
**chosen** 115:20
**Christian** 245:18, 19
**chunk** 69:8
**church's** 85:4
**circles** 162:10
**circumstances** 150:13
**cited** 255:22
**citizen** 51:23
**City** 8:8 48:17 90:5 234:11
**Civil** 1:7
**claiming** 76:3 196:22 244:18
**clarification** 104:20 259:15
**clarified** 204:20
**clarify** 10:3 11:3 21:25 70:5 99:16 133:18 143:1 147:16 180:4 228:8 229:4 258:12 262:20
**clarifying** 140:21 153:12
**class** 171:18 174:24
**classes** 62:9
**classic** 38:8
**classical** 42:18
**classroom** 33:7 40:9, 13, 15, 23, 25 41:13, 20, 22, 23 42:7, 14 43:15, 16 47:16 164:17
**classrooms** 41:1, 8, 11, 15, 18 147:5 174:15
**classroom's** 40:10
**Clayton** 89:20, 23
**clear** 13:10 20:1, 21 26:25 68:3 79:15 80:20 81:16 82:9 84:6 85:17 87:11 125:20 142:1 148:2 194:2 204:16 239:7 248:2, 4
**clearly** 116:20, 24 117:13, 17 122:6
**click** 114:25 195:21 196:1
**close** 62:21 104:2, 15 223:13
**closely** 175:17 242:13
**closer** 7:25 18:15, 16
**closest** 104:17
**closing** 58:17 59:3 61:12 62:23 63:9
**Coca-Cola** 68:7
**coexisting** 217:4
**coffee's** 157:5
**co-founded** 10:23
**co-founder** 24:14
**coin** 162:18 173:13, 14
**Coke** 68:7
**collaborative** 171:21
**collected** 190:23
**collective** 53:5, 7
**collectively** 14:15 34:11
**college** 10:21 134:21
**combination** 38:8
**combine** 168:1
**combined** 38:9 254:19
**come** 12:23 13:20 14:10, 11 17:17 20:19 31:10, 18 32:7 33:8, 17, 24 44:12, 16, 20 74:8 98:3 105:9 112:18

122:*10* 148:*10* 154:*17* 171:*17* 217:*21* 222:*20* 245:*11* 250:*12*, *14*
**comes** 53:*21* 136:*20* 206:*21* 263:*8*
**comfortable** 110:*14*
**coming** 202:*12*
**comma** 179:*2*
**commercial** 127:*13*, *23* 128:*4*, *8*, *23* 129:*1*, *4*, *18*, *20* 130:*5*, *15* 131:*6*, *16* 132:*2*, *9*, *15*, *18*, *20*, *21*
**commitment** 241:*21*
**common** 51:*23* 52:*1* 71:*21* 171:*1*
**commonly** 86:*4*
**communicated** 61:*24* 110:*5* 117:*13*, *17*
**communication** 108:*8* 113:*16* 202:*4* 206:*17*
**communications** 100:*8*
**communicator** 108:*5*
**communities** 97:*18* 243:*4*
**community** 31:*19* 97:*7*, *23* 98:*2* 101:*4*, *6*
**Company** 135:*10*, *13*, *19*
**compare** 39:*17*, *19* 73:*2* 196:*24* 198:*24*
**comparisons** 73:*7*
**compete** 105:*15* 106:*2*, *4* 111:*10*
**competed** 107:*16*
**competing** 111:*18*, *21* 112:*2*, *4*, *7* 223:*20*
**competition** 223:*18*, *21* 224:*4*, *7*, *9*, *13*, *17*
**complain** 78:*5*
**complained** 175:*24* 200:*24* 247:*10*
**complaining** 176:*20* 211:*24*
**complaint** 52:*22*, *23* 185:*21* 200:*6* 250:*15* 251:*2*, *4*, *13*, *14* 252:*20* 255:*23*
**complaints** 120:*21*
**complete** 236:*19* 237:*24* 238:*1*
**completed** 249:*24*
**completely** 38:*5*, *6* 49:*2* 215:*11*
**complimentary** 211:*12*
**component** 20:*12* 164:*1*
**components** 176:*18*
**compound** 21:*20*
**concept** 14:*16* 19:*7*, *24* 20:*12*, *14* 34:*2*, *10*, *23* 171:*20* 201:*11* 245:*14* 247:*3*
**concepts** 73:*4* 201:*3* 247:*15*
**concern** 116:*4*, *23* 117:*3*
**concerned** 103:*19*
**concerns** 117:*7*
**concluded** 264:*11*
**condition** 174:*24*
**conditions** 181:*19*
**conduct** 220:*23*
**conducting** 127:*10*
**confidential** 60:*14* 65:*12*, *14* 88:*24* 142:*13* 143:*16*, *24* 191:*12*, *15*, *17*, *19*
**confidentiality** 15:*9* 88:*14* 90:*8*, *9*, *17* 142:*6*, *19* 143:*6* 195:*3*, *13*
**confirmation** 76:*13*, *16* 183:*19*
**confused** 90:*21* 107:*25* 108:*19* 131:*17* 206:*15* 214:*17* 235:*25* 260:*3*
**confuses** 183:*23*
**confusing** 22:*16* 206:*1* 213:*8* 215:*4*, *6*, *11*, *12* 216:*19*
**confusion** 103:*19*, *22* 117:*12* 185:*19* 205:*23* 206:*13* 212:*14*, *16*, *20*, *21*, *24* 213:*2* 214:*7*, *10*, *12*, *13*, *21* 215:*1*, *18*, *21* 216:*2*, *6*, *8* 217:*1*, *5*, *22* 219:*4*
**connect** 250:*23*
**connected** 74:*6* 140:*21* 175:*17* 242:*13*
**connection** 181:*21* 203:*17*, *21* 205:*6*
**connects** 205:*18*
**consider** 88:*7* 174:*17*, *23*
**considered** 91:*15* 192:*6*
**construed** 233:*20*
**consult** 12:*8* 53:*17*
**consulting** 12:*13*
**consumer** 214:*2*
**content** 66:*12*, *18*, *25* 68:*19* 74:*4*, *9*, *11*, *15* 75:*7*, *8* 119:*23* 121:*17* 122:*22* 142:*20* 148:*1* 190:*22* 191:*1*

200:8, 10, 15, 18
**contents** 200:12
**context** 101:4 160:19 223:25 224:16
**contexts** 79:21 85:24 245:8
**continually** 70:6
**continue** 47:23 69:5 103:15 139:4 237:3 250:11
**continued** 102:19 116:15
**continues** 42:16
**continuing** 99:13, 21 102:10, 14 209:6
**contract** 90:23 229:9 231:6 232:23 234:25 235:7
**contracting** 256:12, 17 257:11
**contracts** 35:16 230:20
**control** 208:11
**controls** 229:12
**conversation** 14:6 25:10 108:21, 25 112:22, 24 117:18, 20, 23 205:3 217:17
**conversational** 29:24
**conversations** 108:7 109:5, 10 113:1, 3, 6, 18 184:20 202:6 215:18 217:5, 9, 13, 16, 20 219:4
**cookies** 34:4, 6, 25
**cooking** 57:9 121:12 122:25 123:19 124:9, 15, 22
**cool** 156:25
**copied** 101:12 197:8, 23 198:7 199:5, 9, 15, 20 200:19
**copies** 94:7 95:5 209:16
**copy** 73:14 194:5 196:11 197:5, 6 198:13 199:25 200:14 243:23, 25 264:2
**copying** 73:12, 13 118:14
**copyrighted** 166:22
**copyrights** 92:1, 11
**core** 85:10 172:9
**corner** 47:15 247:2, 3
**Corner's** 247:5
**CORPORATION** 1:6 22:3, 5 179:6
**correct** 10:23 12:5 23:7 24:10 26:22 31:1, 2 56:3 58:4, 5 59:20 63:12 67:14 68:22 72:23 76:11 82:10, 11, 13, 18 83:19 85:23 86:21 96:14 98:25 99:3, 8, 14 100:6, 10, 11 101:16 103:25 106:11, 20 108:16, 17 112:20 119:18 136:16 141:4 143:8, 9 149:11 156:1 157:25 160:5 161:7 163:11 166:15 169:12 173:7 175:3 177:7 178:13 181:10 187:19 189:11 207:23 208:2, 15 211:25 217:9 219:17 225:8 229:19 240:9 242:1 244:9, 10 245:22, 24 247:16 253:25 256:1, 2, 4, 7, 8
**corrected** 101:2, 19
**correctly** 17:16 94:13 101:9
**corrupts** 80:18
**could** 9:13 11:25 19:11 21:21, 24 22:20 32:15 35:6 36:13 43:17, 18 44:15 47:25 48:22 53:9 55:5, 9 64:6 67:22 69:4 73:16 75:2 76:22, 23 77:9, 11 86:6 90:13 92:21 97:15 98:19, 25 99:16 101:14, 19 102:2 103:1 105:12, 23 106:15 109:22 111:7 123:4, 20, 22 124:6, 8 126:6, 19 129:20, 25 131:16 132:8, 16 133:15, 18 141:24 143:10, 12, 13 144:14 149:16 157:2 160:15 165:20 169:5 171:8, 21 177:3 182:14 193:22 197:1, 7 198:18 208:16 215:3, 12 225:7 226:10, 18 228:23 234:19 248:13 261:9
**couldn't** 106:10, 17 111:17 201:10 214:14
**counsel** 5:10, 18, 24 6:2
**count** 210:16
**country** 54:2
**County** 167:24, 25 168:10 230:4
**couple** 6:15 7:7 14:21, 23 118:11 161:16

**Courage** 241:7, 10 243:10 244:23 246:17 247:1, 11 248:9
**course** 156:6, 8 191:3
**COURT** 1:1 8:13 55:2 126:13, 16 228:4, 6, 7
**courts** 36:22 202:11 234:9, 13
**covered** 28:16
**covers** 180:15, 18, 20
**COVID** 29:20
**create** 58:3 79:17 80:6
**created** 38:10 57:23 58:1 69:9 81:19 82:22 105:7 152:24 162:13 173:6 256:16 257:9
**creating** 34:3 87:18 201:17 212:14
**creation** 65:15 69:1 81:4 87:21
**creative** 79:24 80:3
**credit** 46:19 167:7
**crew** 255:6, 7
**crew/site** 252:25 255:4
**criteria** 96:23, 25 97:2, 15 115:9 118:22
**Cross** 16:2, 8 89:17 190:9 196:15 214:24 224:2
**curious** 152:18 161:17 210:21 241:22
**current** 124:7 133:5
**currently** 88:3 89:15 110:12, 14 215:2
**curriculum** 56:3 79:16 90:16 91:8, 10 118:15, 19, 25 119:18, 21 120:2, 5, 9, 11, 13 121:9 123:7 128:12, 19 140:23 145:7 191:2 244:1
**custody** 8:19, 20
**customer** 101:5 190:18, 24
**customers** 223:13
**cycle** 72:12
**cycles** 73:20

**< D >**
**D** 3:1 5:1 191:23
**daily** 25:5, 11 35:14 36:7, 9 57:10, 20 58:21 60:24, 25 64:23 74:3 79:4 189:15
**Dallas** 234:11
**damage** 205:24 220:23 221:7, 8, 24
**damages** 224:21
**Dani** 87:24 88:13 89:6, 8
**data** 190:18, 22 223:14
**database** 93:17
**DATE** 1:16 5:2 9:15 14:24 161:18, 20 171:1 211:1, 2 239:10, 21 252:5
**dates** 194:24 210:21 211:3
**daughter** 8:18
**day** 25:17, 25 58:17, 18 59:3, 8, 19, 22 60:2, 11 61:12, 13 62:1 66:11 68:15 133:2 137:1 168:11, 14, 18, 22, 23 169:9
**day-and-a-half** 29:9
**days** 35:24 72:11, 12 73:20 74:10 75:9, 16 210:13 239:3
**day-to-day** 35:11, 18
**de-affiliated** 93:25
**December** 23:18 85:15, 18 104:23
**decide** 170:1 225:17 229:12
**decided** 153:5 261:1
**decides** 227:2 228:11
**deciding** 113:24 122:18 138:25 139:25
**decision** 53:9, 19
**decisions** 115:19
**Declaration** 3:24 219:8 220:14, 16, 19
**declarations** 52:20, 21 218:3, 12
**declare** 219:14
**deemed** 233:19
**deep** 168:25
**deeply** 69:24
**Defendant** 1:10 6:2
**DEFENDANTS** 2:10 5:17
**deficiencies** 101:2
**deficiency** 101:18
**define** 11:25 25:11 51:20 68:2 70:4 182:14
**defined** 32:19
**definitely** 255:2
**definition** 130:11 131:6, 12 132:7, 8, 10 172:3, 6 245:16
**definitions** 190:18
**degree** 144:13,

16
**delegated** 116:8
**Delete** 95:5
**deleted** 95:6
**delivered** 171:11
**demonstrated** 101:3
**denied** 114:14
**depend** 22:14 33:12, 15
**depending** 110:1 234:13
**depends** 35:12 40:2, 4
**deposing** 221:22
**DEPOSITION** 1:13 5:4 8:11 10:9 52:17 238:9 264:10
**derive** 11:22 12:1 82:10 83:1
**derived** 82:2, 7
**describe** 20:12 26:18 29:3 41:2, 7 85:10 152:12 246:5
**described** 33:23 34:24 150:8 155:25 226:23 239:2 240:13
**describes** 28:24 191:15
**describing** 28:4 32:9 33:4 115:18 123:3 179:7 223:20
**DESCRIPTION** 3:6 4:2 31:12, 22 32:11, 13 41:5 64:7
136:1 172:7 207:1 224:3, 5
**deserved** 46:19
**deserves** 85:12
**design** 28:12, 17, 19, 25 29:5 30:1, 12, 22 38:5 43:23 58:17, 22 61:11 65:20 133:8 164:1, 2 166:14, 16 188:15 190:5, 6 191:1 201:3 205:22 206:3 209:17 244:21
**designed** 38:10
**designing** 185:16
**destroy** 94:2, 6 95:5, 17 96:3
**destroyed** 95:7, 12, 18
**details** 10:3 13:8 51:15 54:7 72:24, 25 91:1 102:13, 16 137:22 217:18
**determination** 54:19
**determine** 202:24
**develop** 89:18 168:3 243:9
**developed** 37:13 81:9 82:18 158:5 191:24
**developing** 37:23 83:8 86:19 90:15 91:8
**development** 37:22 86:24 87:9 88:1 165:16 166:1
**developments** 37:10
**diagram** 162:9
**Diamond** 8:7 48:16
**did** 7:5 9:4, 13 11:2, 4, 7, 8, 11, 22 12:7 13:2, 9, 13, 18, 25 14:3, 10, 21 15:8, 19, 22 17:3, 18 18:3, 6 22:23 23:9 24:11, 24 25:21 26:3 28:5, 6, 10 29:14 40:16, 21, 25 41:6, 7, 8, 17 43:5, 8 44:7, 9, 12, 16, 19 45:25 48:23 52:16, 23 59:7 76:1, 16, 19, 21 79:8, 17 80:23 84:13, 15, 17 88:14 90:20 101:9 102:24 103:8 108:2, 18 110:15 113:7, 12, 21 114:16 117:7 120:8, 9 123:8, 15 133:10, 17, 19 134:19, 24 136:14, 18 137:23 142:17 148:7 149:13, 22 152:18 153:3 154:8, 17
156:15 165:1 166:11, 12 170:11 173:8, 15 174:16 177:23 178:5 179:10, 11 184:15 199:5, 25 200:14 206:11 209:15 210:15 217:20 221:13 226:20 228:25 232:7 234:25 239:23 240:21 244:9 249:23 250:9 255:15
**didn't** 25:12, 24 27:14 31:1 32:21 35:13, 24 39:15 41:19 42:13, 14 45:1 46:8, 19 47:12 49:7 58:3 72:6 75:23 76:14 77:15 79:16 82:9, 12 83:23 84:3 100:18 102:24 105:22, 24 117:21 120:22 129:15 135:8 136:19 147:14, 22 152:15 162:18 172:16 176:24 181:17 193:5 195:12 197:17 198:2, 4, 6 199:14 201:2 206:25 207:1, 4, 10, 14, 15, 23 208:2, 15

211:25 213:21 214:17 217:17 218:25 226:12 229:1 240:7, 18, 19 244:5 245:11, 12, 15, 17 250:23 252:21 256:5 257:14, 18 262:20
**difference** 90:13 171:2, 13 172:13
**differences** 32:2 146:10 197:8
**different** 11:9, 12 19:24 20:19 28:15 31:6 32:15 34:1, 3, 4 36:21 37:13, 20 38:5, 6 39:19, 25 42:10, 11, 19, 20 44:4 46:10, 12 64:6, 9, 10, 22 71:11 83:7 91:3, 5 96:8 102:4 110:17 115:14 116:18 131:21 136:23 137:2 169:7, 8 170:1 171:12, 19, 20 172:14 175:5 176:18 181:17 183:22 185:5 187:21 189:1, 3, 4, 7 209:12, 17 210:13, 17 219:5 227:19 229:23 232:15 233:3 245:7 249:8 250:12
**differently** 31:5 263:3
**digital** 196:11
**directly** 190:24 247:14
**directors** 134:12
**disagree** 75:21 119:20 137:12 146:12, 18, 21
**disagreeing** 142:25
**disclose** 15:9
**disclosure** 15:14 191:20, 22
**discover** 168:2 241:20
**discovery** 57:1 197:19 198:17, 22 263:6
**discussing** 11:14
**discussion** 62:2, 11, 18, 21, 23, 24 63:6, 9, 12 121:13 170:1 191:2
**discussions** 29:10 57:20, 25 58:4, 6, 12, 18, 20, 24 59:2, 4, 7, 16 60:2, 11, 22 61:5, 12 62:5, 18 63:18 79:6 168:1, 10, 14, 17, 21 189:16, 20, 25
**distance** 104:17 105:2, 5, 19 106:16, 21, 24
**distinction** 70:7 90:9 188:25 259:8
**distinguish** 211:21
**DISTRICT** 1:1, 2 36:15 71:4
**DIVISION** 1:3
**divorced** 8:17
**do** 8:9 10:14 11:3, 23 15:19, 25 16:1, 7, 9, 13, 14, 23 17:1, 4 18:8 19:18 21:1, 4 22:13 23:23 24:22 26:14 27:8, 9 28:8 30:6, 11, 16, 20, 23 31:1, 4 32:4 35:17, 25 36:6, 23 37:16 39:16 45:23 48:12 49:14, 16 52:13 53:12, 16 59:25 60:1, 3, 5, 9, 13, 16 61:7 62:14, 15 69:10, 21 70:11 71:13 73:19, 21 76:1 78:12 80:25 84:1 88:23 93:4, 20 94:21 95:21 101:7 102:2, 10 104:20 108:4 113:7, 12, 22, 24 114:22 117:18 118:21 123:1, 20, 22 124:8, 15 125:11 126:13, 21 127:3, 7 128:19 129:7, 10 130:6 131:20 135:10, 20 136:20 138:15 140:4 141:12 142:21 143:13 144:12, 15, 24 145:14, 18 146:12, 19 147:18, 20 148:4, 15, 17, 23 150:6, 16 151:15, 16 153:5, 8, 12, 18 159:16 162:10 165:2, 12, 15, 20 168:4, 9, 14 173:1, 16, 17, 19 174:1 175:16 176:3, 8, 13 179:3 180:14 181:21 183:17 184:2, 8 186:2 188:8, 16 189:15 191:12 192:25 195:18 200:16 201:18, 22, 24 203:20 206:11, 14, 23 208:1, 6 211:2 215:25 222:21 225:1, 19 227:5 228:18, 23 229:10 230:25 231:3 233:3, 6, 24 235:6, 13 236:13 237:7, 8, 10, 12, 14 238:7 239:20 240:10 241:7, 15 242:12 245:20 249:16, 21 250:2, 14 253:3,

4, 11 254:18, 19 260:11, 18 261:8, 13 262:11, 17 263:3
**Document** 3:18, 19, 20, 21, 22 29:2 159:8 172:23 191:6 196:8 200:1, 2 216:5 218:8, 15 236:9, 22 237:24, 25 238:1
**documents** 16:23 52:16 56:16, 17, 20 57:2, 15 89:21 133:13, 15 197:13 207:22 218:2, 7 222:12, 22 231:25
**does** 22:13 24:16 30:5, 18 31:4 45:21 49:4, 10 53:10, 24 62:12 71:9 73:12 90:8 93:7, 8, 14 95:8 96:22, 25 97:10 139:10 140:16 142:4, 8 149:3, 4 150:12 160:24 170:16, 17 182:7, 17 190:11, 16 191:19 202:2 220:19 225:4 233:18 234:18 241:19 247:15 248:13 253:7 254:14, 16 261:18
**doesn't** 30:13 53:16 61:18 70:6 71:8 91:2 93:21, 22 97:25 108:15 122:7 152:2, 3, 23 160:23 168:21 172:18 188:1 208:11 220:17 227:3 228:17 234:22 241:5 259:18 260:9
**doing** 15:10, 20 18:2 29:21 32:20 45:10 46:4, 11 47:7 63:18 70:19 71:12 72:13, 21 73:21, 22 75:18 88:24 93:7 116:16, 17 118:3, 4, 14 120:12 123:25 124:7 125:9 128:10 136:1 164:10 166:1 171:25 172:10, 13 188:1 189:6, 7, 9, 10 197:7, 14 198:14, 24 205:17 227:6
**domain** 191:21 192:1, 6, 11, 16 193:11, 12, 14 194:2, 4, 15, 23 195:4 200:8
**done** 8:21 36:7 38:3 42:17 54:11 74:21 77:12 103:15 129:12 137:8 151:2 159:12 203:18 204:25 213:25 214:1 216:7 221:25 226:5 251:5 252:18 255:11
**don't** 7:10 9:4, 15 10:2 13:8, 15, 16 14:24 15:11, 18, 20, 22, 24 16:11, 22 18:7, 10, 12 19:20 20:13, 25 21:2, 6 22:19, 24 24:4, 15, 19 25:11, 13 26:6 27:1, 23 28:1, 3, 5 29:1 30:3, 10, 11, 13, 14 32:5 37:1, 16 39:15, 16, 17, 19 41:2, 14 42:25 43:14, 18, 21 44:14 45:7, 9 47:8 48:15 49:3, 5, 6, 7, 10, 16 51:5, 15, 20, 25 52:2, 6, 7, 10 53:16 54:10 55:8, 11, 13 56:6 60:7 62:7, 10, 12, 17 63:5, 17 65:7 67:16 70:15, 23 71:13, 14, 19 72:2 73:1, 24 74:24 75:1, 5, 23, 24 76:12 78:4, 10 80:5 84:5 86:2, 11 88:17, 25 90:24 91:20 92:3, 24, 25 94:2 95:14, 23 96:5, 7, 8, 11 97:16 98:3 101:25 102:8, 13, 15 103:6 104:2, 6, 9, 10, 11, 14, 15 105:1, 15 106:2, 20 107:3 108:7, 21 109:4, 5, 6, 14, 16 110:23 111:5, 13, 15, 17, 23 112:16 114:24 117:2, 16, 19, 24 121:17 122:6 123:2, 6 124:5, 7 125:5, 6 126:1 127:1 128:16 129:13, 19, 23 130:3, 22 131:9 132:4 133:3, 9, 14, 15, 22, 24 134:2 135:25 136:11, 12 137:4 138:4, 18, 20 142:13, 15, 17, 18, 20 144:23 145:3 146:2, 14 148:18, 22, 24, 25 149:2, 5 150:4 151:21, 25 152:1, 17, 18, 19 153:4 158:11, 13 160:7 161:1, 19, 21, 22, 23 162:8 163:21 164:6 167:1 171:11 172:14, 19

173:12, 15, 18
182:21, 25
183:1, 2, 5, 6, 8, 20, 23 184:4, 23, 24 185:2
187:21, 23
189:24 195:25
196:9, 10
197:20, 25
198:1, 8, 10
200:8, 18, 22
204:8 205:11, 25 206:7, 10
207:12, 17, 20
208:12, 13
211:3 212:16
213:3, 10, 12, 15, 17, 24 214:7, 8
215:6, 10, 14, 15, 23 216:11
217:4, 8 218:6
219:2 220:12
222:4, 21 223:9
225:17, 21, 25
226:1, 4, 16, 19, 24 227:10, 13, 17, 24 228:1
229:3 230:8
231:2 233:21
235:3, 4 236:16, 22 237:9, 13, 24
238:16 239:13
241:1 243:23, 25 246:20
250:7 251:16
253:10, 14
254:1, 22, 25
255:14 256:10
257:18, 19
258:15, 17, 23
259:5, 6, 7, 8
261:5, 12, 17, 21
262:22 263:5

**door** 11:12
**doors** 11:8 54:6 201:16
**double** 79:13 88:17 91:13 126:7 137:20 245:4, 5
**Doug** 114:15
**down** 21:22 29:15 57:22 154:7 191:16 204:20 205:8 206:8, 12 213:14 250:10 252:23 256:9
**download** 244:1, 5, 9
**downloaded** 190:23 210:12
**Dr** 146:2
**draft** 218:2
**drafted** 184:18
**drawn** 133:13
**Dripping** 49:21
**drive** 46:12 105:19
**driven** 116:5 162:3
**driving** 46:6, 8
**due** 114:14
**duly** 5:21
**during** 8:21 17:10 35:23 97:1 101:21 115:13 134:17 204:11 218:10

**< E >**

**E** 2:1 3:1, 5 4:1 5:1 115:24 237:10 239:2
**each** 16:12 22:9 32:15 40:2 44:1, 4 47:17 54:7 62:22 71:23 77:16 97:10 105:16 106:3, 4 137:2 169:4 175:14 196:11 202:10, 24 204:1 210:14, 15 211:12 219:25 234:10, 11 242:10 244:22
**Eagle** 80:3, 6 260:7, 9
**early** 79:14
**earn** 148:4, 15, 18 150:7, 8, 9, 12, 13 151:5 160:21
**earned** 133:22
**easier** 69:6
**easy** 253:1 255:8
**EBSCO.com** 71:2
**economic** 175:18 241:25 242:14
**Ed** 50:5 152:20
**edition** 175:5, 7 246:15
**Education** 3:17 83:19, 24 84:18, 23 85:1 99:13, 21 153:10 158:19 160:4 161:3 186:7, 8 187:17 257:16 258:13
**educational** 86:20 87:12, 13 89:11 128:13, 20, 24 129:25 131:23 147:11, 17, 18 155:2 186:21 257:22, 25 258:3, 7, 11, 14, 18, 22, 24 259:3, 10, 14, 18, 23 260:7
**educator** 164:16
**edutopia.org** 3:13 155:19
**effect** 195:21
**effective** 95:2
**effectively** 40:8
**efforts** 202:9
**e-filed** 93:19
**either** 46:8 55:13 63:17 90:4 148:25 161:23 164:6 172:16 187:4 192:1 195:17 213:4 237:20
**elementary** 35:22 39:18 71:3
**else** 20:11, 15 22:14 28:17 32:18, 20 33:5 37:12, 14 39:13 41:2 44:13 45:13 47:6, 13, 18 49:18 52:21 56:3 58:7

60:10 69:16 74:21 75:10 76:2 83:7 84:25 85:7 89:9 90:18 97:6, 8 122:2 130:12, 25 131:4 140:1 143:12 148:10 153:16 162:13 167:8 185:11 194:3 202:23 203:23 207:5, 15 208:2 209:3, 5, 10, 11 211:8 213:6 214:2 221:19 228:7 229:13 236:12 240:2, 8, 15, 21, 24 243:9 246:10, 14, 16, 23, 25
**e-mail** 6:14, 18, 19, 21, 23 7:2 100:12, 13, 24 116:1 117:19, 24 236:14, 19, 20 237:4, 17 239:12, 14, 21 240:10, 15, 21, 23 249:11, 15 252:12 256:7
**E-mails** 3:9 100:5 236:23 240:13, 19
**embrace** 241:22
**emphasis** 165:15, 25
**employee** 90:22
**employing** 86:17
**employment** 90:23
**encouraged** 169:14
**encouragement** 168:25 243:5
**end** 18:15 28:13 59:19 60:2, 11, 23 61:5 62:5, 8 63:19 74:5, 7 132:1 133:2 146:1 168:11, 22 171:17 237:21
**ended** 51:12
**ending** 175:11 215:15
**ends** 62:11
**enforce** 93:8
**enforces** 93:4
**enjoined** 220:25
**enough** 54:16 95:22
**ensure** 16:12, 13, 14, 16 93:20
**entered** 230:21
**entering** 257:6
**entire** 14:15
**entities** 54:10 76:3 83:7 91:22 184:2 220:25
**entity** 21:17, 18 36:4 54:5 57:3 93:21 96:22 196:22 249:8
**entrepreneurial** 50:9
**entrepreneurs** 127:10, 12
**entrepreneurship** 165:9, 18
**environment** 39:2, 6, 8, 22, 24 147:5
**equal** 71:24
**equipping** 47:16
**error** 43:25 44:2 88:9
**ES** 101:4
**especially** 245:6
**ESQUIRE** 2:3, 11
**et** 1:9
**evaluating** 96:21
**even** 25:11 26:6 34:6 43:4 54:5 78:5 101:11 102:5 108:15 113:3 129:21 130:6 131:22 132:15 138:19, 20 141:25 151:1 159:12 160:11, 18 166:21 174:25 189:25 196:4 199:11, 13 207:20 217:9 245:3 256:7
**event** 17:8 32:8
**ever** 8:11, 13 9:3 74:21 93:10 102:10 108:18 120:4 121:8, 24 154:17 173:16 195:19 217:8 220:11 239:20 257:6 260:15
**every** 18:21 25:16, 25 30:19 31:3 85:12 88:3 163:16 169:22 192:16 202:10, 15, 24 203:10 204:2 220:5 236:22 244:20 254:12
**Everything** 38:4 56:3 80:20 139:25 140:1 143:11 171:9 188:19 203:22 204:19 218:18 246:23, 25 247:9 248:6 250:9 255:11
**evidence** 95:22 206:15, 25 209:14 219:5
**evolution** 43:23
**evolved** 247:2
**exact** 9:15 43:18 64:1, 15 104:11 138:18, 19 188:12 206:7, 10 246:7
**exactly** 17:19 25:8 42:25 44:3 45:7 48:15 61:14, 18 64:14, 20 70:8 73:9, 14 90:24 110:5 121:17 123:18 136:18 137:21 144:5 145:3 162:9 261:21

