# EXHIBIT

# 3

**Subject**: RE: Your Acton license in jeopardy - important to open
**From**: Jeff Sandefer <jsandefer@actonmail.org>
**To**: Tim Kennedy <tim@sheepdogresponse.com>
**Cc**: Laura Sandefer <lsandefer@actonmail.org>, Kate Trent <ktrent@actonacademy.org>
**Date Sent**: Friday, June 3, 2022 5:37:20 AM GMT-07:00
**Date Received**: Friday, June 3, 2022 5:37:20 AM GMT-07:00

Tim,

I respect who you are and what you have built.   I also understand you have demands that I can't begin to understand.

I'm keeping this short because we have 150 Acton owners in town for the three day Annual Owner's Conference, and there are lots of last minute preparations.

We're going to need to terminate your license as I described in my last emails – that means 30 days from my first notice.  Given what's happened, I have no choice.  I would hope you would inform your families as soon as possible and all Acton materials will need to be returned and our name taken off the website.  Of course, you can use Courage to Grow and my TEDx talk to guide what you do, since those are public, and with the right core families you can build a community just using those.

If you want to re-launch in the fall and re-audition in November, Laura or I will find a time in December to visit the campus, which is something we seldom do.  If at that time you have a group of families super-committed to the learner driven vision, and they understand exactly what that means, we'll reconsider.

Some of the key issues we'll look for:
1.  Are your children in the school?
2.  Are your parents fully committed?
3.  Do you have the time to properly oversee operations? (Running an Acton campus is not something that can be "hands off," at least not in early years.)
4.  Do you fully understand what it means to participate and communicate – meaning license requirements; forums; annual gatherings; ect…

We have tried to be crystal clear about what it takes to build one of our communities.  In this case, we failed. But there's always a chance to start over.

Sincerely,

Jeff

---

**From:** Tim Kennedy <tim@sheepdogresponse.com>
**Sent:** Thursday, June 2, 2022 10:21 PM
**To:** Jeff Sandefer <jsandefer@actonmail.org>
**Subject:** Re: Your Acton license in jeopardy - important to open

Good Evening Jeff,

Firstly, thank you for your patience in allowing me to respond to your concerns regarding Apogee Cedar Park. My bottom line is that the campus should always provide a safe and nurturing environment, and it should support and impart the values of the Acton Academy.

**ACTON_000010**


Exported using Save Emails as PDF by cloudHQ

I and my executive team were never aware of issues of this magnitude until you mentioned them in your email. The faculty and families of Apogee have a direct line of communication with me, and I can demonstrate in past email correspondence that any issue brought to my attention was dealt with quickly and decisively to ensure the Socratic method of learning remained strong. I was personally involved in the issue of a Hero listening to music without headphones while serving Save Our Allies in the Ukraine. The guide corrected the issue immediately, and I was able to describe it to the Hero's parents while still overseas.

You expressed concern that I do not spend enough time at the campus. This was not a choice of my own. I was deployed for the military for 6 months this year. I'm sure you can understand there are competing requirements that require my physical presence. Appearances and events such as these help to fund Apogee Cedar Park and keep the doors open to our families and Heroes. In the few weeks I have been back we have addressed everyone of your concerns.

I want Apogee to succeed but not as a source of revenue because it is not. In my opinion, this method of learning is far superior to the conventional school system, and I want it to succeed so that tomorrow's leaders can surpass their predecessors.

When I am in town, I make every attempt to meet with the Heroes, Guides, and Families. In addition, I have a recurring newsletter, and I am starting regular videos for the families to ensure they see me and hear from me no matter where in the world I might be. Lastly, my Program Manager, Michelle Myers, is my direct representative at the school every day, and my Chief of Operations, Carl Cringle, is my direct representative for the executive team. When I am unable to be present, they maintain continuity and clear communication throughout.

To address your concern about the learning environment of Apogee, I want to make you aware of our new Program Director. She comes to us from another Acton Academy and is an Acton purist when it comes to the learning environment for our Heroes. Her two biggest priorities are hiring more Guides to instill the Acton method of learning throughout the school. Her other priority is ensuring the next session's Quest supports the Acton method. Apogee's success depends on a nurturing environment conducive to the Socratic method, as well as a Quest that allows the Heroes to maximize their personal development. This is Michelle's mission.

Apogee's security is also a concern you mentioned. We have implemented strict measures to ensure the safety of the school and to ensure they are aligned with Acton Academy. These actions encompass everything from how the Guides escort the Heroes outside for recess and meeting their parents, the security at the front doors, mirrored window film, and other protocols. Public safety is not just my day job, but it is a way of life. To my core, I believe in the continued pursuit of protection and preservation of human life. I will immediately address any security deficiencies at Apogee that do not meet Acton's requirements.

I would like to close with hope. I hope that Apogee can continue to operate in a probationary capacity. I hope that families who committed to Apogee will be given the opportunity for their children to continue their Quest. It is my hope that the sixty families who have requested the opportunity to attend the new school year will not have to look elsewhere for such unique opportunities.

In this very serious matter, I appreciate your consideration and hope we can find a successful solution that results in full Acton licensing no later than six months from now.

V/R

Timothy F. Kennedy
President
Sheepdog Response
TK Operations Consultants (LLC) www.timkennedy.com
https://sheepdogresponse.com
https://apogeecedarpark.org/
https://rangerup.com/
http://nobeldefender.com/
https://www.woobiesshoes.com/
https://www.liverelentless.com

Mobile: 910-850-1916
Army: timothy.f.kennedy10.mil@mail.mil
Defensive Tactics/Security Consulting:


Exported using Save Emails as PDF by cloudHQ