**ex-affiliated** 93:20

**EXAMINATION** 3:2 6:2
**examined** 5:23
**example** 31:6 33:7 34:4 42:20 55:11 62:4, 23 63:5 68:6 72:11 74:8 80:4, 9, 11 91:9 97:14 98:5, 16, 17 105:25 110:2 113:13 114:6 117:3 121:11 123:20 142:20 148:22 149:25 150:25 152:13 153:4, 6 167:13 171:8, 10 172:15, 16 186:7, 10, 20 187:22, 24, 25 192:17 194:22 197:4 202:7 212:4 214:4, 20 221:24 222:1, 3, 4, 5, 11, 24, 25 223:1, 3, 4, 6 225:10, 11, 12 255:22 257:19 263:7
**examples** 42:10, 12, 15 65:5 75:22 98:3, 12 103:5 121:15 152:21 171:12 187:20 214:6, 14 217:3 224:23 225:7 246:1 250:12
**except** 136:1, 20 247:10 248:7
**exceptions** 107:6
**exchanged** 130:13 131:13
**excites** 162:20
**exclusive** 124:15 125:10 127:21 160:23 187:18 189:17 234:12
**exclusively** 234:9
**excuse** 107:16 115:10 182:23 226:11 260:13
**exercise** 132:1
**Exhibit** 3:7, 8, 9, 11, 12, 13, 14, 16, 18, 19, 20, 21, 22, 23, 24, 25 4:3, 4 94:15 100:1, 2, 16 115:24 145:19, 21 146:21 154:1, 2, 11 155:14, 15 157:14, 15 158:14, 15 161:10, 11 164:12, 13 166:7, 8 167:15, 19, 20 170:4, 6 174:5 181:25 182:2 192:2 210:7, 8 216:5 219:10, 11 230:16 235:22, 23 236:2, 3 237:23 238:9, 13 244:12, 13 247:12, 18, 25 248:7, 10, 18, 19 249:4, 5, 11 250:17 256:3 260:13
**exhibition** 74:8 171:17
**exhibitions** 127:11, 13, 23
**Exhibits** 94:16 229:7, 24 233:1 236:14
**exist** 92:1, 6, 13, 19 98:1
**existed** 85:19 156:16
**existence** 81:4 256:23
**exists** 85:19 97:22
**expect** 228:1
**experience** 20:14 22:18 26:23 27:3 29:9, 19 38:10 41:10, 21 46:6, 12 69:7 84:13, 15, 17 85:16 88:5 97:1 104:21 110:15 114:23 115:3 128:24 132:15, 18, 21 142:17 152:20 158:13 168:24 170:3 187:3, 9, 11 217:5 224:20 247:8
**experiences** 12:13 140:24
**experimental** 44:2
**experimenting** 12:14
**experiments** 171:19
**expert** 46:15 172:2, 4
**experts** 235:10
**expiration** 95:2
**explain** 90:13 92:21 210:19 211:9 249:2
**explaining** 121:12
**explanation** 171:22
**exposed** 55:9

< F >
**F** 230:16
**face** 221:5 237:25
**facility** 223:19
**fact** 58:11 59:2, 17 62:1 152:23 174:21 175:23 186:7, 16 187:2, 15 188:1 221:14
**fact-based** 215:25
**facts** 223:5, 9
**factual** 73:7 138:5
**fair** 10:6 12:10, 15, 18, 19, 22 13:3, 14, 16, 19, 21, 22 14:1, 5, 6, 8, 16, 17, 20 15:7, 8 16:21 17:4, 11 18:4,

18, 24 19:1, 5, 7, 13, 24 20:7, 17, 19 30:4, 14, 20 31:1, 4, 8, 16 32:7, 12, 16, 21, 23 33:4, 9, 18 34:6, 12 37:12, 17 92:15 121:14 124:24 125:3, 10, 11, 15, 17, 18, 21, 22 126:2, 3 127:7, 15, 18, 22 128:4 131:4 237:23
**fairingly** 39:11
**fairly** 34:10
**fairs** 20:22 31:23
**falls** 170:19
**familiar** 38:17 62:9 65:4 69:24 70:16 71:19 72:3, 16, 20, 21 93:2, 23 121:16 147:24 148:21 150:6, 10 152:1, 20, 21 157:18, 21
**families** 69:5 103:20, 21 107:22 108:19 109:1, 10 201:17 212:25 239:5
**family** 13:6 14:12, 13, 15 17:18 18:20 34:10, 21 175:17 242:13
**FAQs** 185:14
**far** 106:5, 13 126:20 221:9, 10
**farmer's** 32:10
**fast** 126:22
**federal** 36:22 200:14 234:9 252:19
**fee** 22:21 27:18 28:3, 6, 12, 13, 14 29:25 30:1
**feed** 213:14
**feedback** 88:4, 6, 8, 9, 11 89:14
**feel** 27:8 83:24 161:14 223:14 228:21 231:9 263:7
**feeling** 157:1
**feels** 32:9 132:18
**fees** 22:11, 13 26:22 27:15 28:17 30:2, 3 139:13 261:4
**fence** 18:11
**few** 13:7 40:19 43:25 68:7 146:23 210:13
**fiduciary** 134:22
**Fifteen** 78:21
**figure** 33:3 81:20
**file** 55:20 122:19 196:1 230:19 233:7
**filed** 54:1 76:11 77:4, 22, 23 78:4 120:24 175:24 231:13 232:2 252:3, 4, 5
**files** 56:3 95:11
**filing** 51:12 54:22 76:24 113:8 202:9
**filings** 185:6
**finalized** 99:23
**financial** 221:11, 24 223:16, 17 262:14
**financially** 49:3 139:6
**find** 11:4 85:12 127:2 169:22, 24 213:7 236:17 237:2 238:5
**fine** 11:16 27:13 41:6 43:19 61:16 78:21 99:12 110:9 126:15 138:13 140:8 164:10, 11 167:13 224:1 238:10, 15 254:8, 10 260:4 261:6 263:14
**finer** 228:24
**finish** 205:13
**finished** 16:13, 15
**finishing** 16:12
**firm** 5:13 138:2
**first** 5:21 11:12 12:4, 22 14:23 15:4 17:3, 4 27:23, 25 37:11 40:5, 18, 19 41:12, 17 43:25 52:24 69:2 71:5, 23 77:22 79:10 84:18
98:11, 18 100:24 119:3, 6, 15 133:19 157:22 161:25 162:19 173:11, 12, 15, 16 177:15, 22, 25 178:1, 3 193:2 219:18 238:20 239:3 249:15
**fit** 45:1, 4, 10 81:8 115:10 132:7, 8
**five** 236:4, 5, 10, 24 237:11 238:2
**fix** 206:23 253:1, 3 254:3 255:8
**fixed** 250:5
**Florida** 202:9
**flowing** 41:22
**fluorescent** 40:14
**focus** 35:23 165:9, 18
**focused** 35:21 36:9 84:22
**follow** 168:25 169:14 170:2 229:8, 10, 14, 18 235:14, 18
**following** 54:18 119:17 219:17 230:24 232:17
**follows** 5:23
**Foltz** 87:24
**Foltz-Smith** 88:13 89:6
**food's** 96:11
**footer** 236:4

238:*1*
**footing** 140:2
**FOR** 1:2 5:*11* 6:2, *4* 7:*3* 8:*17* 10:*6* 11:*18* 17:*18*, *20* 20:*19*, *20* 24:2 28:*14* 30:*1* 31:6 32:*3*, *4*, *15* 33:*7*, *23* 34:*4* 35:*19*, *20* 36:*4*, *5* 39:*8* 40:*10*, *12*, *23*, *25* 42:*6* 45:*8* 46:*8* 48:*5*, *6*, *7* 49:*23* 51:*9* 52:*1*, *17* 54:*22* 55:*11* 62:*4* 63:*5* 65:*7*, *15* 66:*24* 71:*23* 72:*11* 74:*8* 76:*20* 78:*13*, *14* 79:*21* 80:*4*, *25* 81:*13*, *23*, *25* 82:*20* 83:*1*, *18* 84:*18*, *21* 89:*1*, *18* 90:*9*, *20* 91:*9* 94:*17* 97:*14* 100:2, *16*, *20* 101:*15* 104:*20* 105:*9*, *19* 109:*9* 110:*2* 112:*5*, *6*, *12* 113:*19* 118:*22* 121:*1*, *2* 123:*20* 126:*9* 127:*10*, *11*, *12*, *13*, *21*, *23* 128:*20* 129:*25* 131:*21* 132:2 133:*23* 135:*19*, *23* 136:*13* 137:*10*, *23* 138:2, *3* 139:2 141:*12* 142:*20* 145:*21* 150:*25* 151:*1* 152:*13* 154:2 155:2, *15* 156:*1*, *20*, *21* 157:*3*, *15* 158:*8*, *15* 161:*11* 162:*19* 164:*13* 165:*10* 166:*8* 167:*20* 169:*4*, *12* 170:*6*, *23* 171:*17* 172:*15* 173:*13*, *14* 177:*13* 178:*1* 180:*24* 182:2 186:*7*, *10*, *20* 187:*18* 188:*4*, *9* 192:*17* 197:2, *4*, *13* 199:*4*, *8* 201:*4*, *9*, *15*, *22* 202:*7* 210:*8* 215:*4* 217:*6* 219:*11* 222:*11* 224:*18* 228:*10* 235:*20*, *23* 244:*13* 246:*20*, *23* 248:*7*, *19* 249:*3* 252:*19*, *25* 253:*1* 255:*22* 257:*16* 258:*18* 259:*15* 263:*7*
**forcing** 224:*15*
**forget** 126:*16*, *17*
**forgetting** 25:*20* 51:*5*
**forging** 241:*23*
**Forgive** 143:*18*
**forgot** 9:*17* 46:*20* 124:*20*
**form** 19:*15* 29:*13* 36:*16*, *18* 37:*15*, *25* 40:*1* 41:*9* 42:*4*, *5*, *24* 44:*21* 45:*16* 46:*14*, *25* 47:*19* 49:*13* 50:*3*, *12*, *15*, *21* 51:*4*, *19*, *24* 52:*9* 53:*6* 54:*12*, *17* 55:*7*, *14*, *22* 56:*4*, *12* 58:*8*, *14* 59:*5*, *21* 60:*19* 62:*6* 63:*7*, *13*, *20* 64:*2*, *5*, *12*, *16* 65:*13*, *19* 66:2, *10* 67:*3*, *7*, *18* 68:*1*, *13* 69:*12*, *22* 70:*14*, *21* 71:*10* 72:*15* 73:*15*, *23* 74:*13*, *23* 75:*4*, *20* 76:*6*, *15* 78:*7* 79:*18*, *25* 82:*14* 83:2, *10* 84:2, *7*, *20* 85:*3* 86:*1*, *22* 89:*19* 91:*4* 92:2, *7*, *20* 95:*13*, *19* 97:*20* 98:*21* 99:*9*, *15* 101:*17*, *24* 102:*7*, *12*, *20*, *25* 104:*1*, *8*, *19* 105:*11*, *17* 107:*18* 108:*1*, *20* 109:*3*, *12*, *21* 110:*22* 111:*4*, *12* 112:*3* 113:*9* 114:*9*, *17* 116:*19* 117:*1* 118:*9*, *16* 119:*19* 120:*7*, *14* 121:*10* 122:*4*, *15* 124:2, *11*, *17* 125:*13* 126:*4* 127:*25* 128:*6*, *14*, *21* 129:*3*, *16*, *22* 130:2, *7*, *21* 131:*8* 132:*3* 136:*5*, *17* 137:*9*, *11* 141:*14* 143:*17* 144:*19* 145:2, *12* 149:*9*, *18* 150:*3* 151:*13*, *22* 152:*25* 153:*11*, *22* 154:*20* 155:*4* 156:2 158:*1* 159:7 160:*6*, *13*, *25* 161:*6* 162:*15* 163:*3*, *6*, *17* 164:*20* 165:22 166:*3* 167:*11* 168:*16* 172:*1*, *11* 176:*1*, *21* 177:2, *8* 179:*13* 180:2, *17* 181:*11* 182:*24* 184:*17* 185:*1*, *12* 186:*24* 187:*5* 188:*3*, *13*, *21* 189:*12* 190:*4*, *23* 192:*4*, *13* 193:*15* 194:*19* 196:*25* 197:*24* 198:*9*, *15* 199:*1*, *6*, *10*, *18*, *22* 200:*17* 201:*1*, *12*, *23* 202:*19* 203:*1*,

12 204:3 205:10 206:24 207:16 208:4, 7, 18 209:6 212:2, 15 213:9, 20 214:3 215:8, 13 216:3, 9 217:11, 23 218:20 220:7, 13 225:9 226:13, 22 227:7, 16 229:15 230:22 231:7, 14 232:3, 6, 24 233:8 234:21 235:2 239:9, 16, 22 240:3 242:16, 23 243:12 244:24 245:23 246:4 248:15 251:6 253:9, 18 254:21 255:13 256:13, 19 261:25 262:5, 10, 16
**formal** 13:5
**formally** 11:18 50:17
**format** 20:9
**formed** 256:11
**formerly** 221:14
**forms** 172:8
**formula** 68:7
**forth** 115:13 219:21
**forward** 114:4, 7 261:1
**fostering** 43:2
**found** 244:22 246:11 247:11 248:9
**foundation** 50:4, 5, 8
**foundational** 45:19
**founded** 11:8 134:3 209:5
**founder** 211:25
**founders** 11:6 185:15 205:21
**Founding** 11:14 79:11
**four** 111:8 236:9, 24 237:11
**framework** 75:15
**franchise** 22:4, 6
**franchisees** 21:18, 23
**free** 27:8 155:2 161:14 225:19 228:23 235:6
**freedom** 147:4 175:18 241:25 242:14
**Friday** 1:16 100:13
**friend** 211:11
**friends** 12:21 13:24
**from** 3:13, 16 5:13 6:11 12:3 13:11 17:13, 20 18:22 36:21 37:20, 21 38:5, 6 39:3, 22 42:18 43:10, 15 45:8, 9 47:6 49:3 51:7 57:2, 19 71:20 72:5 76:8 81:10, 22 82:1, 3, 7 85:15, 16 86:16 88:8 90:3 91:2, 5 96:8 100:13, 24, 25 102:14 103:9 107:21 110:20 112:13 114:23 115:21 116:1, 18 117:8 123:12 127:19 131:22, 25 139:6 143:23 146:1 147:7 148:8, 10, 12 153:6 154:14 155:20 156:23 157:25 158:18 161:19 167:24 170:23, 24 174:18 175:3 185:14 187:3, 9, 10, 11, 25 188:2, 23 190:24 191:23 195:17 196:8, 11 200:16 202:25 206:22 211:21 213:11, 14 218:3 220:12, 16 224:9 225:22 230:3 238:21 239:3 240:25 244:1 245:10 247:10 248:23, 25 249:9 250:8, 12, 14 252:12 253:24 255:25 264:3
**front** 100:12 176:2 251:4
**full** 6:4 48:8 100:25 237:16, 17
**fully** 23:12
**function** 39:9, 12 136:10
**fundamental** 85:13
**funds** 50:8
**funnel** 115:4, 5 221:22
**fussing** 179:18
**future** 214:8

**< G >**
**G** 5:1
**gave** 65:5 75:22 98:12 113:19 121:11 139:3 146:7 167:13 214:4 222:25 224:3
**general** 18:14 19:7 25:6 31:23 35:7 43:22 47:11 97:13 223:19
**generally** 17:19, 25 18:1 35:17 44:4 73:5 113:4 123:21, 22 141:13, 16, 17 146:22 150:15 169:24, 25 170:2 171:24 185:6
**genius** 85:12, 25 86:4, 9, 12, 13 257:19
**geniuses** 85:21,

24 257:16, 20
**gentleman** 87:16
**geographic** 112:14
**geographically** 111:9 112:1
**geographies** 112:11
**geography** 110:21
**get** 8:25 9:20 16:19 18:13 20:8 25:6 27:24, 25 32:13 35:7 43:22 44:9 46:19 48:23 55:1, 23 82:20 88:8 91:1 94:11 115:10 121:21 131:24 132:1 133:19 134:19 149:15, 16 150:7, 14, 16 151:6 152:17 158:25 197:17 217:17 223:4 224:5 233:11 234:18 238:20 254:11
**Getting** 15:6 19:5, 13 20:5 26:8 72:7 191:4 202:12 252:25 260:1
**gift** 175:14 242:10
**gifts** 168:3 241:21
**gigantic** 69:8
**girl** 34:4, 25
**give** 6:13 8:6 54:21 55:22 60:3 66:6, 25 67:10 88:4, 11 89:14 108:11 126:12, 22 152:1 153:9, 13 167:6 194:21 197:6 223:24 224:16 228:9
**given** 8:11 9:3 20:19 29:15 131:24 139:15 142:10, 11 233:13 239:3
**gives** 54:16
**giving** 6:11 19:23 46:5 121:2 142:1 152:4, 14 153:17, 20 225:6
**glad** 253:1
**go** 29:12 32:7 36:20, 23 37:1 42:14 46:17 53:21, 22 70:6 71:15 73:20 76:14, 19, 20 77:15 106:6 110:3, 4 112:21 114:3, 7, 25 115:3, 7 126:6 131:24 154:5 157:3 169:22 171:15 177:19, 22 191:16 205:19 206:4 209:22 213:6 218:23 220:12 224:9, 18 225:18 230:15, 16 233:6 237:2, 20 243:24 244:19 247:21 250:9 252:1 261:1 264:1
**goal** 209:18, 20
**goes** 10:9 168:6 232:23 234:25 235:7 244:22
**going** 7:24 12:9, 16, 17 20:18 25:16 30:4, 25 55:2 60:1 64:10 72:4 75:7 78:13, 14 83:24 91:12 94:15 95:10 99:25 101:21, 22 107:15 109:18 110:9 112:20 114:7 115:15, 18 122:5, 6 123:17 126:9, 14 136:24 140:1 145:19 146:14 153:25 155:14 157:14 158:14 161:9 164:11 166:6, 11 167:8, 19 169:22 170:4 173:19 174:5 185:20 186:5 188:24 190:22 197:5 198:18 203:9 204:1 209:22 210:6, 11, 16 220:10 221:5 222:20, 21 224:23 229:7 234:3 235:22 237:20 238:12, 14 239:1 240:18 244:11 248:18 252:23 253:2
**gone** 76:22 125:1 203:23 249:16
**good** 26:11 27:12 62:22 163:19 172:7 181:5 191:10 211:11 214:22, 25
**goodwill** 211:14
**Google** 6:23
**gospel-oriented** 50:8
**got** 7:8 9:15 10:1 16:11, 19 26:12 29:6, 22, 25 30:1, 15 33:5 42:21 44:1 46:16 51:13 54:21 63:22 93:4 94:25 105:2 106:5 107:12 130:19 131:21, 22 132:16, 25 148:12 150:18 151:9 153:6 159:1 162:9 177:20 193:8 195:22 197:14 222:10, 18 229:8 231:12 237:4 245:10

247:19, 24 250:10 252:24
**Gotcha** 100:19
**gotten** 151:2
**Governance** 26:20, 22 27:16, 17 28:8, 10 30:19, 24 119:22 133:14
**governing** 101:13 168:20
**grab** 177:13
**grade-based** 152:21
**grades** 151:19, 20 152:2, 5, 14, 19, 23 153:9, 13, 17, 20
**grant** 181:18
**granted** 234:8
**grants** 181:19
**Great** 27:4 48:1 91:13, 16, 18, 23 94:22 116:4 140:19 141:1, 5, 10, 12, 15 142:4 143:2, 4 144:2, 4 145:1 162:22 174:17 259:8
**green** 7:12
**grew** 40:19, 25
**ground** 202:5
**group** 15:12 19:14 31:17 33:5 40:23 108:6 131:20
**groups** 41:1, 12
**grow** 174:17, 18, 19 241:7, 10 243:10 244:23 246:17 247:2, 12 248:10
**guardian** 35:15
**Guatemala** 87:18 89:4
**guess** 73:11 76:1 91:15 98:7 128:22 131:17 163:19 195:25 197:10 208:13 211:25 215:17 234:4 237:7 250:21
**guessing** 141:17 225:25
**guest** 163:12
**guidance** 243:7
**guide** 44:8, 22 45:1, 4, 6, 9 47:3 63:3 93:25 156:16, 20, 21, 24 241:7, 15, 19 242:25 243:6 247:15 248:13
**guidelines** 32:4, 14, 15, 22
**guides** 44:19, 20 145:10, 14, 17 147:6 155:19, 25 187:16 258:2
**guiding** 45:12
**guy** 211:10

**< H >**
**H** 3:5 4:1
**Haddow** 134:16
**half** 51:2
**hand** 60:3, 5, 6, 7 65:24 135:5 167:19 210:6
**handed** 154:8
**handful** 151:15
**hands** 98:13 171:10
**hands-on** 168:1 171:19, 20
**hanging** 18:11
**happen** 11:7 113:19 172:8 176:3 225:7 226:20 228:10 234:1
**happened** 76:25 95:22 113:19 223:2 226:18, 24 239:4
**happening** 67:21 84:16 98:6 220:12 225:8
**happens** 20:16 39:24 41:24 42:2, 3 66:10 115:8 128:23 163:15 164:11 171:10 223:1 228:3
**happy** 36:20
**hard** 7:17, 18 17:19 40:11 45:24 75:6 94:6 180:24
**harm** 102:24 103:2, 4, 8, 16, 23, 24 111:7 203:5, 9, 18 214:8 220:11, 22 221:5, 9, 20 223:11 262:9, 14
**harmed** 221:19
**hasn't** 185:8 233:15
**haven't** 7:2 20:17 40:23 47:8 56:19 57:14 86:6 89:7 107:21 112:23 113:5 155:5 195:16 196:14 201:22 204:20, 22 214:12 215:16, 17 225:21, 24 261:21
**having** 5:21 7:17, 18 26:9 60:10 84:25 90:4 105:14 107:11 112:23, 24 154:12 189:19 212:11 228:15
**Hayward** 71:4
**he** 8:17 14:10 24:11, 13, 14, 16, 19 49:4 51:12 72:5, 6 80:19, 20, 23 82:19, 21, 22, 23 87:17, 19 89:21 90:2, 3, 8, 19, 20 101:18, 19, 21, 22 102:2, 4, 5, 18 103:9, 14 108:12, 15, 18, 25 117:20 118:19, 21 119:17 133:5, 16, 17, 19, 21, 25 134:2, 4 136:11 139:2, 3, 15, 17 154:7 157:22

179:9 184:12, 14, 15 187:11, 12 203:15 204:7 206:20 207:1, 4, 10, 14, 20, 23, 24 208:1, 2, 6, 11, 15 209:10 211:11, 17, 25 212:13 213:11 217:16, 19, 20, 21 218:12, 25 223:10 240:15, 18, 21 241:19 243:17 244:5 247:15 248:12, 13 253:3, 19 254:13 256:24 257:2 260:15, 23 261:3
**head** 5:24 35:20 36:3 209:12
**headquarters** 26:13, 14, 15
**hear** 36:13 213:21
**heard** 69:23, 25 70:2, 9 71:12 80:14 93:1 112:23 148:20 152:4 209:21 219:3 223:7, 9 256:9
**hearing** 7:17, 18 246:5, 8
**held** 17:22 20:22
**help** 20:13 21:21 88:11 94:14 106:4 168:2 207:1 234:13
**helped** 36:10 83:1 85:4 87:21 88:1 89:18 205:22
**helpful** 87:17 89:21
**helping** 89:23
**helps** 89:14, 16 149:7, 10
**her** 34:15 46:17 121:2 146:22 154:8 156:23 204:14, 15 208:21 209:7 220:14, 16, 19 233:11, 13 236:25 237:2 238:6 251:13 261:22
**here** 9:10 10:1 26:25 48:5, 6 53:23 71:14 73:4 89:6 94:11 95:20 96:12 112:19 118:20, 25 119:2 123:17 126:22 146:4 160:10 161:24 164:16 166:13 167:13, 25 177:20 181:23 184:24 194:1 219:21 221:6 229:11 231:19 241:1, 4 243:11, 24 249:18
**hereby** 181:19
**here's** 67:14 94:14
**hereto** 178:7
**hereunder** 234:8
**hero** 46:18 158:8 159:5, 17 160:22
**Heroes** 159:2, 6, 18, 19, 23, 24 160:1, 5, 8, 12, 20, 24 161:4
**Hero's** 3:15 157:19, 24 158:4 164:17 165:3 166:14, 17, 19, 21, 25 167:9 186:10 241:20 257:24
**he's** 24:8, 13, 20 52:5 81:19 87:18 90:1, 6 94:20 108:14, 17 119:25 133:6, 23 134:6 136:9 139:16 187:9 202:4 203:9 204:1 211:10 217:16 222:10
**hey** 25:15 77:10 89:9 108:19 122:11 206:22 217:21
**hi** 249:18
**high** 141:17, 24, 25
**higher** 150:14 152:20
**highlighted** 206:5 252:3, 24
**highly** 105:19
**Hill** 261:13, 15, 16
**him** 24:18, 22, 24 25:2, 16, 25 52:5 102:10, 23 108:11, 22 114:1 118:24 133:10, 13 134:1 135:23 136:3 137:21 167:6, 7 184:15 204:4 206:23 207:24 209:13 213:4 218:13 232:21 243:23 260:19
**hired** 135:24
**his** 8:18 87:17 90:3, 4 118:18 119:25 133:22 134:3 136:10 137:4 187:3, 9 208:3, 10
**Historical** 81:19
**history** 82:7
**hit** 154:9
**Hobbs** 51:9 52:14, 15
**Hold** 201:14 210:20 211:18
**holding** 127:11 189:15
**home** 8:6, 7 20:23
**homes** 49:23
**Hometown** 49:20 50:24
**hone** 88:1
**honest** 263:9
**honing** 89:22

**hope** 17:16 212:23 239:4
**hoping** 94:9, 13 157:2
**host** 17:18 18:21 127:17
**hosted** 17:15 18:20 20:24
**hosting** 32:18
**hour** 78:13, 15, 17 126:9
**hours** 14:21, 23 32:3 66:11 75:16 126:22 137:1
**house** 10:19 40:7, 8, 20 49:4, 10, 11 131:23
**How** 10:16 11:22 12:9 13:3 17:18 21:16 22:13 25:2, 8, 11 26:18 27:17 29:7 32:4 41:2 42:19, 20 44:9, 19 48:15 50:25 51:20, 25 52:5 59:25 62:20 66:11 73:18, 20 74:4, 5, 6 80:23 93:4, 7, 8, 14, 20 104:2 106:13 110:5 119:22 126:14, 20 127:3 129:13, 20 132:7, 8 133:10 134:19 136:11 137:3 140:6 141:13 149:24 153:3 159:2 179:3 189:23 198:7 213:7 221:19 232:5 242:24 254:18 256:8, 10 258:18 262:3, 13
**however** 151:16 178:18
**hundreds** 151:15
**husband** 49:3 51:9 53:5, 17 80:24 81:22 86:21 87:7, 15 100:5, 13 101:11 109:9 113:22 116:8 202:8, 15, 23 203:8 204:1 238:21 240:7 241:14 242:20
**husband's** 8:16, 22 24:6 51:17
**Hwy** 2:13
**hypothetical** 70:22, 24 111:23 129:13 132:14 143:21 144:1 225:6
**Hypothetically** 86:5 143:14

**< I >**
**I'd** 15:13 104:3 126:7 148:2
**idea** 11:15 14:10, 11 34:21 39:20 42:22 43:1 54:10 57:21 81:6 94:22 138:15 147:21, 23 148:1
**ideas** 11:18 12:14 73:5
**identical** 75:23 205:25
**identification** 94:17 100:3 145:22 154:3 155:16 157:16 158:16 161:12 164:14 166:9 167:21 170:7 182:3 210:9 219:12 235:24 244:14 248:20
**identify** 5:10
**if** 9:4, 17 10:1, 5, 11 11:11 13:5 15:19, 22 16:12 18:16 21:12, 15, 23 22:4, 19, 24 25:11 26:10 27:20 28:5 29:2 30:10, 21 32:18, 20 33:5, 16, 25 36:12, 20 39:16, 17 41:18, 22 44:14 45:8 47:25 48:1 49:6, 7 51:6 52:25 53:9, 12, 21 55:1, 4, 8, 11 62:7 63:14 70:18, 22, 23 71:13 72:13, 20 75:3 90:13, 16 92:23 93:7 94:6, 21 99:24 100:12 101:4, 18 102:2 103:20, 21 108:8 109:13, 14, 25 110:3 111:17 114:20, 24 115:3, 9, 20, 25 116:15, 20 117:2, 8, 13, 14, 19, 20 118:3 119:25 123:3 124:6, 7 126:8, 10, 13 128:10, 18 129:1, 7, 15, 20 130:16 131:3 132:15 137:18 138:4 139:12 142:22 143:12 146:14 148:24 149:5 153:4, 5, 16 155:5 159:12 160:11, 18 161:3 162:7 166:1 167:8, 23 169:21 177:19, 22 178:23 180:9 181:17 183:1, 8, 19, 20 184:12, 14 185:2 187:6, 9, 11 189:19 191:16 192:5, 17 193:22 194:2, 20 195:18 196:4, 10, 21 197:5, 8, 22 198:8 200:21 207:20 208:1 213:4 214:8 218:17 220:12 221:19

224:*19* 226:*20*, *23* 227:*2*, *22*, *23* 228:*15*, *24*, *25* 230:*7*, *15*, *16*, *25* 231:*2* 234:*24* 235:*6* 236:*17*, *23* 237:*20* 238:*5* 240:*14* 241:*10* 244:*1*, *3*, *5*, *19* 246:*11*, *15* 250:*18* 256:*9* 260:*21* 261:*17*, *18*, *21* 263:*8*

**I'll** 5:*9* 9:*7* 16:*14* 21:*13* 40:*6* 41:*10* 64:*24* 75:*5* 93:*17* 142:*22* 178:*6* 193:*4* 194:*16* 206:*23* 221:*20* 223:*24* 224:*16* 248:*22*, *25* 250:*11* 263:*14*

**illegal** 130:*16*

**I'm** 5:*16* 7:*7*, *16*, *24* 8:*16* 12:*16*, *17* 13:*25* 15:*11*, *19*, *23* 16:*12*, *13* 17:*16* 18:*13* 19:*12* 20:*1*, *4*, *5*, *18* 21:*8*, *11* 22:*18* 25:*4*, *7*, *20* 26:*15* 27:*12* 29:*14* 30:*9*, *18* 32:*1*, *13*, *25* 33:*3*, *13*, *19* 34:*19* 35:*3*, *7*, *21* 36:*12*, *14*, *20* 37:*22* 40:*6*, *9* 41:*1* 42:*9* 43:*19*, *20*, *22* 44:*9* 46:*15* 47:*12* 48:*24* 49:*2* 50:*16* 51:*5* 52:*6*, *10* 53:*14*, *23* 54:*7*, *18*, *19* 55:*1*, *16*, *21* 56:*5* 57:*17* 59:*6*, *11*, *14* 60:*25* 61:*3*, *8*, *9*, *10*, *13*, *19* 62:*9* 63:*14*, *21* 64:*17* 65:*4*, *10*, *11* 66:*5*, *22* 67:*19* 68:*3* 69:*24* 70:*15* 71:*1*, *19*, *20* 72:*2*, *4*, *16*, *19*, *20* 73:*8*, *18* 74:*17* 75:*7*, *11*, *14* 76:*19* 77:*24* 78:*8* 80:*2*, *5*, *7*, *21* 81:*16* 83:*20*, *23* 84:*6* 86:*5*, *23* 87:*6*, *7* 90:*21* 91:*5*, *12*, *20*, *25* 92:*3*, *10*, *14*, *25* 93:*9*, *23* 94:*9*, *10*, *12*, *15* 95:*2* 96:*5*, *7*, *8*, *9* 98:*6*, *7*, *10*, *17* 99:*25* 100:*18* 102:*15* 103:*21* 104:*15*, *24* 106:*12*, *24* 107:*8* 109:*13*, *15* 110:*4*, *6*, *14* 111:*18* 112:*12*, *19*, *21* 113:*2*, *3*, *5*, *17*, *20*, *21* 114:*6*, *8*, *10*, *23* 115:*15* 118:*18* 120:*8* 121:*2* 122:*5*, *6* 123:*20*, *21* 124:*3* 125:*6* 126:*16*, *17* 128:*1*, *10*, *15*, *16* 130:*11*, *17* 131:*12*, *17* 132:*11*, *19* 133:*15* 137:*16*, *22* 138:*4*, *6*, *10*, *12*, *19* 139:*21* 140:*20* 141:*8*, *10*, *16*, *17*, *25* 142:*1*, *3*, *25* 143:*13* 144:*14*, *22* 145:*19* 146:*14* 147:*12*, *15* 148:*3*, *14* 149:*1* 150:*5*, *10*, *21* 151:*4* 152:*1*, *11*, *19*, *21* 153:*1*, *25* 154:*11* 155:*14* 157:*14* 158:*14*, *22* 159:*11* 161:*9*, *17* 164:*5*, *11*, *22* 166:*6*, *11* 167:*19* 169:*18* 170:*4*, *25* 172:*2*, *19* 173:*19* 174:*3*, *4* 178:*18*, *19* 179:*18* 180:*3*, *23* 181:*12* 183:*7*, *18*, *24* 184:*4*, *14* 185:*5*, *20* 186:*5* 188:*18*, *22*, *24* 190:*19*, *21* 191:*4* 192:*9*, *16*, *22* 193:*16* 194:*14*, *20*, *21*, *22* 195:*20*, *24* 196:*9* 197:*4*, *5*, *16*, *19* 198:*6*, *17*, *21*, *22* 199:*16* 200:*3*, *12* 203:*20* 204:*7*, *15*, *16*, *18* 206:*17* 208:*20*, *23*, *25* 209:*8*, *12*, *14*, *15*, *21* 210:*6*, *11*, *16* 212:*3*, *23* 213:*24* 214:*7* 215:*24* 216:*25* 218:*8* 220:*20* 221:*21* 222:*14*, *24* 223:*8*, *14* 224:*5*, *6*, *7* 226:*17*, *18* 227:*19* 228:*14* 229:*4* 230:*8*, *11*, *23*, *24*, *25* 231:*1*, *3* 232:*12*, *14*, *16*, *18*, *20* 233:*2* 234:*4*, *13* 235:*9*, *12*, *13*, *21*, *25* 236:*11*, *20*, *21* 237:*6*, *8*, *20*, *22* 238:*8*, *11*, *14* 240:*14*, *18* 242:*4* 244:*11* 245:*24* 246:*7*, *13*, *20* 247:*4*, *17* 248:*1*, *18* 249:*2* 251:*18* 255:*18* 256:*8* 257:*14* 258:*25* 259:*19*, *25* 260:*17*, *21* 261:*11*

**imagine** 43:*24* 75:*6* 86:*6*

**impact** 213:13, 18, 25 223:17
**implement** 123:4
**implementation** 172:9
**implicit** 24:9, 12
**improper** 226:21 227:5, 13, 15, 22 228:9 229:2
**Improperly** 182:15, 18, 19, 22 184:3, 25
**impropriety** 228:15
**Inaudible** 8:24 16:4, 10, 15 22:16 24:3 28:18 29:13 32:24 33:9 34:25 35:1, 11 36:11, 18, 19, 21, 22, 23 38:17, 18 39:2 43:5 44:5 47:25 48:4, 12 88:15 147:25 164:23 174:2 196:6, 7, 19 201:13 202:2 204:17 208:19 222:14 228:2 236:7 251:7
**in-charge** 113:14
**incidents** 93:10
**include** 131:15 147:18 191:19
**included** 65:21 75:10 113:15 190:6, 11
**includes** 61:11 90:23 119:25 241:20
**including** 98:9 113:21 116:4 143:11 191:1 220:24
**incorporated** 47:14
**incorporating** 165:3 209:18
**independent** 22:9 144:6 241:22
**independently** 39:9, 13 191:24
**in-depth** 29:10
**indirectly** 190:24
**individual** 22:8 26:9 35:19, 20 39:24 93:21 137:2 156:22 171:21 187:20, 21
**individually** 89:16
**individuals** 134:20
**Infinity** 146:3
**inform** 239:5
**information** 10:10, 11 66:11 98:4, 13 112:16 182:13 190:22 191:13, 15, 17, 19, 20, 25 192:9 193:11 196:23, 24 222:12 243:5 255:24 256:6
**infringement** 93:11
**initial** 38:14
**injected** 46:4
**injunction** 51:13
**injury** 220:23 221:25
**innovative** 186:21
**inspire** 186:8
**inspired** 186:11, 13, 17, 18, 19 188:9
**inspiring** 186:21
**instance** 95:25 96:6, 9, 10, 11 107:9 255:19
**instances** 95:11
**instead** 156:22 172:13 228:11 241:6
**Institute** 84:22
**instituted** 234:9
**institution** 155:2
**instrumental** 87:23 89:23 185:16
**integrating** 164:17
**intellectual** 93:5 141:2, 6 142:9
**intend** 263:3
**intent** 254:1
**intention** 254:2
**intentionally** 255:19
**interest** 181:1
**interested** 83:8, 13
**interesting** 132:17 146:8
**interim** 101:21
**interpret** 242:24
**interrupt** 7:16 12:17 27:14
**Interview** 3:11 146:5, 13 207:23, 24
**interviews** 146:9
**into** 91:1 105:10 113:15 152:17 163:12 164:17 165:3 166:14 206:20 209:18 217:17 230:21 257:6
**invent** 59:7 148:7
**investigated** 202:15, 23
**investigation** 113:7, 12, 14, 18, 20, 22 114:2
**invited** 12:23 13:20
**inviting** 13:24 14:1
**involved** 22:18 23:12 24:6, 8, 11 35:21 49:12, 14 50:17 51:17, 22 52:1, 6 87:4, 8, 9 110:7 118:23 121:25 141:17 142:2 144:10, 16 215:17
**involvement** 50:20 84:25 140:16 144:25

**IP** 91:*15*, *23* 95:*6*, *12* 140:*22*
**irreparable** 220:*11*, *22* 221:*5*, *8* 223:*10*
**Isn't** 58:*16* 82:*24* 162:*12* 203:*5*, *8* 206:*19*, *22* 212:*14* 223:*18* 224:*6*, *7*, *8*, *13* 228:*21* 244:*20*
**issue** 221:*16* 224:*17*
**It'd** 15:*12*
**items** 31:*18*, *20* 33:*6* 34:*24*
**its** 11:*8* 33:*4* 38:*14* 79:*16* 86:*10*, *19* 93:*5* 124:*21* 138:*16* 140:*19* 145:*7* 152:*24* 160:*24* 162:*13* 172:*9* 174:*15*, *23* 182:*6* 205:*17* 213:*25* 227:*3* 245:*11*
**It's** 6:*16* 9:*10* 11:*1* 17:*19* 19:*3*, *17*, *22* 20:*14* 21:*19* 22:*2*, *4* 24:*18* 27:*22* 28:*19* 29:*19*, *22*, *24* 30:*10*, *12*, *22* 31:*19* 32:*3*, *6*, *9*, *17*, *18* 33:*22*, *24* 34:*2*, *4*, *6*, *10* 36:*19*, *21* 40:*2*, *11* 41:*3* 42:*1*, *17* 44:*11* 47:*16* 48:*19* 49:*23* 53:*7* 55:*19* 58:*17*, *19*, *20* 59:*1*, *2*, *16*, *17*, *18* 60:*20* 61:*21*, *24* 63:*8*, *14*, *21*, *22*, *25* 64:*9*, *14*, *15*, *21* 65:*8*, *14*, *18*, *20* 68:*8*, *9* 70:*8* 71:*6* 74:*4*, *9*, *18* 75:*6* 76:*19* 81:*17* 84:*6* 86:*11* 88:*13* 90:*4* 91:*1*, *3*, *5* 92:*23* 93:*17* 95:*6*, *17* 98:*1* 103:*22* 105:*2*, *8* 106:*6* 114:*24* 115:*4*, *11*, *16* 120:*2* 123:*23*, *25* 125:*9*, *10* 127:*20* 128:*7*, *8*, *18*, *19*, *22* 129:*25* 130:*16*, *19* 132:*17* 134:*2* 135:*15* 136:*25* 138:*23* 139:*23* 140:*19* 141:*10* 142:*10*, *11* 144:*2*, *4*, *5* 146:*1*, *8*, *9*, *22* 148:*11* 151:*10* 152:*16* 155:*2* 156:*13* 159:*2*, *5*, *17* 160:*18* 161:*16* 162:*8*, *9*, *21*, *23* 163:*22* 166:*22* 167:*6* 169:*14* 171:*19* 172:*12* 173:*6* 174:*5* 176:*10*, *13*, *16* 177:*23* 178:*20* 180:*7*, *11*, *24* 182:*6* 183:*18*, *21* 185:*19* 186:*18* 188:*4* 190:*5*, *11*, *13*, *18* 191:*10* 192:*6* 193:*19* 195:*22*, *25* 201:*8*, *15* 203:*18* 205:*8*, *23* 206:*1* 207:*8*, *17* 208:*3*, *10*, *14*, *25* 209:*1*, *20* 211:*13* 212:*24*, *25* 213:*1* 214:*1*, *8* 215:*6*, *11* 220:*14* 221:*2* 223:*3* 224:*19*, *21* 226:*24* 227:*13* 230:*7*, *15*, *16* 231:*11*, *12*, *24* 233:*10* 236:*5*, *9* 237:*3*, *16*, *18*, *25* 244:*17* 245:*8*, *9* 246:*1* 248:*3* 251:*22*, *23* 252:*9* 253:*1*, *16* 254:*11* 255:*7*, *23* 257:*16* 258:*20* 259:*19*, *22* 260:*4*, *10* 261:*11*, *18* 263:*16*
**itself** 36:*9* 82:*5* 253:*24*
**I've** 6:*16* 9:*15*, *22* 10:*11* 36:*10* 51:*6* 56:*6*, *10*, *13* 61:*8*, *10* 63:*15* 69:*24* 93:*2* 131:*20* 134:*20* 174:*1* 183:*21* 193:*16* 206:*18* 214:*5* 223:*7* 231:*18* 234:*16* 252:*24*

**< J >**
**Jackie** 261:*13*, *15*, *16*
**Jacob** 133:*4* 135:*15* 139:*1*
**Jake** 133:*16* 137:*3* 139:*14* 202:*4* 206:*16* 225:*24*
**January** 23:*10*, *11*, *21* 27:*2* 115:*16* 133:*25*
**Jeff** 8:*23* 14:*11* 15:*24* 44:*15* 48:*10* 49:*10* 89:*8* 100:*25* 108:*5*, *9*, *10* 113:*14*, *22* 116:*1* 117:*18*, *24* 135:*7*, *8* 137:*21* 139:*3*, *10*, *24* 184:*10* 202:*3* 206:*16* 215:*18* 217:*10*, *12* 218:*10* 221:*22* 222:*9* 223:*10* 225:*24* 241:*13* 242:*8*
**Jeff's** 81:*4* 87:*19* 139:*16*

**JL** 135:*10*, *12*
**job** 136:*1*
**Johnson** 8:*8* 48:*17*
**join** 213:*5*
**joined** 50:*23* 51:*1*
**jointly** 53:*10*
**Jordan** 144:*24*
**Joseph** 3:*14* 157:*18*, *25* 166:*23* 167:*3*
**Joshua** 260:*18*
**Journey** 3:*15* 157:*19*, *25* 158:*4* 164:*17* 165:*3* 166:*14*, *17*, *19*, *22*, *25* 167:*9* 186:*10* 241:*20* 257:*24*
**journey's** 62:*1*
**Juan** 87:*16* 88:*13* 89:*8*
**Juan's** 89:*4*
**Judges** 20:*19* 21:*4* 51:*13*
**jujitsu** 261:*18*, *19*
**July** 77:*4* 249:*15*, *25* 256:*7*
**jump** 84:*3* 190:*22*
**June** 247:*10*
**jurisdiction** 234:*12*
**jurisdictions** 229:*23* 232:*15*, *22*
**Just** 7:*9*, *10*, *24* 12:*14*, *17* 13:*6*, *25* 14:*4*, *5*, *12*, *13*, *20*, *25* 15:*19* 17:*20* 18:*13*, *19*, *20* 19:*5*, *12* 20:*1*, *4*, *21* 22:*23* 24:*13*, *20* 25:*4*, *5* 26:*6*, *25* 27:*12* 28:*18* 30:*14*, *20* 31:*16* 32:*7* 33:*1*, *8*, *13* 34:*20*, *23* 35:*3*, *19* 36:*15*, *16* 41:*1*, *19* 42:*2*, *15*, *17* 43:*22* 46:*10*, *22* 47:*16* 48:*5* 49:*25* 50:*1* 54:*15* 55:*13*, *18*, *20*, *22* 58:*23* 60:*25* 61:*3*, *14* 63:*21* 64:*9* 65:*5* 66:*4*, *13* 68:*23* 69:*5*, *6* 70:*15*, *23* 71:*1*, *20* 72:*4*, *5*, *20*, *25* 73:*5* 74:*9*, *17* 75:*5*, *8*, *11*, *12*, *14*, *24* 77:*24* 79:*15* 80:*20* 81:*6*, *8*, *16* 84:*5* 85:*17* 86:*17*, *20* 87:*6*, *11* 91:*3* 92:*10* 93:*1* 94:*6*, *10*, *14*, *24* 100:*16* 101:*12* 102:*5*, *23* 107:*8*, *11* 108:*10*, *14* 109:*5*, *15*, *16* 111:*13* 113:*5* 114:*23* 116:*23* 117:*11* 118:*4* 122:*6* 123:*21* 125:*3*, *16*, *20* 126:*9*, *12* 128:*11* 129:*2*, *25* 131:*9*, *22* 132:*4*, *17* 134:*7*, *20* 135:*5* 138:*3*, *10*, *22* 139:*22* 140:*20* 143:*1* 146:*20* 147:*15*, *25* 148:*2*, *4*, *11*, *21* 149:*4* 150:*6*, *21* 151:*4* 153:*8* 155:*18* 157:*4* 158:*23*, *25* 159:*12* 160:*11*, *18* 161:*16*, *17*, *19* 164:*10*, *11* 168:*13*, *22* 170:*3* 171:*24* 172:*6*, *13* 173:*1* 174:*9* 175:*11* 177:*13* 178:*14*, *18*, *19* 179:*25* 180:*25* 181:*16* 183:*7* 187:*9* 190:*21* 192:*9* 193:*23* 194:*2*, *14* 196:*4* 197:*4* 198:*16*, *22* 200:*8* 202:*12* 203:*5*, *9* 205:*13* 208:*15*, *19*, *20* 209:*18* 210:*12* 213:*17*, *22* 216:*5*, *6*, *20* 217:*21* 223:*18*, *20*, *23* 224:*1*, *6*, *8* 226:*12*, *24* 227:*2*, *17* 228:*7*, *8* 230:*25* 233:*2*, *24* 235:*3*, *4* 236:*5*, *20*, *21* 237:*8*, *22* 238:*11* 241:*2* 245:*6* 246:*8*, *20*, *23* 247:*4*, *8* 248:*1* 249:*2*, *5*, *8* 250:*11*, *15* 252:*6* 255:*7* 258:*12* 259:*5*, *8*, *25* 260:*21* 264:*1*

**< K >**
**K** 62:*10* 69:*17* 153:*13*
**K-12** 11:*1* 81:*6* 152:*6*, *19* 153:*9*, *17* 162:*23* 166:*2* 257:*16*, *19*, *22*, *25* 258:*3*, *7*, *11* 259:*3*, *10*, *14* 260:*7*
**Kate** 238:*22*
**keep** 60:*14* 88:*24* 93:*22* 140:*1* 142:*13* 143:*16*, *24* 196:*17* 235:*20*, *21* 252:*23*
**KENNEDY** 1:*9* 3:*9* 5:*5* 82:*18* 100:*6*, *14* 101:*14* 114:*14* 118:*13* 121:*8*, *23* 177:*17* 178:*1*, *10*, *20* 179:*2*, *6*, *14*, *16*, *20*, *25* 182:*11*, *12*, *22* 192:*1*, *11* 193:*4* 194:*16* 195:*17* 200:*13* 220:*24* 229:*22*

231:5 232:1, 15 234:1, 19 238:21 240:8, 24 242:9 244:8, 17 247:14 248:12 251:5 256:11, 16 257:9 260:11
**kept** 29:20 243:18 261:22
**KEVIN** 2:11 5:16 120:25 165:6 248:2
**key** 20:12, 14 244:20
**kick** 30:25
**kids** 13:7, 12 15:13 19:5, 14 20:8 60:6 67:6, 10 86:5 131:20, 25 132:1
**Kim** 248:12
**kind** 8:15 21:19 22:2 31:9 32:7 35:14 40:9 42:2 45:14 48:3 70:12, 24 89:15 92:23 134:7 145:7 179:18 204:14
**kinds** 68:9 155:1
**kiosks** 131:21
**knew** 25:15 44:14, 25 79:24 90:1 101:22 102:5, 14, 18 118:7 123:4, 14 150:5 162:13 184:15 251:2
**know** 9:15 17:19 18:11 19:20 20:25 21:2, 12 22:19, 24 24:4, 15, 19 25:4, 11, 13 26:15 29:3 30:11, 13, 14 33:16, 18 34:25 35:6 37:23 39:15, 16, 17 41:2, 14 42:15, 25 43:18, 25 45:7, 23 47:8, 12 48:15 49:3, 5, 6, 7, 16 51:15, 20, 25 52:2 55:8, 11, 13, 15, 18 60:8 62:7, 8, 10, 12, 14 63:5, 17 68:7, 9 69:5, 19 70:2, 10, 15, 23 71:13, 15 73:24 74:24 75:1, 5, 24 78:4 80:6 81:19 83:11 86:2 92:3, 24 93:4 95:14, 23 96:5, 7, 8, 11 97:16 100:18 101:15 102:13 103:6 104:4, 9, 10 105:8 107:3, 22 108:4, 7 109:4, 5, 6, 14, 16 110:23 111:5, 13, 15, 17, 24 112:16 114:24 115:4 117:2, 16, 19, 21 121:7, 17 123:2, 7 124:5, 7 129:13, 19, 23 130:3, 6 131:10, 15 132:4, 5 133:3, 14, 15, 22, 24 134:2, 22 135:10, 20, 24, 25 136:11, 12, 21, 22 137:4 138:4, 20 139:16 140:20 144:12, 15, 24 145:3 147:22 148:19, 24 149:2 150:4, 6 151:21, 25 152:2, 15, 18 156:16 158:11 161:21, 22 162:8 163:21 164:6 167:1, 12 168:9 170:23 171:10, 11 172:14, 19 173:12, 15, 18 176:14 178:20 182:25 183:1, 3, 5, 6, 8, 10, 12, 20 184:4, 6, 7, 10, 11, 12, 23, 24 185:2 187:23 189:24 192:17 195:18, 25 196:9, 10 197:20, 25 198:1, 10 200:18, 22 202:3 203:20, 25 204:8 205:11, 16, 25 206:5, 22 207:6, 10, 13, 17, 18, 20 208:8 211:3 213:1, 10, 13, 14, 15, 17, 25 214:7, 8, 20 215:6, 10, 23, 25 217:8 219:2 222:4 224:19 225:11, 21, 25 226:1, 8, 16, 19, 24, 25 227:10, 13, 17, 24 229:3 230:7 231:2 233:11, 22 235:3 237:7, 8, 10, 13, 14, 24 239:7, 13, 15 241:1 246:20 250:7, 13 251:16 253:10, 14 254:1, 2, 22, 25 256:10 257:18, 19 258:15, 17, 23 259:5, 6, 7, 8 260:11, 18 261:8, 13, 17, 18, 19, 21
**knowing** 101:25 102:4
**knowledge** 27:1 89:3 95:22 107:9 142:6, 7 143:3, 7, 8 154:22 201:21 218:17 219:19 220:1, 5
**known** 134:20 191:21 251:2
**knows** 122:7, 8 184:12, 14

**kterrazas@terrazaspllc.com** 2:16

**< L >**
**L** 2:14
**Lake** 90:5
**language** 229:9, 10, 11 255:1
**large** 30:12 33:23 73:18 136:20
**last** 6:22 7:7 48:1 50:20 78:18 90:1 100:25 161:17, 18, 21 180:9, 10 193:2 210:13 220:21 231:21 239:2 240:13
**Lasted** 14:20
**late** 141:25
**later** 11:20 55:1 102:5 237:2 249:25 252:19, 20
**launch** 74:7 115:1 189:18 190:1, 3 194:22
**launched** 11:18 12:10 87:24
**launches** 62:2, 11 189:16, 21, 22 190:16 195:10
**launching** 61:12 221:23 222:11 223:5
**LAURA** 1:14 3:10 5:4, 12, 20 6:5 94:16 100:2 145:21 154:2 155:15 157:15 158:15 161:11 164:13 166:8 167:20 170:6 179:17 182:2 210:8 219:11 235:23 244:13 248:19 264:10
**Laurie** 134:16
**law** 5:13 36:22 62:4, 7 138:2 152:13
**lawsuit** 55:20 113:8 176:10 177:6 182:11 192:10 193:14 200:14 212:7 221:16 225:14 232:1 254:3, 4, 6
**lawsuits** 175:23 202:9 230:20 233:25
**lawyer** 128:1 130:12 131:7 132:19 178:18 180:3, 24 214:8 218:8 230:23 232:16 234:4
**lawyers** 218:2, 5, 7 232:17 234:13
**lawyer's** 230:24
**lead** 63:3
**leader** 135:25
**leadership** 134:1 135:23 165:10, 19 245:4, 7, 13, 14, 16, 18, 22 246:6, 11 247:10 248:9 259:13, 17
**learn** 47:17 171:24 175:16 242:12 263:5, 8
**learner** 116:5 162:1 241:22
**learner-driven** 11:1 45:25 46:22 119:9, 21, 24 162:10, 12, 19 163:1, 8 171:5, 6
**learner-led** 101:4
**learners** 46:5 88:8 89:13 120:1 142:3 171:15 172:24 173:5, 13, 14 175:17 187:16, 24 242:13 245:20 246:6
**learning** 12:11 28:12, 17, 19, 25 29:5 30:1, 12, 22 38:4 41:24 42:16 62:1 65:20 69:4, 6 74:6 97:4 120:2 133:8 140:23 144:5 161:25 166:16 168:2 170:15, 21, 22, 24 171:3, 7, 8, 9, 24 172:3, 10 175:15, 16 187:25 188:15 190:6 191:1 205:22 209:17 242:11, 12 244:21
**least** 38:14 64:20 66:7 67:11 85:15, 18 111:9 112:1 141:2, 22 160:19 172:23
**leave** 66:16
**leaves** 93:25
**lecturers** 163:12
**led** 212:4, 7
**left** 23:24 85:20 96:1 115:16 137:7 139:4 192:25 261:20
**legal** 8:16 22:5, 6 54:19 90:21 91:21 130:11 132:10, 11 133:11, 12, 15 139:13, 24 218:2, 6, 8 231:1, 8 234:7 235:10 254:11 263:16
**Legally** 11:5, 18 235:4, 9
**lemonade** 12:21
**lesson** 191:2, 3
**let** 21:12 22:23 47:13 58:23 87:7 145:25 146:14, 23 153:8 171:4 193:21, 23 205:13 233:24 250:11
**let's** 57:22 68:24 79:6 98:11, 18 107:11 110:8,

18 114:24 120:18, 20, 24 122:21 131:20 145:6 177:11, 15 181:25 190:2, 8 191:5 192:21 214:25 221:17
**Letter** 4:3, 4 28:24 29:6 115:21 244:16 248:22 249:5, 7 254:7, 9, 12, 13 255:16
**letters** 249:1, 12
**letting** 46:11
**level** 162:21
**License** 3:8 91:1 93:6 96:1 98:22 99:1 103:10 108:13 117:21 118:18 177:11, 12, 16, 24 178:21, 24 179:12, 20 180:15, 19 181:9, 18, 20 182:1 190:14 191:9 192:2, 12, 23 193:5 194:18 195:18 239:2 240:14 260:12
**licensed** 5:8
**licensee** 178:21, 22 181:20
**licensees** 93:6
**licenses** 234:8
**licensor** 178:22, 25 180:25 181:19
**life** 25:22 241:24
**lifelong** 175:17 241:22 242:13
**lightminded** 87:20
**lights** 40:15
**like** 6:10 7:3 9:10 12:11, 20 15:13, 25 17:9 18:8, 9 20:8, 9 21:5, 17 22:2, 3 24:1 27:20 28:22 32:7, 9, 10, 14, 21 34:3 35:7 37:22 40:9, 13, 15 41:24 42:2, 4 43:10 47:7 48:5, 19 55:6 60:18 62:3, 4 64:14 70:18 71:1, 15 73:12, 20 74:20 75:9, 16 79:20, 23 81:5 90:15 96:13, 14 97:14, 19 103:4, 5 104:7 106:13 108:13 112:18 122:14 126:7 130:15 132:18 134:7, 25 136:1, 21 138:24 141:17 142:25 148:2, 22 150:13 152:12, 16, 20 153:16, 17 157:2 159:12 172:7 179:7 182:7 183:14 187:24 192:15 198:16, 18 200:8 203:8 205:25 208:14 209:14 211:2 213:17 214:8 216:5, 6, 20 217:20 219:2, 6 224:3, 18 225:17 226:12 227:3 228:7, 12, 15, 17, 21 229:1 236:5, 9, 23 237:21 255:22 261:3 263:1, 6, 7 264:2
**likely** 29:4 31:1 106:6 191:22
**likes** 93:8 261:19, 20
**limited** 32:3 155:9 159:24 160:12, 18 191:1
**line** 191:16 202:12 205:14 238:13 249:20 252:16
**lines** 73:8
**list** 176:2 206:8
**listed** 57:19 118:20, 25 119:2, 6 185:9 218:11 240:15
**literally** 43:16 211:13
**litigation** 7:13 51:22 53:5 56:11 139:13, 25 205:7
**litigations** 51:18 54:1, 5 138:10, 25 139:1
**little** 7:24 15:12 17:21 31:4 40:7, 8, 20 42:9, 17 78:17 98:10 136:14 145:6 175:11 197:1, 8 223:24 247:1 252:24
**live** 29:18, 19 48:8, 12 49:24 52:13
**LLC** 135:10, 13 256:12
**local** 36:15
**located** 5:6 234:11
**LOCATION** 1:18 40:18, 19 54:8 98:19 104:3, 11, 15 115:19
**locations** 40:19
**locked** 68:8
**Lockhart** 114:15 262:3, 13
**logos** 32:6
**London** 146:3
**long** 17:18 71:9 72:13 105:19 118:7 126:14, 20 127:3 133:23 140:6 147:11 155:21 156:1, 16 158:6, 9 164:18 170:9 187:18 256:10

**longer** 24:8 70:5, 12 98:25 103:22 106:9 107:13 109:1, 11 116:16 120:23 144:5
**long-term** 221:8
**Longview** 57:16 65:6
**look** 33:24 36:20 40:13 42:15 65:10 76:14, 19, 20 77:16 100:12 104:3 116:1 120:22 142:25 177:13, 15 178:23 180:9, 10 181:17 190:8 192:21 193:23 194:23 197:7 206:2, 4 215:19 231:11 238:4
**looked** 12:11 41:24 48:19 56:19 76:22 77:9, 11 78:1 187:20 194:16 204:22 250:15
**looking** 63:21 71:1 185:5 194:5 239:20 251:12, 18
**looks** 42:3 48:19 71:15 219:5 224:18 236:5
**loosely** 22:7
**Lord** 80:14, 17 81:6, 7, 10, 12, 15, 18, 22 82:3
**lose** 93:23
**losing** 223:13
**loss** 221:11
**losses** 223:11
**lost** 231:18 249:3
**lot** 35:13 36:22 40:24 51:17, 20 77:13 83:18, 20 88:4, 11 103:18 136:19 150:15 154:22 186:22 205:20
**lots** 43:24 88:9
**loved** 46:17
**lower** 5:24 204:13
**lsandefer** 6:19
**lsandefer@actonmba.org** 6:24

**< M >**
**ma'am** 26:25 27:6, 15 32:1 34:7 35:6 37:19 42:21 53:2, 13, 15, 25 54:21 55:18 63:4, 11, 25 64:19 65:24 71:18 72:19 73:4, 6, 12 76:1, 10, 19 77:1, 19 83:22 89:15 103:17 106:22 107:8 108:14, 25 109:8 110:13 111:15 113:21 115:15 117:10 119:2 120:20 125:20 126:2 131:12 132:11 133:1 138:8 148:3 150:19 161:24 165:5, 7, 13 167:17 183:10, 16 184:8 188:11 194:2, 14 195:2, 16 196:2 201:6, 21 205:1, 16 206:14, 19 207:4 208:1, 10, 14 209:3 211:15 212:19 213:3, 24 214:12 216:23 217:8 218:9, 15 219:8 220:21 221:13 223:18 224:10 227:2 229:7 231:5, 22 232:10, 18 235:12, 21 237:6 243:15 247:21 248:6 250:2, 15 251:1, 20 252:1, 5, 10, 23 254:4, 14 258:25 259:24 260:2 264:2
**made** 13:7 31:9, 18 33:6 34:24 53:9, 10 93:2 107:6 115:20 118:7 131:22 207:1 213:22 233:20 250:6 251:3
**mail** 115:25
**mails** 237:11 239:3
**main** 44:6 57:15 146:10 171:13 205:23
**mainly** 117:11
**mainstream** 84:1, 5, 6, 9, 11, 12, 14
**major** 23:25
**make** 9:9 16:11 19:22 20:4, 9, 13 21:11 28:25 34:20 42:19 45:22 47:16, 17 53:9 58:23 61:10 68:3, 23 75:11 83:11 86:3, 23 88:11 97:21 98:8 108:24 115:9 122:5 145:25 149:25 156:15 181:16 188:25 204:16 242:3 245:12, 15, 17 248:1 257:18
**makes** 31:7 53:4, 12, 15 129:1 152:17 212:19
**making** 33:17, 24 34:19 47:14 53:19 54:19 88:10 176:14
**man** 211:14

**manage** 137:3 171:7
**Management** 135:19
**many** 10:16 17:23 48:15 52:1, 5 70:10 85:24 146:25 172:8 176:8 205:7 212:12 245:7 252:20 256:8
**March** 255:25
**Maria** 45:17 47:13 174:19, 21 175:3
**mark** 92:18 174:5
**marked** 94:16 100:1, 2 145:21 154:2 155:15 157:15 158:15 161:9, 11 164:12, 13 166:6, 8 167:20 170:4, 6 182:2 210:6, 8 219:11 235:22, 23 237:23 238:12 244:11, 13 248:19
**market** 32:10 93:3 223:7
**marketing** 60:9 65:25 66:8 67:13
**marketplace** 158:6, 9 214:10
**markets** 215:20
**marks** 57:19
**mastery** 241:21
**match** 97:5
**material** 89:22 176:25 182:6 198:8 200:4 251:3
**materials** 12:8 29:7, 11 56:23, 24 57:4 65:25 66:8 86:20, 25 87:12, 13, 14, 21 89:11, 14 93:15, 18, 22 94:3, 6 95:4, 17 96:3 121:9, 24 140:23 143:11, 23 182:23 183:15 184:3, 25 185:3 198:13, 24 199:14, 16 200:25 201:2, 11 202:18, 25 239:6 240:16 243:13, 15, 17, 21 244:9, 18 255:9, 12, 20
**math** 126:21
**Matt** 76:8 77:9 89:20, 23, 25 121:8, 24 187:2 192:1, 11 193:4 194:16 195:17 206:5 209:5 210:18 211:9, 13, 24 212:12, 17 213:1 244:17 246:5 248:25
**matter** 219:19 220:17, 19 259:25 263:4
**matters** 55:10 218:11
**may** 5:24, 25 12:16 26:15 27:4 29:22 43:4 44:10 47:24 57:2 63:12 67:10 68:2 70:12 80:2 83:11 90:9 91:23 100:13 104:20 107:6 111:1 116:1 124:23 148:10 151:8 156:3, 25 159:24 168:13, 17 169:16, 25 174:25 177:12 184:11, 12 185:7 186:8, 16 187:2, 15 200:9 225:17, 24 226:4 236:11, 24 237:1 246:15 251:10 259:15 261:10
**maybe** 21:15 27:25 31:19 40:24 73:11 87:11 94:9, 14 157:5 169:18 175:8, 10 183:18 210:17 214:25 237:1 247:10
**mayor** 51:9
**MBA** 133:22 140:17 144:3, 5, 6, 7, 11, 13, 16
**me** 7:19 9:13 10:2 19:21 21:12 22:23 24:14 34:21 39:3 40:12 47:13 55:22 57:6 58:23 75:8 87:7 107:16 111:23 115:10 117:24 122:16 126:12, 19, 22 132:18 134:14 139:3 140:4 143:18 145:25 146:1, 14, 23 149:25 152:18 153:8 160:15 162:20 171:4 176:3, 8 180:20, 24 182:23 183:23 186:6 193:21, 23 194:20 197:2 202:14, 22 205:13, 25 216:20, 24 217:16 224:15 226:7, 11 228:9 233:24 234:13 235:20 255:2 260:13 262:20
**mean** 11:25 13:11 15:24 17:13, 19 19:3, 18, 21 20:22 21:13 24:15 26:6 30:12 31:23 35:14

37:16, 17 38:4 40:4 42:12 45:21 49:14 51:7, 22 52:25 53:9, 14, 16 60:7 63:2 64:10 71:12 79:20 80:6, 25 83:18 84:3, 5 86:5 92:8 97:14, 15 103:8 104:21, 23 113:16 115:14 124:6, 14 125:25 127:16 128:18 129:11 130:15 132:16 135:9 140:20 141:21 146:9 148:11, 19, 21 152:2 156:7 162:18 163:18 169:4, 8 172:6, 7 176:8 183:10, 17, 18, 24 185:11 187:23 188:1, 4, 16 190:3 194:21 207:10 208:14 215:10 217:25 218:7 219:1 220:7 229:10, 11 233:25 236:22 237:3, 7, 21 240:10 242:2 245:18 246:18 247:2, 3 254:14, 15, 16 256:22, 25 259:25 263:13

**means** 11:14 98:24 133:1 135:21 171:24 190:21 239:3 263:17

**meant** 25:11 49:19 135:3

**media** 185:15 210:25 213:11, 14 257:10

**medications** 6:10

**member** 49:25 50:1 90:19

**members** 14:14 134:17, 19

**memorized** 236:23

**memory** 17:22 246:8

**mention** 57:8

**mentioned** 57:17 73:1 74:3 79:7 87:23, 25 124:23 169:25 182:5 217:2

**messages** 201:18

**messy** 42:17

**method** 57:23 58:3 62:10 257:21

**micro** 83:18

**middle** 61:13 69:8 141:25

**might** 7:13 10:10 11:9 15:24 31:4 53:15 58:11 62:18 68:18 94:3 107:7 109:16 115:14 126:10 141:9, 10 142:24 151:5 183:2 246:16 260:23

**might've** 13:7

**mileage** 104:25

**mind** 42:16, 25 43:2 94:21 98:3 109:25 126:13 146:14

**mine** 20:24 40:6 46:18 211:12

**minute** 121:21 126:12

**minutes** 126:11, 22 140:7

**mirror** 202:9

**misappropriated** 55:6 182:12, 14 185:7

**mischaracterize** 209:7

**Mischaracterized** 36:1

**mischaracterizing** 23:1 34:15

**Mission** 49:20 50:24 85:10, 14 116:5 119:11 201:19

**missions** 50:9

**misspeak** 91:20

**misstating** 220:18

**mistake** 250:6

**mixed-age** 187:15

**Mm-hmm** 34:13 179:1 248:11

**model** 70:19 86:20, 25 87:12, 13, 21 88:1 89:11 116:12 166:15, 18 167:5, 9 175:3 186:21 206:7 225:18, 23 226:12 227:3 228:17, 18 229:1, 2

**modified** 161:18, 21 193:2

**modules** 70:11

**moment** 16:16 55:23

**money** 129:2, 15, 21 130:20, 25 131:4, 24 138:21

**monies** 28:8

**Moniker** 116:17

**monopoly** 131:24

**Montessori** 38:15, 17, 18, 22 39:4, 11, 14, 18, 22 40:21, 22, 24 41:6, 14 45:14, 15, 18, 25 46:2, 13, 15, 16, 23 47:2, 3, 6, 9, 10, 15, 25 145:7, 10, 13, 15 146:11 147:1, 3, 17 154:12, 17, 22 174:10, 16, 19, 21 175:3 186:13 189:9, 10

**Montessori's** 47:13 154:15
**month** 252:19
**monthly** 25:5
**months** 48:5, 6 101:5 202:12 252:20 255:25 256:3
**more** 12:16 32:10 41:21, 23, 24 42:1 54:1 69:6 72:24, 25 73:21 80:2, 5, 25 81:14 84:1, 6, 11, 12, 14 100:20 118:25 119:22 145:6 148:16 174:25 197:2 202:5 237:20 249:3
**Moreland** 114:15
**morning** 14:24 63:18 66:16
**most** 18:25 29:4 54:4 65:7 71:21 136:13 163:15 174:18
**mostly** 69:20
**mouth** 20:2
**move** 7:24 169:8 170:24 237:3
**moved** 41:3, 23
**moving** 43:15
**Much** 8:3 22:13 23:23 25:13 27:1 47:10 51:16 52:8 68:8 73:20 136:11 137:8 164:23 171:6 172:19
**multi** 236:8
**multi-age** 147:5
**multiple** 14:21 17:7 40:16 229:22 232:15 233:9
**must** 209:21
**My** 5:8 6:5 8:7, 16 11:15 16:12, 14 17:22 22:17 26:23 27:2 35:14, 16 36:9, 17 40:6, 12, 22 41:10, 14 42:25 49:3 52:20 54:18 55:23 61:18 77:9 84:12, 15 85:16 87:15 88:5 89:3 97:1 104:21 106:1 108:12 110:15 115:1 121:3, 6 123:6 130:16 132:10 134:17 136:19 138:5 139:16 140:3 142:7, 16, 17, 23 143:7 146:4, 5 152:13, 20 161:24 168:24 170:3 177:14 178:23 181:13, 15 188:23 189:4 192:17 206:17 209:12 215:24 216:16 218:13 219:6 230:24 234:13 237:19 239:2, 3 240:13 241:7 242:2, 17 246:19 247:8 252:2, 11
**myself** 217:7
**mysteries** 241:24

**< N >**
**N** 2:1 3:1 5:1
**Nair** 146:2
**name** 5:8 6:4, 5 8:22 14:7, 17 34:12 41:6 44:12, 16, 20, 22 54:13, 15 80:24 81:9, 23 82:20 87:17 126:17 139:16 140:19 146:4 158:8 180:22 181:1, 10, 21, 23 239:6, 7 240:9, 22, 25 241:2 260:21, 22 261:7
**named** 34:22 87:16 133:13
**narrative** 171:14
**natural** 81:6
**naturally** 35:25
**nearby** 224:11
**nearest** 104:3
**necessarily** 15:18 62:24, 25 90:12 130:23 225:4 255:14
**need** 25:25 27:9 33:21 60:13 61:18 73:21 88:4 91:12 96:3 97:5 126:21 152:17 164:18 168:3 170:9 177:13 196:23 197:6, 25 198:23 216:10 217:1 221:21 236:17 238:5 239:1, 6 240:24 253:3, 19
**needed** 36:6 137:8
**needing** 77:14
**neighborhood** 13:7
**neighbors** 12:23
**Network** 21:14, 17 22:7, 18 24:1 113:17 188:15 202:5 205:23 207:2 211:10, 11 212:17 213:1 221:11 261:20
**never** 29:14 46:16 54:5 55:5 63:15 77:24 93:1, 2 107:1 148:20 152:4 183:19 201:10 250:4
**new** 27:20 38:11 50:24, 25 69:8 79:17 147:23 163:13 173:6 212:25 243:25 263:8
**next** 15:1 91:13, 16, 18, 23 115:25 126:10 140:19 141:1, 5,

12, 15 142:4 143:4 144:2, 4 145:1 180:25 184:10 224:8
**NGA** 140:24
**No** 1:7 3:6 4:2 6:8, 12 7:1, 10, 12, 22 8:10, 12 9:4 15:18 16:9 18:13 21:13 24:8 25:21 26:3, 7, 14 27:15, 20 29:24 31:14 32:17 36:19 40:12 42:12 43:21 46:24 47:1, 3 48:5, 24 52:15 53:11 54:8 55:5 60:15 66:4 73:16 74:21 76:25 77:1 86:23 89:16 94:12 98:25 103:22, 25 106:9 107:10, 13, 21 109:1, 11 110:14 114:18 116:16 120:8, 23 122:10, 12, 16, 24 123:6 124:12, 18 125:6, 8 126:25 127:14, 16 131:4 133:1 135:1, 14 136:18 137:12, 25 138:18, 20, 23 139:7, 8, 9, 11 142:23, 24 143:2 144:4 151:19, 20 152:8 153:17, 19 160:3 162:13 163:5, 7 168:12 170:19 186:9, 23, 25 192:9 195:2 200:15 201:21 203:11, 13 205:1, 6 206:17, 18 207:8 208:17 212:20 213:24 214:12 215:14 218:19, 21, 24 221:3 222:3, 4, 12 223:15, 23, 24 224:1, 6, 16, 23 225:2 227:22, 24 228:19 229:4 233:6, 10, 15, 21 236:18, 21 238:10, 18 239:4 242:2, 22 243:19 246:18 249:25 251:9 252:8, 10 254:6 255:8 259:4 260:14 262:1, 6, 25 263:2, 10
**non** 15:13
**non-confidential** 191:23
**non-disclosure** 16:20, 24 88:14 90:16 142:5
**none** 111:8 175:21 176:19 221:13
**non-exclusive** 181:20
**NONPROFIT** 1:5 22:10 23:16 36:5 84:18, 21 85:1 135:18
**non-profit** 49:23 179:5
**non-profits** 49:12 50:2, 11
**non-responsive** 77:17 139:19
**normal** 223:21 224:4, 8, 13
**not** 6:7, 9 15:11, 19 16:9 17:1 19:2, 3, 6, 22, 23 20:1, 25 21:1, 3 22:4, 18 23:12 24:7, 19, 23 25:4, 21 26:3, 14, 15 27:25 28:6 29:14, 17, 23 30:6, 9, 10, 23, 25 32:7, 9, 10, 11, 25 33:1, 9, 13, 25 34:5, 24 35:3 36:13 40:10, 11, 13 42:12 43:4, 19, 20 44:10 46:2, 6, 15, 22 47:3 48:23 49:2 51:5, 23 52:6, 8 54:7, 19 55:2, 21 56:5, 18, 20 57:17, 23, 25 58:7, 12, 19 59:1, 6, 7, 16 60:25 61:8, 10, 13, 19 62:25 63:12, 14, 15 64:1, 9, 14, 17 65:4, 14, 18 66:12, 15, 18, 24 67:19, 21 68:9, 12, 21 69:4, 14, 17, 24 70:4, 8, 12, 15 71:19 72:2, 16, 19, 20, 22 73:7, 8, 9 74:9, 11 76:12, 16, 21 77:25 78:1, 8 80:2, 20, 21 81:18 82:5 83:20, 23 84:12, 13, 15 85:8, 21 86:9, 14, 16 88:6 90:12 91:1, 2, 24 92:3 93:7, 9, 13 94:10 95:16 98:6, 13, 20 102:15 106:4, 24 107:4, 14, 15, 24, 25 108:2, 6 109:13, 15, 16, 25 110:5, 6, 7, 14, 15, 17 111:18, 19, 21, 25 112:2, 4, 12, 17, 19, 21, 22 113:2, 5, 17, 20, 24 114:3, 6, 8, 10 116:4, 12, 21, 24, 25 117:16, 17 118:8, 14, 18, 19, 21, 24 119:8, 17, 21, 23, 25 120:2, 8, 9

122:*1*, *5*, *7*, *16*, *19*, *22* 123:*18*, *20*, *25* 124:*3*, *10*, *14* 125:*3*, *10* 126:*8* 128:*1*, *4*, *8*, *15*, *16* 129:*10*, *21* 130:*11*, *16* 131:*7*, *21* 132:*11*, *19*, *20* 136:*18*, *20* 137:*15*, *22* 138:*12*, *19*, *23* 141:*8*, *10*, *16*, *25* 142:*1*, *3*, *7*, *17* 143:*5*, *13* 144:*10*, *12*, *15* 146:*1* 147:*12*, *23* 148:*1*, *7* 149:*24* 150:*5*, *10* 151:*8* 152:*1*, *4*, *18*, *19*, *21*, *24* 153:*1*, *9*, *13*, *17*, *20* 156:*10* 158:*4* 162:*9* 163:*13*, *22*, *25* 164:*2*, *5* 165:*10*, *16* 167:*2* 168:*9* 169:*1*, *15*, *21* 170:*12*, *25* 172:*2*, *3* 173:*5*, *6* 174:*4* 176:*13* 178:*11*, *18* 179:*18* 180:*1*, *3*, *24* 181:*12* 182:*19*, *21* 184:*12*, *14*, *23*, *24* 186:*6*, *17*, *18* 187:*10*, *18* 188:*11*, *19* 189:*6*, *7*, *9*, *10*, *16*, *20* 190:*3*, *19* 191:*1*, *19* 192:*6*, *16* 193:*17*, *20* 194:*1*, *15*, *20*, *21*, *22* 195:*20* 196:*4* 197:*9*, *19* 198:*7*, *8*, *13*, *17*, *21*, *24* 199:*5*, *9* 200:*3*, *9*, *23* 201:*25* 202:*6*, *16*, *24* 203:*2*, *3*, *18* 204:*15*, *19* 205:*3* 206:*2*, *17* 207:*6* 208:*3*, *8*, *10*, *20*, *23*, *25* 209:*1*, *8*, *12*, *15*, *20*, *21* 211:*13* 212:*3*, *17*, *24* 213:*1*, *2*, *8* 214:*7* 215:*4*, *6*, *21*, *25* 216:*6* 217:*17* 218:*8*, *12* 219:*23* 220:*3*, *15*, *20* 221:*2*, *16*, *23* 222:*1*, *2*, *11*, *13* 223:*5*, *12* 224:*20*, *21* 225:*1*, *11*, *14*, *16* 226:*17* 227:*9*, *24* 228:*14* 230:*20*, *23* 231:*11* 232:*12*, *16*, *18*, *20* 233:*2*, *10* 235:*12*, *14* 236:*11* 237:*1*, *12*, *14*, *22*, *25* 238:*1*, *7* 239:*23* 240:*14* 242:*4* 244:*8* 245:*2*, *8*, *19*, *21*, *24* 246:*7*, *11*, *12*, *16* 250:*5*, *9*, *12* 252:*25* 253:*4*, *16*, *20* 254:*4*, *17* 255:*3*, *9*, *12*, *21* 258:*12* 259:*21*, *23* 260:*11*, *15* 261:*1*, *11* 262:*11*, *17* 263:*22*

**notary** 5:*8* 9:*20*, *23*

**Note** 3:*13*, *16*

**noted** 95:*20* 206:*5*

**Notes** 3:*11*

**nothing** 5:*22* 75:*9*, *12*, *18*, *22* 199:*15* 203:*24* 209:*3* 226:*21* 227:*12*, *14* 244:*6*

**nothing's** 131:*13*

**notice** 239:*3*

**notification** 205:*2*

**notified** 116:*20*, *24* 204:*24*

**November** 1:*16* 5:*2*

**Now** 18:*18* 22:*19* 24:*17* 25:*20* 30:*4* 46:*19* 53:*25* 56:*2* 59:*25* 71:*2* 79:*15* 80:*12* 83:*6* 86:*19* 89:*1*, *25* 90:*3*, *6* 108:*19* 110:*12*, *14* 115:*14*, *24* 117:*23* 126:*23* 133:*11* 139:*1* 140:*11* 144:*25* 146:*23* 152:*17* 156:*3* 163:*12* 168:*9* 171:*1* 176:*10*, *16* 182:*5*, *10* 195:*16* 202:*5* 206:*4* 212:*12* 215:*4* 219:*4* 220:*21* 221:*9* 227:*19* 229:*4*, *21* 232:*14* 238:*12* 254:*19*

**nuances** 35:*6*

**Nueces** 2:*5*

**number** 6:*14*, *16* 32:*3* 52:*1* 71:*23*, *24* 137:*1* 138:*18*, *19* 160:*12* 174:*25*

**numbers** 74:*9* 97:*13* 221:*22*

**< O >**

**O** 5:*1*

**oath** 9:*10* 217:*15* 226:*7*

**object** 16:*17* 36:*18* 160:*7* 238:*14*

**objecting** 238:*8* 247:*17*

**Objection** 11:*24* 15:*15* 16:*3*, *25* 19:*8*, *16* 21:*20* 22:*16* 23:*1*, *14* 24:*2* 25:*19* 26:*2* 28:*2* 30:*8* 31:*11*, *21* 32:*24* 33:*11* 34:*15* 35:*2* 36:*1*, *15*

37:15, 25 40:1 41:9 42:5, 24 44:21 45:16 46:14, 25 47:19 49:13 50:3, 12, 15, 21 51:4, 19, 24 52:9 53:6 54:12, 17 55:7, 14, 22, 23 56:4, 12 58:8, 14 59:5, 21 60:19 62:6 63:7, 13, 20 64:2, 5, 12, 16 65:13, 19 66:2 67:3, 7, 18 68:1, 13 69:12, 22 70:14, 21 71:10 72:15 73:15, 23 74:13, 23 75:4, 20 76:6, 15 77:17 78:7 79:18, 25 82:14 83:2, 10 84:2, 7, 20 85:3 86:1, 22 89:19 91:4 92:2, 7, 20 95:13, 19 97:20 98:21 99:9, 15 101:17, 24 102:7, 12, 20, 25 104:1, 8, 19 105:11, 17 107:18 108:1, 20 109:3, 12, 21 110:22 111:4, 12 112:3 113:9 114:9, 17 116:19 117:1 118:9, 16 119:19 120:7, 14, 25 121:10 122:4, 15 124:2, 11, 17 125:13 126:4 127:25 128:6, 14, 21 129:3, 6, 16, 22 130:2, 7, 21 131:8 132:3 136:5, 17 137:9, 11 139:19 141:14 143:17 144:19 145:2, 12 149:9, 18 150:3 151:13, 22 152:25 153:11, 22 154:20 155:4 156:2 158:1 159:7 160:6, 13, 25 161:6 162:15 163:3, 6, 17 164:20 165:22 166:3 167:11 168:16 172:1, 11 176:1, 21 177:2, 8 179:13 180:2, 17 181:11 182:24 184:17 185:1, 12 186:24 187:5 188:3, 13, 21 189:12 190:4 192:4, 13 193:15 194:5, 19 195:7 196:7, 25 197:24 198:9, 15 199:1, 6, 10, 18, 22 200:17 201:1, 12, 23 202:19 203:1, 6, 12 204:3 205:10 206:24 207:16, 21 208:4, 7, 18 209:6 212:2, 15 213:9, 20 214:3 215:8, 13 216:3, 9 217:11, 23 218:20, 21 220:7, 13 225:9 226:13, 22 227:7, 16 229:15 230:5, 22 231:7, 14, 17 232:3, 6, 24 233:4, 8 234:21 235:2, 8 238:16, 17 239:9, 16, 22 240:3 242:16, 23 243:12 244:24 245:23 246:4 247:17, 19, 24 248:15 251:6 253:9, 18 254:21 255:13 256:13, 19 261:25 262:5, 10, 16

**objections** 247:24

**objective** 135:3

**objectively** 134:21 135:4

**obligation** 143:6

**obligations** 195:13

**obtained** 191:22

**obviously** 223:15 243:5

**occupy** 35:13

**occurred** 133:1

**odd** 109:9, 13, 16

**off** 29:12 37:5 71:14 72:12 73:20 75:16 76:11 77:11, 25 78:24 96:16 140:10 155:18 157:8 176:7 177:15 183:11 184:16 186:5 209:12 210:1 239:6, 8, 14, 15 240:1, 8, 22 241:2, 5 264:1, 8

**offered** 47:2

**offering** 130:12

**official** 24:7, 14, 15, 19

**officially** 23:10

**often** 25:2, 8, 9, 10, 11 171:11, 18

**Oh** 5:12 9:22 15:13 27:4 42:12 43:21 47:12, 13 65:4 69:15 73:5 81:17 98:7 100:18 120:12 127:5 139:2 143:21 146:19 147:14 151:23 152:9, 15 156:14 167:1 175:6 178:11, 12 192:24 211:19 216:12 255:6 264:5

**Okay** 6:17, 21 7:6, 8, 14, 15, 23 8:1, 4, 9, 11, 15

9:8, 12, 16, 18, 22, 24 10:5, 9, 14, 21, 23, 25 11:14, 17 12:7, 16, 25 13:2 14:7, 19 15:1, 3, 6, 20, 23 16:19 17:6, 9 18:18 19:2 20:15, 25 21:3, 7, 11 22:11, 13 23:9, 10, 23 24:8, 22 25:2 26:8, 12, 13, 21 27:4, 14, 23 28:19 29:11, 25 30:24 31:3 32:20 34:9, 14 35:10, 23 36:8, 23 37:3 38:19, 24 39:3, 6, 10, 12 41:17 42:1 43:8 44:9, 11, 16, 19 45:13 47:18, 23 48:4, 6, 10, 12, 14 49:22 50:2, 19, 25 51:3, 9, 12 52:16, 19 53:3 54:4 55:4, 13, 19, 25 56:2, 22 57:6, 22 58:11, 19, 23, 25 59:15 60:5, 9, 16 61:2 62:3 63:1 64:25 65:9, 11 66:5, 13, 19, 20 67:10, 13, 21, 24 68:18, 21 69:10, 15 70:10 71:1 73:10 74:1 75:1 77:2, 21 78:2, 10, 22 79:12, 23 80:11, 14, 17, 22 81:16, 17, 22 82:5, 9 83:6 85:9, 21, 24 86:19 87:13 88:13, 19 89:1, 4 90:8, 25 92:5, 16, 23 93:10 94:2 95:16 96:14 97:8, 13 98:12, 14 99:18, 20, 25 102:18 103:7, 18 105:23, 25 106:23, 25 107:11, 21 108:18 110:18 112:9, 17 113:7, 12 114:13, 20 115:17 116:15, 17, 23 117:25 118:5 119:15 120:4, 19 121:6 122:10, 18, 21 123:8 124:9, 25 126:24 127:1, 3, 20 128:3 129:1 130:10, 19 133:4, 21 134:11 135:2, 5, 8, 10, 15, 17 137:14, 16, 23 138:1, 9, 15, 21, 24 139:8, 19 140:4, 9 141:5, 20 142:8, 11 143:3, 15 144:2 145:19 146:6, 14, 25 147:3, 10, 14, 18, 21 148:2, 14, 20 149:14 150:1, 20 151:4, 7, 9, 11, 19 152:18 153:20, 25 154:9, 14, 17 155:8, 11, 14, 18, 25 156:9, 14 157:21, 24 158:12 159:2, 22 160:23 161:24 162:7, 12 163:12, 15, 23 164:6 165:15 166:13, 18, 21 167:1, 10, 18, 19 168:9, 13, 20 169:11, 18, 20 170:13 172:8, 21, 23 173:3, 10, 16, 19 174:1, 4, 15 175:2, 10, 20, 23 176:19 177:15, 19 178:14, 17, 23 179:23 180:6, 14 181:25 182:10, 16, 19, 21 184:5, 12, 23 185:18, 20, 22 186:2, 5, 7, 10, 16 187:2, 13 189:5, 15, 21 190:12, 20 191:5, 7 192:21 193:8 195:5, 12, 16, 22 196:14, 16, 18 197:11, 15, 19 198:5 199:11 200:11 201:8, 9 202:14 204:8 206:19 212:9, 11 214:22 215:7 216:12, 15, 24 217:12 220:3 221:18 222:23 224:4, 23 225:5, 15, 21 226:3, 6, 10 227:12, 19, 20 228:20 229:6, 7, 18, 21 230:1, 12, 14, 18 231:23 232:19 233:18 234:24 235:17 236:13, 17, 19 237:5, 15 238:8, 18, 24 239:25 240:20 241:10, 13 242:8 243:17, 20 244:8, 11 245:6, 21 246:10 247:7 248:18 249:6, 14, 18 250:1, 6, 20 251:15 252:11, 13, 23 254:5 255:22 256:11, 16 257:9, 13, 15, 21, 24 258:2 259:2, 5, 7, 9, 25 260:6, 11, 15, 18, 23, 25 261:2, 3, 6, 15 262:23 263:12, 19, 21, 24 264:5

**Oklahoma** 84:22, 23

**old** 38:9 141:13 249:21 252:17

**older** 141:18

**ON** 2:2, *10* 5:3, *16* 10:*12* 14:*6*, *24* 17:*9*, *11*, *15* 18:*11* 22:*14* 27:*2*, *3*, *18*, *22* 28:*4*, *17*, *20* 29:*25* 33:*8*, *15* 35:*12*, *15*, *18*, *21* 36:*9*, *13*, *20*, *23* 37:*1*, *8* 38:*14* 39:*21*, *23* 41:*20* 42:*10*, *12*, *13* 44:*1* 45:*5* 46:*15* 48:*12* 49:*18*, *20* 50:*4* 52:*10* 53:*10* 54:*19* 55:*20* 57:*10*, *12*, *21* 58:*11* 62:*16*, *20* 63:*4* 64:*7*, *10* 65:*5* 66:*4* 68:*16*, *23* 71:*2*, *5* 72:*12* 73:*20* 78:*13*, *14* 79:*2*, *14*, *15* 80:*24* 82:*20*, *24* 83:*24* 84:*22* 89:*22* 90:*18*, *21* 91:*13*, *20* 94:*25* 96:*19* 98:*4*, *13* 100:*24* 102:*14* 103:*15* 107:*11* 108:*6*, *11* 109:*19* 110:*1*, *9* 114:*25* 116:*1*, *11*, *15* 120:*16* 126:*1*, *2*, *6*, *20* 127:*8* 131:*17* 134:*9*, *12* 135:*6*, *8* 136:*24* 137:*16*, *20* 138:*25* 139:*16* 140:*14* 143:*12* 146:*5* 150:*17* 152:*24* 157:*3*, *11* 161:*18*, *20* 162:*13* 165:*9*, *15*, *18*, *25* 166:*19* 167:*9* 171:*11* 172:*2* 174:*16* 178:*6* 183:*11* 184:*16*, *19* 185:*8* 191:*8*, *17*, *23* 192:*23* 194:*1*, *15*, *24* 195:*17*, *22* 196:*7* 197:*19* 198:*17*, *18*, *22* 201:*14* 202:*5* 203:*24* 204:*4*, *16* 207:*14* 209:*22* 210:*4*, *13*, *18*, *20*, *24*, *25* 211:*3*, *6*, *8*, *18* 212:*19* 213:*6*, *18* 222:*12* 223:*5*, *14* 225:*16* 227:*2* 230:*2*, *10*, *11*, *15*, *17* 234:*13* 235:*10* 237:*3*, *25* 238:*7*, *12* 239:*21* 240:*2* 241:*11* 243:*10*, *21* 244:*22* 245:*5*, *6*, *11* 248:*7* 249:*14*, *24* 250:*19* 251:*11* 252:*23*, *25* 255:*4* 260:*3* 263:*20*, *22*

**once** 17:*23* 42:*18* 45:*17* 93:*24* 99:*22* 180:*23* 190:*19* 223:*8* 247:*17* 250:*10* 252:*2* 254:*11* 258:*12* 260:*9*

**one** 6:*16* 11:*6* 12:*12*, *15* 14:*12*, *20*, *25* 17:*15*, *22* 22:*9* 30:*21* 32:*18* 40:*16*, *23*, *25* 48:*1* 50:*23* 51:*5*, *13* 53:*14* 54:*21* 57:*16* 59:*22* 61:*13* 62:*12*, *19* 63:*5* 65:*8* 66:*4* 71:*14* 74:*21* 77:*20* 80:*1* 87:*15*, *19* 89:*16* 91:*18* 97:*2*, *23* 99:*4* 104:*10*, *13* 105:*1* 106:*7* 107:*21* 119:*3*, *6*, *15* 120:*24* 121:*20* 122:*18* 125:*11* 127:*14*, *16* 132:*10* 139:*2* 145:*25* 150:*9*, *18* 151:*6* 159:*17* 162:*8*, *10*, *13* 166:*11* 171:*4*, *5* 173:*11* 177:*22*, *25* 178:*2*, *3* 180:*9* 183:*11*, *24* 187:*22*, *24* 195:*16* 202:*16* 209:*4* 210:*14*, *16*, *20* 212:*4* 219:*25* 220:*5* 225:*2* 231:*21* 233:*21* 236:*4*, *5* 244:*20*, *22* 245:*5* 249:*3* 250:*13* 255:*24*

**ones** 20:*22* 65:*5* 88:*10* 97:*22* 98:*17* 150:*16* 160:*2* 186:*3*

**one's** 122:*10* 222:*3* 241:*21*

**One-sixty-six** 174:*7*

**one-time** 17:*6*

**ongoing** 263:*6*, *7*

**online** 71:*2* 93:*16* 114:*25* 115:*2*, *5*, *7*

**only** 22:*17* 28:*21* 31:*7* 35:*21* 40:*6* 68:*7*, *8* 77:*19*, *20* 79:*24* 80:*11* 98:*10*, *11* 115:*16* 116:*23* 117:*2* 121:*20* 125:*11* 140:*25* 142:*10*, *25* 153:*18* 154:*19* 180:*15*, *18*, *20* 181:*10* 185:*6* 199:*8* 212:*13* 232:*2* 234:*1* 238:*2* 247:*1*

**open** 11:*8* 17:*3* 32:*7* 41:*4*, *15*, *21* 112:*6*, *10*, *14*, *18* 114:*20*

157:2 223:15 228:11
**opened** 11:12, 19 12:12 15:3 18:22 54:5 55:5 87:16 157:22 201:10, 16, 22
**opening** 12:4 58:17 59:3 223:12
**opens** 223:13, 19 224:8
**operate** 71:5 102:19
**operating** 101:22 102:23 247:15
**operational** 262:14
**opinion** 146:22 189:4
**opinions** 45:23
**opportunity** 159:8 263:17
**oppose** 165:21 166:2
**opposed** 249:20 252:17
**order** 64:15 150:14, 16 151:15
**organization** 21:8, 24 25:17 27:16 30:19, 25 36:5 101:13 117:5 127:11, 13, 23 168:21 189:25
**organizations** 50:14, 19, 20 160:11, 19 162:23
**organizing** 127:22
**orientation** 28:24 29:8, 9, 12, 16 115:22 123:3, 9 261:4
**orientations** 29:14
**original** 43:10 52:22, 23 87:15, 25 105:10 261:4
**originally** 81:12 82:2
**other** 6:21, 23 7:10 16:10, 12 20:25 28:8 29:6 30:2 37:21 38:5, 7 45:6, 15 47:7, 17, 24 49:12 50:2, 11, 14 51:6 62:3 69:10, 19 70:2 73:1 79:21 83:12, 19 86:13 87:4 91:8 93:6 103:25 105:16 106:3, 4 111:7 117:7 124:20, 25 138:4, 10 151:2 153:16 160:11, 19 161:20 162:23 163:8 184:8 189:24 190:22 205:8 211:12 212:13 213:6 214:1 229:12 231:6 232:21, 22 233:7 236:23 237:10 240:1, 9, 23, 25 241:5 245:9 247:5 255:18 259:22, 23
**others** 6:25 31:19 43:4 51:3 60:1, 9 70:18 92:16
**other's** 62:22
**otherwise** 67:14 190:24 213:18 262:15 263:10
**Our** 12:20, 23 13:6 14:4, 13 17:11, 22 20:18, 21 25:22 28:12 30:12 34:21, 22 35:19, 20 36:4 38:16 40:18 41:11 43:10, 11 48:8 56:13 57:14 60:24 65:15, 20, 21 79:10 92:8 93:17 94:4, 5 96:11 114:25 116:5 119:9 123:18 135:22 140:22 147:21 154:18 157:5 170:19, 20, 21 175:2, 13 199:13 202:9 207:22 213:1 218:3 221:22 239:6 242:9 245:16, 19 249:16 250:11
**ours** 63:22 79:15
**out** 10:19 26:3, 6 30:25 31:10 33:3 36:10 37:21 62:19, 22 63:8 68:15 76:2 81:18 135:22 138:6 153:9, 20 156:1 158:6, 9 168:6 174:18 175:21 185:13 187:17 188:4, 9 195:13 212:25 234:7 236:4, 5
**outcome** 172:14, 16
**outlined** 201:3
**outlines** 191:2, 3
**outside** 60:1 69:20 105:8, 9 232:22 234:19 257:17, 22, 25 258:3, 7, 11, 13, 18, 22 259:3, 10, 14 260:7
**over** 6:22 16:11 18:19 50:20 78:17 86:25 88:2, 6 125:1 133:14 135:25 136:1 138:2
**overarching** 21:8, 18 22:2 23:25 26:12
**overheard** 86:6
**overly** 33:23
**overriding** 21:24
**overseers** 134:22

**own** 22:9 30:13 34:24 49:4, 6, 10 53:10 90:3, 4 91:23 97:2 115:1 118:20 125:22, 24 126:1, 2 134:3 152:24 162:13 227:3 241:21 245:11
**owned** 48:19 135:15
**owner** 28:24 88:3 90:20 91:9 125:16 133:24, 25 180:25 228:10 261:16, 17
**owners** 28:25 29:15 65:16 88:7 89:13 118:22 169:13 202:3 212:24, 25 243:25
**ownership** 91:15 139:8, 10
**owning** 214:2
**owns** 90:3 91:9, 18 127:21 153:9, 13

**< P >**
**P** 2:1 5:1
**p.m** 78:23 79:1 96:15, 18 116:2 140:9, 13 157:7, 10 209:25 210:3 264:8, 10
**paced** 168:2
**package** 32:17, 19
**PAGE** 3:2, 6 4:2 68:24 100:12, 24 115:25 147:7 162:7 167:23 174:1, 6 177:19, 22 178:6 180:10 185:21 191:5 193:2 194:9, 10, 15 230:9, 15, 17 236:9 238:20 244:19, 22 251:17, 20
**pages** 161:16 182:7 197:14, 17, 22 222:18 236:5, 9, 24 237:11 238:2, 6 248:7
**paid** 27:16 135:18, 20 137:15, 18 138:2, 16 261:3
**paper** 209:16
**paragraph** 100:25 116:2 161:25 191:12 194:8 219:18 220:21 230:16 231:21 238:20 239:1 251:15, 16 252:24
**parent** 46:16 112:13, 17 123:2, 3 125:16 146:7 213:6
**parents** 31:19 33:8 43:5 59:25 60:5 65:24 66:6, 25 109:15, 19 110:3, 10 112:6, 9 117:21 123:13 131:23 194:3 195:2, 9 201:17 206:1 215:2, 4, 5
**Park** 65:5 71:3 76:10 77:3, 19, 23 98:18, 19, 24 99:5, 7, 13, 18 100:6, 9 104:16 106:9 107:12, 13, 15, 23 108:6 116:12, 15 118:3, 5, 14 120:4 121:7 177:16, 23 178:11, 12, 15, 21 179:3, 7, 15, 16 180:1, 5 215:1 248:24 249:9, 19, 25 250:8, 12, 14 252:16 255:5, 6 256:12 257:4, 10
**Parks** 104:7
**Park's** 98:16
**part** 22:24 30:12, 22 50:14 65:20 80:19 81:4 94:4 98:7 101:1 109:14 113:17 116:25 120:1 128:12, 19 136:6 151:14 190:5 192:6 213:12 225:14 236:8 249:15 252:24
**participants** 13:18 15:7
**participate** 12:21
**participates** 88:4
**participating** 13:10, 12 83:15 88:7, 8
**particular** 121:18 160:15 180:19
**parties** 177:24 178:5, 6 179:11 229:18
**Partners** 48:20, 21 49:1
**partnership** 91:22 99:22
**Parts** 38:23, 24 39:1 188:9
**part-time** 136:3, 9
**party** 191:21, 22, 24 234:11
**pass** 143:12 263:14, 16
**password** 93:16, 24
**past** 6:14 51:6 93:10 133:20 144:18, 22, 23 160:14
**pausing** 61:9
**pay** 22:11, 13 26:21 27:21, 23, 24 28:1, 3, 8, 10, 11, 12, 13, 20 30:2
**paying** 26:9 136:3 138:21 139:13, 21, 24

**PBL** 170:20 171:18, 21
**PBLs** 172:20
**Peace** 3:12 47:14, 15, 17 154:12, 15, 18 247:2, 3, 4, 5
**Pedro** 77:10
**pen** 197:5, 6
**penalty** 219:15
**pending** 94:18 126:8 156:10 159:12
**people** 13:9, 10, 15, 23 17:17 31:10, 18 32:4 33:24 45:11 47:17 49:24 52:1 54:9 60:13, 16 68:7, 8 70:7 83:7, 12 85:25 86:4 87:4 88:1, 10 89:10 95:11, 17 113:23 121:16 125:18 127:19 129:7 134:13, 15 168:2 255:7 256:9 257:20
**per** 137:1 170:3
**perceive** 84:13
**percent** 97:14
**percentage** 97:13
**perfect** 53:15
**perfectly** 248:3
**performing** 137:23
**perhaps** 238:1
**period** 35:19 88:2 115:13
**perjury** 219:15
**permanent** 48:8
**permanently** 48:2
**person** 14:13 29:20 81:19 85:25 87:22, 24 89:18 96:21 108:8 112:21 122:13 143:15, 23 156:23 164:16 175:14 184:11 213:4 242:10
**personal** 6:9 7:2 84:13, 15 110:15 132:10 215:24 217:4 218:17 219:18, 25 220:5 247:8
**personalized** 161:25
**personally** 16:1, 7, 9 17:1 98:13 108:2 118:23 122:1 138:22, 23 188:23, 24 189:4 201:24 203:2 215:25 225:1 235:16 255:21 262:11, 17
**Peterson's** 144:24
**petition** 114:4
**philosophical** 97:4
**Philosophically** 38:18, 21 39:20 45:17 46:10 81:7
**philosophies** 38:16
**philosophy** 47:13
**phone** 6:13
**phonetic** 6:5 7:12 77:10 144:24 214:2 220:25 248:23 254:9
**phrase** 80:23 162:19 173:13, 14 245:12 257:15 258:2, 6, 10 259:2 260:6
**phrases** 240:1 244:20
**physical** 183:2 241:24 243:23, 25
**physically** 183:18
**picked** 41:20
**Pictures** 3:23 210:12
**piece** 44:4 59:22 146:21 192:16
**Pieces** 38:25 39:1 57:18 103:18 187:20, 21 209:17
**Pinkston** 1:19 5:8
**pinpoint** 260:22
**pitch** 33:25
**place** 171:18 212:4 231:6
**Placer** 180:12
**places** 233:7 245:9
**Plaintiff** 1:7 2:2 5:14
**plan** 71:22, 23, 24, 25 202:8
**planned** 26:3, 6 97:18
**planning** 35:1 97:19 98:1
**plans** 71:21 115:19 191:2, 3
**playbook** 93:17
**played** 24:19
**pleadings** 183:11, 12 184:16
**Please** 6:4 8:6 10:2, 12 21:25 23:4 31:13 88:19 126:20 147:16 202:8 204:13 223:23 240:5 241:11 264:4
**PLLC** 2:12
**plus** 134:13
**podcast** 207:12, 14 208:3, 10, 12 209:4 211:24 219:3 246:7
**podcasts** 185:15
**point** 18:3 101:1 102:18 105:14 185:8 186:3 239:10, 15 255:10
**pointed** 74:18 185:13 199:15
**pointing** 167:15 185:7 209:14

**political** 175:18 241:25 242:14
**popular** 46:7 83:24 170:25
**popularity** 83:18, 20, 23
**portal** 243:21 244:1
**portion** 154:22
**position** 108:15
**Positive** 97:7 101:5
**possibility** 138:6 142:2
**possible** 239:5
**possibly** 112:4 132:8
**post** 146:1, 8 192:17 194:25
**posted** 76:7 146:4 190:23 210:25 211:5
**posting** 32:4 210:14
**posts** 210:12
**potential** 96:21 213:4 223:11
**potentially** 101:15 248:7, 8
**power** 80:18 113:13 139:3, 12
**practice** 12:11 168:25 171:23
**practices** 38:9 169:1
**precious** 241:21
**preparation** 52:17
**prepared** 147:5
**prepares** 49:23
**present** 206:19, 20
**presentation** 120:15
**presented** 55:10 56:6 57:16, 17 204:19 205:19 209:13
**president** 23:6, 9, 12, 15, 18 35:10, 13, 16, 18, 24 36:6 101:12 117:5 133:5 134:7, 13, 18 136:4, 14 137:24
**president's** 136:19 137:7, 10
**pretty** 33:22 43:17 79:13
**prevent** 6:11 91:2
**previous** 110:15
**previously** 109:14 214:6
**primary** 35:23 136:10
**principles** 147:4
**prior** 10:10 95:11 209:7 240:19 256:12, 17 257:10
**private** 11:1 51:23 95:6
**privy** 218:12
**probably** 11:17 12:17 18:25 60:12 80:5 87:17 137:2 148:11, 13, 21 163:18 171:12
190:13 209:15 254:12 257:12
**problem** 27:15 31:14 59:2 109:18 126:25 160:4 161:4 163:5, 7 171:15, 16 172:12 186:6, 8, 17, 18, 23 187:4, 7, 10 238:10, 18 247:23 251:9 252:21
**problematic** 74:18
**problems** 6:9, 10
**proceed** 5:25
**proceeding** 8:15 194:6 228:7 234:7
**process** 114:21 115:2, 6, 8, 21 197:20 206:9 218:10 234:16 263:7
**processes** 191:3
**produce** 133:16
**produced** 236:16
**product** 12:24 20:13
**products** 34:3
**profound** 175:15 242:11
**program** 40:21 140:18 144:3, 5, 6, 7, 13, 17
**programs** 110:2, 4, 6, 9, 11 152:20
**progress** 77:15 149:8, 10 150:2, 5
**prohibitions** 28:20
**project** 12:11 14:12 170:14 171:25 172:10, 13, 15 187:24
**Project-Based** 170:21, 22, 24 171:2, 6, 8, 23 172:3
**projects** 168:1 171:11
**promises** 28:23, 24
**property** 93:5 141:2, 7 142:9
**proprietary** 58:13 66:24 125:3, 9, 10 182:6, 13, 18 190:3 196:22, 24 200:9
**prospective** 212:24, 25
**protected** 68:8 93:16 127:19
**prototypical** 68:6
**proven** 186:21
**provide** 99:13, 21 257:22, 25 258:3, 7, 11 259:3, 10, 14, 18, 19, 22 260:7, 9
**provided** 56:8, 17 93:15 194:2
**providing** 29:12
**provision** 230:2
**provisions** 229:19 234:19

**public** 47:*11* 66:*11* 74:*7* 116:*20*, *24* 118:*7* 154:*21* 155:*1* 171:*17* 175:*21*, *25* 176:*16* 191:*21* 192:*1*, *6*, *11*, *16* 193:*11*, *12*, *14* 194:*1*, *4*, *15*, *23* 195:*3*, *13* 200:*8* 207:*1* 243:*5*
**publications** 212:*12*
**published** 176:*25* 177:*7*
**pull** 188:*5*
**pulled** 155:*18*
**pulling** 187:*3*, *9*, *11* 188:*2*
**purchase** 264:*2*
**purpose** 127:*14*, *24* 128:*5*, *13*, *20* 129:*5*, *18*, *20* 130:*1*, *5* 131:*6* 132:*2*, *9*, *22* 137:*19* 139:*2*
**purposes** 127:*11*, *12*
**pursue** 139:*25*
**push** 53:*21*
**pushback** 231:*2*
**put** 20:*1* 59:*8* 82:*24* 113:*13* 120:*18*, *20*, *24* 127:*17* 174:*16* 175:*20* 176:*9* 218:*2*, *5*, *7* 221:*17* 238:*12* 256:*24*
**putting** 46:*9* 80:*7*

**< Q >**
**qualifications** 205:*20*
**quantity** 136:*24*
**quarterly** 136:*21*
**quest** 57:*9* 79:*7*, *20* 121:*13* 123:*1*, *19* 124:*9*, *15*, *22* 142:*20* 170:*20* 171:*13*, *14*, *20* 172:*9*, *15*
**question** 10:*1*, *5*, *6*, *7*, *11* 16:*5*, *13*, *14* 19:*11* 21:*20*, *22* 22:*20*, *21* 23:*3* 24:*18* 25:*7* 26:*8* 39:*17* 43:*12* 44:*23* 46:*20* 48:*22* 56:*25* 66:*5* 72:*1*, *6*, *8* 73:*11* 74:*16* 86:*24* 94:*18* 95:*21* 97:*22* 98:*8* 106:*1* 115:*4* 121:*3*, *6* 123:*6* 126:*8* 131:*17* 137:*4* 141:*10* 146:*10* 147:*16* 153:*12* 156:*10*, *16* 159:*11*, *12* 160:*15* 161:*24* 164:*23* 165:*1*, *2*, *12* 170:*11* 171:*5* 176:*14* 177:*3* 178:*23* 185:*10* 188:*6* 192:*5* 202:*20* 204:*5* 212:*23* 213:*21*, *24* 216:*11*, *14*, *15* 227:*19*, *25* 228:*2*, *25* 231:*8* 237:*23* 240:*4*, *20* 247:*22*
**questioning** 238:*13*
**questions** 27:*2* 34:*19* 47:*24* 56:*14* 97:*4* 115:*5*, *11*, *12* 205:*14* 216:*16*, *17* 238:*5*, *11*, *13* 250:*11* 260:*3* 262:*19* 263:*18*, *22*
**quests** 57:*21* 79:*7*, *9* 119:*23* 143:*11* 170:*22* 171:*3*, *6*, *20* 259:*2*
**quick** 22:*23* 37:*2* 205:*12*
**quickly** 41:*23* 43:*17* 79:*7*
**quite** 8:*21* 231:*1*
**quote** 80:*21* 174:*21*
**quoting** 123:*21*

**< R >**
**R** 2:*1* 5:*1*
**radical** 45:*18*, *21* 46:*23* 69:*1*
**radically** 46:*12*
**radius** 105:*7*, *8*, *9*, *14* 106:*1*, *5*, *11*, *18* 107:*2*, *14* 110:*19* 111:*2* 112:*1*
**ran** 35:*19* 51:*9*
**Ranch** 8:*7* 48:*12*, *17*
**range** 18:*14*
**rather** 69:*7* 229:*13*
**read** 52:*25* 72:*5* 101:*9* 145:*25* 146:*17* 147:*14* 156:*4*, *8* 164:*18* 170:*9* 176:*7* 186:*5* 202:*13* 233:*3*, *6*, *21* 234:*5* 246:*18* 253:*11* 255:*15*
**reading** 46:*17* 71:*20* 142:*20* 147:*7* 190:*21* 196:*8* 220:*16*, *20*
**real** 22:*23* 37:*2* 126:*22* 129:*15*, *21* 171:*14* 205:*12*
**realize** 54:*4*
**really** 12:*13* 13:*6* 19:*13* 21:*15* 31:*7* 34:*20* 35:*13* 45:*23* 52:*10* 73:*3* 74:*12* 79:*6* 89:*10* 91:*12* 120:*2* 138:*14* 148:*2* 200:*9*
**real-world** 171:*16*

**reapply** 101:*15*, *19*
**reason** 6:*6* 106:*1* 118:*18* 142:*25*
**reasons** 118:*20*
**recall** 30:*3* 90:*24* 92:*17* 98:*13* 113:*1* 153:*4*
**receive** 28:*12*, *21* 76:*16* 143:*23* 196:*1* 198:*4*, *6*
**received** 76:*12* 116:*3* 138:*1* 143:*15* 183:*19* 190:*24* 198:*1* 222:*12*
**receiving** 191:*21*, *22*, *24*
**recent** 202:*9*
**Recently** 116:*3*
**Recess** 37:*6* 78:*25* 96:*17* 140:*12* 157:*9* 210:*2*
**recipient** 159:*19*
**recipients** 159:*18* 160:*14*
**recognize** 173:*19* 260:*21*, *22*
**recognized** 159:*17*
**record** 5:*3*, *11* 6:*4* 10:*12* 36:*13* 37:*5*, *8* 78:*24* 79:*2* 96:*16*, *19* 100:*16*, *20* 126:*20* 140:*10*, *14* 157:*8*, *11* 210:*1*, *4* 238:*12* 248:*1* 251:*11* 263:*20*, *23* 264:*2*, *9*
**recorded** 16:*11*
**records** 15:*20*, *25* 16:*7*
**recruit** 110:*5*
**recruiting** 123:*3* 201:*16*
**recused** 51:*13*
**refer** 167:*6*
**reference** 81:*7*, *12* 247:*18*
**referred** 247:*4*
**referring** 100:*19* 117:*20* 178:*1* 195:*25* 223:*17* 260:*20*
**refers** 241:*1*
**reflected** 201:*19*
**reflective** 58:*21* 81:*14*
**reflects** 57:*10* 59:*8* 206:*3*
**regard** 151:*10*
**regardless** 198:*21*
**registration** 127:*8*
**registrations** 92:*18*
**regular** 25:*24* 39:*24* 69:*7*
**related** 6:*22* 7:*4*, *13* 35:*18* 47:*24* 51:*13* 82:*12* 85:*1* 100:*6* 118:*24* 127:*22* 147:*12* 177:*24* 185:*24* 213:*19* 229:*23* 234:*1* 240:*23* 253:*16*
**relation** 223:*16*
**relationship** 24:*16* 26:*18* 145:*4*
**released** 68:*10* 194:*24*
**relevant** 236:*24*
**religious** 175:*18* 241:*25* 242:*14*
**relying** 94:*25*
**remember** 9:*4* 13:*5*, *8*, *15*, *17* 14:*3*, *24* 15:*11*, *22* 16:*22* 18:*2*, *7*, *12* 29:*1* 41:*12*, *18* 43:*14* 44:*14* 45:*7*, *8* 46:*3* 47:*21*, *25* 51:*6* 73:*1* 80:*5* 85:*8* 88:*17*, *23*, *25* 93:*13* 97:*9* 101:*25* 102:*8*, *10*, *15* 104:*2*, *11*, *14*, *15*, *24* 105:*1*, *5* 106:*16*, *20* 107:*6* 108:*21* 117:*18* 124:*6* 125:*5* 149:*5* 166:*24* 206:*7*, *10* 239:*20* 243:*20* 261:*5*, *12*
**remembered** 94:*13*
**remembering** 17:*16* 57:*18* 80:*2*
**remnants** 76:*8* 77:*14* 206:*6*, *8*, *9*, *12*, *21* 252:*6*
**Remote** 1:*18*
**remove** 240:*24*
**removed** 76:*13* 206:*22* 250:*22*, *24* 251:*3* 252:*7*, *15*
**rented** 40:*20*
**repeat** 16:*5* 19:*11* 22:*20* 48:*22* 66:*5* 105:*12* 144:*14* 164:*22* 202:*20* 240:*4* 247:*22*, *23* 258:*9*
**rephrase** 262:*21*
**replacement** 170:*22*
**report** 108:*18*
**REPORTED** 1:*19* 127:*7*
**reporter** 126:*14*, *17*
**reporter's** 55:*2*
**reports** 116:*3*
**represent** 5:*11*, *14* 41:*23* 67:*16* 179:*15* 193:*4* 210:*11* 240:*18*
**representative** 53:*24* 139:*17*
**represented** 74:*10*
**representing** 205:*21*
**represents** 179:*16*, *17*
**reproduce** 93:*14*

**reputational** 262:14
**require** 21:4, 6 30:19 94:2 95:8, 20 168:21
**required** 19:3 30:15, 16 94:5 96:3 169:21
**requirement** 30:10 104:25 169:1, 16 205:1, 5, 9
**requires** 95:17 116:13 171:7
**research** 71:2 76:2 113:15
**reside** 48:3
**resided** 48:2
**resigned** 133:13
**resisted** 170:20
**resource** 243:6
**respect** 147:4
**respective** 202:10
**respond** 188:24 254:3, 13
**responding** 254:4
**response** 215:25 248:25 249:4, 12 252:14 254:12
**responses** 56:13 57:1 206:5 250:17
**responsibility** 134:22 137:3
**responsive** 10:10
**rest** 71:15 236:14
**restate** 56:25 177:3 197:1
**restricted** 86:10, 11
**restroom** 27:11
**result** 223:7
**results** 213:10
**retired** 23:10, 11, 21 24:23, 25 89:3 134:2
**retiring** 51:7
**return** 94:6, 25 95:5 240:16 243:13, 15 244:6
**returned** 183:20 239:6
**revenue** 27:18, 21, 22, 24 28:1, 4 29:25
**review** 52:16 88:19 159:8, 9, 15 161:14
**reviewed** 52:21 57:2 251:1
**reviewing** 199:13
**revisit** 101:6
**revocably** 234:12
**revolutionary** 46:18
**right** 6:13 10:1 11:4, 6, 10, 22 15:21, 25 18:9, 10 20:5 21:5 24:6 31:3, 5 32:16 40:10, 11 42:4, 23 45:4 48:14 51:10, 12, 18, 23 53:4, 18, 20 54:22 55:6 56:9, 17 57:23, 24 58:1, 2, 7, 9, 16, 25 59:11, 14 63:6, 17 64:11 65:18 66:1, 9, 22 67:1, 6, 11, 17 68:11, 12, 14 69:21 70:19 71:1, 2 72:14 74:15 76:20, 22, 24 77:12 78:6 79:4 80:12, 15 81:19 82:22 83:5 84:17 85:22, 25 86:10, 15, 16 91:6 95:8 96:6 97:10 98:20 99:3 100:24 101:21 102:3, 6, 19 104:7 105:2, 10, 16 106:3, 5, 19 107:17 108:10 109:2 110:12, 14 111:20, 22 114:13 116:18 117:16, 17 118:15 119:13 123:22 124:1, 25 125:4, 12, 21 126:23 127:21 128:5, 13 130:20 131:3, 13, 14 132:2, 12, 24 136:10 137:10 140:4 142:14, 22, 24 143:16, 23 144:3, 22 145:6, 11, 24 149:8, 17 151:20 152:24 153:16, 21, 23 154:15 155:10, 21 156:11 157:12 158:10 159:21, 25 160:1, 3, 23 161:5 162:14, 16 163:1, 5, 10, 13, 14 166:22 167:5, 10, 13 168:7, 23 169:7 170:18 171:25 172:10, 15, 24 173:24 174:9, 16 175:21, 22, 25 176:17 177:1, 17 181:7, 23 182:7, 17 186:23 187:4, 9, 13 189:3 191:16, 17 193:3 194:17 195:10, 14, 24 196:21 197:9 198:12 199:9, 13 200:5, 23, 25 201:11 209:25 211:7 212:1 213:17, 19 215:12, 15 216:1, 18, 21 218:4 220:21 221:1, 9 222:19 224:25 225:19, 23, 25 226:1, 2, 15, 18, 21 227:14, 15 229:7, 9, 14, 24 231:2, 13, 22, 24 232:1, 2, 13

235:19, 21
236:3, 6, 8, 13
239:8, 12, 14, 18
240:2 241:3, 4, 5, 6, 8, 11, 15
242:8, 15 243:2, 7, 8, 11, 21, 24
244:3, 4, 6
245:8, 10, 11, 14
246:24 247:9
250:17 251:5
252:6 253:13, 17, 22, 23
255:10 256:5
257:17 258:14, 15, 20 260:16
261:11
**rights** 93:5 124:15 153:9, 13 181:1
**rings** 261:7, 11
**Road** 8:7 48:17
**role** 24:19 35:11, 13, 14, 16 36:7 45:2 136:19 137:8, 10, 24
**room** 39:24 40:16 41:7, 16
**rooms** 40:17, 20 41:6
**round** 71:6
**royalty-free** 181:20
**rule** 107:2, 5
**rules** 36:15 106:19, 20 107:12 223:15
**run** 12:9 101:3, 14 102:10 116:4, 12 119:8, 23 135:23, 24 136:24 137:1 139:12
**running** 25:17 26:1 71:7 103:15 117:8 118:19 134:4, 6 136:2, 9, 11, 13, 21, 25 138:25 188:12 202:5 238:16, 17 247:19, 24
**runs** 139:14

**< S >**
**S** 2:1, 13 3:5 4:1 5:1
**Sacramento** 57:8, 16 62:19 63:5 65:6 98:4 110:25 121:12, 21 122:21 124:21 185:25 186:17, 22 214:15 217:2 223:3 255:24 256:6
**Sacramento's** 122:22
**said** 13:3 14:4 15:9 18:4 22:25 46:17 49:10 61:11, 14 62:19 71:12 74:18 76:8 77:10 80:17, 19, 20 83:21 86:7 89:13 95:21 96:3 103:24 105:18 112:18 114:6 118:11 120:12 121:20 122:11 123:13, 25 124:21 125:5, 7 130:16 131:13, 15 132:18, 21, 24 135:3 146:9, 12, 19 158:23 179:18, 19, 21 183:23 192:15 198:17 199:14 200:15, 24 202:8 206:18 207:15, 20, 23 208:2 209:10, 11, 13 214:6, 8, 13 216:20 217:6, 19 220:25 221:2 224:6, 13, 15, 16 225:11 227:17 228:21, 22 229:3 232:16 240:16 250:4 264:7
**salary** 137:23
**sales** 221:22
**Salt** 90:4
**same** 15:1, 2 32:22 34:7 47:3 59:14 63:22, 25 64:1, 15, 20 66:23 68:23 69:18 74:19 85:17 90:10 97:18, 23 103:20, 21 110:20 115:16 116:16 118:3 120:12 121:16 141:1, 6 164:4 169:22, 24 170:2 180:11 188:12, 19 198:24 224:20, 21 245:22 247:4 248:23
**San** 114:15 261:23 262:8
**SANDEFER** 1:14 3:10 5:4, 12, 20 6:5, 6 8:23 48:20 49:1 94:16 100:2, 25 116:1 145:21 154:2 155:15 157:15 158:15 161:11 164:13 166:8 167:20 170:6 179:17 182:2 210:8 219:11 235:23 241:14 242:9 244:13 248:10, 19 264:11
**S-A-N-D-E-F-E-R** 6:19
**satisfaction** 101:5
**Saturday** 14:24 17:9, 12, 15, 16
**saw** 29:2 75:3 76:5, 7 77:15 184:20 194:14 219:1, 7 247:12 249:5 260:12
**say** 13:10 17:13, 19 18:16 19:17 20:21 21:4, 7, 12, 13 22:4 25:8

26:10 30:15, 20 31:12 38:6 40:4 41:1 42:1 45:4 57:12 60:20, 22 61:21, 23 62:18 63:25 64:20, 24 66:23 68:3, 18 75:3, 5 85:25 86:4 87:14, 22 89:9, 20, 23 90:17, 25 94:25 95:10 96:9 97:14, 15 103:1 104:9, 13 105:22, 24 108:19 117:14 121:15 122:6 123:8, 15, 16 125:24 127:16 133:7 136:9, 18 138:5 141:16, 20 142:18, 22, 23, 24 145:4 149:5 153:18 154:17 162:20 166:13 169:7 172:21 178:6, 13, 21 183:17 188:14 190:2, 11 194:16 197:5, 16, 22 201:2 204:1 207:14 212:13 215:4 216:1, 6, 7 217:15, 21 219:14, 18 221:21 224:15, 17 226:1, 4 233:18 234:3, 18, 22 240:19, 21 241:5 243:24 251:20

**saying** 30:5 34:1, 7 36:14 40:10 44:9 59:11, 12, 14 64:14 65:12 72:17, 19 74:11, 21 75:12 81:25 83:12 84:6, 11 86:3, 6, 24 91:25 94:10 96:5, 7, 8 101:11 102:2 104:15 111:18 114:3 116:11 117:14, 15 119:17 124:8, 14 128:7, 10 138:7 143:13 147:12 151:4 159:2 163:7, 8 178:19 183:22 184:4, 6 189:21 196:3, 5 198:22 203:2, 3, 8, 15 206:8, 22 208:2, 16 215:15 222:10 226:17, 18 229:4 235:6 242:9 247:14 251:4 252:20 259:17, 19 260:17 261:10

**says** 71:3, 20 101:1 116:3 119:3, 21 127:18 146:1 161:18, 25 167:24 174:23 178:6, 24 179:3, 6 185:7 191:19 192:25 196:2 206:21 220:20, 21 230:3 231:11, 12 232:23 233:6, 16, 19 235:7 236:4 238:2, 21 239:1 240:11 241:1, 6, 13, 14, 19 242:2, 18, 20 244:21 249:15, 18 252:3, 6, 12, 14, 15, 25 253:3, 11, 15, 19 255:2

**scenario** 98:6 129:14 131:9 132:17 228:9 261:5

**Schafer** 71:3

**schedule** 57:9, 11, 20 59:9 60:3, 8, 10, 24 61:1 62:16 63:22 64:11, 19, 22, 23 65:11, 12 66:1, 6, 7, 9, 13, 23, 25 67:14, 17, 25 68:12, 14, 15, 16, 18, 21, 24, 25 69:2, 18 74:2, 3, 12, 20 75:2, 6, 7, 9, 12 76:4 79:5 169:11, 13, 14, 21, 23, 25 170:2 200:9, 10

**scheduled** 25:22

**schedules** 60:3, 5, 6 64:22 65:7 79:5 169:4

**school** 11:1, 18 12:4, 9 15:4 17:3, 4, 10 18:19, 22, 23 35:20, 22 36:3 37:11, 21 38:5, 7, 10, 15 39:18 40:14, 22 41:14, 19 42:19 47:10 55:4 58:6 62:10 65:3 69:2, 10, 17, 21, 23, 24, 25 70:5 71:3, 4, 5, 8, 21 81:3, 5, 11, 13, 14, 23, 24, 25 82:2, 13 83:8 84:19 85:2, 5, 24 86:5 87:20 91:14 93:14 97:3, 22, 25 98:24, 25 99:5, 7, 13, 18, 20, 21, 24 100:6, 9 101:14, 23 102:11, 19, 23 103:15, 25 105:10, 15 107:14, 17 109:1, 11 111:1, 10 112:2, 10, 14, 15, 19 114:7 115:1 117:8 118:23 119:22 120:16 122:13, 23 123:5 128:3, 8 133:21 134:4, 6, 24 136:9, 12, 14, 24 137:1 140:17 141:18, 24, 25 144:25

146:3 147:17, 23 152:4, 8, 9, 12, 13 153:17 157:22 163:13, 16 165:11, 20 166:1 170:21 187:22 189:24 191:3 201:4, 9 206:3 243:4 245:19 247:16 248:13, 14 257:19
**schools** 21:1 38:17 40:24 62:4, 7, 14 64:25 69:10, 20 70:2, 9, 10 71:7, 13 72:13, 21 73:19 83:15, 16, 19 84:14 86:10, 13 88:16 97:17, 18 98:14 104:18 110:17, 19 111:2, 9 113:23 121:25 145:15 151:19, 20 152:1, 7, 19 162:23 163:8 187:21 201:22 206:2 221:23 258:13, 15, 16, 17, 18, 23
**school's** 128:19
**science** 171:18
**scout** 34:4, 25 149:19
**Scouts** 147:19, 24 148:8, 12, 23 149:13, 23, 25 150:1, 6, 10 151:5
**screen** 250:20
**screenshots** 55:10 213:11
**script** 29:22
**seamless** 69:6
**seasons** 25:12
**second** 71:24 87:15, 18, 23, 24 100:13 116:2 119:5 126:22 157:4 162:7 167:23 175:7 180:9 210:20 211:18 233:21 246:15 249:3
**secret** 60:18 67:24 68:3, 6, 12, 19 124:10 153:20 175:21 176:10, 13, 19, 25 177:6
**secrets** 55:6
**see** 58:12 63:4 72:24 75:6 76:2 77:11 101:7 107:24 110:3 116:2, 6 120:9 127:7 138:12 154:5 156:3 158:18, 22 159:2, 4, 16 160:10 161:19, 24 162:8, 10, 20 164:16 165:2 168:4 171:18 172:24 173:1 174:2, 10 176:16 179:3 180:5 181:21 186:2 187:22 191:12 192:15, 25 193:22 194:11, 12, 24 196:23 197:7, 14, 18 198:2, 13, 23 199:4, 14 200:16 202:16 206:25 223:9 231:25 237:16 241:13 249:14, 16, 18, 19, 21 250:2, 9, 18, 19 251:10 252:15 253:4 257:14 260:20
**seeing** 239:21 250:21
**seeking** 206:1
**seemed** 33:23
**seems** 19:23 70:24 71:11 198:18 208:14
**seen** 56:2, 6, 8, 10, 13, 16, 18, 20, 22, 23 57:3, 14 63:15 115:21 120:11 184:19 195:16 196:14 200:6 204:19, 20 209:4 213:18 218:1
**sees** 139:17 213:13
**selected** 134:19 135:5
**self** 168:1
**self-learning** 147:4
**self-management** 165:10, 19
**sell** 12:20 19:6, 14, 17, 23 20:9, 13 31:17 33:7
**selling** 31:9 34:5, 6, 25 128:23
**send** 29:23 243:23, 25
**sense** 18:14 25:6 43:22 47:16 53:12, 15 108:24 149:25
**sent** 56:21
**sentence** 180:25 234:5 253:11
**separate** 36:4 49:3 102:14 110:16 117:8 135:4 179:19 211:15, 20 253:24 254:20
**separation** 137:5
**September** 77:5
**series** 86:17 171:16
**seriously** 237:21
**Servant** 245:4, 6, 12, 14, 16, 17, 22 246:5, 11 247:10 248:9 259:13, 17
**serve** 50:4
**served** 36:6 134:12, 17
**service** 92:18 93:3 196:3
**services** 99:13, 21 190:25 196:5 257:16, 22, 25 258:3, 7, 11, 13, 14, 19, 22,

24 259:3, 10, 14, 18, 23 260:7
**serving** 246:6
**session** 255:24 256:6
**sessions** 74:5
**set** 25:15, 21 39:8 40:9 131:21 169:11, 13 219:19 257:2
**sets** 110:20
**setting** 31:9, 17 33:7 128:3
**settings** 31:6 147:11, 17, 18
**settle** 80:24
**setup** 20:7 39:2, 6, 13, 15, 16, 18, 20
**seven** 12:22
**several** 40:19 83:7 159:12
**shall** 233:19, 20
**share** 90:17 140:22, 23
**shared** 57:8 201:18
**shares** 146:25
**sharing** 88:24 91:2
**she** 46:18, 19 72:8 134:11, 12 146:7, 8 156:23 159:7, 9 174:23 194:5, 7 216:15 227:9 233:10, 15 238:23 261:18, 19, 20 264:7
**shed** 93:18
**she's** 46:18 220:7, 15 227:7 233:13 251:11 261:17, 19, 21
**shop** 12:24
**should** 27:8 70:5 145:4 174:24 197:21 206:12, 22 234:25 246:18 250:22, 23 251:2 252:7, 9, 14
**shouldn't** 154:18
**shove** 53:21
**show** 9:7 16:23 29:2 94:15 99:25 117:24 145:19 153:25 155:14 157:14 158:14 161:9 164:11 166:6 170:4 173:19 185:20 212:12 235:22 241:10 244:11 248:18 250:17 253:3, 15, 16, 19 254:16 255:3, 8, 11
**showed** 196:4 209:16
**showing** 154:11 195:23 238:3
**shown** 183:21 184:19
**shows** 56:23 57:3 211:14 249:16
**side** 73:2 104:7, 9, 10 134:9
**sign** 13:2, 5, 8 15:8, 13 18:3, 11 90:22 127:17 142:5, 18, 19 193:5 195:23 229:19
**signature** 35:15 195:17, 22
**signed** 9:22 90:14 96:1 115:23 155:5 178:19 179:12 183:11 184:16 192:2, 12 195:19 196:11 218:4, 15 233:11 260:12, 16
**signing** 90:10
**signs** 90:19
**similar** 38:21 39:1, 14 40:21 45:14, 15 46:13, 23 47:6 61:19, 21, 22, 25 64:20, 21, 24 74:19 127:17 151:4, 10 189:8 198:13 206:2 215:19, 20 224:19
**similarly** 249:8
**simple** 33:22 34:10, 23 76:19
**simplistic** 66:10
**simply** 139:21 197:2 228:16, 25 232:20
**since** 18:20 23:24 24:23 71:6 76:25 78:3, 17 85:18 115:16 134:21 139:4 209:4 255:10
**single** 31:9, 17 202:15 203:10 220:5 244:20
**sip** 27:5
**sir** 144:8 259:1
**sit** 49:18, 20 184:24
**site** 249:21 252:17
**sitting** 53:23
**situation** 110:17 132:14 139:3 143:21 150:25 223:3
**six** 150:17
**size** 22:14 47:7, 9 174:11, 15, 17 175:3
**skeleton** 75:9
**skills** 168:3
**slammed** 154:7
**sleep** 6:9
**small** 22:9 47:7, 8, 9 49:23 151:14 174:18
**smaller** 47:10
**Smith** 87:25
**Snell** 138:2
**social** 185:15 210:25 213:11, 14 257:10
**Socratic** 57:19, 23, 25 58:3, 4, 6, 12, 19, 24 59:1, 3, 7, 16 60:1, 10, 22 61:3, 12 62:2, 4, 11, 17,

24 63:2, 3, 6, 12, 14, 18 79:6 168:1, 10, 14, 17, 21 170:1 189:16, 18, 19, 22, 25 194:22 195:9 257:21
**sole** 153:9, 13
**solidified** 44:4
**solve** 171:16
**solved** 171:15
**solving** 172:12
**some** 19:15 20:8 29:6 35:6 37:21 38:13 45:6, 14, 15 46:13 52:5 57:22 72:25 74:19 75:22 77:10 90:16 102:18 120:21 121:16 126:21 145:18 146:18 150:13 151:19 153:16 160:21 182:12 186:5 210:22, 24, 25 211:2, 3 224:16 239:15 244:25
**someone** 27:20 32:20 44:12 73:12 86:6 91:2 95:25 130:12 143:12 153:16 167:8 207:5, 15 208:2 213:4, 13 217:21 219:23 222:5, 11 224:18, 23 226:4 228:10
**someone's** 93:7 128:19 188:1 213:14
**something** 9:20 14:21 18:20, 24 21:3 25:14, 15 28:15 30:5 32:20 33:5 34:5 35:1 37:12 39:25 42:9, 18 45:25 47:9, 14, 15 57:23, 25 58:7, 12 61:19 66:23 72:14, 22 73:2 80:8, 19 81:18 82:6, 7, 25 90:23 93:8 116:18 117:23 123:20, 22, 25 125:3 127:17 130:12, 25 131:2, 16 132:16, 22 138:6 148:4, 15, 16, 18 150:7 152:24 154:9, 19 155:18, 20 156:1 157:2 158:4, 5, 9 160:10 162:12 163:15 165:19, 20 166:1 168:6 169:16, 17 170:17 173:5, 6 185:8 189:17 208:16 227:23 234:24 235:7 238:7 245:7 263:6, 8
**something's** 130:13
**sometimes** 142:22
**somewhere** 148:10
**son** 14:4, 7, 13, 16 34:11, 22
**sons** 38:16 40:22 41:11
**soon** 239:5
**sorry** 5:12 7:16 9:17 36:12, 14 43:19 44:9 47:12 48:23, 24 49:9 54:24 55:1, 16, 24 57:17 58:23 65:4 66:5 67:4 72:5, 9 75:7 80:5 81:16, 17, 24 84:3 92:25 96:8 99:12 100:18 104:24 113:16 126:16, 17 131:18, 19 133:15 137:16 138:4, 20 141:25 143:9 144:14 151:23 154:6 158:21, 22, 24 160:16 164:22 165:6 167:16 172:19 174:6 176:6 178:12, 18 185:20 191:8 192:22 196:9 209:21 211:19 224:6, 7 230:8, 25 231:18 235:25 237:8 246:13 249:2 251:7, 10 254:7, 9 255:6 263:15
**sort** 14:20 15:8 16:20 19:15 20:8 22:2 23:24 25:17, 24 26:1 28:20 29:6 42:23 72:12 89:10 90:16 96:22 103:4 134:9 143:5 190:17 262:9
**sorts** 83:19 91:8 212:13
**sound** 75:23 182:7, 17
**sounds** 34:1 101:15 148:21 149:19 172:7 216:19 224:3
**source** 161:17 218:13 245:10
**space** 41:4
**SPARC** 101:4
**speak** 20:18, 24 22:17 40:6 41:10 61:17 88:5 180:24
**speaking** 18:1 40:6 44:5 73:5 114:23 150:15 169:24, 25 170:2 171:24 185:6 215:21
**special** 61:20, 21, 25 62:1, 2
**specific** 47:2 61:3 80:25

100:8, 9 103:1 109:23 113:1, 2, 22 123:1 200:18 222:4, 10 223:4 240:1
**specifically** 13:15 25:8 57:6 64:25 75:1 122:8 123:7, 8, 16 152:6 214:13 234:3 249:23 250:16
**specifics** 114:2 218:11
**speculate** 18:16
**speculating** 215:11
**speculation** 24:2
**spell** 261:9
**spend** 136:19
**spends** 136:11
**spent** 136:13
**spoken** 215:5
**spread** 205:22
**Springs** 49:21
**sprinkle** 168:13
**sprints** 69:3
**staff** 90:19
**stages** 38:14
**stake** 139:8, 10
**stamped** 9:20
**stand** 12:21
**standing** 97:7
**start** 11:2, 3, 11 18:6 59:19 63:19 79:8 97:19, 23 113:23 133:17 174:18 213:5
**started** 11:14, 17 18:11 29:20 40:5 41:22 43:13, 14, 15, 16 69:3 72:8 85:9 118:19 139:4 155:21 161:22 196:5 202:12 232:8 260:24
**starters** 71:2
**starting** 11:18 83:13 111:1 252:18
**State** 3:16 5:9 6:4 84:23 158:18 160:4 202:11 234:10
**stated** 77:24
**statement** 9:3, 10, 14, 21 84:9 90:22 116:6 119:11 142:16, 24 183:7 213:22 226:16 250:24
**statements** 216:16, 17 218:3
**STATES** 1:1 69:20, 21 71:5, 7 234:10
**stealing** 76:3
**steering** 46:5
**step** 16:11 115:10, 14
**stepdaughter** 10:17
**Stephen** 1:19 5:8
**stepmother** 8:20
**stepping** 117:25 118:2
**Steven** 126:18, 19
**sticking** 58:24 98:10
**still** 24:6 48:3 71:6 85:19 89:1, 4 90:2 99:13 101:14 103:19 117:12 129:18 134:4 138:24, 25 139:6 154:5 191:8 211:6 212:11 239:21 251:3 252:18, 20 256:7
**stolen** 244:21
**stop** 22:24 23:9 24:11 203:17, 18 209:19 220:12
**stopped** 17:20 18:2, 9, 10 94:1 152:14 235:1
**stored** 93:16, 18
**story** 156:23
**straight** 223:18
**strange** 15:19
**Street** 2:5
**stress** 6:10
**strike** 52:13 78:10 79:8 110:25 111:7 118:2 147:10
**strip** 43:1
**stripping** 43:16
**strong** 241:23 243:3, 4
**structural** 23:25
**structurally** 20:16
**structure** 21:22 26:24 75:24 167:4 208:12
**structured** 21:17, 19 32:19 166:16, 19
**struggling** 98:7
**stuck** 30:15
**student** 46:7 105:9, 19 106:6 110:20 142:5, 8 158:8 159:2, 17, 18 213:6
**students** 31:8, 17 33:5 43:5 65:24 66:7 71:23 87:19 107:15 141:5, 12, 15 142:18 143:4, 5, 10, 24 159:5, 6, 19, 23, 24 160:5, 8, 11, 12, 20, 21, 24 161:4 172:24 173:5, 13, 14 174:19 187:24 194:3 224:9
**Studio** 41:21, 25 42:1, 2, 3, 4, 6, 10, 14, 16, 17, 22 43:2, 6, 9 44:16 174:17 175:2 191:3
**studios** 42:11 43:11 45:2, 10 174:16, 18 187:16 245:20 258:6, 10
**stuff** 77:11 131:22 132:1, 25 169:8

187:17 188:5 199:4 205:8 241:6
**style** 5:5 174:19
**subject** 110:1
**submit** 115:18
**submits** 234:12
**submitted** 190:23
**such** 107:14 234:12
**sue** 54:9, 16 76:2 204:1 206:23 234:19
**sued** 54:9 225:16 229:22 230:2 232:14 252:18, 19
**suffer** 220:11, 22
**suffered** 221:9
**suffering** 223:7
**suggest** 253:7 255:1
**suggesting** 203:23
**suggests** 209:4
**suing** 54:5 203:9 231:5 232:21
**suit** 51:14 76:11, 24 77:4, 22, 23 78:4 120:24 234:7
**Suite** 2:14
**suits** 122:19
**summer** 69:4 70:6, 7, 12 71:9
**support** 54:18 243:3
**supposed** 29:7 36:12 204:24 207:7 208:1, 6 232:2
**Sure** 12:3 13:25 15:11, 19 16:7, 11 20:4 21:11 29:14, 17 30:9 31:6, 7, 14 33:1, 13 34:20 36:25 49:2 55:21 56:5 57:1 58:23 59:6 61:8, 10, 14 63:14 64:17 67:19 68:3, 23 75:11 78:8 80:21 83:11, 20, 23 86:3, 5, 23 88:20, 22 91:24 93:9 94:8 95:16 97:21 98:8 104:6 109:13 110:5, 6 118:7 124:3 128:15, 16 140:6, 8 141:8, 11 142:3 145:25 153:1 155:5 156:15 157:5 159:14 164:5 167:8 176:14 177:5 181:16 184:12, 14 186:20 192:16 193:17, 23 194:20, 22 200:23 202:22 204:16 209:12 217:15 231:1 233:2 234:6 240:14 242:3 243:20 245:24 246:7, 11, 16, 20 251:21 258:10 259:5, 16
**surprising** 15:12
**surveys** 101:5
**Suzanne** 114:15
**swearing** 5:9
**switch** 229:1
**sworn** 5:21 9:3, 9, 13, 21
**SYED** 2:3 5:13 7:21, 23 11:24 15:15 16:3, 16, 25 19:8, 16 21:20 22:16 23:1, 14 24:2 25:19 26:2 28:2 30:8 31:11, 21 32:24 33:11 34:15 35:2 36:1, 17, 25 37:3, 15, 25 40:1 41:9 42:5, 24 44:21 45:16 46:14, 25 47:19 49:13 50:3, 12, 15, 21 51:4, 19, 24 52:9 53:6 54:12, 17 55:7, 14, 22, 25 56:4, 12 58:8, 14 59:5, 21 60:19 62:6 63:7, 13, 20 64:2, 5, 12, 16 65:13, 19 66:2 67:3, 7, 18 68:1, 13 69:12, 22 70:14, 21 71:10 72:1, 5, 15 73:15, 23 74:13, 23 75:4, 20 76:6, 15 78:7, 14, 17, 20, 22 79:18, 25 82:14 83:2, 10 84:2, 7, 20 85:3 86:1, 22 89:19 91:4 92:2, 7, 20 94:19, 20, 22 95:13, 19 97:20 98:21 99:9, 15 101:17, 24 102:7, 12, 20, 25 104:1, 8, 19 105:11, 17 107:18 108:1, 20 109:3, 12, 21 110:22 111:4, 12 112:3 113:9 114:9, 17 116:19 117:1 118:9, 16 119:19 120:7, 14, 25 121:4, 10 122:4, 15 124:2, 11, 17 125:13 126:4, 8, 13, 16, 19, 24 127:3, 25 128:6, 14, 21 129:3, 6, 16, 22 130:2, 7, 21 131:8 132:3 136:5, 17 137:9, 11 140:6, 11 141:14 143:17 144:19 145:2, 12 147:7 149:9, 18 150:3 151:13, 22 152:25 153:11, 22 154:20 155:4 156:2, 10,

14 158:1 159:7, 10 160:6, 13, 25 161:6 162:15 163:3, 6, 17 164:20, 22 165:6, 22 166:3 167:11 168:16 172:1, 11 174:3, 6 175:5 176:1, 21 177:2, 8 179:13 180:2, 17 181:11 182:24 184:17 185:1, 10, 12, 22 186:24 187:5 188:3, 6, 13, 21 189:12 190:4 191:8 192:4, 13 193:15 194:5, 8, 10, 19 195:7 196:7, 25 197:24 198:9, 15 199:1, 6, 10, 18, 22 200:17 201:1, 12, 23 202:19 203:1, 6, 12 204:3, 13 205:3, 10, 12 206:24 207:6, 16, 21 208:4, 7, 18, 22 209:6, 23 210:20, 22, 24 211:2 212:2, 15 213:9, 20 214:3 215:8, 13 216:3, 9, 11, 17 217:11, 23 218:20 220:7, 13, 15, 18 221:2 222:14 225:9 226:13, 22 227:7, 16 228:1, 5 229:15 230:5, 22 231:7, 14, 17 232:3, 6, 24 233:4, 8, 13 234:21 235:2, 8, 25 236:3, 8, 13, 18, 21 237:5, 7, 10, 13, 15, 18, 22 238:8, 11, 17 239:9, 16, 22 240:3, 10 242:16, 23 243:12 244:24 245:23 246:4 247:17 248:1, 15 249:2, 6 250:19 251:6, 9, 11, 15, 17 253:9, 18 254:21 255:13 256:13, 19 261:25 262:5, 10, 16 263:17, 20, 22, 25 264:4

**system** 37:21 73:12, 13 147:1, 11 148:3, 15, 16, 18, 19, 20, 23, 24 149:3, 5 150:10, 18, 19 151:17 161:3 186:7, 8 187:18 188:12, 14 243:9 248:13

**systematically** 136:25

**systems** 69:10 83:8 189:8 259:9

**< T >**

**T** 3:5 4:1

**Table** 3:12 47:15 154:12, 15, 18 247:4, 5

**tables** 12:23

**Tahoe** 98:16 110:18, 21 214:4, 5, 16 217:2 221:10, 11, 14, 15 222:25 225:10, 22 226:11 227:2, 4 228:16, 22, 23

**take** 27:4 42:18 70:11 78:12, 19, 20 108:12 110:20 126:10 127:1, 4 133:13 135:24 136:1 137:23 140:5 143:10 150:19 164:18 170:9 183:17, 18 205:12 237:20 240:1, 8 241:5 254:18

**taken** 76:11 77:25 82:1 175:3 182:15, 19, 23 183:5, 8, 23, 24 184:3, 25 185:2 202:17, 25 204:20 206:9, 12 239:6, 8, 14, 15 240:15, 22 241:2 250:9 256:9

**takes** 137:1 171:18 195:21

**taking** 77:10 86:16 120:1 167:3 205:8

**talk** 24:22, 24 25:2, 12, 16, 21, 25 47:23 51:15 52:7 68:24 79:6 98:11, 18 109:19, 22 110:8, 18 122:21, 25 145:6 174:9 175:2, 13, 14 184:8, 11, 15 190:16 200:8 214:25 216:10 241:7

**talked** 20:17 25:8 29:10 32:14 37:11 44:6 47:9 63:11 79:4, 5, 6 89:7 107:22 153:25 154:11 171:5 184:18 187:16 206:14 214:9, 12 215:1, 16 217:21 218:10, 13 224:21 227:4 255:24 258:17

**talking** 16:2, 8 21:8 35:12 37:10 41:1 45:13 60:25 61:3 64:19 65:1 66:13, 15, 18 69:14 73:4, 8 77:3 80:7 86:4 89:17 92:10 98:9

103:*14* 108:*25* 110:*10* 112:5 113:*3*, *20*, *21* 123:*9*, *14*, *15* 132:*13*, *20*, *21* 138:*19* 144:22 148:*3*, *14* 152:*6*, *11* 155:8 166:*23* 188:*15*, *18* 190:*9* 191:*25* 192:*10*, *14* 196:*15* 200:*3*, *4* 201:*6* 207:*12*, *13* 214:*24* 215:*24* 223:*9* 224:2, *5* 232:*12*, *14* 241:*20* 255:*23* 258:*13*
**talks** 154:*15* 155:*19* 170:*14* 174:*10* 250:*16*
**task-oriented** 36:*7*
**tasks** 36:*9*
**teach** 248:*14*
**teacher** 43:*15* 45:*1* 47:2, *4* 156:*20*, *22*, *24* 165:*3* 171:*7*, *11*
**teachers** 44:*6* 145:*10*, *13*, *14* 147:*6* 155:*19*, *25* 156:*21*
**teaching** 44:*25* 45:*11* 165:*4*
**technical** 92:*23*
**technologies** 38:*9*
**TEDx** 241:*7*
**tell** 5:*22* 9:*13* 10:*12* 13:*9*, *13*, *18* 21:*16* 39:*3* 43:*5* 44:*3* 57:*6* 59:*25* 60:*9*, *13*, *16* 61:*7* 65:*24*, *25* 66:*7*, *24* 67:*6*, *11*, *13* 126:*19* 136:*25* 160:*15* 176:*7* 186:*6* 198:*7* 199:*8* 203:*22* 205:*7* 211:*1* 226:*7* 240:*8* 248:*22*, *25* 249:*23*
**telling** 13:*15* 88:*23* 195:*2* 202:*14*, *22* 216:*24* 223:*8*
**tells** 29:*7* 156:*23*
**temporary** 41:*4*
**tenure** 134:*17*
**term** 46:*3*, *4*, *8* 79:*8* 80:*1*, *3*, *4* 82:*10*, *12* 85:*22* 86:*9* 92:*23* 127:*15*, *16* 162:*21* 163:*10* 170:*21* 245:*18* 260:*6*, *9*
**terminate** 239:*2*
**terminated** 98:*22* 99:*1*, *4*, *19* 103:*11*, *12* 117:*22*
**terminating** 99:*7*
**termination** 95:*3* 100:*9* 108:*13* 240:*14*, *24*
**terms** 8:*17* 20:*11* 22:*5* 24:*14* 35:*16* 39:*13* 42:*10* 46:2, *23* 53:*4* 84:*25* 86:*19* 87:*11* 90:*15* 91:*3*, *16*, *21* 99:*22* 107:*2* 123:*14*, *15* 127:*19* 172:*9* 175:*24* 177:*5* 181:*18* 213:*11* 214:*1* 254:*11*
**TERRAZAS** 2:*11*, *12* 3:*3* 5:*16* 6:*1*, *3* 7:*17*, *18*, *22*, *24* 8:2, *4*, *5* 12:*2* 15:*16* 16:*4*, *6*, *18* 17:2 19:*9*, *19* 22:*1*, *22* 23:*5*, *17* 24:*5* 25:*23* 26:*5* 28:*7* 30:*17* 31:*14*, *15*, *25* 33:2, *14* 34:*17* 35:*5* 36:*11*, *14*, *19* 37:*1*, *9*, *18* 38:2, *12* 40:*3* 42:*8* 43:*3* 44:*24* 45:*3*, *20* 46:*21* 47:*5*, *22* 48:*24*, *25* 49:*15* 50:*6*, *13*, *18*, *22* 51:*8*, *21* 52:*3*, *12* 53:*8* 54:*14*, *20* 55:*12*, *17* 56:*1*, *7*, *15* 58:*10*, *15* 59:*10*, *24* 60:*21* 62:*13* 63:*10*, *16*, *24* 64:*3*, *8*, *13*, *18* 65:*17*, *23* 66:*3* 67:*5*, *9*, *20* 68:*5*, *17* 69:*13* 70:*1*, *17*, *25* 71:*17* 72:*4*, *7*, *10*, *18* 73:*17*, *25* 74:*14*, *25* 75:*13*, *25* 76:*9*, *18* 77:*17*, *18* 78:*9*, *12*, *16*, *19*, *21* 79:*3*, *19* 80:*10* 82:*17* 83:*3*, *14* 84:*4*, *10*, *24* 85:*6* 86:*8* 87:*2* 89:*24* 91:*5*, *7* 92:*4*, *9*, *22* 94:*14*, *23* 95:*15*, *24* 96:*20* 97:*24* 98:*23* 99:*11*, *17*, *25* 100:*4*, *16*, *20*, *23* 101:*20* 102:*1*, *9*, *17*, *22* 103:*3* 104:*5*, *12*, *22* 105:*13*, *21* 107:*20* 108:*3*, *23* 109:*7*, *17*, *24* 110:*24* 111:*6*, *14* 112:*8* 113:*11* 114:*12*, *19* 116:*22* 117:*4* 118:*12* 119:*1* 120:*3*, *10*, *17* 121:2, *5*, *19* 122:*9*, *17* 124:*4*, *13*, *19* 125:*19* 126:*5*, *12*, *15* 127:*1*, *5*, *6*

128:2, 9, 17, 25 129:4, 9, 17, 24 130:4, 9, 24 131:11 132:6 136:8 137:6, 10, 13 139:19, 20 140:4, 8, 15 141:19 143:19 144:21 145:5, 16, 23 147:9 149:12, 21 150:11 151:18, 24 153:2, 7, 15, 24 154:6, 8, 10, 24 155:7, 17 156:5, 12, 18, 25 157:3, 12, 13, 17 158:3, 17 159:9, 11, 15, 20 160:9, 17 161:2, 8, 13 162:17 163:4, 9, 20 164:15, 25 165:7, 8, 24 166:5, 10 167:14, 22 168:19 170:8 172:5, 17 174:4, 7, 8 175:8, 10, 12 176:4, 23 177:4, 10 180:6, 8, 21 181:14 182:4 183:4 184:22 185:4, 11, 17, 23 187:1, 8 188:4, 7, 17 189:2, 14 190:7 191:10, 11 192:8, 18 193:18 194:7, 9, 13 195:1, 8 196:13 197:3 198:3, 11, 20 199:3, 7, 12, 19, 24 200:20 201:5, 14, 20 202:1, 21 203:4, 7, 14 204:6, 15, 21 205:4, 13, 15 207:3, 8, 9, 19, 25 208:5, 9, 20, 23 209:2, 8, 9, 24 210:5, 10 211:4 212:6, 18 213:16, 23 214:11 215:9, 22 216:4, 13, 18, 22 217:14, 24 218:21, 22 219:13 220:9, 14, 17, 20 221:4 222:15, 17 225:13 226:14 227:1, 9, 11, 18 228:3, 6, 13 229:17 230:6 231:4, 10, 15, 20 232:4, 9, 25 233:5, 10, 15, 17 234:23 235:5, 11 236:1, 6, 11, 16, 19 237:1, 6, 9, 12, 14, 16, 19 238:4, 10, 15, 18, 19 239:11, 17, 24 240:6, 12, 17 242:19 243:1, 14 244:15 245:1, 25 246:9 247:19, 20 248:3, 5, 17, 21 249:4, 7, 10 250:25 251:13, 16, 19 253:12, 21 254:23 255:17 256:15, 21 262:2, 7, 12, 18 264:7

**tested** 169:15

**testified** 5:23 8:13, 20

**testify** 120:25 263:3

**testimony** 6:7, 11 23:2 34:16 36:2 94:11 209:7 236:25

**Texas** 1:2 2:6, 13, 15 3:17 5:9 8:8 48:2, 3, 7 51:10 52:14, 15 158:19 160:4 179:5 200:14 230:25 231:6, 13 232:2, 22 234:1, 10, 20

**than** 11:12 16:10 19:24 41:22 42:7, 17 46:11 47:7, 10 54:1 69:7 72:25 93:6 100:20 102:4 161:20 169:19 184:8 219:5 231:6 240:9, 25 249:25

**Thank** 5:18 6:1 9:19 18:1 27:7, 10 34:9 69:15 91:25 94:12 100:19, 22 126:19 143:2, 21 146:17 150:22 156:9 159:1, 10, 16 160:16 161:15 164:10, 19 170:13 193:25 194:11 196:20 231:23 251:10

**Thanks** 126:24

**That's** 7:11, 12 10:10 11:11, 16 15:23 19:7, 20, 21 20:12, 14 21:3, 17 22:24 26:23 27:13 30:10, 15, 18 31:22, 23 32:10, 11 33:18, 19, 21 34:2, 5, 23 37:17 39:17, 25 40:11 41:6 42:2, 13, 20 43:19 44:3 46:10 47:9 48:8, 14 49:18 53:1, 2 54:21 55:18 57:10 58:7, 12 59:2, 11, 12, 22 60:12 61:9, 16, 24 62:23 63:5, 22 65:10 68:19 70:23 71:12 72:14, 22 73:9, 11, 18 74:1, 11, 15, 21 75:3, 19 76:25 77:20 79:20 80:8, 11, 19, 20 82:6 85:17, 21 86:13, 16, 17 89:15

91:*15*, *20*, *21*, *22*, *25* 94:*1*, *22* 95:*4*, *23* 96:*5* 97:*9* 98:*10* 99:*1*, *3* 103:*20* 104:*14* 105:*23* 106:*12* 113:*18* 114:*8* 115:*14* 117:*2*, *3*, *13*, *23* 118:*10* 119:*15*, *20*, *21* 120:*1* 122:*13* 123:*20*, *22*, *23* 124:*9*, *25* 125:*3*, *6*, *18* 126:*15* 127:*18* 129:*13* 130:*14*, *15*, *16*, *17*, *25* 131:*5*, *16* 132:*24* 133:*16* 135:*3* 137:*20* 138:*13*, *15* 140:*3*, *8*, *24* 141:*4*, *21* 142:*18*, *25* 143:*2*, *8*, *9* 147:*12*, *21* 148:*17* 149:*13*, *24* 151:*16* 152:*24* 154:*18*, *19*, *21* 155:*1*, *20* 158:*8* 160:*10* 163:*13*, *15*, *18* 167:*13* 168:*6* 169:*18* 170:*3*, *17*, *21*, *24* 171:*10*, *22*, *23* 172:*3* 173:*3*, *6* 175:*3* 177:*14* 178:*21*, *23* 179:*9* 181:*7*, *13*, *15*, *16* 186:*17* 187:*10*, *17*, *18* 188:*24*, *25* 189:*16*, *17*, *20* 191:*4* 192:*10*, *14* 193:*16* 194:*1*, *3* 195:*13*, *24*, *25* 198:*18* 199:*8* 200:*15* 201:*9* 205:*7* 206:*12*, *16* 208:*8* 209:*20* 211:*5* 212:*3*, *4* 213:*1*, *2* 214:*22*, *25* 215:*3*, *20* 216:*18*, *19* 217:*2*, *6* 218:*8*, *13* 219:*4*, *6* 220:*25* 221:*24* 222:*16* 223:*4*, *6*, *8*, *10*, *17* 224:*1*, *17* 225:*11*, *12*, *14* 226:*1* 227:*14*, *22* 229:*4*, *11* 231:*8* 232:*7*, *17* 234:*16* 235:*12* 236:*6* 238:*10*, *15* 239:*25* 240:*14* 241:*3*, *11* 242:*3*, *17*, *20* 245:*5*, *7*, *18*, *24* 247:*2*, *8*, *9* 250:*5*, *24* 252:*5*, *11*, *24*, *25* 253:*2* 254:*8*, *10* 255:*6*, *10* 258:*14*, *25* 260:*17* 261:*6* 263:*14*

**their** 12:*21* 19:*3* 22:*9*, *14* 27:*23* 28:*25* 30:*13* 34:*24* 39:*21* 40:*23* 45:*23* 46:*6* 54:*6*, *13* 56:*13* 57:*10*, *12* 59:*8*, *19* 62:*9*, *16* 63:*21* 78:*1* 82:*20* 90:*22* 93:*23*, *25* 99:*1* 110:*4* 115:*19* 118:*23* 120:*9*, *11*, *16* 121:*9* 122:*23* 123:*5* 128:*12* 131:*22* 132:*1*, *25* 142:*20* 146:*4*, *9* 160:*8* 161:*3* 165:*3* 167:*9* 168:*14* 183:*2* 188:*15* 189:*25* 202:*10* 210:*18* 220:*24* 254:*1* 257:*20*

**theirs** 63:*15* 148:*23*, *24*

**them** 13:*13*, *20* 14:*2* 17:*23*, *25* 19:*23* 27:*1* 29:*7*, *21* 32:*4* 33:*17*, *25* 38:*9* 41:*8*, *17*, *18* 54:*16* 55:*20* 56:*19* 57:*14*, *18* 58:*20* 59:*8* 60:*3*, *7* 61:*7* 62:*8*, *9* 67:*11* 73:*2* 80:*8* 83:*1* 88:*8*, *23* 89:*7* 94:*2*, *4* 95:*1* 96:*3* 98:*20* 99:*23* 106:*4* 109:*22* 110:*10* 115:*12* 131:*21* 135:*5*, *6* 142:*10*, *11* 143:*12* 145:*17* 150:*17* 160:*1*, *7*, *12* 176:*7* 177:*13*, *20* 186:*18* 188:*5*, *9* 196:*4*, *12* 206:*12* 213:*8*, *13* 216:*14* 227:*5* 237:*2* 244:*25* 245:*2* 253:*4*, *20* 254:*17* 255:*4* 257:*14*

**themselves** 5:*10* 19:*22*

**then** 15:*1*, *3* 21:*18* 22:*8* 23:*21* 27:*24* 28:*17* 29:*20* 33:*5* 36:*5* 40:*7* 41:*23* 54:*15* 64:*23* 67:*13* 70:*11*, *12*, *18* 71:*24* 73:*11* 74:*1*, *7*, *8* 81:*13*, *19* 82:*1* 88:*3*, *24* 97:*3* 99:*23* 101:*19* 103:*9*, *14* 107:*24* 111:*17* 115:*7*, *8*, *11*, *12*, *17*, *19*, *20*, *21* 128:*12* 130:*14* 131:*5*, *25* 132:*8*, *25* 133:*23*, *25* 134:*6* 136:*14* 139:*12* 155:*6* 167:*9* 176:*10*

179:21 183:12 191:5 203:15 210:15 215:6 216:20 217:19 224:21 226:24 228:24 242:8 250:6

**there** 6:6 7:12 12:16 16:20 20:11, 15, 19 21:17, 19, 23 23:12, 24 25:12, 15 26:23 28:20, 23 29:4, 22 30:2 32:1, 3 34:19 35:6 37:12, 21 40:14 43:4, 23 46:17 48:1, 8 52:15 57:8, 15, 16 61:18 65:7 67:24 69:3 70:5, 18, 23 71:14 72:1 73:16 74:8 76:2 77:13 78:5, 10 79:23 80:2 81:12, 18 82:15, 24 83:6, 18, 24 88:5 89:9 90:16 93:10 94:18 97:2, 3 103:4, 20, 22, 24 104:24, 25 106:10, 13, 15, 17 107:6, 13 108:8 109:15 110:19 111:2, 7 112:9 113:25 115:1, 21 116:23 118:21 119:25 120:21 121:13, 15 127:5 133:12 136:23 137:8 138:6, 10 146:18, 20 148:16 150:25 152:13 153:5 154:5, 21 156:1, 10, 12 157:6 168:24 169:11, 13 171:12 174:25 175:9 176:8 179:20 185:10, 11 186:17 188:4, 6, 9 189:5, 6, 7, 8 194:23 195:9 196:2 199:16 203:9 205:21 208:11 209:10, 19 212:20 214:6, 10 216:1, 11, 14 221:24 223:14 229:2 231:1, 22, 24 237:8, 10 238:7 239:21 244:18 245:2 246:18, 25 248:22 254:6 262:19, 23

**there'd** 244:6

**therefore** 10:5 55:19 118:13

**there's** 21:12, 18 22:6, 7, 8 23:23 24:19 29:8 31:6 32:6 54:1 55:5 56:17 57:15 61:13 63:2 64:10, 21 66:23 69:19 70:10 75:18, 22 80:3, 4 88:5, 9 94:6 98:7 103:18 112:19 114:7 115:12, 22 117:19 123:16 126:8 131:4, 20 136:20 138:4, 6 142:2 150:15 151:14, 15 154:22 160:3 163:5, 7 164:23 166:21 169:15, 21 171:14, 17 172:15 175:6 176:8 186:22 196:10, 11 197:16 203:21, 23 205:1, 23 209:3 211:24 212:16, 20 214:10 215:21 216:15 217:22 218:21 221:11, 23 222:5, 18 223:2, 14, 24, 25 226:20 227:12, 14 228:24 229:12 230:2 234:24 236:4, 23 238:1, 6 248:3 249:7

**these** 22:5 26:9 29:3, 14 33:17 57:22 64:14 73:19 89:10 91:16 94:24 96:14 99:23 100:5, 8 101:2 108:11, 19 115:22 138:3, 16 159:18, 19 160:14 184:16 185:5, 24 201:22 210:12, 14, 15, 16, 22, 24, 25 211:3 213:10, 13 229:21, 22, 23 230:1, 3, 19 231:16 232:5 234:2, 19 235:14, 20 243:4 244:20

**they** 5:11 10:19 13:7 20:9 22:11, 13 27:21, 23, 24, 25 28:1, 3, 5, 6, 8, 10, 11, 12, 20, 21 29:6, 12, 20 30:16 31:1, 17, 18 32:5, 6 33:6, 25 40:22 41:7, 8, 11, 15 45:11, 22, 23 46:6, 8 55:5, 9, 11 57:17 59:2, 8, 18, 19 60:7, 8, 13 62:8, 16, 17, 18 71:13, 15 73:21 74:4, 5 77:15 82:19 88:14, 15, 23 89:1 90:22 93:16, 23, 24 94:3 95:11 99:23, 24 105:15 107:25

109:10, 14 110:3, 5, 16 111:1, 10, 17 112:21 114:16 115:7, 9, 10, 11, 17, 20 116:20, 21, 24, 25 117:8 118:7, 8 123:1, 2, 4, 8, 13, 14, 16, 25 124:7, 8, 23 125:20 129:2, 10, 15 131:21, 22, 24, 25 132:14, 15, 24, 25 134:17, 19, 20, 24 135:3 137:3, 21 141:9, 10, 13, 24 142:2, 12, 13, 19, 21 143:12, 13 145:14, 17 146:2, 3 148:23, 24 149:15, 16 150:5 152:21 155:5 159:19, 23, 24 160:2 163:24 168:3, 13, 17 169:8, 16, 25 172:24 183:1, 2, 20 185:2, 7 186:18 189:3, 4 190:2 194:24 195:12, 18, 23 196:1, 4 200:14, 15, 24 201:10 202:16 205:21 206:2, 8 207:15 208:8 209:17 210:15 211:5 213:6, 7 214:17 215:19 224:19, 24 225:17, 22 226:12 229:19 237:1 244:1, 2, 3 249:24 250:4, 5, 7, 10, 14 252:17 253:10, 14 254:2, 13, 18, 19, 22 255:2, 8, 9, 10, 11, 15, 19

**they'd** 149:15

**they'll** 143:13

**They're** 10:21 19:3 28:11 29:7 30:9 33:16 39:9 43:11 57:14 58:19, 20 59:1, 16 63:18 74:4, 6 76:3 86:4 90:21 93:18, 25 94:5 111:19, 21, 25 112:1, 4 115:18 116:17 120:12 121:25 122:23 123:7 125:7 128:10 129:21 131:22 141:22 142:19 159:23 160:1, 11 171:19 172:13, 14 186:2 188:2 189:1, 19 196:5 198:13 203:23 206:2, 9 211:5 219:5 223:5, 12 225:19 227:5 254:1, 4 255:3, 12 259:9

**they've** 31:9 54:10 55:8, 15, 19 56:5, 8, 16, 21 94:25 183:5, 8 202:25

**thing** 7:12 14:20 17:6, 7 26:1 31:7, 10 32:22 34:8 40:9 46:10 59:14 60:17 64:15 70:13 87:1 110:16 123:16 124:7, 21, 25 133:11 148:11 154:9 171:1 172:10 180:11 183:24 185:6 187:23 195:16 198:25 219:5 263:16

**things** 9:22 11:9 12:20 13:11 19:6, 14, 18, 22, 23 20:9 22:19 31:9 33:6, 17, 24 35:7 38:13 39:19 45:14, 15, 24 46:12 47:20, 24 64:10 65:10 68:9 77:13 83:24 88:24 89:10 91:2, 9 108:12 116:16 118:3 120:12, 23 123:4 131:25 136:21, 24 138:25 145:8 146:18, 23 155:2 175:25 179:19 184:18, 21 189:5, 6, 8, 10 193:13 194:23 200:7 205:24 209:13 210:15 212:4, 13 214:1 219:23 229:12 240:1 243:10 247:11 249:20 250:23 252:17

**think** 9:4, 5 10:10, 11 18:8, 15 21:6 23:23 25:12 33:12 34:7 36:22 39:19 41:13 43:12 45:9 46:18 47:13, 24 50:16 53:25 54:16 56:6 57:15 59:6, 12 62:19 65:7 80:1, 11 88:3 89:14 91:25 94:5, 20 96:6, 9, 10 98:5 99:22 106:6 110:15 111:8 115:13 117:3 118:10 125:7 126:1, 2 128:18 137:2, 15 142:23 144:23 146:2 148:22 153:5 154:4 161:1 165:4 167:12 169:10 171:4 173:16 175:5 180:11 190:13 193:1 198:16

199:2 208:18 211:14 214:14 216:11, 15 227:14, 21, 22, 23 228:1 235:9, 14 236:16 237:22 246:3, 16 247:4 248:24 249:3 251:22 254:18, 19 260:23 261:3, 18 262:22 263:5, 6
**thinking** 11:17, 23, 24 12:3, 8 25:7 42:22 45:5 209:15 216:25 224:19 250:6, 7
**thinks** 224:24
**third** 87:1 119:5 238:20 239:1 252:23
**third-party** 191:23
**Thompson** 133:4 135:16
**those** 7:10 12:7, 15 13:11, 12 27:17 29:13 31:10, 19 32:14, 21 35:16 43:17 44:3 46:2 47:20 52:6, 7, 11 56:18 57:21 60:13, 16 64:7 65:8 66:12 68:9 75:23 87:25 88:19, 21 90:14 91:22 98:12, 17 108:6 109:4, 14 110:8 111:3, 8 112:10 113:5, 18 118:22 120:23 123:1, 2, 14, 15, 18 125:5, 23 127:19 131:24, 25 133:16 134:15 142:18 143:10, 11 145:7 151:21, 25 155:1 163:23 177:13 183:15 184:20, 21 186:2 187:20, 21, 22 192:15 197:22 201:3, 11, 19 202:6 203:22 206:6, 7, 11, 21 214:19 215:5 217:3, 9, 12 218:7, 11, 12 219:2 223:16 232:12 235:21 244:9, 22 247:11, 15 249:1, 12 250:23
**though** 30:11 34:6 43:4 68:24 86:9 101:12 105:6 166:21 188:11 245:3
**thought** 45:8 127:18 132:24 146:19 179:19 204:24 211:15 213:21 216:20 228:19
**thousands** 56:17, 20
**thread** 236:14, 23 237:11 249:3
**three** 34:19 71:21 150:17 236:9, 24 237:11
**thrive** 168:3
**through** 17:13 23:18 29:10 57:1 62:10 66:8 70:7 73:20 77:16 85:15, 18 100:17 115:3, 7, 9 123:19 138:22, 23 140:21, 22 171:15, 25 172:10 190:25
**throughout** 14:22 168:14, 18 169:8
**tied** 18:19, 22
**tightened** 43:25
**TIM** 1:9 3:9 5:5 82:18 100:6, 14 101:13 114:14 117:21 118:13 121:8, 23 177:16 178:1, 10, 20 179:2, 6, 14, 15, 20, 25 182:11, 12, 22 192:1, 11 193:4 194:16 195:17 200:13 209:13 221:13 229:22 231:5 232:1, 14 233:25 234:19 238:21 240:8, 24 242:9 244:8, 17 247:14 248:12 256:11, 16 257:9 260:11
**TIME** 1:17 5:3, 10 7:17, 18 8:17, 21 14:25 17:10 25:15, 21 29:15 35:13, 19 37:4, 7 42:7 46:7 48:2, 9 52:24 78:23 79:1 85:11 86:25 96:15, 18 97:2 115:13 120:23 130:19 133:23 135:25 136:7, 11, 13, 19, 22, 24 137:4 140:9, 11, 13 150:17, 18 156:1 157:7, 10 162:19 170:1 187:18 191:20, 21 204:11 209:25 210:3 228:4, 15 232:14 237:19, 20 238:25 245:4 249:3 251:1 252:19 254:12 264:6
**timeframe** 83:6
**timeline** 120:21 137:16
**times** 14:21 17:7 64:15 68:15 75:9 118:11 159:13

233:9
**timing** 109:4, 5
**title** 35:24 156:23 166:24 167:2 173:1 181:1
**today** 6:7 9:10 10:2 52:17 107:9 159:13 184:24 203:20, 25 214:6 262:19 263:23 264:3
**Today's** 5:2 168:3
**together** 19:6, 14 20:8 25:18 31:17 33:6 53:12 74:6 80:8 201:3 218:3, 5, 8, 24
**told** 15:7 98:19 195:6 216:20 217:16 219:23 222:3, 5, 8 248:12 250:4 251:13
**too** 31:22 44:17 53:23 60:6 67:10 91:1 96:5 126:7 148:10 157:1 181:15 250:20
**took** 12:3 38:8 42:1 81:9, 22 129:2 135:23 136:22 157:24 174:15 183:20
**tool** 93:17
**top** 178:24 192:25 209:12 249:14 251:20 252:15 253:3
**totally** 8:25 55:3 110:17
**touch** 261:22
**tour** 45:5, 9 131:23
**towards** 211:14
**towns** 107:7
**track** 149:7, 10 150:2, 5
**trade** 55:6 60:17 67:24 68:3, 6, 12, 19 131:16 132:22
**traded** 130:13, 20, 25 131:5 132:25
**trademark** 35:15 82:21 90:10, 21, 25 92:8 93:6 126:1, 2 155:6, 8, 9 177:11, 15, 24 178:24 179:11 180:14, 15, 18 181:1, 9 256:25 257:6
**trademarked** 65:18 67:17
**trademarks** 92:5, 11, 13 125:25 155:10
**traditional** 69:2
**trained** 46:16
**training** 132:15
**traits** 62:22
**transaction** 133:1
**transcribed** 55:1
**transfer** 133:10
**transferred** 133:6 134:1
**transition** 135:22
**trash** 177:14
**Travis** 230:4
**treasure** 241:25
**Trent** 238:22
**trial** 43:24 44:2 88:9 263:3, 9
**tried** 169:15 230:25 255:19
**true** 169:15 183:7 207:8 208:8 218:18 219:17 220:3, 4 250:5
**truly** 72:14
**trust** 21:13 45:18, 21, 22, 23 218:13
**trusted** 234:16
**trusting** 235:10
**trustworthy** 134:20
**truth** 5:22
**try** 151:1 203:9
**trying** 13:25 18:13 19:12 20:1, 4 21:11 25:4 26:16 32:1, 13 33:3 35:7 37:22 43:20, 22 61:19 65:10, 11 66:22 74:17 75:14 94:11 96:9 142:23 143:1 171:16 188:22, 25 197:22 203:20 204:15, 16 208:25 211:15, 20 222:24 229:4 231:3 246:3 248:1 253:24
**tuition** 27:18, 22, 24, 25 28:4, 18 30:1
**turn** 97:10 115:25 162:7 167:23 177:11 181:25 191:5 219:10
**turned** 174:1
**turning** 115:24
**tweak** 247:1
**two** 7:10 10:17 11:9 64:21 73:1 81:8 91:22 104:18 126:22 134:13, 15 177:20 179:18 235:15 236:5 238:3
**type** 45:6 172:10
**types** 42:11

**< U >**
**Uh-huh** 20:6 54:23 77:6 105:3 111:16 113:1 118:1, 6 119:4, 7, 10, 12 121:4, 22 127:9 134:8 145:9 150:24 155:22

158:*20*, *23* 162:2, *4* 164:7 173:*21* 174:*12* 175:*19* 183:*13* 186:*1* 187:*14* 191:*18* 241:*16*
**ultimate** 53:*11*
**umbrella** 91:*12*
**unaffiliated** 96:2 118:*5* 120:*5*
**unauthorized** 93:*11*
**unaware** 103:*21* 106:*13* 137:*16* 138:*6* 225:*7* 256:*8*
**under** 9:*10* 68:*3* 91:*11* 95:2 106:*18*, *20* 116:*16* 131:5 132:*7*, *8* 143:5 170:*19* 181:*18* 190:*14*, *18* 191:*12* 217:*15* 219:*15* 226:*7* 230:*24* 248:*10*
**undergraduate** 144:*13*, *16*
**understand** 9:*9* 10:2 18:*13* 19:*12* 20:*3*, *4* 21:*7*, *16* 27:*1* 34:*20* 36:*21* 37:*22* 42:*21* 43:*19* 55:*2*, *3* 62:*3* 65:*11* 66:*22* 72:*2* 74:*17* 75:*14* 77:*5* 84:*16* 86:*3* 89:*16* 97:*21* 98:*8* 99:*3* 106:*22* 107:*8* 109:*8* 111:*15* 125:*6* 128:*11* 131:*7* 137:*14*, *18* 148:*17* 149:*22*, *24* 165:*1* 167:*3* 173:*9* 179:*10*, *11* 180:*14* 182:*6* 183:*16* 201:*6* 208:*12* 213:*3* 218:*9* 222:*24* 225:*2* 230:*1* 232:*5*, *10* 233:*16*, *22*, *23*, *24*, *25* 234:*15* 236:*18*, *21* 249:*11* 253:*11* 262:*20*
**understanding** 35:*8* 36:*17* 42:*19* 75:*11* 86:*24* 103:*16* 120:*1* 140:*3* 181:*13*, *15*, *17* 203:*16* 212:*23* 218:*14* 230:*24* 233:*12*, *13* 252:*3*
**understands** 216:*15*
**understood** 10:*7* 25:*14* 30:*18* 59:*25* 80:*14* 108:*14* 115:*15* 122:*10* 133:*11* 150:*2* 154:*25* 165:*2* 169:*2* 179:*14*
**unfamiliar** 150:*8* 156:*7*
**Unified** 71:*4*
**uninformed** 52:*10*
**unique** 37:*13* 58:*18* 60:*17*, *20*, *23* 61:*7*, *9*, *11*, *19*, *25* 62:*1* 65:*15* 68:*25* 70:*19* 72:*14*, *22* 74:*1*, *18* 75:*2*, *18*, *22* 80:*8* 82:*6* 85:*22* 110:*17* 163:*23*, *25* 164:*2* 165:*10*, *16* 168:*2* 171:*13* 187:*23* 189:*19*, *20*, *22*, *23* 245:*8*, *17*, *20*
**UNITED** 1:*1* 69:*20* 71:*5*, *7* 234:*9*
**Unless** 201:*15* 220:*23* 224:*4* 263:*5*
**unlikely** 105:*9*, *19*
**until** 17:*23* 27:*25* 29:*20* 85:*19* 101:*2*, *18* 104:*23* 151:*1*
**untruths** 209:*20*
**unusual** 163:*22*
**up** 12:*4* 14:*7*, *10*, *11*, *15*, *17* 15:*3* 17:*3*, *23* 25:*9*, *10* 31:*7* 34:*11*, *21* 39:*8* 40:*9* 43:*1*, *25* 44:*12*, *15*, *17*, *18* 48:*19* 51:*12* 65:*10* 73:*8* 85:*19* 89:*3* 104:*23* 112:*14*, *18* 114:*20* 127:*17* 131:*21* 133:*13* 146:*4* 174:*19* 205:*25* 214:*15*, *17* 219:*2* 238:*4* 245:*11*, *12*, *15*, *17* 251:*20* 252:*15* 253:*3* 256:*10* 257:*2*, *18* 263:*8*
**updated** 249:*19* 252:*16* 253:*1* 255:*7*
**upfront** 28:*14*
**upon** 181:*18*
**upset** 212:*1*, *3*
**up-to** 170:*25*
**up-to-date** 197:*19* 198:*17*, *22*
**us** 6:*13* 8:*6* 10:*6*, *12* 21:*16* 42:*6* 46:*8* 70:*8* 81:*8* 88:*1* 89:*22* 90:*4*, *20* 95:*1* 116:*3* 127:*19* 139:*15* 147:*23* 238:*3* 252:*25*
**use** 12:*13* 27:*11* 28:*21*, *25* 29:*4*, *7* 32:*6* 58:*6* 62:*4*, *8*, *9*, *17* 65:*16*, *21* 81:*6*, *23* 82:*12* 86:*9*, *11*, *13*

89:14 91:3 93:11, 17 94:5 123:1, 2, 17 125:14, 15, 18, 20 127:14, 16, 21 129:15 140:22 142:3 149:3, 4 152:19 154:19 155:3 156:19 163:1 169:1 181:20 183:15, 24 200:4, 25 201:7 238:8 241:6, 15 242:9, 22 243:6 245:19 247:14 248:13 255:19 258:23
**used** 6:14, 21 7:2 23:6 29:19 38:14 61:8 79:21 80:23 85:24 93:2 98:14 120:5 121:17 128:20 144:7 147:11 150:2 151:17 161:18 162:21 177:6 182:18, 19, 20 183:21, 22 196:22 197:5 201:10 202:17, 25 242:21 244:19 245:7, 9 246:2 247:5 257:16, 22, 25 258:3, 7, 10, 18, 20 259:2, 9, 13, 17, 19, 22 260:7, 10
**user** 90:10 190:25 256:25
**uses** 79:16
**using** 43:13 56:24 57:4 58:19, 20 59:1, 16 79:8 88:10 91:16 118:24 120:13 121:8, 24 122:13, 23 123:7, 11 125:17 127:19 129:21 131:12 149:7, 10 154:15, 18 158:8 163:10 164:3 167:2 187:15 196:3, 5 200:15 201:3 212:21 219:5 231:1 245:21 253:4, 16, 20 254:17 255:3, 9, 12 257:15
**Usually** 52:4
**Utah** 90:1

**< V >**
**v** 1:8
**Vacation** 85:4
**vague** 19:21 28:2 31:22
**value** 131:4 132:23
**values** 147:1
**variance** 73:18, 21
**variances** 73:16
**vendetta** 208:15, 24 209:1, 20 211:13
**Venice** 87:25
**Venn** 162:9
**venue** 230:2
**venues** 232:21
**verbal** 207:12, 14
**verbally** 13:24 29:10
**verifying** 219:25
**versus** 5:5 13:12 33:4
**very** 19:21, 23 31:23 38:17 44:2 46:7 47:2 60:17 62:9 64:24 68:8 77:22 87:20 105:8 109:9 119:2, 5, 15 133:23 163:18 169:7 170:25 171:1, 20, 21 177:19 180:10 211:12 219:18 249:8
**via** 1:18 5:6 29:21 190:25
**vicinity** 223:6
**video** 29:23 115:18 121:12 123:11, 23 124:21 264:3
**Videographer** 1:19 5:2, 18, 24 7:16, 20 8:1, 3 36:12 37:4, 7 48:22 78:23 79:1 96:15, 18 140:9, 13 154:4 157:7, 10 209:21, 25 210:3 264:1, 5, 8
**VIDEOGRAPPHER** 126:21, 25
**video-recorded** 29:16
**videos** 185:14
**VIDEOTAPED** 1:13
**Vineet** 146:2
**violates** 231:6
**virtual** 29:8 255:24 256:6
**visited** 40:24
**voice** 204:13
**volcano** 171:9
**volunteer** 24:13, 20 49:16 101:12 108:10, 15, 17, 18
**vote** 135:8
**voted** 129:7, 10

**< W >**
**waiting** 143:18
**walk** 40:14
**want** 25:6 27:14 30:21 33:25 34:20 36:20, 23 41:19 42:13, 14 53:21 61:9 68:3, 23 75:11 78:12 86:3, 23 91:20 97:21 98:8 99:24 106:2, 12 110:4 115:3 117:21 122:6 126:10 128:11 138:5 140:4 150:16 151:16

156:*15* 174:*1* 181:*16* 184:*6* 186:*5* 194:*20* 203:*17*, *25* 205:*16* 211:*21* 214:*20* 223:*4* 225:*18* 226:*4*, *7* 230:*7* 233:*21*, *22* 237:*3* 245:*5* 250:*18* 253:*10*, *14*, *15* 254:*18*, *19*, *22* 258:*12* 262:*23*

**wanted** 12:*20*, *21* 33:*7* 40:*13* 44:*14* 102:*3* 112:*10* 114:*20* 143:*12* 158:*25* 216:*25* 229:*1* 242:*3* 255:*2*

**wanting** 112:*6*, *14* 113:*23*, *24* 255:*8*

**wants** 213:*4*, *5* 228:*11*, *18* 253:*7*, *16*

**warm** 157:*1*

**wasn't** 14:*12*, *13* 18:*10* 25:*14* 35:*14* 36:*7* 46:*9* 86:*20* 99:*7* 113:*17* 118:*17*, *21*, *24* 132:*10* 136:*23* 137:*8* 147:*22* 149:*19* 169:*11* 211:*23* 218:*18* 219:*3* 239:*25* 250:*22*

**way** 13:*24* 21:*12*, *19* 24:*9*, *12* 28:*22* 42:*3*, *22* 53:*22* 55:*5*, *13* 59:*18* 63:*17* 93:*19* 112:*5* 116:*5* 119:*9*, *24* 141:*13* 153:*17* 164:*4*, *6* 172:*18* 175:*15* 176:*9* 178:*13* 199:*8* 209:*4* 226:*20* 233:*3*, *6* 234:*18* 242:*11* 245:*22* 253:*7* 261:*23* 262:*3*, *8*, *13*

**ways** 46:*13* 91:*3* 101:*1*

**wear** 150:*7*

**website** 57:*15* 58:*11* 62:*20* 71:*20* 72:*5* 76:*8* 77:*16*, *19*, *23* 78:*1*, *6* 113:*15* 114:*25* 120:*16*, *18*, *20*, *21* 167:*24* 185:*8*, *13* 194:*25* 206:*1*, *6* 239:*7*, *8*, *20* 240:*2*, *9*, *19*, *22*, *25* 241:*2* 249:*19*, *25* 250:*5*, *10*, *16* 252:*16* 255:*7* 256:*17*

**websites** 55:*11* 57:*10*, *12*, *21* 62:*17* 74:*19* 113:*16* 184:*19* 200:*3* 201:*17* 203:*22* 206:*4* 210:*13*, *18*, *24* 211:*6* 213:*7*, *18* 214:*1* 219:*1*, *2*

**we'd** 217:*1* 229:*12*

**Wednesday** 116:*1*

**week** 17:*10* 71:*14* 102:*5*

**weekly** 25:*5*, *12*

**weeks** 70:*6* 71:*14*

**welcome** 28:*23* 29:*6* 115:*21* 237:*2* 238:*4*

**Well** 9:*15* 18:*24* 22:*4* 23:*6* 24:*16* 32:*18* 33:*3*, *19* 43:*14* 47:*10* 50:*9* 51:*22* 54:*21* 56:*8* 62:*16* 63:*25* 64:*9*, *21* 69:*19* 70:*20* 73:*3* 74:*17* 77:*13* 82:*15* 88:*4* 89:*13* 90:*15* 94:*4* 95:*2* 102:*2*, *5* 103:*24* 105:*14* 106:*15*, *17* 108:*14* 109:*8*, *18* 110:*8* 111:*15* 113:*2* 117:*5* 121:*20* 123:*13* 125:*20* 128:*18* 129:*10*, *20* 130:*5*, *25* 131:*12*, *16* 132:*7*, *10* 135:*8*, *9* 137:*14* 138:*19* 143:*4* 152:*11*, *17* 153:*8* 154:*25* 156:*3* 158:*14* 167:*3* 171:*23* 172:*18* 173:*8* 183:*7*, *10*, *24* 190:*5* 193:*19*, *21* 194:*14* 195:*20* 196:*2* 198:*4* 199:*11* 202:*7* 203:*5* 211:*9*, *17* 214:*15* 218:*1* 222:*15*, *16*, *18* 225:*2*, *25* 226:*17*, *20* 228:*22* 231:*5* 235:*16*, *25* 237:*7*, *18* 238:*8* 239:*15* 242:*20* 244:*17*, *22* 248:*23* 250:*10* 253:*15* 254:*24* 255:*18* 260:*23*

**We'll** 121:*21*

**went** 40:*22* 41:*3* 44:*1* 77:*24* 90:*3* 119:*5* 123:*19* 129:*2* 152:*13* 206:*8*

**we're** 15:*10* 19:*23* 21:*11* 22:*6*, *7* 34:*7* 38:*17* 42:*20* 58:*23* 59:*12* 66:*13*, *15*, *18* 68:*23* 71:*12* 73:*4* 77:*3*, *10* 96:*16* 123:*11*, *16* 132:*20*, *21*

140:21 147:23 169:22 183:15 186:22 188:25 191:25 192:10 198:14, 21, 24 201:6 202:12 204:16 215:11 222:20, 21 235:9 239:1 245:18 264:8
**weren't** 12:13 44:25 45:11 55:11 173:11
**WESTERN** 1:2 36:15
**we've** 10:7 26:12 29:25 30:1 63:11 78:13, 14 79:4, 5 107:12 125:1 126:9, 14, 20 138:1 153:25 159:12 166:16 170:23 171:5 177:20 183:21 184:20 200:6 214:9 215:16 218:1 222:11, 18 224:20 227:4 237:4 249:19
**What** 6:18 8:15 10:25 11:22, 25 12:7, 8, 11, 18, 25 14:3, 22 15:10 17:7 19:18, 24 21:7, 24 22:24 23:3 24:15, 16 25:20 26:16 27:21 28:10 29:3, 15 30:10, 18 31:23 32:9 33:3, 15, 22, 23 34:1, 20 35:11, 17 37:16, 23 38:3, 7 39:6, 13, 17, 21, 23 40:9 41:12, 17, 24 42:2, 3, 13, 16 44:7, 16 45:2, 10, 13, 15, 21, 23 46:4, 11, 23 47:6, 12, 18 48:20 49:1, 14, 18, 22 50:7 54:10 56:5 57:6, 7 59:8, 11, 12 60:8 62:20 63:9, 21 64:19 65:10 66:10 68:4 71:11, 15 72:16 73:18, 21 74:1, 16, 20 75:1, 10 76:1, 2, 7 77:15 80:4 83:11 84:15 85:9 86:3, 25 87:5 91:5, 14, 15, 21, 25 92:13, 21 93:23 94:1 95:23 96:5, 25 97:9, 13 98:12, 14 100:18 101:11 103:5, 8, 21 104:14, 17 105:1, 5, 18, 23, 25 106:6, 12, 13, 21 107:7 110:25 111:7 113:12 114:21 115:8, 18 117:7, 14 118:10, 13, 18 119:20, 23 121:6 122:22 123:7 124:20 125:6 127:18 129:1, 15 130:5, 10, 17 132:11, 24 133:7, 22, 24 134:11 135:3, 10, 11, 20 137:4, 19, 20, 21 138:1, 15 140:20 141:21 144:24 145:3 148:17, 19 149:13 150:7 151:19 162:8 165:1 167:6 169:18 170:20 172:4, 6, 14 174:6, 16 176:10 178:19 179:7, 10 181:2 183:2, 12, 14 184:15 185:11 186:22 188:16, 24 192:22 193:16, 21 194:8, 21 195:24 196:23 197:7, 14 198:1, 14 199:25 200:1, 2, 10, 12, 14, 24 201:18 203:8, 15, 20, 25 204:18 205:16, 19 206:16 207:13, 23 208:1, 6 211:1, 23 212:19 213:13, 17 214:9, 23 215:14, 20 216:20, 24, 25 217:19, 20, 25 219:3, 5, 6 220:18, 25 221:2, 5, 9, 13 222:24 223:1, 4, 20 224:20 225:7 226:4, 7, 23 228:5, 21 229:10, 12, 18 231:2 232:7, 23 233:11, 16, 18, 22 235:7, 12 236:9 239:10 241:6, 7, 15, 19 242:2, 3, 17, 20, 24 245:17, 20 247:5, 12, 15 248:13 249:16 250:7, 19, 21, 22 251:11, 15, 16, 17, 20 253:2, 10, 11, 13, 14, 15 254:1, 14, 16, 17, 22, 24 255:1, 15 259:9 260:17, 20 261:19
**whatever** 17:21 20:2 22:14 27:8 36:6 43:11 56:8 83:7 93:3 110:19 123:9 131:23 162:9 163:1 209:5 213:6 221:15 229:13, 19 240:2 243:9
**whatever's** 229:11

**what's** 32:8 40:11 42:17 52:1 64:10 68:15, 18, 25 74:17 76:13 88:6 100:1 118:25 119:2 126:17 140:11 161:9 164:11 166:6 170:4 171:2 190:3 204:18 208:11 210:6 214:18, 20 227:5 229:14 235:22 236:1 238:12 239:4 244:11
**whatsoever** 205:2, 7
**wheels** 46:5
**when** 9:9, 13 11:2, 4, 7, 8, 11, 12, 14 12:7, 8, 25 13:10 14:1 15:3, 6 17:13 18:2, 6, 9, 11 19:17 20:21 21:7, 13, 22 22:23 23:9 24:11 26:23 28:11, 13 30:14, 15 35:10, 24 38:6 40:4 41:3 43:13 44:4 45:4 46:4 50:25 53:21 57:12 58:20 63:4 66:22 68:2, 18 69:2, 8 78:4 79:7, 8 81:5 82:19 86:4 88:5, 15 89:3, 21 90:22 91:21 96:21 98:9 102:14 103:1, 9, 14 104:9 106:9 107:12, 23, 24 109:5, 10, 15 118:19 123:15 127:16 133:7, 13, 17, 19 134:1, 12 135:3 136:25 137:7 139:3 141:20 142:19, 24 153:4 157:22 161:21, 22 168:24 169:7 175:2 183:17 185:5 188:14 192:14, 19 194:24 195:21 201:8, 15 204:24 205:13, 19, 24 206:2, 19, 20 211:5 213:11 221:21 223:1 228:12 230:19 231:11 232:7 247:1 250:4 251:1
**Whenever** 9:20
**When's** 48:1
**where** 20:8 25:12, 25 31:10, 16 41:21 42:16, 25 45:7, 8 59:8 61:9 62:22 63:22 85:25 90:17 91:20 93:18 94:24 95:25 98:10 111:1 113:13, 18 115:10, 18 131:4 147:21 150:12, 18, 25 151:5 161:24 172:15 174:9, 10 178:19 190:11, 16 191:4 196:1, 7 197:19 198:17 205:5 209:14 212:4 215:2 217:3 221:20, 23 223:15 224:7 228:9, 15 231:18 234:4 246:1 249:18 250:15 252:12 255:19
**Where's** 89:25 205:9
**WHEREUPON** 5:19 264:10
**wherever** 211:8
**whether** 18:14 20:25 31:18 46:22 63:17 72:19, 21 77:11, 25 78:5 87:6 103:19 107:24 116:24 117:16 122:18 125:16 129:10, 12 144:12, 15 168:9 183:5 184:23, 24 186:6 196:4 198:7, 13, 21, 24 199:5, 8 202:16, 24 208:23 215:6, 11 228:14 237:8, 10, 24 238:6 256:6 260:11
**which** 34:24 36:4 39:1 41:24 42:15 46:11, 12 62:20 63:8 64:22, 25 65:3, 5, 21 82:2 84:14, 22 91:11, 13, 18 98:24 102:4 112:5 113:17 115:24, 25 121:18 133:1 136:9 146:3, 21 148:15 150:16 167:25 187:22 202:11 209:15 212:12 218:3 226:24 227:21 228:25 231:21 247:12 248:10 249:9 251:12
**whichever** 97:15
**while** 8:21 17:21 28:14 35:17 39:9 118:4 127:2
**who** 5:11 13:9, 10, 12, 16, 18, 23 27:20 30:11, 13 31:8 34:24 46:16 49:24 53:4, 24 68:9 85:12 87:7, 9, 16, 22, 23, 24 89:10, 13, 20 91:9 96:1 107:22 114:6

116:8 122:7, 8 133:6, 16 134:11, 15 139:13, 21 143:15, 23 173:12, 15 177:23 178:5, 9 179:2, 9, 10, 16, 17 183:10, 11, 12 184:6, 8, 11 201:18 202:4 206:1 213:4, 13 215:2 218:12 222:8 228:10 257:19
**whoever** 29:11
**whole** 5:22 38:4 80:21 105:14
**whom** 177:25
**who's** 73:12 91:9 133:4 238:22 261:15
**whose** 57:12
**why** 6:6 15:23 33:19 37:1 44:20, 22 52:13 71:12 81:2 106:1 127:1 135:20 142:18 179:9 181:16 197:17 206:23 210:19 217:2, 6 222:13 225:21, 22 226:1 229:4 230:19, 20 234:16 260:22 261:12
**will** 6:7, 10 10:2, 12 16:13 31:12, 18 53:22 97:3 152:11 181:5 202:11 203:22 206:4 213:7 220:22 234:8 239:6 254:11 258:9 263:22
**Wilson** 134:11, 16
**window** 157:2
**wish** 133:11 176:2 244:2, 3 252:2
**wishing** 234:4
**with** 8:16, 18 11:23 12:14 14:7, 10, 11, 15, 17 16:14, 15, 20 17:4 20:10 24:8, 11, 14 27:19 29:13 34:11, 21 35:4 37:14 38:9 39:18 41:22 43:1 44:1, 12, 15, 17, 18 45:2, 10, 15 47:17 49:12 50:17 52:25 53:14, 17 55:10 57:8 58:18, 24 59:3, 19 60:17 61:12 62:2, 9, 11 65:4 68:16 69:3, 7, 24 70:16 71:19 72:3, 16, 21 73:19 74:3, 6, 7 75:21 78:6 81:11 82:25 83:23 84:8, 17 85:1, 4 87:8, 21 88:15 89:2, 22 90:2, 4, 18 93:2, 5, 23 94:4 96:2 97:4 98:20, 25 99:12, 18, 20, 22, 23 101:12 105:16 106:3, 4, 10 107:13, 16, 22, 23, 24 108:5, 9, 15, 22 109:1, 2, 10, 11, 18, 19, 22 110:9, 10 111:10, 11 112:2 113:16 114:4 116:12 117:24 118:5 120:5 121:16 128:23 130:22 133:9, 19 135:7 136:6 137:12 140:17 142:16, 23 143:25 144:25 146:12, 18, 19, 21, 22 147:24 149:22 150:6, 8, 10 151:12 152:1, 20, 21 155:12 156:7, 22 157:18, 21 158:13 160:4 161:4 163:5, 8 165:12, 23, 25 166:16 168:15 171:10 177:16, 22 181:5, 21 182:5 184:8 186:22, 23 187:16 188:8, 10, 23 197:4, 20 202:4 205:7, 18 208:19, 21 212:11, 21, 24 213:12, 25 215:10, 14, 15, 16 216:5, 24 217:5 218:7 221:22 223:9, 12 224:16 226:16 234:13 235:4 237:3 240:7 241:14 245:11 247:23 249:20 252:16 253:8 254:19 255:14, 15 256:12, 17 257:11 261:1, 17, 22 263:6
**within** 18:14 29:4 39:13, 21 64:23 66:12 68:15 74:4, 9, 11 75:7 79:10 106:11, 18 107:14 110:19 111:2, 25 112:10 121:17 212:17 256:24 259:22 260:10, 24
**without** 75:6 195:3
**WITNES** 163:18
**witness** 5:6, 9, 21 11:25 16:5 17:1 19:17 21:21 22:17 23:3, 15 24:4 25:20 26:3 28:3 30:9 31:12, 22 32:25

33:12 35:3 36:3 37:16 38:1 40:2 41:10 42:6, 25 44:22, 25 45:17 46:15 47:1, 20 49:14 50:4, 16 51:5, 20, 25 52:10 53:7 54:13, 18 55:8, 15, 24 56:5, 13 58:9 59:6, 22 60:20 62:7 63:8, 14, 21 64:6, 17 65:14, 20 67:4, 8, 19 68:2, 14 69:23 70:15, 22 71:11 72:2, 9, 16 73:16, 24 74:24 75:5, 21 76:7, 16 78:8 80:1 82:15 83:11 84:3, 8, 21 85:4 86:2, 23 89:20 92:3, 8, 21 94:18, 21 95:14, 20 97:21 98:22 99:10, 16 100:18, 22 101:18, 25 102:8, 13, 21 103:1 104:2, 9, 20 105:12, 18 107:19 108:2, 21 109:4, 13, 22 110:23 111:5, 13 112:4 113:10 114:10, 18 116:20 117:2 118:10, 17 119:20 120:8, 15 121:1, 11 122:5, 16 124:3, 12, 18 125:14 126:18 128:1, 7, 15, 22 129:7, 23 130:3, 8, 22 131:9 132:4 136:6, 18 137:12 141:15 143:18 144:20 145:3, 13 147:8 149:10, 19 150:4 151:14, 23 153:1, 12, 23 154:7, 21 155:5 156:3, 13, 15 157:1, 5 158:2 159:14, 16 160:7, 14 161:1, 7 162:16 163:7 164:21 165:23 166:4 167:12 168:17 172:2, 12 175:6, 9, 11 176:2, 22 177:3, 9 179:14 180:3, 7, 18 181:12 182:25 184:18 185:2, 13 186:25 187:6 188:14, 22 189:13 190:5 192:5, 14 193:16 194:11, 20 196:9 197:1, 25 198:10, 16 199:2, 11, 23 200:18 201:2, 15, 24 202:20 203:2, 13 204:4, 18 205:11 206:25 207:17, 22 208:8, 19, 25 210:21, 23 212:3, 16 213:10, 21 214:4 215:14 216:10, 12, 19 217:12 220:8 221:3 222:16 225:10 226:23 227:10, 17 228:2, 8 229:16 230:23 231:8, 18 232:7 233:16 234:22 235:3, 9 236:2 239:10, 23 240:4, 11, 13 242:17, 24 243:13 244:25 245:24 246:5 248:16 250:21 251:7, 10, 18 253:10, 19 254:22 255:14 256:14, 20 262:1, 6, 11, 17 263:14, 16, 19, 21, 24

**wondering** 14:3 73:19 138:10 146:20 179:9 183:19 197:17 199:16 200:12

**word** 24:15 26:11 30:15 40:10, 11 41:20, 23 42:6 44:15 45:1, 8 46:4 61:8, 9 62:17 75:8 79:17, 20 80:7 81:2, 4 82:5, 23 83:20 86:12, 13 93:17 127:21 128:22 148:4, 18 156:16 163:25 164:2 169:1 183:17, 18, 22 189:18 194:22 206:7, 10 215:1, 15 216:21 217:1 231:2 257:18

**wording** 90:24

**words** 12:14 20:1 43:17 61:14, 17, 18, 25 64:6, 9 79:16, 23 88:12 123:1, 2, 18 125:5, 14 149:3 169:19 185:14 231:1 244:20 245:12 259:25

**work** 8:9 39:21, 23 46:8, 17 90:20 108:11 136:20 149:24 167:4

**worked** 84:21 89:22 172:16 218:7

**working** 69:5 88:6, 15 89:1, 2 90:4, 18 150:17 170:23 254:2

**works** 42:23 169:14

**world** 50:10 65:25 66:8

68:10 85:13 168:4, 6 171:15 175:15 176:10 177:1, 7 241:24 242:11
**worried** 7:7 73:13
**worry** 43:21
**worth** 182:7
**would** 5:10 9:9 12:8 15:17, 18 16:5, 23 17:17 18:16, 20 20:10, 11 21:3 25:2, 5, 25 26:16, 18 27:19, 21 28:18 29:2 33:8, 9, 12, 15 35:4 36:6 39:8 40:12 47:16 48:1 51:23 55:4 61:21, 23 64:4 69:3, 5, 6 70:4 71:8 72:11, 24 73:2 75:21 79:13 83:8 85:9, 21 87:14, 22 88:6, 17 89:9, 20, 23 90:20, 25 96:13, 14 97:13 98:4 103:15, 22, 24 105:18 106:6, 12 107:13, 15 108:7, 8, 25 109:9, 13, 18, 20, 25 110:3, 4, 20 111:10, 23 112:5, 7, 18, 21 114:21, 25 116:17 117:11, 14 118:5 121:15 128:3, 12 129:4 131:15 132:7 137:3, 20 138:5, 7 141:6, 16 146:25 147:10 149:15 151:12 155:12 163:16 165:21, 25 167:9 169:24 175:21 178:12 180:4 183:2, 10, 12 184:6, 10 186:11, 13 188:19 192:15 194:23 196:21, 23 197:6, 21 198:12, 22, 23 200:23 202:3 204:1 206:16 209:19 215:10 216:10 217:4, 6 221:7 223:4 224:15, 17 225:16 227:21 228:9, 12 229:8 231:12 234:1 235:16 236:10 239:4 245:3, 5 256:11, 16 258:2 259:10 263:5, 9 264:2
**wouldn't** 27:21 32:22 40:14, 15 70:19 72:13, 22 106:18 108:24 109:8, 25 128:18 131:5 132:2 136:6 143:15, 24 161:4 165:20 166:2 176:25 177:5, 6 187:3, 6, 16 213:8 232:21 255:11
**wrapped** 223:25
**write** 136:23 166:11 207:4, 10, 11 218:6
**writing** 95:6 207:13 210:15
**written** 29:12, 15 76:12 145:24 146:1 154:22 155:1 192:19 207:4 220:18 244:16 248:24 249:8
**wrong** 94:9, 10 126:6 154:18 198:18 215:1 231:1 251:5 254:12 261:10
**wrote** 77:20 82:21 166:13 218:6, 24 245:3 247:1 254:13

**< X >**
**X** 3:1, 5 4:1 8:7 48:16

**< Y >**
**Yahoo** 7:3, 5
**yard** 12:23 17:22
**yeah** 8:17 9:2 10:22 16:16 18:1 19:12 21:21 22:23 25:10 26:11, 12, 18 30:7 32:13, 25 33:12, 20, 22 34:2 35:3, 9 36:3 37:1 39:16 41:10, 15 43:23 44:24 47:8, 12, 23 53:11 55:24 59:12, 13, 18, 23 60:12 62:14 64:6 65:3 66:6, 14, 21 70:22, 23 72:7 73:8 75:14, 17, 21 78:3, 16, 20 81:24 84:8 86:2, 15 87:14 90:25 91:25 92:10 93:1 94:1, 22, 24 96:7, 11 102:15 104:14 105:5 111:25 113:5 117:11 122:20 123:10, 23 124:3 125:2 126:7, 12, 21 130:18 131:9 134:17 135:9, 17 136:6 137:22 138:14, 20 141:21 144:20 145:19 146:16 147:8 148:6, 11 149:2 150:6 152:10, 16 154:4, 6, 16 157:3 161:23 162:18, 20, 25 163:22 167:1, 7, 15 169:3, 11

172:2, 22, 25 174:22 176:15 182:25 184:1 185:11 190:10 192:24 193:2, 22, 23 194:11 197:12 199:2 200:3 206:21 210:23 211:5, 9 214:25 217:21 218:5 220:15 221:3 230:8, 13 234:3 238:17 239:13 246:13, 22 248:8 251:24 254:16 255:2, 5 256:8, 24 257:2 260:4 263:11, 25
**year** 12:25 14:22, 23, 25 15:1 17:7, 10, 24 18:21, 22 27:24, 25 35:12 43:14, 18 44:1 51:1 64:23 68:25 69:7 71:5, 15 97:11, 15 114:25 133:22, 24 134:2 135:19, 23 136:23 138:16 144:3
**yearly** 76:4
**year-round** 69:21, 23, 24, 25 70:4, 8, 9 71:7, 9, 13, 16, 21 73:19 74:2 75:2
**years** 6:15 7:7 11:20 12:3, 7 17:20 18:8, 19 43:25 44:3 50:20 51:6 79:10, 21 88:2 170:23
**yell** 204:15
**yelling** 204:14
**Yep** 9:1
**Yes** 7:20, 21 8:7, 14 9:11, 22, 25 10:4, 8, 13, 15, 20, 24 11:21 12:6 14:3, 9, 18 15:5 17:5, 16 18:5 20:24 21:10, 15 22:12 23:8, 20, 22 24:21 25:1 26:23, 25 27:4, 6, 15 28:9 29:3 32:1 34:7 37:19, 24 38:1, 20 39:5 40:7 42:9, 21 43:7, 11 44:5 48:11, 13, 18 49:17, 20 50:24 51:11 52:18, 25 53:2, 3, 13, 15, 23, 24, 25 54:3, 24, 25 55:18 57:5, 7 59:22 60:4, 7, 12 61:4, 6 63:4, 11 66:4, 10 67:2, 8, 12, 15, 23 68:20, 23 70:4 71:18 72:19 73:6 76:10 77:7, 8 79:22 80:13, 16 81:2, 15, 21 82:4, 8, 21, 24 83:17, 22 85:16, 20 86:18 87:6, 7 89:3, 5, 15 90:7 92:10, 12 94:12 95:9, 10 96:24 97:12, 25 99:6, 10 100:7 101:8, 10 102:13, 21 103:17, 23 106:4, 8 107:19 110:13 111:24 113:10 114:1, 5 116:7, 10, 14, 21 117:6, 10, 15 118:10 119:2, 14, 16 121:11, 15 123:18, 21 128:1 130:8 133:1 134:5 135:9 138:5, 8 143:20, 22 144:1, 8 145:15, 18 146:9, 17, 24 147:2, 8, 20 148:3, 7, 9, 13 149:11, 24 150:19 151:3, 16 154:13 155:6, 13, 23, 24 156:24 157:20, 23 158:2, 7, 21, 22, 25 159:1, 4, 9 160:2, 21 162:5, 6, 11 163:2 164:8, 9, 21 165:5, 7, 13, 14, 17 166:12, 17, 20 167:6, 12, 17 168:5, 8 173:2, 4, 22, 23, 25 174:13, 14, 20 175:1, 4, 19, 20 176:12, 18, 22 177:9, 18, 21 178:3, 4, 5, 8, 16 179:4, 8, 22, 24 180:13 181:4, 5, 8, 22, 24 182:9 183:8 184:8, 10 186:4, 12, 15 188:10 189:13 190:15 191:14 192:5 193:8, 10, 12 194:7 195:11, 15 197:10 199:11, 23 200:11 201:15, 21 202:13 204:8, 10, 12 206:11 209:23, 24 210:22 212:8 216:23 217:16 218:9, 10, 15, 16, 24 219:9, 16, 20, 22, 24 220:4, 8 221:3 222:7 223:23, 24 224:1, 10, 12, 14, 15, 16, 17 225:3, 20 226:3, 9 227:22, 23 229:16, 20, 25 230:18 231:25 232:11, 16 235:16, 21 239:19 241:9, 12, 17, 18 242:5, 6, 7, 18 243:15, 16, 22 244:7, 25

247:13, 23 248:16 249:13, 17, 22 250:3 252:1, 22 253:6, 19 254:13, 15 257:1, 3, 5, 8, 12, 23 258:1, 5, 21, 24 259:1, 24 260:2, 5, 10 261:14 264:4, 7
**Yet** 66:18 98:1 170:12 212:9, 20 251:3 252:18
**You'd** 32:17 112:1 143:3 144:12 145:10 150:1 153:17 154:25 160:18 165:9, 18 170:14 188:11 189:3 191:24 231:5 234:24 248:6 257:9, 15, 21, 24 258:6, 10 259:2, 13 260:6 263:1
**you'll** 114:1 204:4
**young** 45:11 47:17 129:7 168:2 257:20
**younger** 142:2
**your** 5:24 6:4, 6, 7, 11, 13 8:6, 22 12:13 14:7, 15, 16 16:5, 13 17:7, 18 18:20 20:2, 22 22:20 24:6 25:7 27:3 28:16 31:12 34:10, 11 35:11, 23, 24 44:23 50:19 51:9, 17 52:17, 21 53:5, 10, 17 60:25 61:17, 25 65:11, 12 68:12 73:12, 13 74:16 76:4 80:23 81:22 86:21, 24 87:7 95:20 97:2, 22 100:5, 13 101:5, 6, 11 105:25 106:18 109:9 113:21 116:4, 8 118:20 123:6 127:20 131:5, 12, 17 132:7, 8, 14 136:13 142:6 143:3, 8 147:16 149:25 153:12 160:15 169:1 173:24 177:3 192:5, 19 201:16, 19 202:7, 14, 22 203:8, 15 204:1, 13 212:23 214:20 216:17 219:8 226:16 238:21 239:2, 5 240:7, 20 241:11, 14 242:20 243:20 246:11 249:23 251:4 262:24
**You're** 7:18 12:7, 8, 9 16:14 25:20 28:4 30:5, 10 32:9 34:20 35:12, 17 45:13 48:6, 7 49:25 50:14 54:5, 21 60:1 64:14 65:12 67:21 68:4 72:16, 19, 21 73:13 74:11, 21 75:8, 10, 12 80:4 83:11, 12 86:3, 4, 24 87:5 90:18 91:24 92:13 93:12 94:10 95:10, 16 98:15 100:14 102:2 103:14 107:4 111:9, 18, 21 112:5, 9, 17 114:3 117:14 122:2, 18, 22 123:9 124:14 125:16 131:7 136:3 138:7 139:25 142:16, 23, 25 152:6, 11 155:8 163:7 164:10 167:3, 15 176:19 181:2 182:10, 21 183:11, 14 184:6, 12 185:6 189:21 196:5, 8, 21 197:22 198:22 199:20, 25 200:23 201:15, 16 202:14 203:23 204:14 207:6, 13 208:2, 19 209:6 211:23 212:1, 11 215:14 219:3, 25 220:15, 18 221:3, 21 222:1, 10 223:20 225:7, 25 226:7 228:14 229:4 230:19 235:6 237:2, 19 238:2, 4 240:21 244:8 245:21 246:10 250:19 258:12, 20 260:15, 20
**yours** 58:7 63:25 64:1
**yourself** 184:9
**you've** 6:14 43:12 53:25 56:2, 8, 16, 23 70:2 80:14 90:13 93:1 105:7 106:5 107:1 115:20 121:20 148:20 152:4 176:9 197:7 201:16 213:18 216:20 218:1, 15 227:4 229:8, 22 230:2 238:2 247:19, 24

**< Z >**
**zero** 52:4 139:24
**Zoom** 1:18 5:7 29:19, 21